# UNITED STATES DISTRICT COURT

## District of Minnesota

**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

**Case Number:** 01-cv-2374 JRT/FLN **Case Title:** Chao v. Gen Maintenance et al

**MOTION FOR ADMISSION PRO HAC VICE**

**FOR U.S. GOVERNMENT ATTORNEY USE ONLY**

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Leonard A. Grossman am currently a member in good standing of the bar of the United States District Court for the Northern District of Illinois but not admitted to the bar of this court. I will be representing Elain Chao, Secretary of Labor, USDOL (Government Agency) in the action listed above.

Signature [signature] Date 12/21/01

State I.D.: 1071823

Government Agency: Office of the Solicitor, USDOL
Suite/Building : Rm. 844, 230 S. Dearborn
Street Address : Rm. 844, 230 S. Dearborn
City State Zip : Chicago, IL 60604
Telephone: ( 312 ) 353-5709

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature [signature] Date 12/01/2001

Name Joan E. Gestrin
Title Deputy Regional Solicitor
US Agency Office of the Solicitor, USDOL

---

Motion granted [signature] Date DEC 27 2001

For the Court Richard D Sletten, Clerk

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED DEC 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________