# UNITED STATES DISTRICT COURT

## District of Minnesota

**Clerk's Office, 700 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

**Case Number:** 01-CV-2374 **Case Title:** Chao v Gen'l Maintenance et al

**MOTION FOR ADMISSION PRO HAC VICE**

**FOR U.S. GOVERNMENT ATTORNEY USE ONLY**

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Linda J. Ringstad am currently a member in good standing of the bar of the United States District Court for the Northern District of Illinois but not admitted to the bar of this court. I will be representing Elain Chao, Secretary of Labor, US DOL (Government Agency) in the action listed above.

Signature Linda J. Ringstad Date June 5, 2002

State I.D.: 6225795

Government Agency: Office of the Solicitor, US DOL
Suite/Building : 230 S. Dearborn St., Rm. 844
Street Address : 230 S. Dearborn St., Rm. 844
City State Zip : Chicago, IL 60604
Telephone: ( 312 ) 353-3668

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature Richard J. Fiore Date June 5, 2002
Name Richard J. Fiore
Title Regional Solicitor
US Agency Office of the Solicitor, US DOL

Motion granted Richard D. Sletten Date JUN 10 2002

For the Court Richard D Sletten, Clerk MMC

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED JUN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______