UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

GENERAL MAINTENANCE & FLOOR SERVICE, INC. and MICHAEL BAKRI,

Defendants.

CIVIL NO. 01-2374 (JRT/JSM)

**AMENDED** PRETRIAL
SCHEDULING ORDER

**Upon review of the parties' Stipulation Seeking Extension of Discovery Schedule and Modification of the Pretrial Schedule dated April 24, 2003,** and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

February 1, 2003 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

Discovery and Nondispositive Motions

**June 15, 2003 -** All discovery of any kind, including expert depositions, shall be commenced in time to be completed by this date.

**June 20, 2003 -** All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Prior to scheduling any non-dispositive motion,

Filed MAY 0 2 2003
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

the parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through a telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions and Trial

**August 1, 2003 -** All dispositive motions shall be served and filed. Counsel are reminded to schedule this hearing by calling Calendar Clerk Lou Jean Gleason, 612-664-5083. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial as **August 1, 2003**, if no dispositive motion is filed, or upon resolution of any dispositive motion, but no later than **October 1, 2003.** The parties estimate that trial of this Non-Jury matter will take 2-3 days.

General

No more than 12 depositions shall be taken by any party.

No more than 60 Interrogatories (including all subparts) and 100 Requests for Admissions shall be served by any party.

Dated: May 2, 2003

JANIE S. MAYERON
United States Magistrate Judge