UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GENERAL MAINTENANCE & FLOOR SERVICE, INC and MICHAEL BAKRI, individually and d/b/a General Maintenance,

Defendants.

CIVIL NO. 01-2374 (JRT/JSM)

ORDER

Plaintiff has filed with the Court a Motion to Strike Defendant Bakri's Answer and for Other Appropriate Relief. This motion seeks to strike Defendant Michael Bakri's Answer and that default judgment be entered against Michael Bakri and against the corporate defendant. Plaintiff is also seeking costs and expenses, including attorney's fees. Plaintiff has not requested a hearing on this motion.

IT IS HEREBY ORDERED:

1. On or before October 1, 2003, defendants shall serve and file a Response to Plaintiff's Motion. Defendants shall indicate in their submission if they request oral argument on this motion.

2. On or before October 5, 2003, Plaintiff shall serve and file a Reply Memorandum.

3. For the purpose of this Order, the deadlines imposed for service of the documents in Paragraphs 1 and 2 of this Order, shall mean that each party shall have received each party's submissions.

SEP 2 3 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The Court will thereafter take the motion under advisement upon the written submissions, unless Defendants have indicated their desire for oral argument. If oral argument is requested, the Court will notify the parties of a prompt hearing date and time.

Dated: 9/22/03

Janie S. Mayeron

JANIE S. MAYERON
United States Magistrate Judge