UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

GENERAL MAINTENANCE & FLOOR SERVICE, INC and MICHAEL BAKRI, individually and d/b/a General Maintenance,

Defendants.

Civil No. 01-2374 (JRT/JSM)

ORDER

---

Leonard A. Grossman, UNITED STATES DEPARTMENT OF LABOR, 230 South Dearborn Street, Suite 844, Chicago, IL 60604, for plaintiff.

Michael Bakri, 1108 Meadowwood Drive, Brooklyn Park, MN 55444, *pro se* defendant.

The above-entitled matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 23, 2004. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendant Bakri's Answer and For Other Appropriate Relief [Docket No. 30] as it relates to entry of a

default judgment against defendant General Maintenance & Floor Service, Inc. is **GRANTED** in the amount of $67,386.37.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 15, 2004

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Court Judge