OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Elaine L. Chao, Secretary of Labor, US Dept. of Labor

V.

General Maintenance & Floor Service, Inc. and Michael Bakri

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2374JRT/JSM

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
plaintiff have judgment against defendants in the amount of $67,386.37.

March 15, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Denise La Fond
(By) Denise La Fond, Deputy Clerk