UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

MICHAEL BAKRI,

Defendant.

CIVIL NO. 01-2374 (JRT/JSM)

ORDER/NOTICE OF HEARING

On April 6, 2004, the Court received Plaintiff's Renewed Motion to Strike Defendant Bakri's Answer and for Other Appropriate Relief. No Hearing was scheduling at the time the pleadings were filed with the Court.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant Michael Bakri shall serve and file his Response to Plaintiff's Renewed Motion to Strike Defendant Bakri's Answer and for Other Appropriate Relief on or before April 30, 2004.

2. Plaintiff shall serve and file its Reply (no longer than 5 pages) on or before May 7, 2004.

3. Oral argument on Plaintiff's Renewed Motion to Strike Defendant Bakri's Answer and for Other Appropriate Relief is scheduled before the undersigned on May 11, 2004 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: April 12, 2004

/s Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge