**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ELAINE L. CHAO,

Plaintiff,

v.

GENERAL MAINTENANCE & FLOOR SERVICE, INC., and MICHAEL BAKRI,

Defendants.

Civil No. 01-2374 (JRT/JSM)

**ORDER**

---

Leonard A. Grossman, OFFICE OF THE UNITED STATES DEPARTMENT OF LABOR, 230 South Dearborn Street, Suite 844, Chicago, IL 60604, for plaintiff.

Michael Bakri, 1108 Meadowwood Drive, Brooklyn Park, MN 554444, *pro se* defendant.

Judgment in favor of plaintiff and against both defendants was entered in this case in an Order dated March 17, 2004. Judgment should not have been entered against defendant Michael Bakri. Therefore,

**IT IS HEREBY ORDERED** that the entry of judgment against defendant Michael Bakri is **VACATED**. The Clerk of Court shall reopen this case as to defendant Michael Bakri only.

DATED: April 14, 2004
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge