# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Elaine Chao, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

General Maintenance and Floor Service, Inc. and Michael Bakri,

Defendants.

**COURT MINUTES**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-2374 (JRT/JSM) |
| Date: | May 11, 2004 |
| Court Reporter: | Julie Rixe |
| Tape Number: | 59/3445 - 60/663 |
| Time Commenced: | 9:40 AM |
| Time Concluded: | 10:40 AM |
| Time in Court: | 1 Hours & 0 Minutes |

APPEARANCES:

For Plaintiff: Leonard Grossman, Esq.
For Defendant: pro se

Interpreter / Language: N/A

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

#42 Plaintiff's Renewed Motion to Strike Defendant Bakri's Answer and to Dismiss – UNDER ADVISEMENT

# Plaintiff's Oral Motion for 60-Day Extension of Pretrial Scheduling Order – GRANTED

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ KB
Signature of Law Clerk