**EXHIBIT A**