# EXHIBIT B