**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

**ELAINE L. CHAO, Secretary of Labor,**
**United States Department of Labor,**

**Plaintiff,**

**v.**

**GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,**

**Defendants.**

**NOTICE OF DEFENDANT'S FAILURE TO RESPOND TO ORDERS OF THE COURT**

## NOTICE OF DEFENDANT'S FAILURE TO RESPOND TO ORDERS OF THE COURT

On May 12, 2004, United States Magistrate Judge Janie S. Mayeron entered an Order requiring defendant Michael Bakri to serve certain documents described therein upon the undersigned attorney on or before May 18, 2004. A copy of that Order is attached as Exhibit A. Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by counsel, hereby advises the Court that, as of this date, plaintiff has received none of the materials specified in that order nor any other response thereto.

FURTHER, On March 8, 2004 Magistrate Judge Mayeron entered an order requiring defendant Bakri to pay to the plaintiff the amount of $540.00 in attorneys' fees and costs on or before March 22, 2004. A copy of that Order is attached as Exhibit B. Defendant Bakri has not complied with that Order, nor has he responded thereto.

Respectfully Submitted,

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

Dated: June 2, 2004

/s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Rm. 844
Chicago, Illinois 60604
Telephone: (312) 353-5709