**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

**ELAINE L. CHAO, Secretary of Labor,**
**United States Department of Labor,**

**Plaintiff,**

**v.**

**GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,**

**Defendants.**

**NOTICE OF DEFENDANT'S FAILURE TO RESPOND TO ORDERS OF THE COURT**

**EXHIBITS ATTACHED TO**
**NOTICE OF DEFENDANT'S FAILURE TO RESPOND TO ORDERS OF THE COURT**

Exhibit A - Order requiring defendant Michael Bakri to serve certain documents described therein upon the undersigned attorney on or before May 18, 2004.

Exhibit B - Order requiring defendant Bakri to pay attorneys' fees and costs.

Respectfully Submitted,

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

Dated: June 2, 2004

s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Rm. 844
Chicago, Illinois 60604
Telephone: (312) 353-5709