**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

CIVIL NO. 01-2374 (JRT/JSM)

Plaintiff,

v.

ORDER

GENERAL MAINTENANCE &
FLOOR SERVICE, INC and
MICHAEL BAKRI, individually
and d/b/a General Maintenance,

Defendants.

JANIE S. MAYERON, U.S. Magistrate Judge

The above matter came on before the undersigned United States Magistrate Judge with respect to the February 23, 2004 Order issued by this Court awarding attorneys' fees and costs to plaintiff related to Plaintiff's Motion to Strike Defendant Bakri's Answer and For Other Appropriate Relief [Docket No. 30].

As requested in the February 23, 2004 Order, plaintiff submitted an affidavit detailing her attorneys' fees and costs incurred in bringing the Motion to Strike Defendant Bakri's Answer and For Other Appropriate Relief on March 3, 2004.

The Court, being duly advised in the premises, upon all of the files, records, and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED that:**

1. On or before March 22, 2004, defendant Michael Bakri shall pay to plaintiff the amount of $540.00 for her attorneys' fees and costs in bringing the Motion to Strike Defendant Bakri's Answer and For Other Appropriate Relief. Payment shall be made to plaintiffs' counsel, Leonard Grossman, at Office of the Solicitor, U.S. Department of Labor, 230 South Dearborn Street, Room 844 in Chicago, Illinois 60604.

2. Failure to comply with this Order will result in sanctions against defendant.

Dated: March 8, 2004

s/ *Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge