**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Notice Of Defendant's Failure To Respond To Orders Of The Court** was served by certified mail, return receipt requested, on June 2, 2004 on:

Michael Bakri
1108 Meadowood Drive
Brooklyn Park, MN 55444

/s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
One of the attorneys for Plaintiff.

Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Rm. 844
Chicago, Illinois 60604
Telephone: 312/353-5709