**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 01-CV2374 (JRT/JSM)** |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION TO STRIKE ANSWER**
**AND FOR OTHER APPROPRIATE RELIEF**

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by counsel, hereby moves for entry of an order striking defendant Michael Bakri's Answer for failure to comply to the Court's Orders of May 11 and 12, 2003, as well as additional sanctions for defendant Bakri's failure to comply with the Court's Order of March 8, 2004 to pay to plaintiff attorneys' fees and costs relating to an earlier discovery motion. The Secretary asks pursuant to Fed. R. Civ. P. 37 that default be entered against Defendant Michael Bakri. Further, plaintiff seeks an award, pursuant to Fed. R. Civ. P. 37(a)(4), of the reasonable expenses incurred in bringing this motion, including attorney's fees. A memorandum and exhibit in support hereof, are submitted herewith.

WHEREFORE, the Secretary respectfully asks that the Court enter an Order declaring that Defendant Michael Bakri's Answer be stricken and that the Clerk shall enter default against him, together with the costs incurred in this motion.

Respectfully Submitted,

**HOWARD M. RADZELY**
Solicitor of Labor

Dated: July 16, 2004

**JOAN E. GESTRIN**
Regional Solicitor

s/Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney

Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

**P.O. ADDRESS:**
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Room 844
Chicago, Illinois 60604
Telephone: (312) 353-5709