**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) |
| **Plaintiff,** | ) |
| | ) **Civil No. 01-CV2374 (JRT/JSM)** |
| **v.** | ) |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) |
| **Defendants.** | ) |

**NOTICE OF MOTION AND HEARING**

TO: Michael Bakri

Please take notice that the plaintiff has filed this date **Plaintiff's Motion To Strike Answer and for Other Appropriate Relief,** together with a memorandum and exhibit in support thereof.

A hearing on this motion will be held before the Hon. U.S. Magistrate Janie S. Mayeron on August 17, 2004 at 11:30 a.m., in Courtroom 628B at the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated: July 16, 2004

**HOWARD M. RADZELY**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

s/Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney

Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Room 844
Chicago, Illinois 60604
Telephone: (312) 353-5709