**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

**ELAINE L. CHAO, Secretary of Labor,**
**United States Department of Labor,**

**Plaintiff,**

**v.**

**GENERAL MAINTENANCE & FLOOR**
**SERVICE, INC., a corporation,**
**MICHAEL BAKRI, individually, and**
**d/b/a GENERAL MAINTENANCE,**

**Defendants.**

**EXHIBIT ATTACHED TO PLAINTIFF'S MOTION TO**
**STRIKE ANSWER AND FOR OTHER APPROPRIATE RELIEF**

Exhibit 1 Pages 40 and 41 of Transcript of Hearing of May 11, 2004

(The entire Transcript has been filed with the Clerk of the Court at Docket Entry # 50.)

Dated: July 16, 2004

**HOWARD M. RADZELY**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

s/Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney

Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Rm. 844
Chicago, Illinois 60604
Telephone: (312) 353-5709