LAW

UNITED STATES FEDERAL COURT

DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Elaine L. Chao,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>General Maintenance & Floor<br>Service, Inc., a corporation,<br>Michael Bakri, individually,<br>and d/b/a General Maintenance,<br><br>Defendants. | ) | Civil No. 01-CV2374<br><br>St. Paul, Minnesota<br>May 11, 2004<br>9:30 a.m. |

---

BEFORE THE HONORABLE JANIE S. MAYERON
UNITED STATES DISTRICT COURT JUDGE
(Motion)

APPEARANCES:

ON BEHALF OF THE PLAINTIFF: LEONARD A. GROSSMAN
Attorney at Law
230 South Dearborn Street
Chicago, Illinois 60604

THE DEFENDANT, MICHAEL BAKRI, APPEARED PRO SE

COURT REPORTER: JULIE A. RIXE
9100 W. Bloomington Frwy., #122
Bloomington, MN 55431

EXHIBIT 1

HA X A OC AT

A I believe -- I don't recall the name of them. Something like -- They do have detail record on that in their office.
Q I'm asking you what you know, Mr. Bakri.
A I don't recall the name, Your Honor. Safe -- A Penny Saved, something like that.
Q I'm sorry?
A Something like Save, S-A-V-E, but I don't recall what the other names.
Q And what about the Rainbow Foods stores in Minneapolis, which Rainbow Foods stores were you or General Maintenance providing cleaning services to?
A I do believe we have 12 stores in the Twin City area. Most of them were on the west side.
Q Can you give me the names?
A Not at this minute, but I will provide -- Like, example, Rainbow Foods in Midway in St. Paul.
Q All right. If you were to sit down either with your wife or a phone book or something, could you identify the actual addresses of each of the Rainbow Foods stores?
A Yes.
Q All right. I'm going to ask you to do that and provide that to Mr. Grossman by a week from

today.
A Yes.
Q So today is May 11th. By May 18th I'm going to ask you to send him a copy -- I want you to provide him the address of each of the Rainbow Foods stores that you or General Maintenance provided services to in the Twin City area here in Minnesota --
A Yes, Your Honor.
Q -- all right, and the period in which those services were provided to each of those stores, if you know that.
A Yes, Your Honor.
Q All right. So name, address, period.
A Yes.
Q All right. I understand your wife answered Interrogatory No. 19, and we don't have the benefit of that. Do you know what she said on that?
A Your Honor, in the response on the order of September 3rd, 2003, we did respond on that question. It would go under No. 20, which is very simple. May I know that question, Your Honor?
Q I am showing that there -- Let me see if I can find it here.