**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | ) |
| **United States Department of Labor,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **GENERAL MAINTENANCE & FLOOR** | ) |
| **SERVICE, INC., a corporation,** | ) |
| **MICHAEL BAKRI, individually, and** | ) |
| **d/b/a GENERAL MAINTENANCE,** | ) |
| | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on July 16, 2004, I caused the following documents:

**Notice Of Motion And Hearing;**
**Plaintiff's Motion To Strike Answer And For Other Appropriate Relief;**
**Memorandum In Support Of Plaintiff's Motion To Strike Answer And For Other Appropriate Relief;**
**Exhibit Attached to Plaintiff's Motion To Strike Answer And For Other Appropriate Relief; and**
**This Certificate of Service.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

(NONE)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Michael Bakri
1108 Meadowood Drive
Brooklyn Park, MN 55444

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

U.S. Magistrate Judge Janie S. Mayeron
mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be mailed by first class mail, postage paid, to the following:

Michael Bakri
108 Meadowood Drive
Brooklyn Park, MN 55444

Dated: July 16, 2004

s/Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney