UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

CIVIL NO. 01-2374 (JRT/JSM)

Plaintiff,

v.

ORDER

GENERAL MAINTENANCE &
FLOOR SERVICE, INC and
MICHAEL BAKRI, individually
and d/b/a General Maintenance,

Defendants.

JANIE S. MAYERON, U.S. Magistrate Judge

The above matter came on before the undersigned upon plaintiff's Motion to Strike Answer [Docket No. 53] requesting that the Court strike defendant Bakri's Answer as a sanction for his repeated failure to comply with discovery and court orders.

Leonard Grossman, Esq. appeared in behalf of plaintiff Elaine Chao. Defendant Michael Bakri appeared pro se.

The Court, upon all of the files, records, and proceedings herein and for the reasons stated on the record at the hearing, now makes and enters the following Order.

**IT IS HEREBY ORDERED that:**

1. Plaintiff's Motion to Strike Answer [Docket No. 53] is denied in part and granted in part as follows:

   a. As to plaintiff's request to strike the Answer, the motion is denied.

b. As to plaintiff's request for costs and fees in bringing this motion, the motion is granted.

2. Plaintiff shall file and serve an affidavit detailing the attorney's fees and travel costs associated with bringing the instant motion within 7 days of this Court's Order, at which time the Court will issue an Order setting the amount of the sanction assessed against defendant Bakri.

Dated: August 17, 2004

S/ Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge