**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 01-CV2374 (JRT/JSM)** |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) | |
| **Defendants.** | ) | |

**DECLARATION OF FEES AND COSTS**

Pursuant to the Order entered August 18, 2004 by the Honorable Janie S. Mayeron, U.S. Magistrate Judge, Leonard A. Grossman, one of the attorneys for the plaintiff submits this Declaration of Fees and Costs in bringing her Motion to Strike Defendant Bakri's Answer and For Other Appropriate Relief.

Leonard A. Grossman is a GS 14 Trail Attorney who has been with the Office for the Solicitor for approximately 25 years.

| | | |
|---|---|---|
| Preparation of Motion to Strike and brief in support thereof: (Docket Entries # 53, 54, 55) | 3 hours @ $135.00[1] | $405.00 |
| Travel Time | 10 hours @ $135.00 | 1,350.00 |
| Hearing on motion | 1 hour @ $135.00 | 135.00 |
| Round Trip Air Transportation from Chicago | | 199.01 |
| Ground Transportation | | 79.00 |

[1] Based on a review of the available time records for the period in question, the undersigned attorney devoted at least the hours set forth in this petition to preparation of the motion and related documents. The hourly rate is based on a formula including the attorney's hourly rate, benefits rate and a reasonable amount for "office overhead."

| | |
|---|---|
| Lodging | 111.87 |
| Per Diem (meals and incidental expenses) | 76.50 |
| Total Fees and Expenses requested: | $2,356.38 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August, 2004

**s/ Leonard A. Grossman**

**LEONARD A. GROSSMAN**
Attorney
One of the Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Rm. 844
Chicago, Illinois 60604
Telephone: (312) 353-5709