**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | **)** |
| **United States Department of Labor,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **v.** | **)** |
| | **)** |
| **GENERAL MAINTENANCE & FLOOR** | **)** |
| **SERVICE, INC., a corporation,** | **)** |
| **MICHAEL BAKRI, individually, and** | **)** |
| **d/b/a GENERAL MAINTENANCE,** | **)** |
| | **)** |
| **Defendants.** | **)** |

**CERTIFICATE OF SERVICE OF**
**DECLARATION OF FEES AND COSTS**

I hereby certify that on August 23, 2004, I caused the following document:

**Declaration of Fees and Costs;** and
**This Certificate of Service.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

(NONE)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Michael Bakri
1108 Meadowood Drive
Brooklyn Park, MN 55444

I further certify that I caused courtesy copies of the foregoing documents to be mailed, by first class mail to:

Hon. Janie S. Mayeron
U.S. Magistrate Judge
District of Minnesota
U.S. Courthouse
316 N. Robert Street
St. Paul, MN 55101
Attn: Calendar Clerk

Dated: August 23, 2004

**s/ Leonard A. Grossman**
Leonard A. Grossman