**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil No. 01-CV2374 (JRT/JSM)** |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) |
| **Defendants.** | ) |

**INDEX OF EXHIBITS IN SUPPORT OF**
**SECRETARY'S MOTION FOR SUMMARY JUDGMENT**

The following documents have been submitted electronically as exhibits in support of the Secretary's Motion For Summary Judgment:

Exhibit 1. Deposition of Michael Bakri

Exhibit 2. ICM Job Work Orders (ICM 1 through ICM 15)

The foregoing have been broken into multiple .pdf files to meet the Court's file size limits.

The following documents referred to in the Secretary's memorandum, were previously filed with the Clerk of the Court, and have not been refiled. Courtesy copies have been delivered by mail to the Court and the defendant:

Declaration of Investigator Kristin Tout-Nava and all attachments thereto filed with the Court on May 6, 2002 (Docket Entry # 9); and

Transcript of Hearing of May 11, 2004, before U.S. Magistrate Judge Janie S. Mayeron (Docket Entry # 50)

Dated: September 13, 2004

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Room 844
Chicago, Illinois 60604
Telephone: (312) 353-5709