SHEET 32 PAGE 122

0122

A. I'm not sure. I think either he stole the employee checks and left with them or he cashed them and give to them. I never hear from him since. I don't know what happened. But he signed the checks, last payroll checks, the last week everybody worked he signed, all the checks signed by Kevin. Did he went with them, because I send the check in each individual name for the persons but a cashier check where they go cash their check, seem to me Kevin has a signature and I don't know what happened. Did he sign them and took the money and give to them, they were with him, or Kevin signed the check and run away with them.
Q. So you don't know?
A. I don't know. I never saw Kevin since.
(Bakri Deposition Exhibit No. 21 marked for identification.)
Q. 21 does not have one of our C numbers on it, next couple don't for some reason.
A. I was not working, yeah, maybe I was working.
Q. This is a memo dated --
A. From John Wolters, I don't know.
Q. This is a memo dated November 27th, 2000 from HiTech, is that right?
A. Yes.

PAGE 123

0123

Q. Do you remember this memo at all?
A. No. Jose should have it.
Q. Again what's his last name?
A. Jose Ortiz.
Q. Can we reach him? Do you know where he is?
A. I don't know. He's gone. Mexico maybe. "Immediately required all cleaning staff to respond to night manager when arriving at the store on a nightly basis. More important to check with the manager on duty before they leave so that everything is done." Okay. I'm not sure about. No, I don't have that, no.
Q. Who is this Frank D?
A. He was HiTech manager in Louisiana.
Q. Do you know how to spell his last name? I can't read it.
A. Frank D something. I don't know.
Q. Okay.
(Bakri Deposition Exhibit No. 22 marked for identification.)
Q. This is two pages.
A. This is by Kevin?
Q. Right.
A. Yeah, he paid the employee and had them sign.
Q. Did you send him a bulk check and he divided

PAGE 124

0124

it up?
A. No, no, each check has its own people's name on it.
Q. But you sent them to Kevin to pass out?
A. Yes. Kevin, or a check cash center, you know, I'm not sure where I sent them to. There is one location I sent all the checks and they will take them, and there was, yeah, 300 for six hours work. That's good.
Q. Wait a minute. This 300 is for six hours or six days?
A. No, that's for six days. For five to six days. Some people has 400, some people has 300. 300 is average per week for five, for six days. Six by six, 36, I don't know how, you know, it's per night. Maybe per night.
Q. The 400 isn't per night though?
A. Maybe he did something extra, you know.
Q. Wait a minute, I'm sorry.
A. Some people got paid more.
Q. But not a night, a week?
A. A week, it's a weekly paid. The cashier's check signed this.
Q. But you don't know how, where those amounts come from?

PAGE 125

0125

A. Per night, I assume that they were.
Q. For six nights generally?
A. Yeah. I'm not going to discuss that.
Q. So you were generally sending the money through Kevin, is that right?
A. Yes, whatever manager is at the apartment. Only one month these people dealt. I dealt with Jose when he quit about November, sometime in November. Then when Jose left ...
Q. What happened when Jose left?
A. Kevin, Bruce and Kevin, Bruce was responsible. Then Kevin, when Bruce left for vacation Kevin took place. Kevin and Bruce used to live in the apartment, my apartment, together.
(Bakri Deposition Exhibit No. 23 marked for identification.)
Q. Looking at Exhibit 23.
A. Okay.
Q. Now the handwriting on the bottom half of page is Department of Labor handwriting so I know that's not something you wrote. Is that correct, though, that after Jose left you, money was sent to Kevin who divided it up?
A. Yeah.
Q. So this is a record of a money transfer. You

SHEET 33 PAGE 126

0126

sent sometimes bulk money transfers to Kevin and he would --
A. Maybe one time. Not normally, you know. The people there, what happened is I was not able to establish my company or the, I'm trying to register my name as d/b/a business, you know, and open checking account. That does not materialize. That's why we were sending money from here, because my company did not take shape and so we send money from here to them.
Q. And I see that was three separate checks combined in one?
A. One more very important, if we send a check from here, from the company my mother used to own when we assumed the checking account, I used their check, they were not good for them down out-of-state check, they were going to take long time for them able to cash their money. This wasn't possible, you know. So what we did, we would get the money cash or check for them until I make a deal with checking company down there, I pay him $50 per transaction, I mean one-time transaction. They come down there and they can cash the check down there.
Q. Okay.
A. But technically we send them cash, easy for

PAGE 127

0127

them to take the money.
Q. And you never withheld any taxes from any of these?
A. No, no, no tax was held or nothing.
Q. So these three pages are all money transfer records?
A. Um-hum.
(Bakri Deposition Exhibit No. 24 marked for identification.)
Q. Any idea what 24 is? December 18th it says. Three days.
A. I don't know this record, you know. These from them down there.
Q. You don't know anything about this document?
A. This came from the apartment.
Q. From the apartment?
A. This is from my apartment.
Q. Down there?
A. Yeah.
Q. Who kept it?
A. Well, there used to be Kevin and Bruce and other people have handled it, you know.
(Bakri Deposition Exhibit No. 25 marked for identification.)
A. But I have nothing to do with that document

PAGE 128

0128

No. 24. It's not my -- yeah, this is HiTech.
Q. Wait a minute. We're talking about Exhibit 25 and it's a form of Floor Care Service Sign In/Out Log?
A. Um-hum.
Q. Who maintained this, who kept this?
A. I think they, after they have to check with the in and out, you know. Employees should maintain it.
Q. Well, it's all the same handwriting.
A. I'm not sure. Every employee should have one of them and sign with the manager when come in and come out. That's what they said they were going to do.
Q. I see, but these are a bunch of different people. Mostly Kendall --
A. Each employee should -- sometimes Kevin drop them in or they come in. I'm not sure really how that happened.
Q. These are down in Louisiana or up here?
A. Louisiana. All discussing Louisiana right now.
Q. And these are all floor service. You don't know anything about the keeping of these logs then?
A. No, no.

PAGE 129

0129

Q. Let's look at some of these times. So looking on the first page there's some times and figures that say 9-3, 9-3, 4-10, are those times?
A. Where are you looking at?
Q. First page, "Floor Person" column?
A. Okay.
Q. Under Sunday it says Noe - 9-3, Gust - 4-10, Kevin - 9-3, Gust - 4-10.
A. First page?
Q. Yep, second column. Or the second handwritten column.
A. One, two, you're going this way, one, two, three, four.
Q. Starting from the top.
A. Okay. Kendall, two people working. Then the store is Airline.
Q. But are these hours here in that "Floor Person" column where it says Noe?
A. Here (indicating)?
Q. Yeah.
A. Okay.
Q. It says Marcio/Marco, and then it says Noe, N-O-E, 9-3?
A. Noe.
Q. Noe?

SHEET 34 PAGE 130

0130

A. One, two, three person in the store.
Q. Okay. But it says 9-3 and then it says 4-10. Are those times?
A. 9-3. This is maybe during the day, yeah. 4-10. Yeah.
Q. But you don't know who recorded these?
A. No.
Q. And the same thing, there are times on the second page?
A. Yes. Marco, 11 to 7. Marco 11 to 7. Time in and time out. Evon 9 to 3. Noe 11 to 7. Kendall 11 to 7. Lonnie 11 to 7. Alberto 11 to 7. Yeah, this is a time, seem to me this is a time.
Q. So like on the next page, the one that says Juan Torres?
A. Yes.
Q. He worked 11 to 6, does that sound right?
A. Yeah.
Q. Seven days?
A. Juan? Couldn't be.
Q. Couldn't be?
A. No.
Q. Why?
A. He should take a day off.
Q. He should but does he?

PAGE 131

0131

A. There's two people, you know, there's two person there.
Q. Doesn't show any days off, though, does it?
A. No, does not. One, two, three, four, five, six, seven. Yeah, seem to me seven. Should be two person actually. One person should give the other, the person day off, unless they work something together, I'm not sure. Each store has two person Maria Torres should work with him, she only work one night. 11 to 6, 11 to 6. He should have day off here. Then he has somebody else work with him, Alberto, 11 to 6, Alberto, Alberto. This is three person per store, Maria and Juan and Alberto.
Q. But you don't know who maintained these?
A. No, no.
Q. So you don't know whether these times are right or not?
A. I cannot tell, but I paid to what they asked me to pay.
Q. So you paid by the days, though, not by the hour?
A. Correct, correct. We don't pay by the hours. Sometimes we have employees go and sleeping in the car. Somebody, send two person to the store, one person goes sleep for four, five hours in the car so

PAGE 132

0132

we cannot tell if he clean or not. How we know that he put these hours, you know? Even he work from 11 to 6, he has one hour off during lunch so technically he's working about six hours. 11 to 6 minus one hour for lunch. Seven hours. I give him seven hours. Plus the other person seven hours, that's 14 hours paid. If you calculate 14 hours, you are right, I'm not making any money. The employee making money, not me.
Q. If he's working seven days and he's working, what, seven hours?
A. He should not work seven days.
Q. If you work six days at seven hours, he's working 42 hours?
A. Yeah, but he should not. We have policy that they should not work more than six days. This is my policy.
Q. Do you have a written policy?
A. Yes, they know it.
Q. Is it written anywhere?
A. No, has been told about it.
Q. They've been told about it but you never sent a notice out to anybody, never put it in writing?
A. No. Jose told them.
Q. If somebody said they worked seven days, you

PAGE 133

0133

paid them for seven days?
A. Yes.
Q. You never said I'm not paying you for seven days?
A. No, we paid them seven days but no overtime. No time and a half. Otherwise we change them. We don't have to oblige pay overtime. That's very clear, you know, I'm not trying to, we consider them independent contractors.
MR. GROSSMAN: Off the record.
(Discussion held off the record.)
(Bakri Deposition Exhibit No. 26 marked for identification.)
BY MR. GROSSMAN:
Q. Take a look at 26, please.
A. This is from Bruce I think. This is Bruce's writing.
Q. And what's he saying here?
A. I don't know. He's saying Ivan 14 days November 25 to December 8. "Hold as security." 14 days, five days. I'm not sure what he's saying.
Q. What does that mean, "hold as security"?
A. I don't know.
Q. Is that like the first week pay or first two weeks' pay?

SHEET 35 PAGE 134

0134

A. No, nobody in Louisiana security paid. Everybody got paid weekly. We would not hold any money from them in Louisiana.
Q. Because we have Yvonne or Ivan, it says "hold as security," and then it says again on Juan, "hold as security," and then again on Gustavo, "kept as security"?
A. I cannot explain what's going on. You have to see the person who wrote it.
Q. And it says here the day worked, the very end it says, "The days worked for Bruce are not included." What does that mean?
A. I don't know.
Q. No idea. So you didn't prepare this and you've never seen it?
A. No.
Q. It was addressed to you, though? To Michael Bakri?
A. I know, I wasn't there in November.
Q. Nobody mailed it up here to you?
A. No. I was down there in November. Why is it addressed to me? November? I was down there. December 8? This is the end. No, I was here at that time, between December 1st and -- but November I was down there myself that year.

PAGE 135

0135

Q. Let's take a quick look at 27.
A. This is Bruce handwriting.
Q. It's Bruce's handwriting?
A. Um-hum.
Q. Even though it talks about Bruce in the third person, we're still on 26 on the last page, "the days worked for Bruce are not included" it says?
A. Um-hum, it's him, Bruce. I don't know who signed it, but it's Bruce's writing.
Q. Is that Kevin's signature, Kevin Arango?
A. Kevin Arango writing?
Q. Yeah, is that his signature there?
A. Maybe writing, yeah. Maybe Kevin, yeah.
Q. Okay. Exhibit 27.
(Bakri Deposition Exhibit No. 27 marked for identification.)
Q. Any idea what this is about?
A. This is gas bill.
Q. For vehicles, for a house?
A. No, this is for the, for painting, for buffing, a gas tank.
Q. Okay. And the bill was mailed to your mother, is that right?
A. No, I have credit card in her name and I paid it.

PAGE 136

0136

Q. So it's in her name but you paid it?
A. The credit card her name but the bill my name. I paid with a credit card.
Q. Her credit card?
A. Yeah.
(Bakri Deposition Exhibit No. 28 marked for identification.)
Q. Take a look at this log, Exhibit 28.
A. Okay.
Q. Have you ever seen these before?
A. No.
Q. You don't know who kept it?
A. Eden Prairie?
Q. I don't know, I'm asking you.
A. It has nothing to do with, no.
Q. Nothing to do with what?
A. Louisiana. This is Minnesota.
Q. Okay.
A. No, I don't, to be honest with you.
Q. So you don't know whether it's accurate or not or anything?
A. No.
Q. Could this be the driver's list?
A. No.
Q. Who picked up whom?

PAGE 137

0137

A. No, I don't have any.
Q. No idea?
MR. GROSSMAN: Exhibit 28 was A-12.
A. No.
(Bakri Deposition Exhibit No. 29 marked for identification.)
Q. Exhibit 29, Department A-11. These are a set of checks, some signed by you and some signed by your wife, is that correct?
A. Yes.
Q. And what kind of expenses were these? These weren't payroll checks, right?
A. No, it's not payroll checks. No, it's not payroll checks. I believe it's expenses that I purchase some furniture of or something.
Q. So they're various expenses for which business?
A. For my business in south I believe.
Q. But this is under, the checks are General Maintenance & Floor Service, Inc.?
A. Yeah, we used those checks.
Q. You used those checks, you didn't change the checks?
A. I wasn't able to have check established down south you know. It was a little bit hard for me.

SHEET 36 PAGE 138

0138

Q. So you continued to do business, paid bills in the name of General Maintenance & Floor Service?
A. Yes, we kept, we are the signee on the checks. We separate them, but I am signee on the checks.
Q. These are all going down south are they?
A. Yes.
Q. Economical, Bergeron, Save A Centre?
A. Yes.
Q. What kind of expenses are those?
A. Furniture for the apartment. Bergeron, it seems to me it's furniture. I purchased furniture for the apartment, which the employee stole from me, everything.
Q. So there are some motel bills here, too, Extended Stay America?
A. Yeah, yeah.
Q. Who was that for?
A. For me.
Q. Any idea what Entergy is?
A. Entergy. I'm not sure. Entergy. I don't know. My wife signed the check. She wasn't down there.
Q. She never went down?
A. No, no, no.

PAGE 139

0139

Q. Did you ever have any other out-of-state locations?
A. No. This is the only one. I should be honest with you, I lost 20 to 30,000 on this operation, my own money, you know. It was a very bad deal down there. They promised me a lot of stores, they gave me only four. Then later on they promised to pay 26 cents, when we were down there they were paying about 20. It was a bad deal. I lost about 20 to 30,000 down south in six months, in four months.
Q. Who is Melodie Hopkins?
A. My sister-in-law.
Q. That's your sister-in-law?
A. Yeah.
Q. It says "wiring employees in Louisiana." What does that mean?
A. She wired the money.
Q. So you gave her the money?
A. Correct. I wasn't in the state, I was traveling at that time and my mother was sick, and I wasn't really paying attention to what was going on. These employees, I guarantee you they got paid a hundred percent up to all their wages.
Q. That you agreed to?
A. What we agreed to, and up to the extent of

PAGE 140

0140

the law. You know, whenever, I'm not that stupid, you know, I know what to pay them. I did not play games with what they got paid. They got paid all theirs wages.
(Bakri Deposition Exhibit No. 30 marked for identification.)
A. Bruce, yeah, this is wire money for them.
Q. So Exhibit 30 is wire transfers?
A. Correct.
Q. Oh, this is Bruce Hammond. That's the last name we were looking for before?
A. Correct, um-hum.
Q. So these are the various wire transfers down south?
A. Correct. Yeah, I think Bruce the one stole the apartment.
Q. He stole the apartment you think?
A. Yeah, yeah.
Q. 31.
MR. GROSSMAN: 30 was A-7a. And 31 is A-8a.
(Bakri Deposition Exhibit No. 31 marked for identification.)
A. This is their paperwork, the employees.
Q. From where?

PAGE 141

0141

A. Louisiana.
Q. This is their paperwork or yours or whose?
A. Theirs.
Q. By their, whose? The employees' own?
A. Kevin or Bruce.
Q. So these are their records of how much they worked?
A. Yeah, correct. This is something they have to record, we have to know who worked where. Seemed to me their record, yeah.
Q. Do you dispute the records that they have here?
A. No, no. Usually I know exactly what I have to pay and how many nights worked, so I ...
Q. If you look a few pages in like A-9B?
A. Okay. D or B?
Q. D. Shows like a week with 43 hours.
A. Okay.
Q. Does that seem possible?
A. 34 hours?
Q. No, 43 hours.
A. Maybe, but shouldn't. Maybe, yes, I'm not going to dispute.
Q. So it could happen they work over 40 hours from time to time?

0142

A. Technically they should not.
Q. Well, they should not?
A. I explain to you what's going on. There's a store 43,000 square footage. Would take one person eight hours to do that store alone. Each store in Louisiana has two people in the store. How the heck they going to work 43 hours in a week when they have two person there?
Q. You didn't have anybody there watching to make sure they didn't?
A. I was there. I was there and I set up the store.
Q. But you didn't stay there, and if they said they worked 43 hours, you wouldn't have any way of knowing whether they did or not?
A. They should not. They should make six, multiplied by six, 36 hours maximum. That's for one person. Double that by two, that would put me in -- they have to justify what they did. I give them $300 a week to clean the store, then I'm trying to make sure that store is clean, not sitting down there and having pizza and working and eating and in the morning tell me I worked eight hours. They have two people, couldn't happen. They have to justify what they did. So it's not possible they work 40 hours a



0143

week. Louisiana, minimum wage was $4, or 4.50.
Q. But the federal minimum wage was more.
A. Maybe 5?
Q. 5.
A. They getting $9 an hour. You know, I mean ...
Q. Exhibit 32 is made up of Department's Exhibit A-4, A-5 and A-6, and each one of those is a multiple number of pages. So this is Exhibit 32.
(Bakri Deposition Exhibit No. 32 marked for identification.)
Q. What are these checks, do you know?
A. You see Jose Ortiz, he got paid 400 for his job.
Q. So Jose was a supervisor?
A. Correct.
Q. What about Mariane Benetez?
A. Marina, no she worked 300 bucks. You can tell exactly that. Six days for 300 a week.
Q. Here it says 13 days, a hundred dollars a week.
A. That, too.
Q. Oh, for housing. What does that mean? What does that note mean on the bottom?
A. Marina, Mariane?



0144

Q. Yeah, 13 days minus a hundred for housing. Did you house them? Provide housing?
A. They had to -- yes, some renting, yes.
Q. Did you charge them for the house?
A. Yes.
Q. So you charged her? It says 13 days at a hundred dollars.
A. This apartment I rented for them and I am responsible for the apartment.
Q. How many apartments did you have?
A. One.
Q. Everybody stayed in the one apartment?
A. Yes.
Q. How many people?
A. Maybe four or three, I'm not sure.
Q. Men and women?
A. No, no.
Q. Well, Mariane stayed there.
A. Mariano.
Q. I'm sorry.
A. No women. Just men, you know.
Q. Did you have any women working for you?
A. No, no. I think there's one, you know, I don't know, there's one woman there I never, seem to me woman. Marina, Mariane. I don't know. $300, 13



0145

days. He worked for 13 days, yes.
Q. Here's 11 days, $300. Here's --
A. Maybe two checks. He should have two checks, $300 each. They cannot cash a check for $600, more than $500, so we usually send them two checks.
Q. But Ortiz was a manager, he could cash bigger checks?
A. Ortiz used to deposit his checks, I think he sent them up here. I don't know how he cash them.
Q. On page A-4c, we'll look at Mr. Ortiz's check, 5785, and we'll look at the back.
A. I think he deposit it in his own checking account. His own checking account, it's no problem for him.
Q. So these are all paychecks then from down there?
A. Yes, yes, this is a payroll check.
Q. Now these are uneven amounts, 262, 164?
A. Where is that?
Q. Let's look at page A-4h.
A. Jose, 900. You see it's $300, $300.
Q. Where? I'm sorry, let's look at page A-4f.
A. Okay.
Q. We have 276, 280, 280?
A. Okay. Maybe for gasoline. Expenses. He

SHEET 38 PAGE 146

0146

bill me for it.
Q. We've got Mariano, 276?
A. Yes.
Q. Why?
A. 276 from 10-15 to 10-28. Yeah, he worked that period and he got paid.
Q. An odd amount like that?
A. Excuse me?
Q. I thought they got a round number. If you're paying $60 dollars a day, they wouldn't get --
A. This is a period. Doesn't mean he worked those days, this is the period.
Q. Right, but even if he only worked three days it wouldn't come out to 76, it would come out on a round number, wouldn't it?
A. I'm not sure.
Q. Look at the next page, A-4h?
A. 276. That is not a week, $300. Maybe he took one day off.
Q. So if he took one day off --
A. He took $300 here.
Q. So if he had 300 minus one day.
A. He should be at 240, something like that.
Q. What is it?
A. I'm not sure.

PAGE 147

0147

Q. The math doesn't work. Look at Mariano again, it's check 5579.
A. Yeah, 262.
Q. And then Sanchez, 164, and then Mariano 276. They're all different numbers. Any idea how these odd numbers come?
A. They off maybe. I don't know.
Q. How much did you pay a day?
A. They should get paid 60 to $64.
Q. Oh, sometimes it was $64?
A. Yeah.
Q. So it wasn't always 60?
A. No.
Q. So it could be an uneven number?
A. Yeah, 64. Mariano, I think he got 64. If he worked eight days, by $8 an hour, that would make it 64. To be honest with you I cannot tell why these numbers. Sanchez got 827, Exhibit A-4. Or 9.
Q. A-4 what?
A. Check No. 5779. We go couple times more, Mariano.
Q. What's the last page in that set for you, at the very bottom?
A. A-9, 980? I'm not sure.
Q. Can I see that set for a second?

PAGE 148

0148

A. I think I provide the checks. I gave them to you?
MS. TOUT-NAVA: Yes.
Q. This didn't get copied together right. I'm sorry, you have another set there, I'm sorry. Part of the same thing. I'm sorry, when they're clipped there, this would be the bottom. This all should be clipped together.
A. This is the payroll. You asked me how much, they told me how much they work and I send them the money.
(Bakri Deposition Exhibit No. 33 marked for identification.)
A. I hope I still have these original.
Q. Well, if you don't, we have a copy of these.
A. Yeah.
Q. So Exhibit 33 is by your hand?
A. Oh, this one, I didn't know you gave me one. General Maintenance & Floor Service.
Q. Inc., right?
A. Alvaro Moreno.
Q. Do you know if he worked here?
A. 227. Ten days.
Q. $227?
A. Yes. Alvaro Moreno. I don't remember the

PAGE 149

0149

name. What year is this? 2001?
Q. Yes.
A. May 2001.
Q. That's up here, right?
A. Yes.
Q. Then on the next page it says Carlos Ulises?
A. Carlos, yes.
Q. Why $740? That's for two weeks?
A. Yes, 350 per week maybe. From 3/9.
Q. 370 I think.
A. Yes.
Q. And you issued a money order here to this Moreno, why would that be?
A. You know, sometimes they have hard time to cash a check.
Q. Um-hum.
A. So I give them favor, I go get them something. That's why. Sometimes, maybe sometimes I don't have a check. Checkbook is empty, something wrong, happened.
Q. Did you issue 1099s for all of these every year? You didn't issue W-2s, so did you issue 1099s?
A. I think we did one time, yes.
Q. What about toward the end?
A. No, I didn't.

SHEET 39 PAGE 150

0150

Q. You never issued 1099s?
A. Not in 2001, no. I prepared them but I never issued them.
Q. Do you have them?
A. Yes.
Q. So you will bring them next week?
A. I will look for them for sure, I will bring 1099, yes.
Q. Do you have them for any earlier years?
A. I think my mom did some of them. I saw something like that long time. No, I did not issue 1099 for them.
Q. So we're at 34?
A. 350, this is one week should be.
Q. Right. We're looking back again at Exhibit 33, page 2, right? You're looking at the TravelersExpress money order?
A. Okay.
Q. For Moreno, that's what you were talking about just now?
A. This one here? Yes. What's his name?
Q. Moreno.
A. Moreno, yes.
Q. Okay.
A. General Maintenance, Moreno. I'm not

PAGE 151

0151

positive what happened, you know. Too long.
Q. Let's look at 34.
(Bakri Deposition Exhibit No. 34 marked for identification.)
Q. Let me give you this to go with it and we'll clip them. Put this on the back. Do you know what this is?
A. No.
Q. Have you ever seen this?
A. No.
Q. You don't know anything about Moreno?
A. No.
Q. Was he working up here or down south?
A. I don't know his name. I have to look in my record.
Q. Where is Goodbury, is that a store?
A. Excuse me?
Q. Is that Goodbury?
A. Yeah, Rainbow. Woodbury.
Q. And Larado? Lavarado?
A. I'm not sure.
Q. Okay. But you never --
A. Do you have any dates here?
Q. Doesn't have a year.
A. No, I don't know about this.

PAGE 152

0152

(Bakri Deposition Exhibit No. 35 marked for identification.)
Q. Can you tell us what this is?
A. Alfonso Mendoza.
Q. Do you know anything about him?
A. Alfonso? Yeah.
Q. He worked up here?
A. Yeah.
Q. And this is a regular pay?
A. Yeah, 350, um-hum.
Q. Sometimes 350, sometimes 340, next check? Oh, that's Alfonso Rios.
A. Different one there, 340.
Q. And then there's a blank money order for 350 with no signatures or anything?
A. Yeah, a mistake maybe. I don't know who cashed it.
Q. And then there's another, at the end there's a couple more checks to different individuals? No, to Mendoza?
A. Yeah, Alfonso.
Q. And then 800, and that's for two weeks, 12 days?
A. Correct. This is why maybe the NSF.
Q. Is it an NSF check there?

PAGE 153

0153

A. Yeah.
Q. One on your account?
A. Yes.
Q. Why?
A. Maybe money did not come to the bank, you know.
Q. Did this ever happen more often than once to your employees?
A. A few, a few.
Q. How about at the very end?
A. No, no.
Q. So what happened if there was an NSF?
A. They come down and we give them money order and take the check from them. We pay them immediately. We replace the check.
Q. Did it happen up here as well as down there?
A. Not down there.
Q. Never down there?
A. No. Down there was wire money transfer, but here I had a few times it happened and they came and cashed a check. Sometimes, especially at the end, ICM did not put the money in in time and we put the check, it was very tight situation. Wasn't a lot of money. I lost some money with ICM, too. And takes about five to ten days to clear the check and the

SHEET 40 PAGE 154

0154

employee won't leave my house, they come down and pound the house, need money, and we try to explain to them but they don't understand, you know, they just get the money or they don't show up to work. Don't show up to work. Not just one person don't show up to work, whole village won't come back to work. They all related. One person has a problem, five, six person has trouble with.

(Bakri Deposition Exhibit No. 36 marked for identification.)

A. Yeah, advance money.
Q. What do you mean by advance money?
A. They need some money I advance it to them.
Q. Then you just took it out of their next check?
A. Yes.
Q. All at once?
A. Usually, yes. Depends how much. Yes.
Q. Let's take a short break and we're going to, let us talk in here for a couple minutes, okay?
A. Sometime employee don't understand they have to work one week or two weeks to get paid. They don't want to, so we give them advance money, give it to them until next time.
MR. GROSSMAN: So we'll talk again in

PAGE 155

0155

a few minutes.

(Break taken from 4:20 to 4:31 p.m.)

BY MR. GROSSMAN:
Q. I hope we can wrap this up in half an hour or so. There were three companies that you contracted with to do the work, right; B.E.L., HiTech and ICM?
A. Correct.
Q. Which was the order again?
A. HiTech, B.E.L., ICM.
Q. And in Louisiana it was just?
A. HiTech.
Q. And that was -- wait a minute.
A. Later on.
Q. I'm sorry?
A. Let put it this way. HiTech, B.E.L., HiTech, ICM. HiTech Louisiana, that last one.
Q. All right. Does HiTech exist anymore? Are they in business?
A. No.
Q. They are completely out of business?
A. In floor cleaners they are.
Q. They are in other businesses?
A. Just selling chemicals.
Q. They are still selling chemicals?
A. Um-hum.

PAGE 156

0156

Q. Who was your contact at HiTech?
A. Sam.
Q. Do you have a last name?
A. Danbury.
Q. Danbury?
A. Sam, something like that.
Q. Where were they located?
A. Texas.
Q. They were in Texas?
A. San Antonio.
Q. Did you ever meet with them?
A. Yeah, few times.
Q. There or here?
A. Here.
Q. Do they have offices here?
A. They used to.
Q. They don't anymore?
A. No.
Q. They don't still subcontract this work anymore, they don't do this kind of work anymore?
A. No.
Q. They just sell the chemicals?
A. Correct.
Q. And then came B.E.L., B.E.L.?
A. Yes, B.E.L., they're not here anymore.

PAGE 157

0157

Q. Are they still in business?
A. I think they are doing some work, yes, East Coast.
Q. Were they located here at the time?
A. Yes.
Q. Who was your contact there?
A. It was a B.E.L., no one.
Q. No one person?
A. I was independent, you know. I was working independent.
Q. But did you have somebody there you signed with or you worked with or talked to?
A. No, nothing.
Q. So you just --
A. Assumed the business and paid a check and I do my duties. 13 stores, cleaning, I'm responsible for everything. They just send a check.
Q. Now what about ICM, did you have any contacts with them?
A. Yes, I did.
Q. Who was your contact with ICM?
A. First one, his name Bruce York.
Q. Okay.
A. Then Mike Burgoyn
Q. How do you spell that?

SHEET 41 PAGE 158

0158

A. B-U-R-G-O-U-N-Y.
Q. Burgouny?
A. Not N, Burgoyn. B-U-R-G-O-Y-N.
Q. Burgoyn?
A. Burgoyn.
Q. Is he still there?
A. I believe he does not work for ICM anymore.
Q. Is ICM still in business?
A. Yes.
Q. Now ICM cut you off in the summer of 2001?
A. Correct.
Q. Did they pay you their final payments?
A. Yes.
Q. They finally paid you?
A. Yes.
Q. For the last couple of weeks?
A. Yes.
Q. Didn't you tell the investigator that they didn't pay you at one time?
A. HiTech didn't.
Q. Who was the last one you dealt with?
A. ICM.
Q. They paid you all the way through the end?
A. Yes.
Q. Didn't you once tell us you were owed about

PAGE 159

0159

15,000 in wages that you hadn't gotten from one of your providers?
A. They paid later on.
Q. Later on?
A. Later on they send me check.
Q. After the investigation began?
A. Yes.
Q. And did you ever tell us about that?
A. No, I don't think so.
Q. So they paid you after the investigation began and you paid the employees back checks?
A. The employees got paid.
Q. They got paid right away?
A. Yes, they got paid one week. When we quit, they got paid.
Q. They got paid everything then?
A. Yes.
Q. You didn't owe any back wages?
A. No, I don't.
Q. You don't owe them anything?
A. No.
Q. They were paid through their last week?
A. Correct.
Q. And you made up the first week of work for those that were held?

PAGE 160

0160

A. Correct.
Q. Did you have any extra checks in the end to show that?
A. I think I provided check stubs. Yeah, I do have the check stub, yes.
Q. Can we tell from the check stubs what you were paying?
A. Yes.
Q. So there's nobody at each of these companies that we could talk to that knows about your business anymore?
A. ICM.
Q. And --
A. But they're not really, they change ownership I think. ICM change their business.
Q. Okay. Now back in the summer, early spring actually, of 2001?
A. Um-hum.
Q. This investigation began while you were still in business?
A. 2001?
Q. 2001.
A. 2001.
Q. Right.
A. I working for ICM, yes, I was working at ICM.

PAGE 161

0161

Q. And that's when this investigation began?
A. Okay.
Q. When you were first contacted by the Department of Labor?
A. Okay.
Q. Did we ask you for records?
A. Yes.
Q. There was another investigator working with you before that?
A. No.
Q. Before Ms. Tout?
A. No, I think somebody else went for vacation, went for maternity leave, yes?
MS. TOUT-NAVA: I'm the one that took over for the investigator who went on maternity leave.
A. Oh, okay.
Q. This is a very pregnant office. We take turns. I mean not we.
A. You're not Mrs. Tout.
MS. TOUT-NAVA: I am Kristin Tout, yes.
A. Maybe Amy. We sit down and we discuss the records and I said I may have them and I looked, I didn't have them.

SHEET 42 PAGE 162

0162

Q. You said you would provide them?
A. Some of what I had, I provide.
Q. Were you repeatedly asked for records that you said you would provide?
A. Yes.
Q. And then you didn't provide them, right?
A. Yeah, because I don't have them.
Q. And then you were subpoenaed, right?
A. Yes, shortly. Recently.
Q. You were given a subpoena. Not recently, I mean in 2001, fall of 2001?
A. Yes.
Q. August 2001.
A. Yes.
Q. And then I talked to you on the phone?
A. Yes.
Q. And you agreed to bring some records over the next week after we talked?
A. Yes.
Q. Did you bring those records?
A. I don't have any, any record I have I brought. I produced. I don't have any record is the problem.
Q. And then you were given a set of interrogatories with request for production a little

PAGE 163

0163

over a month ago, right?
A. Yes.
Q. And requested documents that were due last week, right?
A. Correct.
Q. And you haven't produced those, right?
A. No, not yet.
Q. And once again you say you're going to produce them in a week?
A. Yes.
Q. Now there are some specific things that we talked about today?
MS. TOUT-NAVA: The signed independent contractor agreement.
Q. Yes, you said you had signed independent contractor agreements. Remember I showed you a blank form today? You have those?
A. Yes.
Q. And then 1099s?
A. Now what company are you looking for?
Q. I want from the beginning, anything you have.
A. I only responsible for --
Q. I don't care whether you think you're responsible or not.
A. Okay.

PAGE 164

0164

Q. I want you to understand. If you have the paper in your house or in your store or in your office, you must produce it whether it's yours or your mother's. Do you understand that?
A. Yeah.
Q. I don't care whose paper it is.
A. Okay.
Q. Or identify every single page by page and say this is my mother's and I'm not responsible, and we'll get the court to tell you --
A. Sure.
Q. -- that you're responsible. You must produce it whether you think it's your responsibility or not if you have it, okay?
A. Um-hum.
Q. You can't decide whether it's yours or not.
A. Okay, all right.
Q. And then the ICM contracts?
A. Yes, you have it here.
Q. But you said you have signed ones or more?
A. No.
Q. They're all here?
A. Yeah.
Q. And records of what ICM paid?
A. I have, yes.

PAGE 165

0165

Q. Now these are the specific things that I remember we talked about today, there were others. What I suggest, and I'm doing this on the record, is that every scrap of paper that you have that relates to these companies, whether it's yours or your mother's?
A. I have none. I'm saying on the record. I have none.
Q. Whatever you have in the house.
A. I have nothing, I have nothing.
Q. Whatever you have anywhere that relates to these businesses, if they're in the United States, bring them to this office next Monday.
A. I will.
Q. Is that agreed?
A. Yes.
Q. Anything you have.
A. Yes, I bring all my record that Michael Bakri responsible for.
Q. No. Anything you have.
A. I will look for them.
Q. Anything you have in your possession.
A. Sure.
Q. I don't care whether you think you're responsible for them or not.

SHEET 43 PAGE 166

0166

A. Okay.
Q. If you think you're not responsible for them, make a list of everything you have.
A. I'm not trying to defend General Maintenance.
Q. I don't care if you're trying to defend. If you have the documents, we can get them through you.
A. Okay.
Q. I don't care whether you're responsible for it or not. If you have them, if they're in your possession in your house, in your business, in your office.
A. Okay.
Q. If they're anywhere in this country that you have control over, whether you're keeping them for your mother or for whoever had the business or they just happen to still be there and you don't think you have anything to do with them.
A. Okay, I'll see what I've got.
Q. Whatever you have, bring. And if it's here already, we'll subtract that and take it out.
A. Sure.
Q. And make a list together of what we have.
MR. GROSSMAN: All right?
MS. TOUT-NAVA: (Nods head.)
Q. So that we don't continue to do this.

PAGE 167

0167

A. I mean you guys doing it, not me.
Q. I need the paper. You have the paper.
A. You have your witnesses. You have witnesses, you have people work for me said they're going to get paid. You bring them, please, to testify in court and I will subpoena their record and my record. It's easy and painful ways. I need all these people that work for me in the court. Only way I can converse with them.
Q. First thing we need is your records.
A. You have enough records, Mr. Grossman. More records is not going to make any difference. She is complaining that these people work for me --
Q. We will put the testimony on about your pay later.
A. -- didn't get paid.
Q. We will put the testimony about that later, but I need the records that you have.
A. Okay.
Q. That you keep saying you're going to produce sometime.
A. I did.
Q. We'll have it all next week?
A. Most of them, 90 percent you have.
Q. Well, we'll have it all next week, right?

PAGE 168

0168

A. Hopefully, yes. And I will answer the, the reason I do not answer the complaint, because the department are mixing between me and my mother business.
Q. You were the manager of that company.
A. I was.
Q. And I want you to answer the questions whether you -- if you know the answer. It doesn't make any difference whether you represent the company or not. If you want to get a lawyer and have him tell you what to answer or not, then a lawyer is going to --
A. I'm not going to hire. For me it's not worth to spend penny on this case.
Q. Then you have to answer the question.
A. You guys have the money to spend it on. The federal government has money.
Q. So you will bring everything you have next Monday?
A. Hopefully I will.
Q. Hopefully? Why hopefully?
A. If I have the records, I'll bring them.
Q. You will bring everything next Monday?
A. Yes. Monday I will be here. But I need all these people testify in court.

PAGE 169

0169

Q. You don't decide who's going to testify. You can subpoena whoever you want.
MR. GROSSMAN: Let's go off the record now.
(Deposition concluded at 4:42 p.m.)

0170

REPORTER'S CERTIFICATE

STATE OF MINNESOTA )
) ss.
COUNTY OF DAKOTA )

I hereby certify that I reported the deposition of MICHAEL BAKRI on the 28th day of April, 2003, in Minneapolis, Minnesota, and that the witness was by me first duly sworn to tell the truth;

That the testimony was transcribed by me and is a true record of the testimony of the witness;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

WITNESS MY HAND AND SEAL THIS 12th day of May 2003.

------------------------------------
Elizabeth J. Gangl
Notary Public, Dakota County, Minnesota
My commission expires 01/31/05

WORD
INDEX

DEPARTMENT OF LABOR V. GENERAL MAINTENANCE & FLOOR SERVICE, ET AL.
DEPONENT: MICHAEL BAKRI
DATE: APRIL 28, 2003


**$**

$1.19 [1] 116:10
$19,388.93 [2] 102:2 103:24
$227 [1] 148:24
$30 [3] 105:24,25 106:1
$300 [8] 142:19 144:25 145:2,4,21,21 146:18,21
$33 [2] 106:5,9
$4 [1] 143:1
$400 [1] 71:17
$482 [1] 92:6
$50 [1] 126:21
$500 [3] 34:22 71:17 145:5
$60 [5] 59:22 68:21 69:23,25 146:10
$600 [1] 145:4
$620 [3] 89:24 91:2 92:4
$64 [2] 147:9,10
$65 [1] 70:5
$740 [1] 149:8
$75 [1] 70:5
$8 [1] 147:16
$8,000 [1] 119:9
$80 [1] 60:3
$9 [1] 143:5
$900 [1] 105:24

*****

*********** [1] 2:10

**0**

01/31/05 [1] 170:23
026 [3] 117:6,10,24
08 [1] 43:7

**1**

1 [6] 3:12 7:5,6 9:3 43:20 105:5
1.26 [1] 119:20
1/5/01 [1] 4:18
1:02 [2] 1:16 2:2
10 [6] 36:22 37:3 86:5,7,19,21
10-15 [1] 146:5
10-28 [1] 146:5
101 [1] 4:8
107 [1] 3:25
1099 [2] 150:8,12
1099s [6] 13:19 14:14 149:21,22 150:1 163:19
11 [21] 3:24 20:20 36:22 83:22 87:10,12 105:17 107:8 130:10,10,11,12,12,12,17 131:10,10,12 132:2,4 145:2
11/27/00 [1] 4:21
110 [1] 4:10
115 [2] 4:17,18
118 [1] 4:19
12 [25] 4:3 9:1 33:20,21 65:13 71:16 74:4,4,6,8 77:20,21 83:22 90:6,6 94:19,24 97:4,20,22 98:13 105:17 112:15,15 152:22
12/24/00 [1] 4:18
12/5 [2] 100:9,12
120 [2] 4:20 72:11
1201 [1] 107:15
122 [1] 4:17
123 [1] 4:18
12493 [1] 108:15
125 [2] 4:19 72:11
127 [2] 4:20,21
12th [1] 170:19
13 [13] 4:4 83:22 96:21,23 99:1 105:17 112:14 143:20 144:1,6,25 145:1 157:16
135 [1] 4:27
136 [1] 4:25
13th [1] 8:15
14 [12] 83:22 101:12,16,17 104:12 105:17 108:1 109:9 132:6,7 133:19,20
14,268 [2] 104:23 105:12
140 [1] 5:5
15 [6] 4:9 70:10 83:22 105:17 110:4,8
15,000 [1] 159:1
151 [1] 5:34
154 [1] 5:15
16 [6] 4:11 83:22 105:17 112:23,25 113:14
164 [2] 145:18 147:4
165 [1] 3:7
17 [5] 83:22 105:17 115:5,7 116:23
17th [6] 14:25 79:22,23,23 80:1,2
18 [5] 83:22 105:17 115:25 116:2 118:1
18th [2] 78:24 127:10
19 [5] 83:22 105:17,20 118:11,13
19,000 [1] 105:9
19,388.93 [1] 102:5
1982 [2] 23:23 24:3
1987 [1] 25:6
1988 [2] 24:25 27:5
1989 [8] 24:2 25:12,25 27:16 28:1 29:12,13 52:15
199 [1] 51:4
1995 [2] 28:15,15
1997 [13] 29:12 30:6,7,19,20 32:14,18 38:19 53:6,9,20 54:7,8
1998 [8] 13:21 37:20 45:6 50:24,25 51:7 82:4 114:12
1999 [6] 43:20 44:6 52:23 56:4,7 72:8
19f [1] 113:2
1st [7] 16:22,23 19:4 41:21 44:6,21 134:24

**2**

2 [10] 3:13 8:7,9 47:10,24 82:5 99:22 105:5,8 150:16
2,400 [2] 105:18,18
2.6 [1] 117:8
2:15 [1] 75:18
2:23 [1] 75:18
20 [10] 74:16,16,18,22,23 105:18 120:21 139:4,9,9
2000 [49] 10:17,17,17 11:2,4 13:22,23 14:4,5 16:18,20,24,25 17:1,17,18,19,20,21 18:2,4,9,9,14 21:22,24,24,25,25 32:4,20 33:6 49:21 51:7 52:15,18,19,21,23 56:15,16,16 62:10 96:19 98:21,23 99:18 114:23 122:23
2001 [47] 11:21 13:24 14:13 17:19,20 18:24,25 39:22 43:7,7 45:7 49:21 50:8 60:20 62:3,7,9 63:14 74:16,18,19,19 82:23,23,24 88:23 95:8,9 98:24 99:7,16,23 102:16,25 103:23 114:24 149:1,3 150:2 158:10 160:17,21,22,23 162:11,11,13
2002 [1] 20:20
2003 [1] 2:2
2008 [1] 11:1
21 [3] 105:18 122:16,18
21,000 [1] 105:9
21,353 [1] 105:12
22 [3] 4:18 105:18 123:19
227 [1] 148:23
22nd [1] 102:24
23 [4] 4:19 105:18 125:15,17
23rd [10] 14:13 18:24,25 39:22 60:18 82:24 102:16,21,25 103:1
24 [7] 4:20 77:15 82:4 105:18 127:8,10 128:1
240 [1] 146:23
24th [1] 17:15
25 [4] 4:21 127:23 128:3 133:20
25th [1] 88:22
26 [14] 4:22 90:7 107:15,21 117:5,7,9,11 119:16,24 133:12,15 135:6 139:8
262 [2] 145:18 147:3
27 [3] 135:1,14,15
276 [5] 145:24 146:2,5,18 147:4
27th [1] 122:23
28 [7] 17:23 82:23 95:7,7 136:6,8 137:3
280 [2] 145:24,24
28th [16] 2:2 11:21 17:20,21 18:24 43:7 60:18 98:19,22 99:4,6,6,22 103:23 114:18,23
29 [4] 5:3 90:7 137:5,7

**3**

3 [10] 42:4 43:3 46:18 47:9,23 48:4 49:10 75:21,23 130:11
3/9 [1] 149:9
3:16 [1] 115:19
3:24 [1] 115:19
30 [5] 15:2 79:24 140:5,8,20
30,000 [2] 139:4,10
300 [7] 124:8,10,13,13 143:18,19 146:22
30th [4] 17:1 99:7,16 100:13
31 [4] 5:6 140:19,20,22
312-353-5709 [1] 2:19
31st [1] 60:7
32 [5] 108:16,24 143:7,9,10
33 [3] 148:12,17 150:16
331 [1] 2:5
34 [4] 141:20 150:13 151:2,3
340 [2] 152:11,13
35 [1] 152:1
350 [5] 149:9 150:14 152:10,11,14
36 [3] 124:15 142:17 154:9
370 [1] 149:10
382 [1] 94:4

**4**

4 [6] 42:18,20 46:7 47:9 75:24 93:6
4-10 [5] 129:3,7,8 130:2,5
4.50 [1] 143:1
4:20 [1] 155:2
4:31 [1] 155:2
4:42 [1] 169:5
40 [3] 71:7 141:24 142:25
40,000 [5] 66:20,23,24 67:2,7
40/60 [1] 70:20
400 [3] 124:13,17 143:13
42 [3] 3:3,4 132:14
43 [4] 141:17,21 142:7,14
43,000 [3] 66:12 72:19 142:4
45 [1] 7:21
45-day [1] 7:22
47 [1] 3:17
482 [1] 92:9

**5**

5 [16] 47:5,6,12,20,23 49:2,6 66:21,23,24 67:2,7 75:20 116:12 143:3,4
518 [4] 92:9,11,18 94:8
55402-1331 [1] 1:24
5579 [1] 147:2
566 [1] 108:12
5779 [1] 147:20
5785 [1] 145:11
5th [2] 98:21 99:18

**6**

6 [16] 3:4,18 36:9,10,13 81:3,5,7 85:3 93:6 130:17 131:10,10,12 132:3,4
6,000 [1] 66:22
6/25/01 [1] 4:9
6/28 [1] 102:10
60 [6] 70:6,7,10,12 147:9,12
618 [5] 92:18,20,22 94:6,8
620 [2] 107:19 108:5
64 [11] 70:7,7,8,9,10,10,11,13 147:15,15,17
65 [1] 70:7
665 [1] 109:1
666 [1] 108:9
6th [1] 73:6

**7**

7 [15] 3:12,19 36:23 82:8,9,25 83:1 85:4 92:6 130:10,10,11,12,12,12
7,000 [1] 105:6
7,500 [1] 105:3
7,585 [2] 105:8,12
7/16/98 [1] 4:11
7/26/01 [1] 3:24
70 [1] 70:13
76 [1] 146:14
79 [1] 3:7

**8**

8 [20] 3:20 11:2,4 17:15,22,23,25 18:9 36:25 66:25 67:2,7 83:3,4 84:16 85:8,10,12 133:20 134:23
8,400 [1] 119:14
80 [1] 3:7
800 [1] 152:22
81 [1] 3:18
815 [3] 89:23 91:21,22
82 [2] 3:19 24:15
827 [1] 147:18
83 [1] 3:20
844 [1] 2:18
86 [1] 3:23
87 [2] 3:25 25:7
88 [4] 26:5 27:17 28:2,4
889 [1] 91:20
89 [5] 26:8,9 28:2,3 30:4
8950 [1] 92:6

**9**

9 [7] 3:21 85:9,14,20,21 130:11 147:18
9,454 [1] 120:13
9-3 [7] 129:3,3,7,8,23

130:2,4
90 [1] 167:24
900 [1] 145:21
915 [5] 89:2,4,9,14 91:23
920 [1] 2:5
94 [1] 4:3
97 [3] 31:2,2 32:16
98 [2] 13:22 114:11
980 [1] 147:24
989 [2] 91:10,20
99 [8] 13:22 45:6 51:7 59:6 61:25 114:11,11,13

**A**

A-11 [1] 137:7
A-12 [2] 4:25 137:3
A-4 [3] 143:8 147:18,19
A-4a:4ao [1] 5:8
A-4c [1] 145:10
A-4f [1] 145:22
A-4h [2] 145:20 146:17
A-5 [1] 143:8
A-6 [1] 143:8
A-7a [1] 140:20
A-7a:7g [1] 5:5
A-8a [1] 140:21
A-8a:8d [1] 5:6
A-9 [1] 147:24
A-9a:9c [1] 5:6
A-9B [1] 141:15
A-R-A-N-G-O [1] 84:6
able [6] 40:11 62:2 63:3 126:4,18 137:24
above [1] 96:8
accept [2] 78:9 112:19
accordance [2] 88:17,18
account [6] 113:18 126:7,15 145:13,13 153:2
accurate [4] 78:10 107:6,7 136:20
Acknowledgement [1] 3:10
action [1] 170:15
active [2] 52:13,16
actual [4] 61:21 77:3,23 110:2
Actually [15] 38:19 48:19 55:13 56:19 65:17 67:21 72:2 74:15 77:25 89:6 93:2 99:6
109:6 131:6 160:17
add [2] 74:15 119:19
address [1] 113:8
addressed [4] 49:25 113:4 134:17,22
addresses [2] 4:18,20
admits [1] 76:17
advance [4] 154:11,12,13,23
affect [1] 170:16
affects [1] 170:16
agency [2] 13:14 21:7
ago [6] 6:13 7:18 26:24,25 99:20 163:1
agree [1] 76:14
agreed [8] 7:13 88:10 89:10,11 139:24,25 162:17 165:15
Agreement [18] 4:3 7:12 9:13 10:25 11:4,23 18:16,17,17 28:17 32:13,13,17 78:14,17,19,20 163:14
agreements [13] 9:3,9 10:22 11:17 12:24 13:3,5 31:6,10,11 32:18 34:13 163:16
agrees [2] 76:17 117:4
ahead [2] 99:19 100:16
air [1] 57:6
Airline [1] 129:16
aisles [5] 67:20,21,21,22,24
Alberto [5] 130:12 131:12,12,12,13
Alfonso [4] 152:4,6,12,21
allegations [2] 42:24 75:24
allowed [2] 37:1 51:9
alone [3] 33:25 65:3 142:5
alphabetical [1] 48:4
already [6] 21:1 26:6 27:7,17 40:4 166:20
Alvaro [2] 148:21,25
America [1] 138:16
American [1] 23:24
AmeriGas [1] 4:27
amount [7] 91:9 92:8 93:13,21 103:24 119:7 146:7
amounts [5] 95:2
109:23 114:9 124:24 145:18
Amy [1] 161:23
another [6] 89:25 105:6 108:15 148:5 152:18 161:8
Answer [38] 3:4 6:20 37:5,6 42:16,20 43:23 44:17,19 45:1,4,18 46:1,2,4,5,6,7,13,14,17,18,25 48:14 49:13,17,23 76:2,14 78:5,6 86:1 168:1,2,7,8,11,15
answered [14] 8:17 45:14,16,16 46:20,24 47:16,19,20 48:10,11,22 49:9 54:24
answering [4] 48:19 49:1,5 76:20
answers [2] 48:6 80:6
Antonio [1] 156:10
anybody [10] 26:11,14 33:10 37:11 39:6 41:3 52:1 53:22 132:23 142:9
anyway [1] 96:20
apartment [19] 25:20 38:5 62:21 63:19 121:20,21 125:6,14,14 127:15,16,17 138:11,13 140:16,17 144:8,9,12
apartments [1] 144:10
APPEARANCES [1] 2:13
Apple [3] 73:14,15,17
Appleton [1] 24:21
April [7] 2:2 8:15 14:25 79:22,23,23,24
Arango [5] 13:13 34:16 84:6 135:10,11
area [4] 12:14 29:6 58:17 68:25
aren't [1] 46:4
argue [1] 15:3
around [5] 25:24 29:6 32:3 67:25 68:22
arrangements [1] 54:23
arrive [4] 37:7 66:22 119:18,25
arriving [1] 123:8
Article [1] 81:7
Articles [5] 3:18 81:3,7,10 85:3
assign [1] 53:18
assume [4] 6:25 43:8 109:10 125:1
assumed [5] 96:19 98:17,18 126:15 157:15
attached [1] 5:21
attention [2] 49:11 139:21
August [17] 11:1,2,4 16:20,22,23 17:15,25 18:9 19:4 21:24 38:22,23 41:21 56:16 82:4 162:13
Automatic [1] 68:18
Avenue [4] 2:5 73:6,12 108:16
Average [6] 66:20,21 70:10 72:19 116:16 124:14
aware [1] 33:11
away [3] 29:21 122:12 159:13

**B**

B-24b [1] 5:15
B-A-K-R-I [1] 6:7
B-E-L [1] 59:4
B-U-R-G-O-U-N-Y [1] 158:1
B-U-R-G-O-Y-N [1] 158:3
B.E.L [19] 32:8,11 33:12,13 59:1,4,8,11 113:21,22 114:15 115:2 155:6,9,15 156:24,24,25 157:7
back [25] 6:11 22:3 23:20 41:7 56:10 67:24 68:15,15,15 71:25 75:20 102:23 103:1 104:11 114:11,13 115:22 116:23 145:11 150:15 151:6 154:6 159:11,18 160:16
bad [3] 85:6 139:5,9
BAKRI [75] 2:1 3:10 4:1,4,7,11 5:1 6:1,5,7,8 7:6 8:7,9 10:1 11:7,23 17:13 18:12,23 19:1,9,10,12 21:15 23:21 42:4,18 44:5,13,20 47:6 53:25 81:5,21 82:9 83:2,4,9 85:14 86:5 87:10 94:19 95:15 96:7,8,20,21 101:17,23 110:4 112:23 115:4,5,25 118:11
120:21 122:16 123:19 125:15 127:8,23 133:12 134:18 135:15 136:6 137:5 140:5,22 143:10 148:12 151:3 152:1 154:9 165:18
bank [1] 153:5
Based [1] 65:21
basement [1] 15:12
basically [2] 53:8 113:9
basis [1] 123:9
became [1] 32:5
become [1] 24:1
began [5] 30:3 159:6,11 160:19 161:1
begin [4] 27:2,25 28:13 30:18
Beginning [3] 9:1 23:21 163:21
Behalf [3] 2:15 30:12 51:13
believe [39] 10:17,24 11:11 16:20 17:15 20:20,25 21:7 22:23 27:23 28:15 29:5 31:21 33:6 35:4 41:9 45:15,22 46:14 47:22 48:16 55:5 58:5,7 62:6,13,14 63:1 75:25 86:25 87:13 102:7,8 110:13 117:3 118:15 137:14,18 158:7
belonged [1] 22:20
belongings [2] 22:9,20
below [1] 91:25
benefit [2] 78:12,13
Benetez [1] 143:17
Bergeron [2] 138:8,11
besides [4] 16:3 28:18 54:15 71:10
best [1] 72:10
between [21] 4:14 9:4,13 11:17,23 13:21 31:6 36:9 54:23 63:18 67:22 68:14 78:20,21 82:23,23 92:22 93:6 94:22 134:24 168:3
big [1] 67:13
bigger [2] 65:17 145:6
bill [14] 104:17,18 107:21 108:9,14 109:1,1,4,5 114:5 135:18,22 136:2 146:1
billed [2] 80:21,23
billing [2] 104:20 119:18
bills [3] 53:12 138:1,15
bit [9] 6:11,18 46:2 60:22 65:18 72:3 74:15 95:18 137:25
bite [1] 119:12
Biweekly [2] 119:14,16
Blaine [1] 73:10
blank [2] 152:14 163:16
Bloomington [2] 25:18,19
boat [1] 6:15
bonus [1] 91:12
bookkeeping [8] 22:12,13,14 29:14,16 30:15,17 54:6
books [3] 64:1,4 71:15
both [8] 15:24 28:16 33:15 40:11,12,17,17,18 115:1
bottom [17] 83:12 86:11 89:3 90:8 92:8 96:10 98:13 102:16,19 103:9 116:6,24 117:3 126:19 143:24 147:23 148:7
bought [1] 37:15
boxes [6] 15:14,15,15,18,20 20:2
bread [1] 68:23
break [6] 75:17,17,18 115:19 154:19 155:2
bring [17] 7:17,19 78:11 80:8,15 92:1 150:6,7 162:17,20 165:13,18 166:19 167:5 168:18,22,23
Brooklyn [2] 45:8 73:8
brought [4] 8:2 25:19 50:16 162:22
Bruce [20] 63:1,2 84:9,9 125:11,11,12,13 127:21 133:16 134:11 136:2,5,7,8 140:7,10,15 141:5 157:22
Bruce's [3] 133:16 135:3,9
bucks [1] 143:18
buffing [1] 135:21
building [1] 38:5
bulk [2] 123:25 126:1

DEPARTMENT OF LABOR V. GENERAL MAINTENANCE & FLOOR SERVICE, ET AL.
DEPONENT: MICHAEL BAKRI
DATE: APRIL 28, 2003


bunch [1] 128:15
Burgouny [1] 158:2
Burgoyn [4] 157:24 158:3,4,5
business [55] 9:22 11:9 14:1 17:8 18:11,22 25:1,2 26:12,14 27:19 29:11,13,15 31:16 32:25 33:2 37:22 38:24 39:7,20,21 43:18,21 44:6,21 45:9 52:9,14,25 53:1,4,4 55:8,9 56:3 95:20 97:10 111:9,16 126:6 137:17,18 138:1 155:18,20 157:1,15 158:8 160:10,15,20 166:10,15 168:4
businesses [3] 25:4 155:22 165:12
buy [2] 92:13,14

C

C-1 [1] 85:4
C-10 [1] 101:15
C-10a:10g [1] 4:7
C-11 [1] 101:15
C-12 [1] 101:15
C-13 [1] 101:15
C-14 [1] 101:15
C-15 [1] 101:15
C-15a:15h [1] 4:8
C-16 [1] 101:15
C-16a:16l [1] 4:8
C-17 [3] 101:15,16 102:16
C-17a:17d [1] 4:8
C-18 [1] 110:19
C-18a:18e [1] 4:10
C-18b [2] 111:25 112:14
C-19 [1] 113:1
C-19b [1] 113:1
C-19C [1] 113:14
C-19d [1] 113:23
C-20 [2] 4:17 116:7
C-21 [2] 4:18 116:2
C-24 [1] 118:13
C-24a:24c [1] 4:19
C-3 [2] 3:25 87:16
C-4a [4] 87:24 90:9 91:7 107:9
C-4a:4s [1] 3:25
C-4b [4] 90:25 92:3 107:11,17
C-4d [2] 108:21,22
C-4s [1] 87:17
C-4w [1] 93:23
C-5a [1] 94:25
C-5a:5c [1] 4:3
C-5c [1] 112:15
C-6a [1] 96:24
C-6b [4] 97:18,22,23 99:1
C-6d [1] 99:24
C-7 [2] 101:14,16
C-7a [3] 101:14 107:25 108:1
C-7a:7e [1] 4:7
C-7c [1] 106:8
C-7d [5] 104:12 108:2,3,18,19
C-8 [1] 101:14
C-8a:8f [1] 4:7
C-9 [1] 101:15
C-9a:9g [1] 4:7
C1 [1] 3:18
C1-a [1] 3:18
cabinets [1] 15:16
calculate [1] 132:7
calculations [1] 90:17
California [1] 24:21
call [2] 30:24 53:3
called [4] 12:4 27:22 47:12 97:10
calls [3] 54:24 55:1,4
came [15] 20:14 24:4,10,15,17 27:5 32:2 39:17,18 40:10 114:19 121:20 127:15 153:20 156:24
canceled [1] 13:12
cannot [15] 9:25 28:16,17 29:20,20 36:15 40:17 84:4 93:6,7 131:18 132:1 134:8 145:4 147:17
capability [1] 40:13
caption [1] 9:24
CAPTIONING [1] 1:23
car [6] 37:9,10,15,21 131:24,25
card [4] 135:24 136:2,3,4
cards [5] 3:21 85:21,21,24,25
Care [14] 4:21 52:8,9,10 53:12 54:1 59:18 75:7 128:3 163:23 164:6 165:24 166:5,8
carefully [1] 102:12
Carlos [3] 121:11 149:6,7
Carlson [2] 59:18,19
carpool [1] 37:10
carry [1] 75:10
case [6] 9:24 42:14,21 45:21 78:1 168:14
cash [11] 68:23 122:9 124:5 126:18,19,23,25 145:4,6,9 149:15
cashed [4] 13:13 122:2 152:17 153:21
cashier [1] 122:8
cashier's [1] 124:22
category [1] 93:12
cease [1] 39:20
ceased [3] 14:13 28:20 31:21
Center [2] 2:5 124:5
Central [1] 108:16
Centre [1] 138:8
cents [6] 117:6,7,8,9,11 139:8
certain [1] 36:8
certificate [2] 82:3 170:1
Certification [1] 101:4
certify [1] 170:6
cetera [1] 113:1
change [9] 55:6 73:15 74:12,12,15 133:6 137:22 160:14,15
changed [9] 32:14,15 56:1 74:14,14 111:20 114:16,25 115:1
changes [1] 112:19
changing [2] 32:25 110:13
CHAO [1] 1:4
charge [6] 20:4 35:13 75:11 106:2 118:25 144:4
charged [3] 144:6 170:10,11
charging [1] 89:21
Charlie [1] 121:6
cheated [1] 38:12
check [52] 30:24,25 41:16 91:20 102:2 104:6 105:2,9 106:2,14 108:15 109:4,4 120:19 122:7,8,9,12 123:9,25 124:2,5,23 126:13,16,17,20,23 128:7 137:24 138:22 145:4,11,17 147:2,20 149:15,19 152:11,25 153:14,15,21,23,25 154:15 157:15,17 159:5 160:4,5,6
Checkbook [1] 149:19
checking [5] 126:7,15,20 146:12,13
Checks [40] 4:14 5:3,32,33,35,36 13:12 30:22 51:13 103:18 104:9 106:13,16 109:22 122:2,4,5,6 124:7 126:11 137:8,12,13,14,19,21,22,23 138:4,5 143:12 145:3,3,5,7,8 148:1 152:19 159:11 160:2
chemical [2] 57:24 58:14
chemicals [5] 57:19 61:10 155:23,24 156:22
Chicago [3] 58:5,6,14
chief [1] 30:11
citizen [2] 23:24 24:1
claim [1] 6:16
clean [16] 35:11,19,20,21,22 59:21 66:19 67:23 68:3,9,19 93:6,10 132:1 142:20,21
cleanable [2] 68:24,25
cleaned [1] 74:11
cleaners [1] 155:21
Cleaning [17] 11:24 12:6 26:16 27:10,12 29:5 32:1 43:21 57:19,21 60:2 61:3 67:21 70:21 116:13 123:7 157:16
clear [6] 7:2,3 17:9 103:8 133:8 153:25
clip [1] 151:6
clipped [2] 148:6,8
close [2] 34:11 49:15
closed [4] 55:9,9 74:8,10
Coast [1] 157:3
collectively [1] 101:13
Columbia [1] 73:18
column [5] 116:21 129:5,10,11,18
combined [2] 65:9 126:12
come [31] 14:17 18:18 23:21 24:9.23 26:4 35:21 37:1,2 57:21 58:2 60:2 65:19 68:14,15,15 116:22 119:20 121:16 124:25 126:22 128:12,13,18 146:14,14 147:6 153:5,13 154:1,6
Commencing [2] 1:16 2:2
Commercial [1] 9:4
commission [1] 170:23
comp [5] 76:3,5,7,10,11
companies [5] 50:5 80:23 155:5 160:9 165:5
company [26] 6:15 11:24 20:4 21:12 22:10 23:7 28:18 32:2 37:15 39:13 75:15 78:15 95:23 96:18 97:24,25 98:18 100:5 118:25 126:5,9,14,21 163:20 168:5,9
company's [1] 111:19
compare [1] 48:5
compensated [1] 88:8
complained [1] 51:23
complaining [1] 167:13
Complaint [41] 3:3,4 42:7,9,14,16,24 43:2,10,14,24 44:14 45:4,13,18,21 46:5,11,13,15,18,25 47:17,21 48:12,14,16,22 49:2,7,10,15,17,19,20,22,23 51:19,25 63:9 168:2
completely [3] 39:21,21 155:20
Concepcion [1] 4:28
concluded [1] 169:5
connection [1] 92:22
consider [1] 133:8
considered [1] 51:5
construction [1] 27:3
contact [4] 81:14 156:1 157:6,21
contacted [1] 161:3
contacts [1] 157:18
continue [5] 31:20,22 32:13 113:10 166:25
Continued [8] 4:1 5:1 32:21 33:2 56:4 106:14 111:4 138:1
continuously [1] 43:18
contract [30] 18:14,15 21:12 26:6,11 27:15 32:11 39:25 40:10 58:22 59:12 72:5 79:5 86:17 88:9 90:4,5 92:19 94:21,22 95:4 106:12 110:16,17,19,20 112:17,21 118:6 170:15
contracted [1] 155:5
Contractor [9] 3:10 32:5,5,15 57:25 72:6 117:4 163:14,16
contractors [8] 4:21 31:7,15 32:24 44:11 54:21 87:4 133:9
contracts [11] 12:25 19:8,17 27:17 29:17,18,25 31:20 32:16,22 164:18
control [2] 63:17 166:14
controversial [1] 95:17
converse [1] 167:8
coordinate [1] 105:11
copied [1] 148:4
Copies [6] 3:21 5:21 86:21,24 87:9 170:11
copy [8] 13:14 45:17 51:17,25 103:12 109:15,18 148:15
corner [1] 102:24
corporation [8] 1:8 11:15 43:12,13 50:22 51:22 55:24 74:11
correct [182] 7:14,15 8:24 11:14,16 12:15 13:4 14:8 15:13,25 16:2,10 17:3,5,22 18:8,10,15 19:2,11,23 25:9,16 27:6,8,16 28:12 30:8 32:23 33:3,13,14,22 34:1 35:19,25 38:11,25 39:18 40:1,19 41:17,24 42:1,10,11,15,17,22 43:1,4,5,6,13 44:3,3,9 45:1,6,12 46:5,10 47:21 48:12,20,20,23 50:20 51:17,21,23,24 54:19 56:13 57:14 59:2,14 60:11,14 61:20 62:4 63:10 64:3 65:22,24,

24 67:5,6 69:24 70: 17,23 72:20 76:14,16, 20 77:2,7 80:8,12,14 81:8,9,13,23 82:14, 16,18 83:14,15 86:1, 18,20 87:5,14,15,18 88:13 89:8,12,23 91: 5 92:5 93:17 94:3,5,7 95:9 96:15 97:5,11, 12,21 98:14 99:12,17 100:14,15 101:9,21 102:14 103:18,22 104:19,22,24 105:20 106:4,11,17 107:24 109:10,11,22 110:3 111:11 112:13 113: 11 114:5,7,8,10,14,22 117:15 119:4 125:21 131:22,22 137:9 139: 19 140:9,12,15 141:8 143:16 152:24 155:7 156:23 158:11 159: 23 160:1 163:5
correspond [1] 100: 3
cost [1] 170:10
couldn't [6] 40:12,18 99:3 130:20,21 142: 24
counsel [1] 170:13
country [8] 23:22 24: 9,10,15,24 27:5 31: 14 166:13
County [1] 20:18
couple [9] 7:18 26:23 41:8 53:1 122:19 147: 20 152:19 154:20 158:16
courier [1] 106:3
COURT [16] 1:1 10:5 15:1 17:24 46:15 48: 21,25 49:1,5 50:15 85:9 109:17 164:10 167:5,8 168:25
cover [5] 87:19 97:1, 8 110:8,11
coverage [1] 75:3
covered [1] 94:13
covers [1] 104:3
credit [4] 135:24 136: 2,3,4
crew [7] 30:11,11 59: 25 60:2,3 61:8,9
crews [1] 60:4
cross-reference [1] 84:15
currently [1] 6:8
customer [1] 107:13
customers [1] 58:16
cut [2] 16:9 158:10

D

D-3 [1] 85:5
D-3a:3b [1] 3:19
D-4 [3] 3:20 84:16 85: 13
D-5 [1] 85:22
D-6 [2] 3:23 86:8
d/b/a [4] 1:9 10:1 11:7 126:6
damaged [3] 20:14, 16,16
Danbury [3] 117:2 156:4,5
dangerous [1] 61:10
dash [1] 25:14
data [3] 68:7 98:20,25
date [13] 16:21 19:3 50:21,23 90:3 95:5,6 99:2,8,10 100:8 102: 24 114:25
dated [3] 99:18 122: 21,23
dates [3] 20:19 21:14 151:23
daughter [1] 50:17
day [19] 2:2 18:23 52: 17 69:8,9 77:12,15 120:2 130:4,24 131:7, 10 134:10 146:10,19, 20,22 147:8 170:19
day-to-day [2] 52:13 53:9
days [42] 4:22 7:21 8: 20 15:2 23:5 61:23 70:11 79:24 124:11, 12,13,14 127:11 130: 19 131:3,20 132:10, 12,13,16,25 133:1,4,5, 19,21,21 134:11 135: 6 143:19,20 144:1,6 145:1,1,2 146:12,13 147:16 148:23 152: 23 153:25
deal [4] 121:12 126: 20 139:6,9
deals [1] 54:20
dealt [3] 125:7,7 158: 21
December [19] 14:4, 5 17:15,15 18:4,5,5,6, 9,24 49:20 50:7 53: 18 98:21 99:18 127: 10 133:20 134:23,24
decide [2] 164:16 169:1
Declaration [5] 3:5 47:12,13 49:6 75:21
decoration [1] 67:9
deducted [1] 106:10
deduction [1] 91:6
deductions [3] 107: 1 114:2,3
Default [3] 3:17 47: 14 50:14
defend [2] 166:4,5
defendant [10] 9:13, 14,15 43:11 44:5,12, 20 50:3 51:20 76:4
Defendants [5] 1:10 9:4 12:25 13:21 23: 14
Define [2] 35:20 77:2
defined [1] 77:21
Denied [6] 44:4,7,10, 12 75:23,24
denies [1] 76:17
deny [1] 42:23
Department [21] 2:4, 17 85:4,5,22 86:8,16 87:16,20 96:24 101: 13,13 113:1 115:7 116:2,6 118:13 125: 20 137:7 161:4 168:3
Department's [2] 94: 24 143:7
Depend [4] 14:2 36:2 72:16,18
Depending [1] 64:23
Depends [1] 154:18
deposit [3] 113:20 145:8,12
Deposition [46] 2:1, 24,25 3:12 6:12 7:6, 11,12,13 8:7 42:4,18 47:6 81:5 82:9 83:4 85:14 86:5 87:10 94: 19 96:21 101:17 110: 4 112:23 115:5,25 118:11 120:21 122: 16 123:19 125:15 127:8,23 133:12 135: 15 136:6 137:5 140:5, 22 143:10 148:12 151:3 152:1 154:9 169:5 170:6
described [1] 54:8
Dies [1] 4:17
difference [2] 167:12 168:9
different [17] 21:13 39:13 47:1 61:8 64: 21 73:15 83:13 84:21 90:1,2 106:21 111:1
117:22 128:15 147:5 152:13,19
Direct [1] 113:20
director [1] 79:4
discount [1] 118:18
discuss [2] 125:3 161:23
discussed [1] 8:20
discussing [2] 107:8 128:21
Discussion [3] 7:25 109:21 133:11
display [2] 68:23,23
Dispute [3] 39:24 141:11,23
disputed [2] 92:10 93:19
dissolve [1] 33:4
dissolved [4] 33:7,8 53:1 56:4
dissolves [1] 33:6
DISTRICT [3] 1:1,2 2: 3
divide [1] 71:16
divided [8] 61:5,6 66: 23,24 67:2,7 123:25 125:23
Division [1] 2:4
Doctor [4] 11:25 12:2, 3,4
DOCUMENT [37] 3:7 15:5 16:25 17:1,3,20 38:10 42:6 44:23 46: 17 47:15,18 51:16 81: 15 82:25 83:17,18 86: 9,12 87:23 88:2,22 92:2 93:5,8,11 99:11 100:17,21,25 108:19 112:11,14,16 115:13 127:14,25
documented [4] 38: 8,11 79:17 86:4
documents [36] 7:17 8:2,5,23,24 10:2,19 14:20 15:6 17:7,7 20: 3,7,11,12 21:1,2,4,6 38:13 79:21 81:1,4 84:10 87:12,21,22 88: 18 90:19,21 93:7 103: 20,20 115:21 163:3 166:6
doing [28] 9:21 14:1 16:14 24:3 25:10 26: 15,15 27:9 28:22 29: 11 32:11 33:2,20,21 39:20,21 48:16 53:8, 20 59:15,17 97:10 110:9 111:13 113:10
157:2 165:3 167:1
dollar-nineteen [1] 117:17
dollars [23] 70:20 71: 20 74:24 89:17,18,19 91:8 92:11,12 93:24 106:15,22 107:2,3 108:11 109:3,6 118: 19,20 119:2 143:20 144:7 146:10
done [13] 9:12 35:22 36:13,14 40:4 56:11 79:10,15 93:8,12 118: 5 121:8 123:11
dot [1] 98:15
double [3] 66:2 93:13 142:18
down [54] 14:9 17:23 38:16,21,23 39:1 40: 4,15 55:9 56:14 65: 25 66:1,8 72:7 74:8, 10 83:20,24 91:8,25 96:10 103:13 120:23, 24 121:3,22 126:16, 21,22,23 127:13,18 128:20 134:21,22,25 137:24 138:6,22,24 139:6,8,10 140:13 142:21 145:15 151: 13 153:13,16,17,18, 19 154:1 161:23
downtown [1] 29:8
drawers [1] 15:16
drawing [2] 67:12,20
drive [3] 37:11,13 38: 4
driver [1] 4:25
driver's [1] 136:23
drivers [1] 38:3
drop [7] 72:2 111:6,6, 7,8,12 128:17
dropped [3] 72:4,5 111:8
drove [2] 37:24 38:2
due [3] 7:18 79:21 163:3
duly [1] 6:2
During [13] 28:15 43: 19 44:5,21 51:14 52: 25 57:16 69:8,9 76:4 109:3 130:4 132:3
duties [7] 4:17 31:4 40:9 88:8 116:10,17 157:16
duty [5] 54:8 57:4 115: 8,9 123:10

E

E-A-G-A-N [1] 73:21
each [19] 31:15 61:7,8 64:21 79:10 93:21 94: 1 104:21 107:3 119:7, 18 122:7 124:2 128: 17 131:8 142:5 143:8 145:4 160:9
Eagan [3] 73:19,22, 22
earlier [3] 37:4 115: 13 150:9
earliest [1] 37:2
early [2] 37:1 160:16
East [1] 157:2
easy [2] 126:25 167:7
eating [1] 142:22
Economical [1] 138: 8
Eden [2] 73:2 136:13
edge [1] 68:13
edges [1] 68:1
effect [1] 89:21
Eight [11] 60:5 68:19 83:22 84:23,25 104:3, 5 105:17 142:5,23 147:16
eight-year-old [1] 50:17
either [9] 9:15 13:20 23:7 70:12 78:14 105: 11 110:22 112:19 122:1
ELAINE [1] 1:4
element [1] 77:12
ELIZABETH [3] 1:22 2:5 170:22
elsewhere [1] 43:19
employed [1] 6:9
Employee [24] 3:19 5:34 36:18 40:23 41: 20 54:9 62:15,17,19 78:7 82:12 85:11 86: 9 88:8 120:4,5 122:2 123:24 128:11,17 132:8 138:13 154:1, 21
Employees [47] 3:20 4:20,20,22 5:6,32,10, 13,36 13:20 21:16 31: 1,3,5 35:9 36:9 37:6 38:4 40:20,23 44:10, 12 53:14 54:15,17 55: 17,19,23 56:8,8,23 57:18 59:21 61:16 71: 2 83:19 85:16 86:2, 19 128:8 131:23 139: 15,22 140:24 153:8 159:11,12

employees' [1] 141:4
empty [2] 67:16 149:19
end [19] 14:20 18:5,6,9 23:10 40:7 52:23 59:13 67:9 73:11 106:19 134:10,23 149:24 152:18 153:10,21 158:23 160:2
ended [2] 55:24 59:5
enforce [1] 36:12
enforces [1] 36:11
engaged [2] 43:20 44:6
enough [2] 15:4 167:11
entered [1] 86:17
Entergy [3] 138:20,21,21
entities [1] 5:3
entitled [1] 45:7
Envelope [1] 106:1
equipment [13] 57:19,21,24 63:20 68:3 70:21 89:20,23 91:12,13,17 92:13,14
especially [2] 121:16 153:21
ESQ [1] 2:16
establish [1] 126:5
established [1] 137:24
et [1] 113:1
Even [7] 56:14 66:15 94:16 99:18 132:2 135:5 146:13
evening [1] 37:3
everybody [3] 122:5 134:2 144:12
Everything [27] 9:12 20:16 21:8,9 22:18,20 31:12 40:4 54:6,14 62:22,23,24 63:4,8,22,25 80:17 84:15 113:12 123:10 138:14 157:17 159:16 166:3 168:18,23
Evon [1] 130:11
exactly [2] 141:13 143:19
EXAMINATION [2] 3:4 6:3
examine [1] 109:17
examined [1] 6:2
Examining [4] 42:6 44:23 47:15,18
example [5] 29:19 90:6 93:22 107:7 108:15
excerpts [1] 4:17
Excuse [4] 17:6 67:1 146:8 151:17
Exhibit [103] 7:5,6 8:7,9 42:4,18,20 43:3 46:7 47:6,20,23 49:2,6,10 75:20,24 81:3,5 82:8,9,25 83:1,3,4 84:16 85:3,4,5,10,12,14,20,21,22 86:5,7,19,21 87:10,12 94:19,24 96:21,23 97:20,22 98:13 99:1,25 101:12,16,17 107:8,23 108:1 109:9 110:4,8 112:6,14,15,15,23,25 113:14 115:5,7,25 116:2,23 118:11,13 120:21 122:16 123:19 125:15,17 127:8,23 128:3 133:12 135:14,15 136:6,8 137:3,5,7 140:5,8,22 143:7,8,9,10 147:18 148:12,17 150:16 151:3 152:1 154:9
EXHIBITS [5] 3:10 4:1 5:1 84:17 87:16
exist [2] 115:2 155:17
expect [2] 8:19 80:3
expenses [8] 71:10 107:4,6 137:11,14,16 138:10 145:25
expires [1] 170:23
explain [3] 134:8 142:3 154:2
explained [1] 109:25
explains [1] 117:23
explanation [1] 116:6
Extended [1] 138:16
extension [3] 7:21,22 15:2
extent [1] 139:25
extra [5] 41:16 60:23 91:14 124:18 160:2

F

fact [1] 46:1
factory [1] 58:9
fail [2] 76:6,21
failed [5] 76:4,8,20,22,25
fall [1] 162:11
familiar [2] 6:17 116:7
family [2] 26:12,15
Farmers [1] 75:12
faster [1] 67:23
Fatme [1] 81:22
favor [1] 149:17
fax [3] 99:8,10,15
faxed [1] 100:13
feasible [1] 40:16
February [6] 63:14 88:22 102:15,21,25 103:1
federal [3] 100:5 143:2 168:17
FedEx [1] 7:9
feeds [1] 119:12
few [10] 6:13 8:20 105:18,24 141:15 153:9,9,20 155:1 156:12
figure [7] 34:23 89:8 109:7,25 110:1,2 116:20
figures [1] 129:3
file [7] 15:16 33:7 42:16 63:9 84:14 85:4,5
filed [6] 20:23 42:20 48:6,21 98:19 100:25
filing [1] 6:15
filled [1] 101:6
final [1] 158:12
finally [1] 158:14
find [7] 8:6 16:25 17:2,7 34:21 62:2 63:3
finish [4] 28:15 35:22 36:19 66:6
finished [1] 37:21
fired [2] 56:8 93:19
firm [2] 12:4,5
firms [1] 11:19
First [26] 3:13 18:23 22:25 25:10 26:1,11,18 27:12 41:22 42:23 87:19,23 88:22 90:9 91:7 102:2 103:23 129:2,5,9 133:24,24 157:22 159:24 161:3 167:10
five [16] 41:5,6 65:6,7 66:23 69:16,17 83:21 105:16 124:12,14 131:4,25 133:21 153:25 154:7
flip [1] 109:8
flood [2] 20:14,14
floods [2] 20:17,21
Floor [38] 4:21 5:8,10,13,15 9:16,23 11:13 17:2 25:2,10 26:12,15 27:9 43:8,11,21 57:18 59:18 67:11 68:5 81:11 95:12,16 96:1,17 97:11 98:1 113:6 115:3 128:3,23 129:5,17 137:20 138:2 148:19 155:21
floors [3] 53:5 61:4 68:4
follow [1] 46:11
following [1] 80:11
follows [1] 6:2
Food [11] 32:6,7 57:25 58:1,11,15 66:20 72:19 90:7,7 108:24
Foods [7] 12:13,14 13:1 33:15,17 86:18 107:13
foot [3] 116:10 117:12,17
footage [12] 66:13,21 68:25 72:16,18 116:20 119:17,19,22,23,24 142:4
Ford [1] 37:18
forgetting [1] 30:3
form [3] 101:6 128:3 163:17
formally [1] 33:4
forth [1] 67:25
found [2] 25:20 38:6
four [25] 18:10 34:3 36:2 61:6,9 65:6,6,7,10 66:7,8,8 83:6,21,23 85:2 93:9,12 105:16 129:13 131:4,25 139:7,10 144:15
franchise [2] 28:16,19
franchised [2] 25:12,15
Frank [3] 4:17 123:13,17
freezer [1] 68:22
Friday [6] 7:9 79:18 80:4,7,9 90:21
full [1] 84:12
funds [1] 113:16
furniture [5] 63:7 137:15 138:11,12,12
further [1] 114:13

G

G-A-N-E [1] 25:14
games [1] 140:3
Gane-King [11] 25:12 26:6 27:15 28:7,16,18,19,22 30:1,2,3
GANGL [3] 1:22 2:6 170:22
gas [2] 135:18,21
gasoline [1] 145:25
gave [5] 70:2 139:7,18 148:1,18
GENERAL [75] 1:9 5:3,32,10,13,36 9:15,16,18,22,23,25 10:1,2,9 11:7,9,12,13,18 16:7,11,15,16 17:1,10 19:14 20:3 21:6 26:13 27:23,23,25 28:4,7,9,13 29:10 30:9,12,15,22 31:1,6 33:4 35:12 43:8,11 44:22 45:7 49:15 50:19 51:7,13 56:3,5,22 71:25 75:2 81:11 95:3,12,16,24,25 96:17 97:11,25 113:6 115:3 137:19 138:2 148:19 150:25 166:4
Generally [4] 64:20 70:16 125:2,4
gets [1] 58:12
getting [2] 109:16 143:5
give [25] 7:21 9:25 10:1 15:1 17:14 19:25 37:15,16 41:16 50:17 66:1 68:7 80:19 84:14 91:19 122:3,11 131:6 132:5 142:19 149:17 151:5 153:13 154:23,23
given [2] 162:10,24
Goodbury [2] 151:16,18
got [30] 9:2 25:1 27:12 35:17 51:17 52:23 66:8 93:19,25 94:1 110:1 119:7,8 124:20 134:2 139:22 140:3,3 143:13 146:2,6,9 147:15,18 159:12,13,14,15,16 166:18
gotten [1] 159:1
government [1] 168:17
green [2] 85:20,24
grocery [3] 29:1,3 33:18
Gross [2] 71:23 93:21
GROSSMAN [21] 2:16 3:4 5:21 6:4 7:23 8:1 75:16,19 85:8,12 109:20 112:25 133:10,14 137:3 140:20 154:25 155:3 166:23 167:11 169:3
Group [1] 101:12
guarantee [1] 139:22
Guarantor [1] 96:11
guess [5] 62:11,13 85:5 106:13 120:13
Gust [2] 129:7,8
Gustavo [1] 134:6
guys [2] 167:1 168:16

H

H-O-T-E-I-T [1] 10:7
half [4] 8:22 125:19 133:6 155:4
Hammond [2] 84:9 140:10
hand [4] 46:14 119:12 148:17 170:19
hand-pushed [2] 68:10,11
handled [3] 32:7 57:18 127:22
hands [2] 18:20 61:13
handshake [2] 18:17,19
handwriting [14] 83:1,8,14 86:11 93:8 97:6 112:3 116:23,24 125:19,20 128:10 135:2,3
handwritten [2] 90:9 129:11
happen [6] 60:1 141:24 142:24 153:7,16 166:16
happened [21] 20:10,12 22:15 28:19 36:17,18 44:23 50:18 59:11 75:8,9 121:25 122:4,10 125:10 126:4 128:19 149:20 151:1 153:12,20
happens [1] 117:23
hard [3] 61:10 137:25 149:14
head [4] 6:21 17:3 79:6 166:24
hear [2] 25:10 122:3
heck [1] 142:6
Heights [1] 73:18
held [5] 7:25 109:21 127:4 133:11 159:25
help [2] 22:13 121:22
hereby [1] 170:6
herein [1] 43:12
hereinafter [1] 43:17
herself [2] 28:11 29:

16
high [1] 68:7
highlight [1] 10:25
Highway [1] 92:6
hire [7] 31:4 37:12 53:14 54:9 65:24 121:10 168:13
hired [11] 31:1,3 34:4,17 54:17 55:16 56:8,24 63:16 64:13 93:14
hiring [3] 53:5 56:11,11
HiTech [48] 4:17,19,17 9:4 10:23,24 11:5,9,20 12:21 13:7,9,10,22 14:6 33:23,24 39:9 40:10 57:22,23 58:3,15,21,22,24 59:1,4,5 72:10,13 115:8 116:8 117:2,3 118:15 122:24 123:14 128:1 155:6,9,11,15,15,16,17 156:1 158:20
HiTech's [1] 58:4
Hmm [1] 62:8
hold [6] 41:7 133:20,22 134:2,4,5
home [4] 15:10 90:11 100:11,17
honest [4] 26:22 136:19 139:4 147:17
hope [2] 148:14 155:4
Hopefully [4] 168:1,20,21,21
Hopkins [1] 139:11
Hoteit [11] 10:4 19:4,5,7,21,22 21:19 22:17,17 50:2 81:22
Hour [22] 2:3 35:1,2,3,10,16,17 66:22 68:8 77:8,10,13,21 78:8,9 93:9 131:21 132:3,4 143:5 147:16 155:4
hours [63] 21:13 23:4 34:24 35:24,24 36:1,2,8 61:2,18,21 66:7,8,9,19,23 68:19,19,20 69:16,17 76:9,10,11,15,19 77:1,2,3,5,15,20,22,23 78:3 83:23 93:6,13 124:8,10 129:17 131:22,25 132:2,4,5,5,6,6,7,11,13,14 141:17,20,21,24 142:5,7,14,17,23,25
house [13] 20:2,7 22:8,18,19 135:19 144:2,4 154:1,2 164:2 165:9 166:10
housing [4] 38:6 143:23 144:1,2
however [1] 69:22
hundred [30] 22:19 23:9 70:20 71:20 74:24 89:17,18,19 91:8,15,15,23,25 92:11,12 93:24 94:2 105:15,22 107:2,3 108:11 109:3,5,6 119:2 139:23 143:20 144:1,7
hundred-dollar [2] 91:6,11
hurt [1] 61:13

**I**

ICM [62] 4:4,14 11:24 12:6 13:1 31:25 32:1,7 33:12 39:16,24,25 40:10 59:1,4,7,12,13,16 65:23 78:14,15,20,21 79:4,5 80:21 82:15 87:13,20 88:2 91:13 93:9 94:22,23 99:13 100:20,23 101:6,23 103:18 110:6 114:16 115:2 118:13 153:22,24 155:6,9,16 157:18,21 158:7,8,10,22 160:12,15,25,25 164:18,24
ID [2] 38:13 100:5
idea [6] 127:10 134:14 135:17 137:2 138:20 147:5
Identification [38] 4:5 7:7 8:8 42:5,19 47:7 81:6 82:10 83:5 85:15 86:6 87:11 94:20 96:22 101:4,18 110:5 112:24 115:6 116:1 118:12 120:22 122:17 123:20 125:16 127:9,24 133:13 135:16 136:7 137:6 140:6,23 143:11 148:13 151:4 152:2 154:10
identify [1] 164:8
II [3] 43:25,25 44:2
II.A [1] 43:24
II.C [2] 45:11,11
illegal [1] 118:21
illegally [1] 118:22
Immediately [2] 123:7 153:15
important [3] 38:10 123:9 126:13
impossible [1] 93:12
impression [1] 7:20
In/Out [2] 4:21 128:4
INC [35] 1:8,23 9:16,23 10:3 11:10,12,13,18 16:7,12,15,17 17:2,10 20:4 21:6 29:10 30:10,13,16,23 31:2 33:5 35:13 50:20 51:7,14 56:5 75:2 81:11 98:1 113:7 137:20 148:20
incidental [1] 107:4
included [4] 91:15,16 134:12 135:7
including [2] 91:10,11
incorporated [1] 82:3
Incorporation [5] 3:18 81:4,8,10 85:3
incorporator [1] 81:22
incorrect [2] 76:3 78:6
Independent [8] 3:10 44:11 87:4 133:9 157:9,10 163:13,15
INDEX [1] 3:1
indicated [1] 86:23
indicating [6] 67:11 95:22 97:19 99:2 114:20 129:19
individual [3] 44:13,20 122:8
individuals [3] 13:20 87:3 152:19
Industrial [3] 11:24 12:6 32:1
industry [1] 119:5
Information [4] 3:19 57:5 97:24 100:1
insert [2] 112:6,18
inside [1] 97:17
instead [6] 47:20 48:11,22 49:6 73:17 103:9
instructions [1] 57:13
insurance [5] 6:15 75:12,13 97:13,15
intend [1] 113:9
Interrogatories [7] 3:13 7:18 8:12,17 79:21 80:17 162:25
interview [1] 86:23
investigation [4] 159:6,10 160:19 161:1
Investigator [6] 3:5 47:13 87:21 158:18 161:8,15
investment [1] 64:10
invoice [7] 4:27 102:24 104:11 106:19 110:1 113:25 120:7
invoiced [1] 106:25
Invoices [8] 4:14,19 104:3,3 106:14,15,16 120:9
involved [1] 53:6
IRS [4] 100:21,23 101:1,7
isn't [4] 7:2 46:3 100:25 124:17
issue [4] 149:21,22,22 150:11
issued [3] 149:12 150:1,3
itself [2] 33:6,7
Ivan [2] 133:19 134:4

**J**

J-A-N-Y [1] 25:14
Janitorial [2] 28:23,24
January [20] 11:21 17:21,22,23 18:24 49:21 60:18 74:19,20 82:23 95:7 99:6,6,7,16,22 100:13 102:24 114:18,23
Jefferson [1] 63:14
job [8] 25:6 26:21 30:9 60:10 111:13 117:19,19 143:14
jobs [1] 54:10
John [3] 121:1,4 122:22
Jose [26] 34:8,9,17,18 35:9 37:25 38:15 56:11,24,25 57:12 63:16 84:1,3 121:12,13 123:2,4 125:7,9,10,22 132:24 143:13,15 145:21
journalist [2] 24:12,13
journals [1] 23:4
Juan [5] 84:4 130:15,20 131:13 134:5
Judgement [1] 3:17
Judgment [1] 47:14
July [9] 14:13 17:1 18:25 39:22 60:18 74:21,22 82:24 102:10
June [9] 10:17 20:20 21:24,24,25 52:20,21 56:16 103:23
justify [2] 142:19,24

**K**

K-I-N-G [1] 25:14
keep [6] 30:2 61:21 72:3 76:5 78:3 167:20
keeping [2] 128:24 166:14
Kendall [3] 128:16 129:15 130:11
kept [10] 22:16 32:15 76:1,18 77:3 127:20 128:6 134:6 136:12 138:3
Kevin [31] 13:13 34:16 84:5,6 121:6,14,14,16,17 122:6,9,12,15 123:22 124:4,5 125:5,11,11,12,13,13,23 126:1 127:21 128:17 129:8 135:10,11,13 141:5
Kevin's [1] 135:10
kickback [1] 118:24
kind [12] 6:14 24:3 29:1,4 37:14 67:24 68:3 97:13 118:24 137:11 138:10 156:20
King [1] 25:14
knowing [1] 142:15
knowledge [1] 69:15
knows [2] 57:7 160:10
Knoxville [3] 12:8,9 78:15
Kristin [2] 3:24 161:21

**L**

Labor [12] 1:4 2:4,17 42:25 70:25 71:11 85:4,5 87:20 101:13 125:20 161:4
Labor's [1] 101:14
Lagoon [1] 72:23
Larado [1] 151:20
Larpenteur [2] 92:4 107:15
last [23] 16:16 20:18 26:23 39:25 47:3 99:24 102:17 103:7 116:21 119:8 122:5,5 123:3,15 136:6 140:10 147:22 155:16 156:3 158:16,21 159:22 163:3
later [12] 13:16 18:20 39:17 75:10 109:16 139:7 155:13 159:3,4,5 167:15,17
latest [2] 102:15 103:17
Lavarado [1] 151:20
law [2] 77:25 140:1
lawsuit [2] 8:11 20:23
lawyer [3] 52:3 168:10,11
LeAnne [5] 53:25 81:20,21 83:2,9
learning [1] 24:18
least [1] 91:10
leave [10] 10:16 21:21 22:18 35:23 36:14,15 123:10 154:1 161:13,16
leaved [1] 21:22
Lebanon [9] 10:15,16,20 22:2,3,22 23:2 25:8 27:4
left [14] 31:14 32:19,20,21 52:18 55:7 90:8,8 102:24 122:2 125:9,10,12,22
legal [1] 86:2
LEONARD [1] 2:16
less [2] 89:11 120:14
letter [10] 3:24 4:11 48:25 87:20 110:8,14 111:15,19 114:19,21
lettering [2] 46:7 48:3
letters [1] 110:20
license [1] 38:3
lied [3] 89:14,14,14
line [2] 98:15 108:6
lines [1] 58:25
List [16] 3:20 4:18,20,22 5:6 8:5,6 51:15 84:14,17 115:10 136:23 166:3,22
listed [4] 42:24 46:16 74:4,6
listening [1] 17:4
listing [1] 115:17
Little [11] 6:18 46:2 60:22 65:18 72:2 74:15 75:16 95:18 98:15 137:25 162:25
live [2] 38:4 125:14
lived [3] 26:23 121:19,

20
living [2] 25:17 63:19
located [4] 12:7 57:23 156:7 157:4
location [3] 38:5 90:2 124:7
locations [3] 35:21 72:21 139:2
Log [6] 4:21 5:34 79:9,14 128:4 136:8
logs [1] 128:24
long [22] 15:22 19:19 26:24,25 29:10 38:18 40:5 52:22 61:1 66:6,11 67:21 68:15,18,22 91:12,16 99:20 113:12 126:17 150:11 151:1
longer [1] 31:16
Lonnie [1] 130:12
look [43] 8:9 13:16 14:22 15:7 16:25 46:2,22 47:8,9,23 48:3 75:24 82:4 85:7 86:7,22 87:13,21 90:8 93:23 96:23 98:25 102:1,12,23 106:20,23 115:23 129:1 133:15 135:1 136:8 141:15 145:10,11,20,22 146:17 147:1 150:7 151:2,14 165:21
looked [3] 111:24 112:1 161:24
Looking [20] 75:20,21 84:15 98:13 101:16 103:6,7 107:16,22 108:17 112:12 116:2,7 125:17 129:2,4 140:11 150:15,16 163:20
looks [2] 85:20 112:3
lost [3] 139:4,9 153:24
lot [16] 15:15,15,21 27:18 29:18 38:2 66:1,14,14 67:4 71:19 80:25 105:13 117:16 139:6 153:23
Louis [1] 72:25
Louisiana [66] 11:5,6 12:18,20 14:2,3,4,7,9 15:24 16:4 17:25 18:7,18 19:7,8 33:23 34:2,4 38:16,21 39:6,8,10 40:5 62:11,12,13,15 63:12,18 64:24 65:11,12,16 83:12,13,20,24,25 84:8,19 85:1,11,16 115:10,18 117:25 118:5,16 119:17 120:24 121:3 123:14 128:20,21,21 134:1,3 136:17 139:15 141:1 142:6 143:1 155:10,16
lunch [2] 132:3,5

M

M-A-R-T-I-Z [1] 34:12
made [7] 4:18 15:24 58:14 76:25 77:13 143:7 159:24
mail [1] 7:8
mailed [2] 134:20 135:22
Mainly [1] 115:23
maintain [1] 128:8
maintained [3] 4:28 128:6 131:14
MAINTENANCE [76] 1:9 5:8,10,13,15 9:16,17,19,22,23,25 10:1,3,9 11:8,10,12,13,18 16:7,12,15,17 17:2,10 19:14 20:3 21:6 25:2,11 26:12,13,15 27:9,23,24,25 28:4,8,9,14 29:10 30:9,13,16,23 31:1,7 33:5 35:12 43:8,11 44:22 45:7 50:19 51:7,14 56:3,5 71:25 75:2 81:11 95:12,16,24,25 96:17 97:11 98:1 113:6 115:3 137:20 138:2 148:19 150:25 166:4
manage [2] 28:13,17
managed [2] 22:10 28:9
Management [5] 11:24 12:6 32:1 53:7,9
manager [11] 50:19 51:5 69:10 117:2 123:8,10,14 125:6 128:12 145:5 168:5
managers [1] 4:18
managing [2] 51:4 121:22
manufacturer [1] 68:8
many [16] 34:2 40:20,24 49:19 60:4 61:18 65:5 68:8 83:24 84:19 85:17 94:10 121:12 141:14 144:10,14
March [7] 43:20 44:6,21 66:7 76:4 80:1,2
Marcio [1] 121:10
Marcio/Marco [1] 129:22
Marco [4] 121:10,10 130:10,10
Maria [2] 131:9,13
Mariane [4] 143:17,25 144:18,25
Mariano [6] 144:19 146:2 147:1,4,15,21
Marina [3] 143:18,25 144:25
mark [4] 7:5 82:7 85:7 101:10
MARKED [40] 3:10 4:1 5:1 7:6 8:7 42:4,18 47:6 81:5 82:9 83:4 85:14 86:6 87:11 94:20 96:22 99:1 101:18 110:5 112:24 115:6 116:1 118:12 120:22 122:17 123:20 125:16 127:9,24 133:13 135:16 136:7 137:6 140:6,23 143:11 148:13 151:4 152:2 154:10
market [1] 33:19
Marshal [1] 50:12
Martiz [5] 34:10,14 35:7 38:15 56:11
material [1] 14:18
materialize [1] 126:7
materials [1] 70:22
maternity [2] 161:13,15
math [2] 117:24 147:1
matter [3] 6:14 61:18 98:17
matters [1] 27:19
maximum [2] 84:23 142:17
mean [22] 9:14 15:8 40:23 54:24 77:10,12,14 90:13 116:5 120:24 126:22 133:22 134:12 139:16 143:6,23,24 146:11 154:12 161:19 162:11 167:1
means [4] 9:15 77:9 106:18 117:11
meant [1] 92:17
measured [2] 77:7,10
measuring [1] 77:12
meet [3] 39:6,7 156:11
Melodie [1] 139:11
memo [6] 4:4,9 97:1 122:21,23 123:1
Men [2] 144:16,21
Mendoza [2] 152:4,20
mentioned [1] 43:13
met [2] 47:2 121:19
Mexico [1] 123:6
MICHAEL [29] 2:1 4:4,14,11 6:1,7 10:1 11:7,23 17:13 18:12,23 19:1,9,10,12 21:15 44:5,13,20 81:20 95:15 96:7,8,20 101:23 116:4 134:17 165:18
middle [3] 96:6,14 100:6
midnight [4] 36:9,22 37:6,7
Mike [1] 157:24
Mine [2] 23:8,15
Minimart [2] 27:21,22
minimum [5] 59:22 60:9 70:1 143:1,2
MINNEAPOLIS [13] 1:24 2:3,6 12:14 15:8 29:7 33:18,19 38:1 56:12 58:17 72:23 170:7
Minneapolis/St [1] 29:8
MINNESOTA [24] 1:2,24 2:6,8 4:25 14:12,13 16:1,4 18:22 19:13,17,19 22:25 26:2 27:7 29:8 43:13 45:8 59:3 85:23,25 136:17 170:7
Minnesota-Duluth [1] 24:22
Minnetonka [2] 74:8,10
minor [1] 74:15
minus [15] 67:8 89:17 92:11,12 105:12,15,16 106:25 108:11 109:3,5 120:13 132:4 144:1 146:22
minute [5] 19:6 124:10,19 128:2 155:12
minutes [2] 154:20 155:1
missed [1] 85:6
missing [1] 74:5
mistake [4] 46:6 48:13 49:11 152:16
mixing [1] 168:3
mom [1] 150:10
Monday [6] 80:8,10,11,13 165:13 168:19,23,24
Money [49] 4:19 5:30,33,35 53:12 60:23 70:18 71:19 93:3 105:13,13,14 113:18 122:11 125:4,22,25 126:1,8,9,18,19 127:1,5 132:8,8 134:3 139:5,17,18 140:7 148:11 149:12 150:17 152:14 153:5,13,19,22,24,24 154:2,4,11,12,13,23 168:16,17
month [7] 15:4 69:2,4 111:5 121:24 125:7 163:1
months [5] 18:10 53:2 60:9 139:10,10
Moreno [6] 148:21,25 149:13 150:19,22,23,25 151:11
morning [4] 80:8,10 115:22 142:23
most [8] 29:21 37:6,7 56:23 60:7 68:20 70:7 167:24
mostly [2] 114:11 128:16
motel [1] 138:15
mother [22] 10:11 24:23 25:8,23 26:1,17,23 31:14 32:12,19 52:5,7 55:1,7 57:10 81:24 118:25 126:14 135:23 139:20 166:15 168:3
mother's [3] 164:4,9 165:6
Motion [3] 3:17 47:14 50:14
move [4] 22:21,21,24 67:24
moved [3] 22:8,19 23:1
MS [7] 108:21 148:3 161:11,14,21 163:13 166:24
much [17] 34:20,21,22 59:21 64:19 72:9 88:7,7 93:18 102:4 104:20 111:8 141:6 147:8 148:9,10 154:18
multiple [1] 143:9
multiplied [1] 142:17
multiply [3] 119:17,19,24
must [4] 44:16 47:1 164:3,12
Mutual [1] 18:17
Myself [4] 26:3 57:9 69:16 134:25

N

N-O-E [1] 129:23
name [54] 6:6 10:5 12:5 18:14 19:15 26:14,14 27:20,21,24 32:25 34:7,7 43:8 44:22 45:7,9 50:3,4 51:15 63:1,3 82:12 84:4,12 95:20,23 96:19 97:8,25 98:3,17 100:4 110:13 111:19 121:2,4,7 122:8 123:3,15 124:2 126:6 135:24 136:1,2,3 138:2 140:11 149:1 150:21 151:14 156:3 157:22
named [4] 9:24 11:24 51:19,22
names [7] 83:24,25 84:19,19,22 121:3,15
nature [1] 28:21
necessarily [1] 69:24
necessary [1] 68:2
need [15] 17:10,13,20 57:8 64:19,20 109:18,18 154:2,13 167:2,7,10,18 168:24
needed [2] 63:22,25
needs [1] 67:7
negotiated [1] 88:9
negotiating [2] 100:18,19
net [2] 109:22 119:7
never [36] 9:9 19:17 25:4 36:17,17 48:14 49:9 51:12 55:10 56:21 61:15 66:4 68:19 69:17,20 88:4,10 110:22 111:2,22 112:21 118:2 119:8 122:3,15 127:2 132:22,23 133:3 134:15 138:24 144:24 150:1,2 151:22 153:18
new [7] 32:2,5,5 40:10 66:2 110:16 112:9

next [23] 82:4 87:6 89:16,24 90:25 92:3,19 104:6,9 122:19 130:14 146:17 149:6 150:5 152:11 154:14,24 162:18 165:13 167:23,25 168:18,23
night [35] 35:2,3,4,5,11,16,18 59:22 64:22,25 68:9,21 69:7 70:20 71:17,20 72:12 76:10 77:2,3,7,10,13,18,19 93:7,10 107:2 123:8 124:15,16,17,21 125:1 131:10
nightly [2] 117:19 123:9
nights [12] 40:20,24 41:2 61:6,9 70:16,17 94:10,13,16 125:2 141:14
nine [4] 35:24 36:5 83:22 105:17
Nineteen [1] 83:23
nobody [6] 35:17 36:12 68:19 134:1,20 160:9
nod [1] 6:21
Nods [2] 79:6 166:24
Noe [6] 129:7,18,22,24,25 130:11
none [6] 9:6,7,11 19:16 165:7,8
Nonperformance [1] 111:14
normal [1] 41:11
normally [2] 100:25 126:3
north [1] 20:13
Northtown [1] 73:10
Notary [1] 2:7
NOTE [2] 2:24 143:24
Notebook [1] 4:28
notebooks [1] 23:3
nothing [37] 10:25 13:9,10,24 19:16 23:7 32:14 33:1 51:12 54:11,13,16,22 55:14,16 56:1 71:12,13,14,16 74:14,14 75:9 90:12 95:3 97:15 98:19 112:6 117:18 118:5 127:4,25 136:15,16 157:13 165:10,10
Notice [8] 3:12 4:21 7:11,12,16 31:15 32:24 132:23
November [9] 63:18 122:23 125:8,8 133:20 134:19,21,22,24
NSF [3] 152:24,25 153:12
Number [19] 4:5 17:23 38:14 69:25,25 70:1 100:2,3,5,5 101:4,9 107:25 119:14,20 143:9 146:9,15 147:14
numbered [1] 84:18
numbering [6] 46:1,6,10,11 48:4,4
numbers [11] 45:25 48:5 82:13 90:10 92:25 114:4,7 122:18 147:5,6,18
numeral [3] 43:25 44:2 45:11

O

o'clock [7] 36:9,10,22,23,25 37:3 99:22
O-R-T-I-Z [1] 84:2
oath [1] 23:18
oblige [1] 133:7
odd [2] 146:7 147:6
Office [9] 2:3,5 29:5 47:3 62:21 161:18 164:3 165:13 166:11
offices [2] 29:5 156:15
official [1] 106:6
officially [1] 33:1
often [6] 60:1,6 69:1 101:24 116:15 153:7
Okay [90] 7:1 8:14,21 9:2,18 13:18 17:25 18:3,22 30:2,5 39:20 42:9 43:16,16,23 44:18 45:10 46:9 48:7 49:17 56:10 64:18 65:12 67:14 72:21 76:11 80:21 81:1,21 83:6 86:3 89:5 96:16 97:10 99:24 102:1,20 103:16,17 104:2 107:12,18,19 108:3,10,19,25 109:8 110:19 112:11 113:12 116:8 117:21 119:23 120:1 123:11,18 125:18 126:24 129:6,15,21 130:2 135:14,22 136:9,18 141:16,18 145:23,25 150:18,24 151:22 154:20 157:23 160:16 161:2,5,17 163:25 164:7,14,17 166:1,7,12,18 167:19
old [2] 112:8,9
Once [12] 60:8,12 64:13,18 69:2,4 91:10 120:14 153:7 154:17 158:25 163:8
One [127] 7:16 13:23 15:4 16:11 19:6 24:20,21,22 27:21 34:17 38:3,3 40:23 41:21 44:18 45:20 47:1,25 50:5 58:9,10 60:10 63:1,23 64:21,23 65:13,19 66:3,17 73:24 74:9 83:21 85:10 87:1,23 89:16 91:2,7 92:3,10,19,23 93:23 94:1 95:5 96:5,12,14 97:17 101:24 102:15,17,18,19 103:4,14,23 105:16 106:8,14,15,16 107:16,25 108:15 110:22,24 111:1,5,25 112:7,8,9,10 114:20 115:14 120:2 121:7 122:18 124:7 125:7 126:3,12,13 128:11 129:12,12 130:1,14 131:4,6,9,24 132:3,4 139:3 140:15 142:4,17 143:8 144:11,12,23,24 146:19,20,22 148:18,18 149:23 150:14,21 152:13 153:2 154:5,7,22 155:16 157:7,8,22 158:19,21 159:1,14 161:14
one-time [2] 117:19 126:22
ones [2] 13:7 164:20
only [30] 13:23 17:14 19:9,10 21:15 26:23 27:24 33:20 45:21 54:12 58:19 60:7,17 65:9,19 70:25 74:4 85:2,6 96:5,17 106:6,12 125:7 131:9 139:3,7 146:13 163:22 167:8
open [1] 126:6
operate [1] 28:17
operated [1] 18:11
operating [1] 27:20
operation [9] 18:7 23:9 26:17 38:20 52:13 57:14 63:17 118:10 139:5
operations [3] 16:3 26:24,25
oral [1] 31:12
orally [1] 9:12
order [12] 46:2 59:3 102:6,7,8,11,13 149:12 150:17 152:14 153:13 155:8
ordered [1] 170:11
orders [2] 5:33,35
organized [1] 103:5
original [5] 2:24 44:13 106:23 148:14 170:10
originals [1] 90:11
Ortiz [6] 84:1,1 123:4 143:13 145:6,8
Ortiz's [1] 145:10
other [21] 9:19 11:18 21:16 25:4 35:9 54:3,6,10 58:17 63:23 71:10 74:2 107:22 108:19 114:21 121:3 127:22 131:6 132:6 139:1 155:22
others [3] 13:17 121:5 165:2
otherwise [5] 6:25 44:22 45:8 109:11 133:6
out [25] 34:21,23 36:10,16 46:2 54:20 70:15,17 78:15 109:7 110:1 111:9,15 117:24 121:22 124:4 128:8,13 130:11 132:23 146:14,14 154:14 155:20 166:20
out-of-state [2] 126:16 139:1
over [26] 8:5,21,22 18:20 24:4 32:19 33:12 48:5 52:24 59:7,12 71:5 80:19 84:21 98:18 103:14 105:8 114:16 115:3,4 118:1 141:24 161:15 162:17 163:1 166:14
overhead [2] 71:1,2
overlap [1] 94:17
overnight [1] 106:3
Overseas [2] 10:13,14
overtime [7] 61:15,17 70:12,14,14 133:5,7
owe [2] 159:18,20
owed [1] 158:25
own [17] 12:5 19:15 26:17,24,25 28:17 37:9 70:19 78:8 96:18 103:12 124:2 126:14 139:5 141:4 145:12,13
owned [3] 11:25 12:1 60:5
owner [6] 10:9 95:10,11 96:8 113:6,13
owners [1] 17:11
ownership [1] 160:14

P

p.m [5] 2:2 75:18 115:19 155:2 169:5
package [5] 7:8 87:12 103:9 104:12 106:20
packages [1] 10:19
page [52] 9:1 47:24 75:22,23 82:5,5,19 87:19 89:3 90:9,25 96:6,14 97:1,8,16,18 99:24,25 100:6 103:6 104:6 105:5,5,8 106:8 107:11 108:20 111:25 112:15 113:14,14 115:13,14,15 117:25 125:20 129:2,5,9 130:9,14 135:6 145:10,20,22 146:17 147:22 149:6 150:16 164:8,8
pages [7] 81:7 93:21 101:14 123:21 127:5 141:15 143:9
paid [66] 34:18,19 35:1,17 41:12 54:17 55:19 65:20 69:23 71:23 89:4,6,11,15 91:9,12,16 92:1,9 93:25 94:1 106:12,12,25 108:13 109:5 113:19 114:9 118:15 119:8 123:24 124:20,22 131:18,20 132:7 133:1,5 134:1,2 135:24 136:1,3 138:1 139:22 140:3,3 143:13 146:6 147:9 154:22 157:15 158:14,23 159:3,10,11,12,13,14,15,16,22 164:24 167:5,16
painful [1] 167:7
painting [1] 135:20
paper [14] 16:11,16 17:14 48:21 50:17 51:8,11 67:12 107:8 164:2,6 165:4 167:2,2
papers [5] 16:14 30:12 33:8 51:6,9
paperwork [4] 15:21 49:19 140:24 141:2
PARADIGM [1] 1:23
paragraph [8] 43:24 45:10 47:23 48:4 75:21,23
Pardon [1] 105:4
Paris [2] 24:12,13
Parish [1] 63:14
Park [3] 45:8 72:25 73:8
Parral [1] 4:28
part [13] 31:4 51:4 83:16 86:11 97:3,17,19,22 99:1,24 115:12 118:6 148:5
particular [1] 16:21
particularly [1] 29:7
parties [5] 7:13 9:20 170:11,13,15
parts [1] 115:13
party [2] 2:25 9:19
pass [1] 124:4
Paul [5] 25:24 29:8 73:12,23 92:3
pay [46] 4:20,22 34:20,23,25 35:9,13,16 37:11 41:8,14 59:21 60:23 61:15 64:4,7 65:21 68:21 70:12,18,19,24 75:2 88:17,18 89:9 93:3 114:6 116:8 117:4 120:6 126:21 131:19,22 133:7,24,25 139:8 140:2 141:14 147:8 152:9 153:14 158:12,19 167:14
paycheck [2] 41:22 105:2
paychecks [4] 41:25 101:19,20 145:15
Paying [9] 49:11 54:15 70:19 91:14 133:3 139:9,21 146:10 160:7
payment [2] 102:2 107:7
payments [3] 4:18 15:24 158:12
payroll [9] 15:23 35:15 41:12 122:5 137:12,13,14 145:17 148:9
penny [1] 168:14
people [39] 34:4 39:7

53:5 60:2,15 62:20 64:23 65:1 66:2,5,13, 17 70:19 82:19 84:8, 24 85:1 93:14 111:16, 19 120:23 121:11,12 124:13,13,20 125:7 126:4 127:22 128:16 129:15 131:1 142:6, 24 144:14 167:4,7,13 168:25
people's [1] 124:2
Per [46] 35:2,2,3,3,4,5, 11,11,17,19 59:21,22 64:25 65:1,14 66:22 68:9,21 71:17,18,18, 20 72:14,18 77:8,10 91:10 93:7,10 103:5 108:13 109:6 116:10, 10 117:12,14,17 118: 17 124:14,15,16,17 125:1 126:21 131:13 149:9
percent [6] 22:19 23: 9 71:7 117:5 139:23 167:24
period [19] 20:3 21: 11 29:22 32:9,9,9 41: 12,13 43:20 44:5,21 51:14 56:15 57:16 76: 4 82:22 146:6,11,12
person [35] 34:17 35: 21 39:9 56:24 63:1 64:24 65:13,19,25 66: 21 71:17 81:14 83:23 84:10 129:5,18 130:1 131:2,6,6,7,8,13,24, 25 132:6 134:9 135:6 142:4,8,18 154:5,7,8 157:8
personal [1] 69:14
personnel [1] 83:13
persons [3] 64:24 66: 14 122:8
phone [5] 18:20 54: 24 55:1,3 162:15
photocopies [1] 85: 20
picked [1] 136:25
piece [2] 16:11,16
piled [1] 15:22
pizza [1] 142:22
place [1] 125:13
placed [1] 22:6
places [2] 29:1,4
Plaintiff [1] 2:15
Plaintiff's [3] 3:13,17 47:13
planners [1] 23:3
play [1] 140:2
please [7] 6:24 8:9 10:6 25:13 34:11 133: 15 167:5
plus [6] 92:18 105:12, 18,24 107:3 132:6
Plymouth [2] 73:4,6
PM [1] 1:16
pocket [1] 70:19
point [2] 85:7 119:25
police [1] 63:9
policy [4] 36:12 132: 15,17,18
pool [1] 37:10
positive [3] 14:22 26: 19 151:1
possession [2] 165: 22 166:10
possible [5] 41:6 93: 18 126:18 141:19 142:25
pound [1] 154:2
Power [1] 68:6
Prairie [2] 73:2 136: 13
pregnant [1] 161:18
prepare [1] 134:14
prepared [1] 150:2
present [2] 13:21 38: 13
preserve [1] 76:5
previous [2] 41:22 86:23
price [3] 91:11,11 116: 18
printing [1] 112:4
probably [1] 50:7
problem [6] 69:6 93: 5 96:19 145:13 154:7 162:23
procedure [1] 41:11
process [1] 6:17
produce [5] 15:18 163:9 164:3,12 167: 20
produced [3] 8:24 162:22 163:6
PRODUCTION [3] 3: 7 80:18 162:25
Professional [1] 2:7
profit [2] 53:13 71:8
projects [1] 25:11
promise [1] 66:1
promised [2] 139:6,7
provide [28] 12:11,12, 16,20 13:1,5,7,14 14: 14 15:4 21:4,7,9 37: 12,14 63:20 79:18 86: 24 87:6 90:21 93:10 103:12 144:2 148:1 162:1,2,4,6
provided [11] 11:19 20:5,11 57:24 62:5, 13 63:22,25 79:12 88: 2 160:4
providers [1] 159:2
provides [1] 70:21
providing [3] 11:19 43:21 89:20
Public [1] 2:7
purchase [1] 137:15
purchased [3] 75:13, 14 138:12
purchasing [1] 91: 13
purporting [1] 87:3
purpose [1] 110:9
push [2] 68:17,18
put [19] 18:12 34:24 41:11 50:4 70:8 98:2 112:9,16 113:18 116: 6 132:2,23 142:18 151:6 153:22,22 155: 15 167:14,17
putting [1] 88:7

Q

quarter [1] 67:10
question [9] 6:24 20: 6 46:23 50:6,6 70:15, 17 86:1 168:15
questions [5] 6:19, 23 8:22 49:9 168:7
quick [2] 84:16 135:1
quit [5] 41:15,16,20 125:8 159:14
quote [1] 43:19

R

R-O-N [1] 79:1
R-U-G [1] 12:2
Rainbow [30] 12:12, 14 13:1 32:6,7 33:15, 17 36:13 57:25 68:1, 11,15,17,19 65:9,17, 21 66:20 72:5,19 78: 20,21 86:18,19 90:6, 7,7 107:13 108:24 151:19
raises [1] 70:3
ran [3] 28:11 55:8,10
rarely [2] 70:4,5
rate [1] 120:14
reach [1] 123:5
read [2] 88:25 123:16
realize [1] 23:18
really [16] 9:21 26:19 52:16 54:15,22 55:15 56:1,24 59:24 70:18 71:19 74:14 97:22 128:18 139:21 160: 14
reason [4] 40:9 106: 13 122:19 168:2
reasons [1] 65:25
receipts [2] 4:19 5: 30
receive [3] 7:8 101: 24 109:23
received [7] 14:25 79: 14,16,22 80:3 113:3 118:2
Recently [2] 162:9, 10
recognize [1] 81:2
record [30] 6:6,20 7: 24,25 23:9 62:16 66: 16 71:6 77:23 79:20 97:2 109:20,21 113:1 126:25 127:12 133: 10,11 141:9,10 151: 15 162:21,22 165:3,7, 18 167:6,6 169:3 170: 9
recorded [1] 130:6
recordkeeping [2] 71:1,4
records [51] 15:23 16: 6 21:11 22:15 23:13 41:18 42:2 61:21,23 62:1,1,17 63:6,7,15 70:2 71:4 75:25 76:1, 5,6,7,9,11,15,18,18, 22,25 77:1,4,5 78:3,8, 9 80:6 97:17 127:6 141:6,11 161:6,24 162:3,17,20 164:24 167:10,11,12,18 168: 22
recruited [1] 39:1
refer [1] 43:6
REFERRED [1] 3:10
referring [1] 45:10
refers [1] 43:23
reflect [2] 45:25 85: 11
reflecting [2] 15:23 119:14
reflects [1] 85:10
register [1] 126:5
Registered [1] 2:7
registers [1] 68:23
regular [3] 113:25 120:14 152:9
relate [3] 17:8 87:13 118:10
related [5] 10:10 81:4, 7 103:20 154:7
relates [2] 165:4,11
relative [1] 170:13
relieved [1] 40:9
remember [7] 27:3 34:7 84:13 123:1 148: 25 163:16 165:2
rent [1] 58:10
rented [1] 144:8
renting [1] 144:3
repair [3] 106:7,7,8
repeated [1] 46:4
repeatedly [1] 162:3
replace [2] 37:22 153: 15
REPORTED [2] 1:22 170:6
Reporter [5] 2:7 6:20 10:6 17:24 85:9
REPORTER'S [1] 170:1
REPORTING [1] 1: 23
represent [2] 87:19 168:9
representative [1] 61:6
request [7] 8:23 9:3 15:1 80:18 101:3 113: 16 162:25
requested [4] 21:8 40:8 101:6 163:3
requester [1] 101:7
REQUESTS [2] 3:7 14:24
required [3] 7:17 75: 14 123:7
respond [1] 123:7
responses [2] 8:19 79:21
responsibility [1] 164:13
responsible [13] 21: 16 57:14 125:12 144: 9 157:16 163:22,24 164:9,12 165:19,25 166:2,8
rest [3] 14:17 106:20 109:9
returned [1] 112:21
reverse [1] 102:13
revised [3] 110:17,19, 20
Richfield [1] 73:25
ride [1] 68:17
Rios [1] 152:12
Road [1] 73:4
Rockford [1] 73:4
Rod [2] 78:22,24
Roman [4] 43:24,25 44:2 45:11
Ron [5] 3:24 78:23,24, 25 79:3
Room [1] 2:18
Roseau [1] 20:18
round [2] 146:9,15
routine [1] 65:14
Roy [1] 4:11
RPR [1] 1:22
Rug [5] 11:25 12:2,2,3, 4
run [1] 122:12
run-through [1] 84: 16
Running [2] 30:11 53: 4

S

sales [1] 67:10
Sam [3] 117:2 156:2,6
same [38] 15:20 32: 15,19,21 38:4,5 40: 23 55:10,11,12 60:15 61:9 72:2,3,17,18 85: 19,23 90:3,25 97:2,2 100:1 106:22,23,24 108:18,20 110:24 111:25 112:2,11,14, 16 119:2 128:10 130: 8 148:6
San [1] 156:10
Sanchez [2] 147:4,18
Save [1] 138:8
saw [3] 111:18 122:15 150:10
saying [10] 22:5 33:8 48:21,25 93:7 133:18, 19,21 165:7 167:20
says [35] 42:23 43:16 44:4,10 46:3 77:6 79: 9 83:12 86:17 88:25 92:13 94:2,8 96:10 97:25 113:9 116:10 117:3 127:10 129:7, 18,22,22 130:2,2,14 134:4,5,10,11 135:7 139:15 143:20 144:6 149:6
schedules [1] 56:9
school [5] 24:18,19 29:21,23,24
scrap [1] 165:4
scrubber [2] 68:5,8

scrubbers [2] 68:6, 18
SEAL [1] 170:19
Second [11] 2:5 8:22 51:10 82:19 107:11 111:25 113:14 129: 10,10 130:9 147:25
Secretary [2] 1:4 42: 24
section [2] 61:7,8
security [13] 3:21 38: 14 82:13 85:21,24 100:4 101:8 133:20, 22 134:1,5,6,7
see [33] 8:25 17:24 46: 25 47:18 67:12 69:18 72:20 81:1,18,18,21 87:14 88:11 90:6 98: 11 99:10 101:7 102:9, 12,16 106:8 108:15 109:1 110:8 116:24 120:18 126:11 128: 15 134:9 143:13 145: 21 147:25 166:18
seeking [1] 100:2
seem [5] 122:9 130: 13 131:5 141:19 144: 24
Seemed [3] 46:20 47: 15 141:9
Seems [4] 47:19 83: 23 119:5 138:12
seen [7] 22:1 42:12 87:23 116:3 134:15 136:10 151:9
self-propelled [2] 68:11,12
sell [1] 156:22
selling [2] 155:23,24
semiweekly [1] 34: 19
send [20] 31:15 32:24 34:24 51:25 99:20 106:2,3 109:4 111:15, 18 122:7 123:25 126: 9,13,25 131:24 145:5 148:10 157:17 159:5
sending [2] 125:4 126:8
sent [18] 49:22 82:15 87:20 88:14 99:9,13, 16 104:18 110:14,16 120:19 124:4,6,7 125: 22 126:1 132:22 145: 9
sentence [4] 42:23 43:5 51:10 106:18
separate [3] 26:22 126:11 138:4
September [1] 10:17
served [6] 8:12 14:24 49:20 50:12,15 51:16
SERVICE [30] 1:8 4: 21 5:8,15 9:16,19,23 11:13 17:2 19:14 28: 23,24 43:9,12 79:4 81:11 91:10 95:13,16 96:1,18 97:11 98:1 113:6 115:3 128:3,23 137:20 138:2 148:19
Services [8] 9:5 11: 19 12:11,12,16,20 13: 1 43:21
Set [11] 3:13 56:8 103: 7,17 109:16 137:7 142:11 147:22,25 148:5 162:24
sets [1] 106:21
Seven [20] 40:22 41:3 83:21 94:12,13 105: 16 130:19 131:5,5 132:5,5,6,10,11,12,13, 25 133:1,3,5
several [2] 24:20 101: 14
severely [1] 52:23
shake [1] 18:20
shaking [1] 17:3
shape [1] 126:9
She's [5] 10:9,11 25: 24 52:11,22
sheet [3] 98:20 99:1 110:11
Sheets [1] 3:25
shelves [4] 68:1,1,13, 14
shelving [4] 67:4,8, 10,17
shifts [1] 83:6
shipped [1] 58:12
shipping [1] 106:1
short [2] 11:13 154: 19
shortly [1] 162:9
shouldn't [9] 84:25 92:24 95:14 96:1 97: 12 98:2,3 99:3 141: 22
show [18] 7:5 41:18, 20 42:2 45:23 47:5 52:3,5 66:16 82:7 91: 6 108:4 120:3 131:3 154:4,5,5 160:3
showed [3] 50:15 64: 2 163:16
showing [3] 21:12 70: 2 109:5
shows [7] 23:4 79:9 92:4 99:15 102:2 104: 20 141:17
sick [5] 52:11,21,22, 23 139:20
side [1] 89:8
Sign [21] 4:21 18:19 30:12,22 51:9,12 86: 19 88:2,3,16 90:4,5 92:10 93:4 96:12 110: 21 111:1 122:11 123: 24 128:3,12
signature [8] 51:15 82:1 88:11 96:11 98: 8,16 122:10 135:10, 12
signatures [1] 152: 15
signed [50] 10:25 13: 13 31:6 51:6,8,11,12, 13 78:14,17,19 79:5 86:10,21 87:9 88:4 94:22 95:6,10,11,15, 25 96:2,3,6,12 97:8 98:6,10 99:4,21,22 100:6,16,17 110:22 111:2 122:4,6,6,12 124:23 135:9 137:8,8 138:22 157:11 163: 13,15 164:20
signee [2] 138:3,4
signing [1] 30:25
similar [1] 111:24
since [10] 22:1 38:19, 19 43:20 44:21 53:6 56:7 76:4 122:3,15
single [1] 164:8
sister-in-law [2] 139: 12,13
sit [1] 161:23
sites [1] 21:13
sitting [1] 142:21
situation [1] 153:23
six [38] 36:2 40:25 41: 1,2 60:9,9 61:2 66:12, 19,23 68:19,20 70:16, 17 77:22 83:21 93:9, 13 94:16 105:16 124: 8,10,11,12,12,14,14, 15 125:2 131:5 132:4, 13,16 139:10 142:16, 17 143:19 154:7
six-hour [1] 83:6
sleep [1] 131:25
sleeping [1] 131:23
Slone [2] 78:22 79:3
smaller [2] 65:15 92: 5
social [7] 3:21 38:14 82:13 85:21,24 100:4 101:8
solution [1] 66:22
somebody [10] 37: 13 50:4,16 58:21 120: 2 131:11,24 132:25 157:11 161:12
somehow [1] 64:13
sometime [5] 66:14 72:8 125:8 164:21 167:21
Sometimes [24] 36:2, 2,3,21,22,22 41:9 57: 9,9 66:13 120:5,11, 12,15 126:1 128:17 131:23 147:10 149: 14,18,18 152:11,11 153:21
somewhere [3] 22:6, 24 58:12
soon [1] 35:22
sorry [18] 11:1 17:21 18:25 21:23 30:2 88: 25 89:17 98:25 102: 25 107:22 119:21 124:19 144:20 145: 22 148:5,5,6 155:14
sound [1] 130:17
South [9] 2:5 65:25 66:6 137:18,25 138:6 139:10 140:14 151: 13
space [2] 58:10 67:16
Spanish [2] 56:23,24
specific [3] 17:14 163:11 165:1
spell [6] 6:6 10:5 25: 13 34:11 123:15 157: 25
spelled [1] 84:1
spend [2] 168:14,16
split [1] 70:20
spring [1] 160:16
square [16] 66:12,20 67:13 68:25 72:16,18 116:10,20 117:12,17 119:16,19,22,23,24 142:4
St [5] 25:24 72:25 73: 12,23 92:3
staff [1] 123:7
start [13] 14:3 19:12 23:20 36:20 38:23 61: 25 64:15 70:18 93:23 99:4 103:8,11,14
started [7] 29:11 30:5 31:2 41:7,8 64:18,19
Starting [7] 55:3 69: 25 70:1,10 80:8 102: 15 129:14
starts [2] 47:24 115: 12
State [5] 2:8 5:5 33:8 98:19 139:19
stated [1] 23:8
statement [1] 91:18
STATES [4] 1:1 2:4 16:3 165:12
stay [3] 37:21 138:16 142:13
stayed [3] 39:4 144: 12,18
still [14] 37:23 39:25 40:16 99:21 111:4 135:6 148:14 155:24 156:19 157:1 158:6,8 160:19 166:16
stole [9] 62:21,23 63: 4,6,15 122:1 138:13 140:15,17
stolen [3] 20:13,15 84:11
stop [9] 14:1 16:14,15 22:24 39:21,23 40:9 52:16 114:15
stopped [4] 14:5 28: 20 115:2,4
store [82] 4:18 26:16 27:9,12,22 57:7 61:5, 6 63:23,24,25 64:7, 14,21,23,25 65:1,3,14 66:5,6,15,20 67:3,9, 10,14,16,16,22 69:10, 15,23 70:21 71:16,18, 21 72:14,17,19 73:16 74:16,24 79:10 83:10 89:25 90:1,6 92:3,5,6 93:10 103:4,5 104:21 107:3,15 108:13,16, 24 116:9 118:16 119: 3,17,18 120:4,16 123: 8 129:16 130:1 131:8, 13,24 142:4,5,5,6,12, 20,21 151:16 164:2
stores [37] 29:1,3 31: 8 33:18,20,21 34:2 53:18 57:8 60:12 65: 5,7,9,10,13,15 66:1,3 69:1 72:21 74:2,17, 18,22 79:15 83:10 85: 2 94:13 103:4 104:5 115:11,18 117:25,25 119:22 139:6 157:16
straight [1] 23:1
straight-up [1] 98:15
strip [2] 60:13 116:9
stripper [1] 57:18
stripping [12] 59:25 60:3,4,10,15,17,21 61:1 116:12,14,15 118:3
stripping/waxing [1] 117:18
stub [2] 106:16 160:5
stubs [2] 160:4,6
student [4] 24:5,6,11 25:7
stuff [5] 22:3,9 54:25 58:12 84:11
stupid [1] 140:1
subcontract [2] 93: 22 156:19
Subcontractor [7] 4: 3 91:9,13 95:19,22 98:20,25
subcontractors [1] 4:9
subcontracts [1] 12: 25
subpoena [3] 162:10 167:6 169:2
subpoenaed [1] 162: 8
substantial [1] 170: 16
subtract [2] 92:14 166:20
sue [1] 119:10
suggest [1] 165:3
Suite [1] 2:5
summarizes [1] 87: 22
summer [2] 158:10 160:16
Sunday [1] 129:7
supervision [2] 64: 19,20
supervisor [6] 34:5 40:15 63:16 64:17 84: 11 143:15
supplies [2] 89:22 118:25
Support [2] 3:5 47:13
supporting [1] 103: 20
supposed [2] 49:23 56:25
sworn [1] 6:2

T

talked [6] 21:1 157: 12 162:15,18 163:12

165:2
talks [2] 92:8 135:5
tank [1] 135:21
Task [2] 3:25 93:19
Taurus [1] 37:18
tax [4] 23:13 100:2,3 127:4
taxes [1] 127:2
Taxpayer [2] 4:5 101:3
technically [18] 27:22 55:12,13 56:18,19 66:19 68:24 77:13 78:11 85:10 93:1 95:14 112:2 118:21 119:11 126:25 132:3 142:1
tells [1] 68:8
ten [7] 6:13 36:3 37:4 83:22 105:17 148:23 153:25
tendency [1] 170:16
Tennessee [7] 12:9,10,16 39:12,14,15 58:8
testified [1] 6:2
testify [3] 167:5 168:25 169:1
testimony [3] 167:14,17 170:9
Texas [2] 156:8,9
theirs [2] 140:4 141:3
there's [37] 8:23 9:21,21,22 15:21 33:12,12 36:8 46:6 51:8 54:15,22 65:13 69:6 72:25 85:2 90:9 92:22 95:3 99:1,10 104:11 105:3,5 106:21 114:3 116:5 129:2 131:1,1 142:3 144:23,24 152:14,18,18 160:9
They'll [1] 41:20
They've [1] 132:22
third [1] 135:5
though [13] 60:23 67:5 86:18 93:14 94:16 95:2 99:18 124:17 125:22 131:3,20 134:17 135:5
thousand [3] 118:18,20 120:13
three [16] 9:20 35:24 36:1 53:2 83:21 105:16 126:11 127:5,11 129:13 130:1 131:4,12 144:15 146:13 155:5
three-page [1] 82:25
throws [1] 36:16
tight [1] 153:23
time-consuming [1] 61:3
timed [1] 69:20
today [10] 7:13,19 8:3 80:13,13,15 90:23 163:12,17 165:2
together [8] 39:1 71:18 117:20 125:14 131:8 148:4,8 166:22
took [45] 21:20 22:3,5,8,17,18,19 32:19 33:12 38:20 44:16 54:1,24 59:7,12 62:15,15,17 66:11,12 69:15,16,17,18,22 75:7 89:18 91:23 105:12,13 108:11 112:9 114:16 115:3,4 119:1,1,9 122:11 125:13 146:19,20,21 154:14 161:14
tools [1] 63:7
top [20] 47:24 83:7 93:4,22,23 95:22 99:10,15 102:15,24 103:7,9,11,15,24 106:8 107:19 108:7 115:12 129:14
Torres [2] 130:15 131:9
total [10] 8:11 84:23 89:3 91:9 104:23 105:20 106:15 119:19,22,24
totals [1] 109:22
Tout [4] 3:24 161:11,20,21
TOUT-NAVA [6] 108:21 148:3 161:14,21 163:13 166:24
toward [1] 149:24
town [3] 12:12 32:2 58:10
track [1] 45:4
tracks [1] 106:19
train [2] 31:4 54:9
trained [1] 64:15
training [1] 64:16
transaction [2] 126:21,22
transcript [2] 2:24 5:21
Transfer [6] 4:19 5:30 113:16 125:25 127:5 153:19
transfers [3] 126:1 140:8,13
TravelersExpress [1] 150:17
traveling [1] 139:20
tray [1] 106:9
treat [1] 107:6
tried [2] 40:18 93:17
Tritech [1] 2:4
trouble [1] 154:8
true [4] 43:22 44:7 49:7 170:9
try [4] 84:13 87:6 115:20 154:2
trying [6] 15:1 126:5 133:8 142:20 166:4,5
turn [5] 68:15,15,16 103:13,13
turned [1] 71:4
turns [1] 161:19
Twice [3] 96:4 116:16,16
two [43] 41:25 64:23,24,24 65:1,24 66:5,13,14,17 80:21 81:7 83:21 85:6 101:25 104:9 105:16 115:14 117:22 118:15,19 123:21 129:12,12,15 130:1 131:1,1,4,5,8,24 133:24 142:6,8,18,23 145:3,3,5 149:8 152:22 154:22
two-third [1] 68:24
Two-thirds [1] 68:25

U

U.S [2] 2:17 50:12
Ulises [1] 149:6
Um-hum [60] 20:1 24:14 26:10 28:25 30:21 35:6 43:4 48:2 50:11 51:1 53:21 62:18 64:1 65:2,8 71:24 72:15,22,24 73:1 74:7 78:2,16 79:2 84:4,7 91:3 94:9,15 95:1 96:25 100:11 101:8 102:6,22 103:3 104:8,10,13 105:10 107:10,14,20 110:12 113:13,15 117:13 118:23 120:25 121:18 127:7 128:5 135:4,8 140:12 149:16 152:10 155:25 160:18 164:15
UMD [2] 24:22 25:7
Undated [1] 4:4
under [18] 18:12,14 19:20 23:18 27:20 28:16 43:5 44:21 45:9 48:4 57:12 68:1 71:25 77:25 95:19,22 129:7 137:19
understand [12] 6:24 90:14 91:18,19 92:25 93:3 105:25 106:18 154:3,21 164:1,4
understood [1] 6:25
uneven [2] 145:18 147:14
Union [2] 4:19 5:30
UNITED [3] 1:1 2:4 165:12
University [2] 24:22 73:12
unless [3] 38:11 70:18 131:7
unsigned [2] 87:1,2
until [11] 37:21,23 56:4 59:13 60:17 66:2 74:20,22 99:4 126:20 154:24
up [42] 18:18 20:13,18 36:21 38:15 40:2 41:14 50:15 58:12,22 60:3 64:2 66:15 67:9 68:12 72:21 74:16,16 83:19 84:15 115:12 119:20 120:3 124:1 125:23 128:20 134:20 136:25 139:23,25 142:11 143:7 145:9 149:4 151:13 152:7 153:16 154:4,5,5 155:4 159:24
UPS [2] 106:5 120:19
upside [1] 103:13
Uptown [1] 72:23

V

vacation [2] 125:13 161:12
Valley [3] 73:14,15,17
varies [2] 120:1,17
various [10] 6:3,32,33,35,36 29:5 31:7 110:19 137:16 140:13
vegetables [1] 68:22
vehicle [2] 37:12,14
vehicles [2] 63:7 135:19
verbal [1] 11:4
verify [1] 38:12
village [1] 154:6
visit [2] 69:1,3
void [2] 104:6 106:13
voided [1] 104:9
voluntarily [1] 40:8

W

W-2s [3] 13:19 14:14 149:22
W-9 [1] 101:5
Wage [3] 2:3 143:1,2
wages [7] 71:23 76:23,25 139:23 140:4 159:1,18
Wait [6] 19:6 58:22 124:10,19 128:2 155:12
wall [1] 68:22
Walters [2] 121:1,4
warehouse [3] 58:3,4,15
wash [1] 91:10
watch [3] 69:3,5,12
watched [1] 69:18
watching [1] 142:9
wax [3] 91:11 116:9 118:3
waxing [3] 116:12,14,15
way [14] 9:24 36:18 50:18 55:7,10,11 95:14 109:7 113:8 129:12 142:14 155:15 158:23 167:8
ways [1] 167:7
week [64] 14:18,21 23:11 34:22 40:20,24 41:22,23 60:8 61:19 71:17,17 80:13,15,23 87:6 88:14,14,15 89:24 90:23 91:2,10 94:10,11,14 103:1 104:21,23 107:2,3 109:6 117:14 118:17,19 119:8 120:1,1,11 121:7 122:5 124:14,21,22 133:24 141:17 142:7,20 143:1,19,21 146:18 149:9 150:6,14 154:22 159:14,22,24 162:18 163:4,9 167:23,25
weekend [1] 80:19
weekly [5] 91:9 119:13 120:14 124:22 134:2
weeks [9] 7:18 80:21 101:25 118:16,19 149:8 152:22 154:22 158:16
weeks' [2] 41:8 133:25
West [1] 73:23
Western [2] 4:19 5:30
whatever [10] 32:16,17,18 94:2 107:1 119:6 125:6 165:9,11 166:19
Whenever [2] 114:5 140:1
whether [17] 19:24 58:21 83:19 121:9 131:16 136:20 142:15 163:23 164:3,13,16 165:5,24 166:8,14 168:8,9
Who's [2] 39:15 169:1
whoever [2] 166:15 169:2
whole [5] 57:16 67:3,22 120:11 154:6
whom [5] 97:1 101:22,22 113:4 136:25
wife [21] 22:11,12,15 25:22 26:22 30:15,25 53:23,24 55:21 57:9 81:17,18,19 82:17 83:2 95:24 98:10 100:7 137:9 138:22
wife's [5] 71:15 83:18 96:9 97:6 112:3
will [40] 2:24 13:5,6,7,17 14:14,16,17,20,22 17:1 23:10 64:15 70:11 79:18 80:19 86:1 87:13 90:21 92:1 102:1,12 103:8 106:20 109:11 115:23 124:7 150:6,7,7 165:14,21 167:6,14,17 168:1,18,20,23,24
winter [1] 60:7
Wintertime [1] 60:7
wire [4] 140:7,8,13 153:19
wired [1] 139:17
wiring [1] 139:15
Wisconsin [1] 24:21
withheld [1] 127:2
within [2] 53:1 87:22
without [1] 84:15
witness [3] 170:7,9,19
witnesses [2] 167:3,3
Wolters [1] 122:22
woman [2] 144:24,25
women [3] 144:16,21,

22
Woodbury [1] 151:19
word [2] 49:14,14
work [81] 11:5 14:9 21:16 23:4,5 24:3 25:11 27:18 28:16,21 32:19 38:13,15,19 40:20,24,25 41:3,7,8 43:7 54:18 56:9,17,25 57:8 59:15,17 60:15 64:4,8,10,24 66:2,3 69:3,5,12 70:16 79:10,14 80:20 82:12 85:18 86:10 93:8 96:20 111:4 113:10 118:9 120:11 121:1,7 124:8 131:7,9,9,11 132:2,12,13,16 141:24 142:7,25 147:1 148:10 154:4,5,6,6,22 155:6 156:19,20 157:2 158:7 159:24 167:4,8,13
worked [37] 4:22 13:20 21:13,13 35:12 41:1 54:20 57:12 58:24 59:8 61:18,23 82:20 94:16 119:8 121:3,9 122:5 130:17 132:25 134:10,11 135:7 141:7,9,14 142:14,23 143:18 145:1 146:5,11,13 147:16 148:22 152:7 157:12
workers [8] 38:8 39:1 63:20 85:23,25 86:4,17 94:16
workers' [5] 75:3,5,7,10,11
working [36] 6:10 14:13 19:12,14,19 29:11 30:1,5 31:22 36:10 40:9,13 59:25 62:20 64:15,18,19 69:7 77:21 85:19 99:4 120:23 122:20,20 129:15 132:4,10,10,14 142:22 144:22 151:13 157:9 160:25,25 161:8
works [1] 117:24
worth [1] 168:13
wrap [1] 155:4
Write [1] 17:23
writing [9] 83:18 96:9,13,15 132:23 133:17 135:9,11,13
written [16] 9:3,9,13 10:25 11:17 12:24 13:3,5,10 34:13 78:19 83:6 86:16 91:8 132:18,20
wrote [3] 48:25 125:21 134:9

Y

year [17] 11:3 18:1 20:18 28:1 37:19 47:3 59:5 60:19 61:24 116:10,16,17 117:17 134:25 149:1,22 151:24
yearly [1] 116:18
years [4] 6:13 26:24 41:21 150:9
Yep [2] 48:1 129:10
York [1] 157:22
yourself [1] 11:18
Yvonne [1] 134:4