UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) |
| Plaintiff, | ) |
| | ) Civil No. 01-CV2374 (JRT/JSM) |
| v. | ) |
| GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE, | ) |
| Defendants. | ) |

Job Work Orders Demonstrating Overtime Practices

**ICM**

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

1400.00
1208.54
191.46
989.00

# JOB WORK ORDER

022112/001

STORE NAME AND NO 115- 053
RAINBOW FOODS #053

WEEK ENDING 4/01/2001

ADDRESS 551 87TH LANE NE

53

Rainbow Foods
551 87th Lane NE
Blaine, MN 55434

SUB CONTRACTOR 225
M. BAKRI

CITY, STATE BLAINE MN

PREPARED BY

PHONE

AUT 01

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on crew | Time in | Time out | Signature | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 03262001 | 1 | 10:50 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes |
| TUE. | 03272001 | 1 | 11:00 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes |
| WED. | 03282001 | 1 | 10:30 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes |
| THU. | 03292001 | 1 | | | | Yes | Yes | Yes | Yes | Yes |
| FRI. | 03302001 | 1 | 10:30 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes |
| SAT | 03312001 | 1 | 11:00 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes |
| SUN | 04012001 | 1 | 11:00 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes |

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. (Yes / No circled: Yes for all items; Signature: initialed)

**CUSTOMER COPY**

ICM 1

**ICM**

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

1400.00
1208.54
191.46
989.00

# JOB WORK ORDER

019101/001

STORE NAME AND NO. 115- 053

WEEK ENDING 3/04/2001

RAINBOW FOODS #053

**53**

Rainbow Foods
551 87th Lane NE
Blaine, MN 55434

ADDRESS 551 87TH LANE NE

SUBCONTRACTOR 225 M. BAKRI

CITY, STATE BLAINE MN

PREPARED BY AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | Crew | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 02262001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [signature] |
| TUE. | 02272001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [signature] |
| WED. | 02282001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [signature] |
| THU. | 03012001 | 1 | 11:00 | 7:00 | MARIO | Yes | Yes | Yes | Yes | Yes | [signature] |
| FRI. | 03022001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [signature] |
| SAT. | 03032001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [signature] |
| SUN | 03042001 | 1 | 11:30 | 6:50 | MARIO | Yes | Yes | Yes | Yes | Yes | [signature] |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. (printed under each day)

**CUSTOMER COPY**

ICM 2

**ICM**

A Division of Rug Doctor

P.O BOX 9089 KNOXVILLE, TN 37940-0089

865-577-0652

# JOB WORK ORDER

022113/001

STORE NAME AND NO 115- 053

RAINBOW FOODS #053

53

Rainbow Foods
551 87th Lane NE
Blaine, MN 55434

WEEK ENDING 04/08/2001

225.

SUB CONTRACTOR M. BAKRI

ADDRESS 551 87TH LANE NE

1400.00
54
1208.46
191
989.00

CITY, STATE BLAINE MN

PREPARED BY AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on crew | Time in | Time out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 04022001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |
| TUE. | 04032001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |
| WED | 04042001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [illegible signature] |
| THU. | 04052001 | 1 | 11:00 P.M. | 7: AM. | Yes | Yes | Yes | Yes | Yes | [illegible signature] |
| FRI. | 04062001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [illegible signature] |
| SAT. | 04072001 | 1 | 11:00 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |
| SUN | 04082001 | 1 | 10:50 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT.

**CUSTOMER COPY**

ICM 3

**ICM** B.2. Impiese Sun Bulmaro leiva

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

022115/001

STORE NAME AND NO 115- 053 RAINBOW FOODS #053

ADDRESS 551 87TH LANE NE

CITY, STATE BLAINE MN

PHONE

1400 / 1208 / 191 / 989.00 — 54 / 46

WEEK ENDING 4/22/2001

SUB CONTRACTOR 225 M. BAKRI

PREPARED BY AUT 01

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Name / Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? |
|---|---|---|---|---|---|---|---|---|---|
| MON. | 04162001 | Bulmaro leiva / 1 | 11:15 pm | 7:15 am | Yes | Yes | Yes | Yes | Yes |
| TUE. | 04172001 | Bulmaro leiva / 1 | 11:15 pm | 7:15 am | Yes | Yes | Yes | Yes | Yes |
| WED. | 04182001 | Bulmaro leiva / 1 | 11:15 pm | 7:15 | Yes | Yes | Yes | Yes | Yes |
| THU. | 04192001 | Bulmaro leiva / 1 | 11:15 pm | 7:15 am | Yes | Yes | Yes | Yes | Yes |
| FRI. | 04202001 | alvaro Lucero / 1 | 11:15 PM | 7:10 Am | Yes | Yes | Yes | Yes | Yes |
| SAT. | 04212001 | Bulmaro leiva | 11.30 am | | Yes | Yes | Yes | Yes | Yes |
| SUN. | 04222001 | Bulmaro leiva | 11:00 | 6:45 | Yes | Yes | Yes | Yes | Yes |

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. Signature: (signed)

53 RAINBOW FOODS 87TH AVE NE BLAINE, MN 55434

**CUSTOMER COPY**

ICM 4

# ICM

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

022119/001

1400.00

STORE NAME AND NO 115- 054
RAINBOW FOODS #054

WEEK ENDING 4/15/2001

120854

ADDRESS
1643 COUNTY ROAD B2

SUB CONTRACTOR 225
19146
M. BAKRI

CITY, STATE
ROSEVILLE MN

PREPARED BY
98900

AUT 01

PHONE

COUPON CANCELLED FOR DEPOSIT ONLY NORWEST BANK MINNESOTA RAINBOW FOODS # 54 # 1011473

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 04092001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
Amelio
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

TUE. (DATE) 04102001 NUMBER ON CREW 1
TIME IN 11:15 pm
TIME OUT 7:15 am
Amelio
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

WED. (DATE) 04112001 NUMBER ON CREW 1
TIME IN 11:15 pm
TIME OUT 7:15 pm
Amelio
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

THU. (DATE) 04122001 NUMBER ON CREW 1
TIME IN 11:00 pm
TIME OUT 7:00 am
Amelio
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

FRI (DATE) 04132001 NUMBER ON CREW 1
TIME IN 11:15 pm
TIME OUT 7:15 am
Amelio
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

SAT (DATE) 04142001 NUMBER ON CREW ____
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

SUN (DATE) 04152001 NUMBER ON CREW 1
TIME IN 11:00 pm
TIME OUT 7:00 am
Amelio
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

**CUSTOMER COPY**

ICM 5

**ICM**

A Division of Rug Doctor®
P.O. BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

1400.00
1208.54
191.46
989.00

# JOB WORK ORDER

019117/001

STORE NAME AND NO 115- 059
RAINBOW FOODS #059

WEEK ENDING 3/04/2001

ADDRESS
7050 VALLEY CREEK PLAZA

SUB CONTRACTOR 225
M. BAKRI

CITY, STATE
WOODBURY MN

PREPARED BY
AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on crew | Time in | Time out | Worker | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 02262001 | 1 | 11:00 PM | 7:00 AM | ARTEMIO | Yes | Yes | Yes | Yes | Yes |
| TUE. | 02272001 | 1 | 11:00 PM | 7:00 AM | ARTEMIO | Yes | Yes | Yes | Yes | Yes |
| WED. | 02282001 | 1 | 11:00 PM | 7:00 AM | ARTEMIO | Yes | Yes | Yes | Yes | Yes |
| THU. | 03012001 | 1 | 11:00 PM | 7:00 AM | ARTEMIO | Yes | Yes | Yes | Yes | Yes |
| FRI. | 03022001 | 1 | 11:00 PM | 7:00 AM | ARTEMIO | Yes | Yes | Yes | Yes | Yes |
| SAT. | 03032001 | 1 | 11:00 PM | 7:00 AM | WOOR ANGEL / ARTEMIO OFF | Yes | Yes | Yes | Yes | Yes |
| SUN. | 03042001 (3-4-01) | 1 | 11:00 PM | 7:00 AM | ARTEMIO | Yes | Yes | Yes | Yes | Yes |

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. Signature: [signed]

Stamp: 059 RAINBOW 7050 VALLEY CREEK RD WOODBURY, MN 55125

**CUSTOMER COPY**

ICM 6

**ICM**
A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

019120/001

59 RAINBOW FOODS 7050 VALLEY CREEK PLAZA WOODBURY, MN 55125

STORE NAME AND NO 115- 059
RAINBOW FOODS #059
ADDRESS
7050 VALLEY CREEK PLAZA
CITY, STATE
WOODBURY MN
PHONE

WEEK ENDING 3/25/2001
SUBCONTRACTOR 225
M. BAKRI
PREPARED BY
AUT (01)

1400.34
1208.46
191
989.00

TASK CODE: FS-FLOOR SERVICE, JB-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | Crew | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 03192001 (3-21-) | 1 | 11 | 7 | | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| TUE. | 03202001 | 1 | 11:00 pm | 6:45 Am | ARTEMIO | Yes | Yes | Yes | Yes | Yes | [illegible] |
| WED. | 03212001 | 1 | 11:00 pm | 7:00 Am | ARTEMIO | Yes | Yes | Yes | No | Yes | [illegible] |
| THU. | 03222001 | 1 | 11:00 | 7:00 Am | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| FRI. | 03232001 | 1 | 11:00 | 7:00 Am | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| SAT. | 03242001 | 1 | 11:00 pm | 7:00 Am | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| SUN | 03252001 | 1 | 11:00 pm | 7:00 Am | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: (printed under each day)

**CUSTOMER COPY**

ICM 7

# ICM

# JOB WORK ORDER

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

022136/001

1400.00
1208.54
1.91.46
989.00

STORE NAME AND NO 115- 059
RAINBOW FOODS #059

WEEK ENDING 4/29/2001

SUB CONTRACTOR 225

ADDRESS
7050 VALLEY CREEK PLAZA

M. BAKRI

CITY, STATE
WOODBURY MN

PREPARED BY

AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | Crew | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 04232001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| TUE. | 04242001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| WED. | 04252001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| THU. | 04262001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| FRI. | 04272001 | | 11:00 | 7:00 | FRANCISCO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| SAT | 04282001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| SUN | 04292001 | 1 | 11:00 | 6:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | [illegible] |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. (printed under each day)

59 RAINBOW FOODS
7050 VALLEY CREEK PLAZA
WOODBURY, MN 55125

CUSTOMER COPY

ICM 8

**ICM**

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

019119/001

1400.00

59

RAINBOW FOODS
7050 VALLEY CREEK PLAZA
WOODBURY, MN 55125

STORE NAME AND NO -115- 059
RAINBOW FOODS #059

WEEK ENDING 3/18/2001

1208.54

ADDRESS
7050 VALLEY CREEK PLAZA

SUB CONTRACTOR 225
1914.6 M. BAKRI

CITY, STATE
WOODBURY MN

PREPARED BY
989.00 AUT 01

PHONE

TASK CODE. FS-FLOOR SERVICE, JA-JANITORIAL,
WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 03122001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

TUE. (DATE) 03132001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

WED. (DATE) 03142001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

THU. (DATE) 03152001 NUMBER ON CREW 1
TIME IN 11:00 pm
TIME OUT 7:00
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

FRI. (DATE) 03162001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SAT. (DATE) 03172001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SUN. (DATE) 03182001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

**CUSTOMER COPY**

ICM 9

ICM

JOB WORK ORDER

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-008
865-577-0652

G34

RAINBOW FOODS
4300 Central Ave. NE 022085/001
Columbia Heights, MN 55421

STORE NAME AND NO 115- 034
RAINBOW FOODS #034

WEEK ENDING 4/22/2001

ADDRESS 4300 CENTRAL AVENUE NE

1400.00
1209.54
190.46
984.00

SUB CONTRACTOR 225

CITY, STATE COLUMBIA HGTS MN

PREPARED BY M. BAKRI

PHONE

AUT 01

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 04162001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

TUE. (DATE) 04172001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

WED. (DATE) 04182001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

THU. (DATE) 04192001 NUMBER ON CREW 1+2
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

FRI. (DATE) 04202001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SAT. (DATE) 04212001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:10am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SUN. (DATE) 04222001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
Alvaro Lucero M
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

CUSTOMER COPY

ICM 10

**ICM** A Division of Rug Doctor

# JOB WORK ORDER

6 days 1280.00 1079.54 200.46 854.00

022084/001

P.O. BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

STORE NAME AND NO 115- 034
RAINBOW FOODS #034

WEEK ENDING 4/15/2001

ADDRESS
4300 CENTRAL AVENUE NE

SUB CONTRACTOR 225
M. BAKRI

CITY, STATE
COLUMBIA HGTS MN

634 RAINBOW FOODS
4300 CENTRAL AVE NE
COLUMBIA HEIGHTS

PREPARED BY
AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 04092001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | [signature] |
| TUE. | 04102001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | [signature] |
| WED. | 04112001 | 3 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | [signature] 5.00 am |
| THU. | 04122001 | 1 (Fausto) | 11 | 7 | Yes | Yes | No | Yes | Yes | [signature] |
| FRI. | 04132001 | 1 (Fausto) | 11 | 7 | Yes | Yes | No | Yes | Yes | [signature] |
| SAT | 04142001 | 0 | Store Closed | | | | | | | |
| SUN | 04152001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | [signature] |

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

CUSTOMER COPY ICM 11

**ICM** JOB WORK ORDER

A Division of Rug Doctor

P.O. BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

6 days 1280.00 1079.54 20.46 200 854.00

022084/001

STORE NAME AND NO. 115- 034 WEEK ENDING 4/15/2001

RAINBOW FOODS #034

SUB CONTRACTOR 225

ADDRESS M. BAKRI

4300 CENTRAL AVENUE NE

C34 RAINBOW FOODS
4300 CENTRAL AVE NE
COLUMBIA HEIGHTS

PREPARED BY AUT 01

CITY, STATE

COLUMBIA HGTS MN

PHONE

TASK CODE: FS-FLOOR SERVICE, JJ-JANITORIAL,
WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 04092001 NUMBER ON CREW 1
TIME IN 11
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

TUE. (DATE) 04102001 NUMBER ON CREW 1
TIME IN 11
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

WED. (DATE) 04112001 NUMBER ON CREW 3
TIME IN 11 5.00 am
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

THU. (DATE) 04122001 NUMBER ON CREW 1
TIME IN 11 Fausto
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

FRI. (DATE) 04132001 NUMBER ON CREW 1
TIME IN 11 Fausto
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

SAT. (DATE) 04142001 NUMBER ON CREW
TIME IN 11 Store Closed
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

SUN. (DATE) 04152001 NUMBER ON CREW 1
TIME IN 11
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

**CUSTOMER COPY** ICM 12

# ICM

# JOB WORK ORDER

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

NORWEST NATIO... FOR DEPOSIT ... RAINBOW FOO... STORE 034 9440861008

022082/001

1400.00

WEEK ENDING 4/01/2001

1209.54

SUB CONTRACTOR 225 M. BAKRI

190.46

PREPARED BY 984.00

AUT (01)

STORE NAME AND NO 115- 034

RAINBOW FOODS #034

ADDRESS

4300 CENTRAL AVENUE NE

CITY, STATE

COLUMBIA HGTS MN

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 03262001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [signature] |
| TUE. | 03272001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [signature] |
| WED. | 03282001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [signature] |
| THU. | 03292001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [signature] |
| FRI. | 03302001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [signature] |
| SAT | 03312001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [signature] |
| SUN | 04012001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [signature] |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: (printed under each day)

CUSTOMER COPY

ICM 13

# ICM

A Division of Rug Doctor®

P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652 115-044

MINNEAPOLIS, MN 55406
2919 26TH AVE S.
RAINBOW FOODS
44

# JOB WORK ORDER

STORE NAME AND NO. RAINBOW FOODS #44

ADDRESS 2919 26th Avenue So.

CITY, STATE Minneapolis, Mn.

PHONE

DATE /01/01

SUB CONTRACTOR M. Bakri 225

PREPARED BY L. Bakri (01)

14000 / 12054 / 19146 / 19100 / 991

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 3/26/01 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____ Angel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

TUE. (DATE) 3/27/01 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____ crew
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

WED. (DATE) 3/28/01 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____ Angel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

THU. (DATE) 3/29/01 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____ Angel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

FRI. (DATE) 3/30/01 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____ Angel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

SAT (DATE) 3/31/01 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____ Angel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

SUN. (DATE) 4/01/01 NUMBER ON CREW 2
TIME IN ____
TIME OUT ____ Gumaro + Angel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

Last at Store

CUSTOMER COPY

ICM 14

**ICM**

Division of Rug Doctor
P.O. BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

9500
8154
13146
6600

STORE NAME AND NO 115-024
RAINBOW FOODS

26 RAINBOW FOODS 1201 Larpenteur St. Paul, MN 55113

ADDRESS 1261 LARPENTEUR
CITY, STATE ST. PAUL, MN
PHONE

WEEK ENDING 4/15/01
SUB CONTRACTOR M. Bakri 225
PREPARED BY L. Bakri (01)

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on crew | Time in | Time out | Note | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 4/09/01 | 1 | | | Israel | Yes | Yes | Yes | Yes | Yes | [signature] |
| TUE. | 4/10/01 | 1 | | | Israel | Yes | Yes | Yes | Yes | Yes | [signature] |
| WED. | 4/11/01 | 1 | | | Israel | Yes | Yes | Yes | Yes | Yes | [signature] |
| THU. | 4/12/01 | 1 | | | Israel | Yes | Yes | Yes | Yes | Yes | [signature] |
| FRI | 4/13/01 | 1 | | | Israel | Yes | Yes | Yes | Yes | Yes | [signature] |
| SAT | 4/14/01 | | | | OFF | Yes | Yes | Yes | Yes | Yes | [signature] |
| SUN | 4/15/01 | 1 | | | Israel | Yes | Yes | Yes | Yes | Yes | [signature] |

(Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. Options Yes / No; "Yes" circled.)

**CUSTOMER COPY**

ICM 15