UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) |
| Plaintiff, | ) |
| | ) Civil No. 01-CV2374 (JRT/JSM) |
| v. | ) |
| GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE, | ) |
| Defendants. | ) |

Job Work Orders Demonstrating Overtime Practices

**ICM**
A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

1400.00
1208.54
191.46
989.00

# JOB WORK ORDER

022112/001

STORE NAME AND NO 115- 053
RAINBOW FOODS #053

WEEK ENDING 4/01/2001

ADDRESS 551 87TH LANE NE

53

Rainbow Foods
551 87th Lane NE
Blaine, MN 55434

SUB CONTRACTOR 225

M. BAKRI

CITY, STATE BLAINE MN

PREPARED BY

PHONE

AUT 01

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day / Date | Number on Crew | Time In | Time Out | Worker | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. 03262001 | 1 | 10:50 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes | |
| TUE. 03272001 | 1 | 11:00 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes | |
| WED. 03282001 | 1 | 10:30 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes | |
| THU. 03292001 | 1 | | | | Yes | Yes | Yes | Yes | Yes | |
| FRI. 03302001 | 1 | 10:30 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes | |
| SAT 03312001 | 1 | 11:00 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes | |
| SUN 04012001 | 1 | 11:00 | 7:00 | Mario | Yes | Yes | Yes | Yes | Yes | |

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT.

(Yes/No options printed; "Yes" circled for every item.)

**CUSTOMER COPY**

ICM 1

# ICM

A Division of Rug Doctor

P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

1400⁰⁰
1208⁵⁴
191⁴⁶
989⁰⁰

# JOB WORK ORDER

019101/001

STORE NAME AND NO. 115- 053

RAINBOW FOODS #053

**53**

Rainbow Foods
551 87th Lane NE
Blaine, MN 55434

WEEK ENDING 3/04/2001

SUBCONTRACTOR 225

ADDRESS 551 87TH LANE NE

PREPARED BY M. BAKRI

CITY, STATE BLAINE MN

AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| Day | Date | Number on Crew | Time In | Time Out | Crew | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 02262001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [illegible] |
| TUE. | 02272001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [illegible] |
| WED. | 02282001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [illegible] |
| THU. | 03012001 | 1 | 11:00 | 7:00 | MARIO | Yes | Yes | Yes | Yes | Yes | [illegible] |
| FRI. | 03022001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [illegible] |
| SAT. | 03032001 | 1 | 11:00 | 6:30 | MARIO | Yes | Yes | Yes | Yes | Yes | [illegible] |
| SUN | 03042001 | 1 | 11:30 | 6:50 | MARIO | Yes | Yes | Yes | Yes | Yes | [illegible] |

**CUSTOMER COPY**

ICM 2

# ICM

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

## JOB WORK ORDER

022113/001

STORE NAME AND NO 115- 053

RAINBOW FOODS #053

53

Rainbow Foods
551 87th Lane NE
Blaine, MN 55434

WEEK ENDING 04/08/2001

ADDRESS 551 87TH LANE NE

CITY, STATE BLAINE MN

PHONE

1400.54
1208.46
191.00
989.00

SUB CONTRACTOR 225.

M. BAKRI

PREPARED BY

AUT (01)

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 04022001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |
| TUE. | 04032001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |
| WED | 04042001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [illegible] |
| THU. | 04052001 | 1 | 11:00 P.M. | 7: AM. | Yes | Yes | Yes | Yes | Yes | [illegible] |
| FRI. | 04062001 | 1 | 10:30 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | [illegible] |
| SAT. | 04072001 | 1 | 11:00 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |
| SUN | 04082001 | 1 | 10:50 PM | 7:00 AM | Yes | Yes | Yes | Yes | Yes | Chris Johnson |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. (printed under each day's entry)

CUSTOMER COPY

ICM 3

# ICM JOB WORK ORDER

B.2. Impress Sun
Bulmaro Leiva

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

022115/001

| | | | |
|---|---|---|---|
| STORE NAME AND NO | 115- 053 RAINBOW FOODS #053 | WEEK ENDING | 4/22/2001 |
| ADDRESS | 551 87TH LANE NE | SUB CONTRACTOR | 225 M. BAKRI |
| CITY, STATE | BLAINE MN | PREPARED BY | AUT 01 |
| PHONE | | | |

1400.00 1208.54 191.46 989.00

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Crew / Times | Checks |
|---|---|---|---|
| MON. | 04162001 | Bulmaro Leiva; NUMBER ON CREW 1; TIME IN 11:15 pm; TIME OUT 7:15 am | On Time Yes; Sweep/mop? Yes; Burnish? Yes; Final Sweep? Yes; Satisfactory? Yes; Signature: |
| TUE. | 04172001 | Bulmaro Leiva; NUMBER ON CREW 1; TIME IN 11:15 pm; TIME OUT 7:15 am | On Time Yes; Sweep/mop? Yes; Burnish? Yes; Final Sweep? Yes; Satisfactory? Yes; Signature: |
| WED. | 04182001 | Bulmaro Leiva; NUMBER ON CREW 1; TIME IN 11:15 pm; TIME OUT 7:15 | On Time Yes; Sweep/mop? Yes; Burnish? Yes; Final Sweep? Yes; Satisfactory? Yes; Signature: |
| THU. | 04192001 | Bulmaro Leiva; NUMBER ON CREW 1; TIME IN 11:15 pm; TIME OUT 7:15 am | On Time Yes; Sweep/mop? Yes; Burnish? Yes; Final Sweep? Yes; Satisfactory? Yes; Signature: |
| FRI. | 04202001 | Alvaro Lucero; NUMBER ON CREW 1; TIME IN 11:15 PM; TIME OUT 7:10 Am | On Time Yes; Sweep/mop? Yes; Burnish? Yes; Final Sweep? Yes; Satisfactory? Yes; Signature: |
| SAT. | 04212001 | Bulmaro Leiva; NUMBER ON CREW; TIME IN 11.30 am; TIME OUT | On Time Yes; Sweep/mop? Yes; Burnish? Yes; Final Sweep? Yes; Satisfactory? Yes; Signature: |
| SUN. | 04222001 | Bulmaro Leiva; NUMBER ON CREW; TIME IN 11:00; TIME OUT 6:45 | On Time Yes; Sweep/mop? Yes; Burnish? Yes; Final Sweep? Yes; Satisfactory? Yes; Signature: |

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT.

Stamp: 53 RAINBOW FOODS 551 87TH LANE NE BLAINE, MN 55434

CUSTOMER COPY

ICM 4

# ICM

# JOB WORK ORDER

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

STORE NAME AND NO 115- 054
RAINBOW FOODS #054

ADDRESS
1643 COUNTY ROAD B2

CITY, STATE
ROSEVILLE MN

PHONE

COUPON CANCELLED FOR DEPOSIT ONLY NORWEST BANK MINNESOTA RAINBOW FOODS # 54 # 1011473

022119/001
1400.00
WEEK ENDING 4/15/2001
120854
225
SUB CONTRACTOR
19146
M. BAKRI
PREPARED BY
98900
AUT 01

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 04092001 | 1 | | | Amelio | Yes | Yes | Yes | Yes | Yes | [signature] |
| TUE. | 04102001 | 1 | 11:15 pm | 7:15 am | Amelio | Yes | Yes | Yes | Yes | Yes | [signature] |
| WED. | 04112001 | 1 | 11:15 pm | 7:15 pm | Amelio | Yes | Yes | Yes | Yes | Yes | [signature] |
| THU. | 04122001 | 1 | 11:00 pm | 7:00 am | Amelio | Yes | Yes | Yes | Yes | Yes | [signature] |
| FRI | 04132001 | 1 | 11:15 pm | 7:15 am | Amelio | Yes | Yes | Yes | Yes | Yes | [signature] |
| SAT | 04142001 | | | | | Yes | Yes | Yes | Yes | Yes | [signature] |
| SUN | 04152001 | 1 | 11:00 pm | 7:00 am | Amelio | Yes | Yes | Yes | Yes | Yes | [signature] |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT.

**CUSTOMER COPY**

ICM 5

**ICM**

A Division of Rug Doctor®
PO BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

1400.00
1208.54
191.46
989.00

# JOB WORK ORDER

019117/001

STORE NAME AND NO 115- 059
RAINBOW FOODS #059

WEEK ENDING 3/04/2001

ADDRESS
7050 VALLEY CREEK PLAZA

SUB CONTRACTOR 225
M. BAKRI

CITY, STATE
WOODBURY MN

PREPARED BY
AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 02262001 NUMBER ON CREW 1
TIME IN 11:00 PM
TIME OUT 7:00 AM
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time: Yes (circled) No
Sweep/mop? Yes (circled) No
Burnish? Yes (circled) No
Final Sweep? Yes (circled) No
Satisfactory? Yes (circled) No
Signature: [signature]

TUE. (DATE) 02272001 NUMBER ON CREW 1
TIME IN 11:00 PM
TIME OUT 7:00 AM
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time: Yes (circled) No
Sweep/mop? Yes (circled) No
Burnish? Yes (circled) No
Final Sweep? Yes (circled) No
Satisfactory? Yes (circled) No
Signature: [signature]

WED. (DATE) 02282001 NUMBER ON CREW 1
TIME IN 11:00 PM
TIME OUT 7:00 AM
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time: Yes (circled) No
Sweep/mop? Yes (circled) No
Burnish? Yes (circled) No
Final Sweep? Yes (circled) No
Satisfactory? Yes (circled) No
Signature: [signature]

THU. (DATE) 03012001 NUMBER ON CREW 1
TIME IN 11:00 PM
TIME OUT 7:00 AM
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time: Yes (circled) No
Sweep/mop? Yes (circled) No
Burnish? Yes (circled) No
Final Sweep? Yes (circled) No
Satisfactory? Yes (circled) No
Signature: [signature]

FRI. (DATE) 03022001 NUMBER ON CREW 1
TIME IN 11:00 PM
TIME OUT 7:00 AM
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time: Yes (circled) No
Sweep/mop? Yes (circled) No
Burnish? Yes (circled) No
Final Sweep? Yes (circled) No
Satisfactory? Yes (circled) No
Signature: [signature]

SAT. (DATE) 03032001 NUMBER ON CREW 1
TIME IN 11:00 PM WOOR ANGEL
TIME OUT 7:00 AM ARTEMIO OFF
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time: Yes (circled) No
Sweep/mop? Yes (circled) No
Burnish? Yes (circled) No
Final Sweep? Yes (circled) No
Satisfactory? Yes (circled) No
Signature: [signature]

SUN. (DATE) 03042001 3-4-01 NUMBER ON CREW 1
TIME IN 11:00 PM
TIME OUT 7:00 AM
ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time: Yes (circled) No
Sweep/mop? Yes (circled) No
Burnish? Yes (circled) No
Final Sweep? Yes (circled) No
Satisfactory? Yes (circled) No
Signature: [signature]

Stamp: 059 RAINBOW ... WOODBURY, MN 55125

**CUSTOMER COPY**

ICM 6

**ICM**
A Division of Rug Doctor

P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

019120/001

59 RAINBOW FOODS 7050 VALLEY CREEK PLAZA WOODBURY, MN 55125

STORE NAME AND NO 115- 059
RAINBOW FOODS #059

WEEK ENDING 3/25/2001

ADDRESS
7050 VALLEY CREEK PLAZA

SUBCONTRACTOR 225
M. BAKRI

CITY, STATE
WOODBURY MN

1400.84
1208.46
191
989.00

PREPARED BY

PHONE

AUT (01)

TASK CODE: FS-FLOOR SERVICE, JB-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 03192001 3-21- NUMBER ON CREW 1
TIME IN 11
TIME OUT 7
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

TUE. (DATE) 03202001 NUMBER ON CREW 1
TIME IN 11:00 pm
TIME OUT 6:45 Am ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

WED. (DATE) 03212001 NUMBER ON CREW 1
TIME IN 11:00 pm
TIME OUT 7:00 Am ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? Yes (No)
Satisfactory? (Yes) No
Signature: [signature]

THU. (DATE) 03222001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00 AM ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

FRI. (DATE) 03232001 NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00 Am ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

SAT. (DATE) 03242001 NUMBER ON CREW 1
TIME IN 11:00 pm
TIME OUT 7:00 Am ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

SUN (DATE) 03252001 NUMBER ON CREW 1
TIME IN 11:00 pm
TIME OUT 7:00 Am ARTEMIO
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: B. Anderson

**CUSTOMER COPY**

Store Copy

ICM 7

# ICM

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

022136/001

1400.00
1208.54
191.46
989.00

STORE NAME AND NO 115- 059
RAINBOW FOODS #059

WEEK ENDING 4/29/2001

SUB CONTRACTOR 225

ADDRESS
7050 VALLEY CREEK PLAZA

M. BAKRI

CITY, STATE
WOODBURY MN

PREPARED BY
AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on crew | Time in | Time out | Crew | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 04232001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| TUE. | 04242001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| WED. | 04252001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| THU. | 04262001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| FRI. | 04272001 | | 11:00 | 7:00 | FRANCISCO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| SAT | 04282001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| SUN | 04292001 | 1 | 11:00 | 6:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | [illegible] |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. (printed under each day's entry)

59 RAINBOW FOODS
7050 VALLEY CREEK PLAZA
WOODBURY, MN 55125

CUSTOMER COPY

ICM 8

# ICM

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

019119/001

59

RAINBOW FOODS
7050 VALLEY CREEK PLAZA
WOODBURY, MN 55125

1400.00

STORE NAME AND NO -115- 059
RAINBOW FOODS #059

WEEK ENDING 3/18/2001

1208.54

225

SUB CONTRACTOR M. BAKRI

191.46

ADDRESS
7050 VALLEY CREEK PLAZA

PREPARED BY AUT 01

989.00

CITY, STATE
WOODBURY MN

PHONE

TASK CODE. FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on crew | Time in | Time out | Crew | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 03122001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| TUE. | 03132001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| WED. | 03142001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| THU. | 03152001 | 1 | 11:00 pm | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |
| FRI. | 03162001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | |
| SAT. | 03172001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | |
| SUN. | 03182001 | 1 | 11:00 | 7:00 | ARTEMIO | Yes | Yes | Yes | Yes | Yes | B. Anderson |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. (printed under each day)

**CUSTOMER COPY**

Sally Hoff

ICM 9

# ICM JOB WORK ORDER

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-008
865-577-0652

G34

RAINBOW FOODS
4300 Central Ave. NE 022085/001
Columbia Heights, MN 55421

STORE NAME AND NO 115- 034
RAINBOW FOODS #034

WEEK ENDING 4/22/2001

ADDRESS 4300 CENTRAL AVENUE NE

1400.00
1209.54
190.46
984.00

SUB CONTRACTOR 225

CITY, STATE COLUMBIA HGTS MN

PREPARED BY M. BAKRI

PHONE

AUT 01

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 04162001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

TUE. (DATE) 04172001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

WED. (DATE) 04182001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

THU. (DATE) 04192001 NUMBER ON CREW 1+2
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

FRI. (DATE) 04202001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SAT. (DATE) 04212001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SUN. (DATE) 04222001 NUMBER ON CREW 1
TIME IN 11:00pm
TIME OUT 7:00am
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

Alvaro Lucero M

On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

CUSTOMER COPY

ICM 10

# ICM — JOB WORK ORDER

A Division of Rug Doctor
P.O. BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

6 days

1280.00
1079.54
200.46
854.00

022084/001

STORE NAME AND NO 115- 034
RAINBOW FOODS #034

WEEK ENDING 4/15/2001

SUB CONTRACTOR 225 M. BAKRI

ADDRESS 4300 CENTRAL AVENUE NE

CITY, STATE COLUMBIA HGTS MN

PHONE

G34 RAINBOW FOODS
4300 CENTRAL AVE NE
COLUMBIA HEIGHTS

PREPARED BY

AUT 01

TASK CODE: FS-FLOOR SERVICE JA-JANITORIAL
WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: (printed under each day)

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 04092001 | | 11 | 7 | Yes | Yes | Yes | Yes | Yes | |
| TUE. | 04102001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | |
| WED. | 04112001 | 3 (5:00 am) | 11 | 7 | Yes | Yes | Yes | Yes | Yes | |
| THU. | 04122001 | Fausto 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | |
| FRI. | 04132001 | Fausto 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | |
| SAT | 04142001 | Store Closed | | | Yes | Yes | Yes | Yes | Yes | |
| SUN | 04152001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes | |

Options printed for each question: Yes / No

CUSTOMER COPY

ICM 11

**ICM**
A Division of Rug Doctor
P.O. BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

6days 1280.00 1079.54 200.46 854.00

# JOB WORK ORDER

022084/001

STORE NAME AND NO. 115- 034
RAINBOW FOODS #034

WEEK ENDING 4/15/2001

SUB CONTRACTOR 225
M. BAKRI

ADDRESS
4300 CENTRAL AVENUE NE

CITY, STATE
COLUMBIA HGTS MN

034 RAINBOW FOODS
4300 CENTRAL AVE NE
COLUMBIA HEIGHTS

PREPARED BY
AUT 01

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on crew | Time in | Time out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? |
|---|---|---|---|---|---|---|---|---|---|
| MON. | 04092001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes |
| TUE. | 04102001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes |
| WED. | 04112001 | 3 (5:00 am) | 11 | 7 | Yes | Yes | Yes | Yes | Yes |
| THU. | 04122001 | 1 (Fausto) | 11 | 7 | Yes | Yes | Yes | Yes | Yes |
| FRI. | 04132001 | 1 (Fausto) | 11 | 7 | Yes | Yes | Yes | Yes | Yes |
| SAT. | 04142001 | Store Closed | | | Yes | Yes | Yes | Yes | Yes |
| SUN. | 04152001 | 1 | 11 | 7 | Yes | Yes | Yes | Yes | Yes |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: (printed under each day)

Signature: (each day)

**CUSTOMER COPY**

ICM 12

# ICM

## JOB WORK ORDER

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

NORWEST NATI... FOR DEPOSIT ... RAINBOW FOO... STORE 034 9440861006

022082/001

1400.00

WEEK ENDING 4/01/2001

1209.54

SUB CONTRACTOR 225

190.46

M. BAKRI

PREPARED BY

984.00

AUT (01)

STORE NAME AND NO 115- 034
RAINBOW FOODS #034

ADDRESS
4300 CENTRAL AVENUE NE

CITY, STATE
COLUMBIA HGTS MN

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 03262001 | 1 | 10:30PM | 7:00AM | Yes | Yes | Yes | Yes | Yes | [signed] |
| TUE. | 03272001 | 1 | 10:30PM | 7:00AM | Yes | Yes | Yes | Yes | Yes | [signed] |
| WED. | 03282001 | 1 | 10:30PM | 7:00AM | Yes | Yes | Yes | Yes | Yes | [signed] |
| THU. | 03292001 | 1 | 10:30PM | 7:00AM | Yes | Yes | Yes | Yes | Yes | [signed] |
| FRI. | 03302001 | 1 | 10:30PM | 7:00AM | Yes | Yes | Yes | Yes | Yes | [signed] |
| SAT | 03312001 | 1 | 10:30PM | 7:00AM | Yes | Yes | Yes | Yes | Yes | [signed] |
| SUN | 04012001 | 1 | 10:30PM | 7:00AM | Yes | Yes | Yes | Yes | Yes | [signed] |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: (printed under each day)

CUSTOMER COPY

ICM 13

# ICM

A Division of Rug Doctor®
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652 115-044

## JOB WORK ORDER

RAINBOW FOODS
2919 26TH AVE S.
MINNEAPOLIS, MN 55406
44

STORE NAME AND NO. Rainbow Foods #44
ADDRESS 2919 26th Avenue So.
CITY, STATE Minneapolis, Mn.
PHONE

1400 06
1208 54
191 46
991 00

SUB CONTRACTOR M. Bakri 225
PREPARED BY L. Bakri (01)

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Crew | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? |
|---|---|---|---|---|---|---|---|---|
| MON. | 3/26/01 | 1 | Angel | Yes | Yes | Yes | Yes | Yes |
| TUE. | 3/27/01 | 2 | crew | Yes | Yes | Yes | Yes | Yes |
| WED. | 3/28/01 | 1 | Angel | Yes | Yes | Yes | Yes | Yes |
| THU. | 3/29/01 | 1 | Angel | Yes | Yes | Yes | Yes | Yes |
| FRI. | 3/30/01 | 1 | Angel | Yes | Yes | Yes | Yes | Yes |
| SAT | 3/31/01 | 1 | Angel | Yes | Yes | Yes | Yes | Yes |
| SUN. | 4/01/01 | 2 | Gumaro + Angel | Yes | Yes | Yes | Yes | Yes |

Each day: TIME IN ______ TIME OUT ______ Signature: [signed]

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

Left at Store

CUSTOMER COPY

ICM 14

**ICM** — Division of Rug Doctor
P.O. BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

95.00
81.54
13.46
66.00

**JOB WORK ORDER**

STORE NAME AND NO 115-026
RAINBOW FOODS

ADDRESS
1261 LARPENTEUR

CITY, STATE
ST. PAUL, MN

PHONE

26 RAINBOW FOODS
1201 Larpenteur
St. Paul, MN 55113

WEEK ENDING 4/15/01

SUB CONTRACTOR M. Bakri 225

PREPARED BY L. Bakri (01)

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 4/09/01 NUMBER ON CREW 1
TIME IN ______
TIME OUT ______ Israel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

TUE. (DATE) 4/10/01 NUMBER ON CREW 1
TIME IN ______
TIME OUT ______ Israel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

WED. (DATE) 4/11/01 NUMBER ON CREW 1
TIME IN ______
TIME OUT ______ Israel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

THU. (DATE) 4/12/01 NUMBER ON CREW 1
TIME IN ______
TIME OUT ______ Israel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

FRI (DATE) 4/13/01 NUMBER ON CREW 1
TIME IN ______
TIME OUT ______ Israel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

SAT (DATE) 4/14/01 NUMBER ON CREW ______
TIME IN ______
TIME OUT ______ OFF
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

SUN (DATE) 4/15/01 NUMBER ON CREW 1
TIME IN ______
TIME OUT ______ Israel
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

**CUSTOMER COPY** ICM 15