**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | |
| **Plaintiff,** | **Civil No. 01-CV2374 (JRT/JSM)** |
| **v.** | |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | |
| **Defendants.** | |

**NOTICE OF HEARING**

TO: Michael Bakri:

Please take notice that the plaintiff has filed this date the **Secretary's Motion for Summary Judgment** together with a memorandum and supporting documents,

A hearing on this motion will be held before the Hon. U.S District Judge **John R. Tunheim** on November 9, 2004, at **9:00 a.m** in **Courtroom 13E** at the

United States Courthouse
300 S. 4th Street
**Minneapolis, Minnesota**.

Dated: September 13, 2004

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Room 844
Chicago, Illinois 60604
Telephone: (312) 353-5709