**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

**ELAINE L. CHAO, Secretary of Labor, )**
**United States Department of Labor, )**
**)**
**Plaintiff, )**
**)**
**v. )**
**)**
**GENERAL MAINTENANCE & FLOOR )**
**SERVICE, INC., a corporation, )**
**MICHAEL BAKRI, individually, and )**
**d/b/a GENERAL MAINTENANCE, )**
**)**
**Defendants. )**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on (date), I caused the following documents:

**Notice of Motion and Hearing**
**Secretary's Motion for Summary Judgment**
**Memorandum In Support of Secretary's Motion for Summary Judgment**
**Index of Exhibits in Support of Secretary's Motion for Summary Judgment**
**Exhibit 1. Deposition of Michael Bakri**
**Exhibit 2. ICM Job Work Orders**
**This Certificate of Service.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

(NONE)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Michael Bakri
1108 Meadowood Drive
Brooklyn Park, MN 55444

I further certify that I caused the proposed order (Judgment) to be filed with the court via e-mail to the following judge who is hearing the motion:

U.S. District Court Judge John R. Tunheim c/o
Lou_Jean_Gleason@mnd.uscourts.gov

and I certify that I caused a copy of all of the foregoing documents together with the proposed order to be mailed by first class mail, postage paid, to the following:

Michael Bakri
108 Meadowood Drive
Brooklyn Park, MN 55444

I also certify that I caused courtesy copies of the following documents previously filed with the Court,

**Declaration of Investigator Kristin Tout-Nava and all attachments thereto filed with the Court on May 6, 2002 (Docket Entry # 9); and**

**Transcript of Hearing of May 11, 2004, before U.S. Magistrate Judge Janie S. Mayeron (Docket Entry # 50)**

to be mailed by first class mail, postage paid, to the following:

Michael Bakri
108 Meadowood Drive
Brooklyn Park, MN 55444

Courtesy copies of all documents referred to herein have been mailed by first class mail, postage paid, to:

U.S. District Court Judge John R. Tunheim c/o
Lou Jean Gleason
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: September 13, 2004

**s/ Leonard A. Grossman**
Leonard A. Grossman