**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ELAINE L. CHAO, Civil No. 01-2374 (JRT/JSM)

Plaintiff,

v. **ORDER OF REFERENCE**

MICHAEL BAKRI,

Defendant.

---

Leonard A. Grossman, OFFICE OF THE SOLICITER GENERAL, 230 South Dearborn Street, Suite 844, Chicago, IL 60604, for plaintiff.

Michael Bakri, 1108 Meadowwood Drive, Brooklyn Park, MN 55444, *pro se* defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment [Docket No. 63] is referred to the Honorable Janie S. Mayeron, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiff is directed to contact Katie Haagenson, calendar clerk for Magistrate Judge Mayeron, to schedule a hearing on the motion.

DATED: September 15, 2004
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge