**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | ) |
| **United States Department of Labor,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil No. 01-CV2374 (JRT/JSM)** |
| **v.** | ) |
| | ) |
| **GENERAL MAINTENANCE & FLOOR** | ) |
| **SERVICE, INC., a corporation,** | ) |
| **MICHAEL BAKRI, individually, and** | ) |
| **d/b/a GENERAL MAINTENANCE,** | ) |
| | ) |
| **Defendants.** | ) |

**REVISED NOTICE OF HEARING**

TO: Michael Bakri:

Please take notice that the plaintiff has previously filed a **Motion for Summary Judgment** together with a memorandum and supporting documents, all of which have been served upon you.

A hearing on this motion will be held before the Hon. U.S Magistrate Judge Janie S. Mayeron on November 9, 2004, at **9:00 a.m.,** in Courtroom 628B in the United States Courthouse at

316 North Robert Street,
**St. Paul, Minnesota 55101**

**Please note that the location has been changed to St. Paul.**

Dated: September 20, 2004

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Room 844
Chicago, Illinois 60604
Telephone: (312) 353-5709