**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | **)** |
| **United States Department of Labor,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **v.** | **)** |
| | **)** |
| **GENERAL MAINTENANCE & FLOOR** | **)** |
| **SERVICE, INC., a corporation,** | **)** |
| **MICHAEL BAKRI, individually, and** | **)** |
| **d/b/a GENERAL MAINTENANCE,** | **)** |
| | **)** |
| **Defendants.** | **)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on (date), I caused the following documents:

**Revised Notice of Hearing**
**This Certificate of Service.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

(NONE)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid (certified mail, return receipt requested), to the following non-ECF participants:

Michael Bakri
1108 Meadowood Drive
Brooklyn Park, MN 55444

Courtesy copies of all documents referred to herein have been mailed by first class mail, postage paid, to:

U.S. Magistrate Judge Janie S. Mayeron
c/o Calendar Clerk
United States District Court

Dated September 20, 2004

**s/ Leonard A. Grossman**
Leonard A. Grossman