# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

ELAINE L. CHAO,
Plaintiff(s),
v.

GENERAL MAINTENANCE & FLOOR SERVICE, INC and MICHAEL BAKRI, individually and d/b/a General Maintenance,
Defendant(s).

## COURT MINUTES
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv2374(JRT/JSM) |
| Date: | November 9, 2004 |
| Court Reporter: | Shaddix and Associates |
| Tape Number: | |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 10:00 a.m. |
| Time in Court: | 1 Hour |

## APPEARANCES:

For Plaintiff: Leonard Grossman
For Defendant: Pro se

Interpreter / Language: NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Plaintiff's Motion fro Summary Judgment [Docket No. 72]-Taken Under Advisement

Motions taken under advisement as of: November 9, 2004

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/sgk
Signature of Law Clerk