**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil No. 01-CV2374 (JRT/JSM)** |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) |
| **Defendants.** | ) |

**INDEX OF EXHIBITS SUBMITTED WITH**
**THE SECRETARY'S POST HEARING SUBMISSION**

The following documents are submitted with the Secretary's Post Hearing Submission:

| | |
|---|---|
| Exhibit 1 | Declaration of Kristin Tout-Nava |
| Exhibit 2 | Summary of Back Wages (WH-56) |
| Exhibit 3 | Wage Transcription and Computation Sheets (WH-55) |
| Exhibit 4 | Redacted Interview Statements |
| Exhibit 5 | Subcontractor Data Sheet |
| Exhibit 6 | Subcontractor Agreement |

Dated: November 19, 2004

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604
Telephone: (312) 353-5709