# EXHIBIT A

| NAME | PERIOD COVERED BY UNPAID WAGES | WORKWEEK ENDING DATES | TOTAL WAGES DUE |
|---|---|---|---|
| Alarcon, Guillermo | 12/15/2000 | 4/5/2001 | $ 2,374.10 |
| Alvaro Lucero Moreno, Jorge | 7/22/1999 | 7/22/2001 | $ 8,830.66 |
| Arango, Kevin | 11/25/2000 | 12/23/2000 | $ 749.13 |
| Bonilla Perez, Angel Trinidad | 2/1/2001 | 4/5/2001 | $ 1,607.05 |
| Canseco, Frederico | 12/15/2000 | 5/2/2001 | $ 2,374.10 |
| Claveria Flores, Eustacio | 1/1/2001 | 5/5/2001 | $ 2,190.68 |
| Dominguez, Eudoxio | 7/22/1999 | 7/22/2001 | $ 8,783.91 |
| Gutierrez, Carlos | 1/1/2001 | 3/3/2001 | $ 1,453.64 |
| Hammond, Lonnie | 11/4/2000 | 12/23/2000 | $ 2,253.10 |
| Johnson, Kendall | 8/12/2000 | 12/30/2000 | $ 3,114.91 |
| Lamda, Jose Alberto | 12/4/2000 | 7/22/2001 | $ 3,494.66 |
| Lara, Emilio | 3/7/1999 | 5/5/2001 | $ 7,820.16 |
| Leiva, Bulmaro | 3/21/2001 | 7/22/2001 | $ 2,063.95 |
| Moreno, Artemio | 7/4/2000 | 7/22/2001 | $ 4,825.33 |
| Rosas Palomino, Luis A. | 3/11/2001 | 3/30/2001 | $ 1,116.81 |
| Parral, Concepcion | 2/18/2001 | 5/5/2001 | $ 1,823.83 |
| Rios Mendoza, Alfonso | 3/6/2001 | 5/8/2001 | $ 1,530.35 |
| Rojas, Carlos | 10/6/2000 | 5/5/2001 | $ 3,561.36 |
| Ruiz Camacho, Jorge | 3/10/2001 | 3/30/2001 | $ 1,070.12 |
| Salazar Graciano, Francisco | 1/1/2001 | 5/1/2001 | $ 2,143.99 |
| Torres, Ivan | 12/2/2000 | 12/30/2000 | $ 1,606.80 |
| Torres, Maria | 12/2/2000 | 12/9/2000 | $ 659.20 |
| Villareal, Noe | 11/4/2000 | 12/30/2000 | $ 1,938.57 |

**TOTAL $ 67,386.37**