# Exhibit 4 Redacted Interview Statements

**Employee Personal Interview Statement**

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

7 de Mayo, 2001
(Date)

(Place of interview)

I, Mr. Miss Mrs. Ms. [redacted] (Name of employee), of [redacted] (Number, street, apt. no.),

(City or town) [redacted], (State), (Zip code),

[redacted] (Telephone number), (Driver's license number - Do not request if number is same as Social Security number),

____ years of age, (was/have been) employed by ____ (Establishment),

____ (Location of establishment) for the approximate period from 15/04/00 to 04/05/01 (If still employed state "present")

as Limpieza
(Occupation or description of duties)

Statement: Al principio Mike nos dijo que nos iba a pagar $8 por hora y que el ride estaba incluido. Luego nos dijo que iba a pagar $60 por noche y que el ride estaba incluido.

Pero cuando recibí mi ~~primer~~ dos ultimos cheques me desconto $40 una vez y otra vez $60 por el ride. ~~Siempre, se descontaba $60 por quincena por el ride.~~ Fue las dos ultimas quincenas que descontó el ride.

Normalmente el ride llegaba entre 9 o 10 de la noche para llevarme al trabajo. Entraba a la primera tienda entre las 10 o 11 de la noche. Las horas que apunte en la hoja eran las horas que llegaba el ride. Salia de la tienda entre las 8:30 de la mañana hasta las 9 de la mañana. Terminabamos con el trabajo entre las 7 o 7:30 de la mañana. Era normal que esperaba una hora o hora y media

(If additional space is needed continue on reverse)

para el ride en la mañana. Las horas que apunté en la hoja que salia eran las horas que pasaban por mi en la mañana

Mike me debe 36 dias de trabajo. Me debe pago por 7 dias que trabajé a partir de 15 de diciembre y no me pagó nada por mi trabajo a partir del 6 de aprilde 2001. El ultimo dia que trabajé fue el 3 de Mayo - Jueves.

He leido lo de arriba y es la verdad:

X [redacted]

7 of May, 2001

[redacted]

Address: [redacted]

Telephone Number: [redacted]

Age:

Period: Dec 15/00 to 04/05/01

Occupation: Cleaning

Statement: At the beginning, Mike told us that he was going to pay us $8.00 per hour and that the ride was included. Then he told us that he was going to pay us $60.00 per night, and that the ride was included.

But when I received my last two checks, he deducted $40.00 one time and $60.00 another time for the ride.

It was the last two weeks that he deducted the ride.

Normally the ride went between 9-10 PM to take me to the job site, I entered to the first store between 10-11:00 PM. The hours that I wrote down in the time sheets, they were the hours when the ride arrived. I went out from the store between 8:30 AM until 9:00 AM. We finished working between 7:00 to 7:30 AM.

It was normal for me to wait 1 hour or 1 ½ hour for the ride in the morning. The hours I wrote down in the time sheets that I left, were the hours that they came to pick me up in the morning.

Mike owes me 36 days of work. H owes me 7 days that I worked beginning December 15 and he paid me for my work from April 6/001. The last day I worked, was May 3rd Thursday.

I have read the above and it is the truth

X

B-16

Fecha: May 7, 2001

**Nomb**[redacted]

**Direccion:** -

**Numero de Telefono:**

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: 15 Dec/00 Hasta: 04/May/01
2. Tipo de Trabajo: Limpieza
3. Explique brevemente sus deberes: Lavar, estripiar, barrer
4. En una semana normal, apunta las horas que trabaja/trabajaba: 70 hrs. a la semana

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10:00 PM | Entra: 9:30 | Entra: 10:00 | Entra: 9:30 | Entra: 10:00 | Entra: 9:30 | Entra: 9:30 |
| Sale: 9:00 AM | Sale: 8:30 | Sale: 9:00 | Sale: 8:30 | Sale: 9:00 | Sale: 8:30 | Sale: 9:00 |

5. Como y cuanto le paga/pagaba? Por hora? Por turno? Por noche
al principio me iva a pagar $8.00 la hora y despues que $60.00 por noche
6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
cuando el queria
7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? no
8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?
si Trabajaba y no da Bray ni pagaba overtime
9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? 36 dias (un dia fue de 12 hrs.)
10. Otro comentario:
el mal trato al gritarnos y mandarnos con grocerias

Lei lo de arriba y es la verdad:
Firma:
Fecha: 07/05/01

B-1c

| | | |
|---|---|---|
| Date: | May 7, 2001 | |
| Name: | | |
| Address: | | |
| Phone Number: | | |

Answer the following questions to the best of your ability

| | | |
|---|---|---|
| 1. | Date of Employment: From December 15 to 05/04/ 01 | |
| 2. | Type of Work: Cleaning | |
| 3, | Explain briefly your duties: | Wash, mop, sweep |

| | |
|---|---|
| 4. | In a normal week, write down the hours you work/use to work:70 hrs per week. |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Enter: 10:PM Leave:9:AM | Enter:9:30 Leave:8:30 | Enter:10 Leave:9:00 | Enter:9:30 Leave:8:30 | Enter:10:30 Leave:9:00 | Enter:930 Leave: 8:30 | Enter:9:30 Leave:9:00 |

| | |
|---|---|
| 5. | In which way and how much did he pay you/use to pay you? Per hour? Per turn?<br>From the beginning he was going to pay me $8.00 per hour and then $60.00 per night. |

| | |
|---|---|
| 6. | How frequently did he pay you? Every semimonthly? Every week? Or any shift fixed date?<br>When he wanted |
| 7. | Do you know if the Manager of Rainbow writes down /use to write down the hours? If he wrote them down, are they well written?<br>No |

| | |
|---|---|
| 8. | Do you work/have worked more than 40 hours in one week? If you work/ use to work did he pay you overtime?<br>If I worked and no break he did not pay overtime.. |

| | |
|---|---|
| 9. | How many hours have you worked that have not been paid? Indicate the dates you have worked these hours?<br>36 days (one day was 12 hours) |

| | |
|---|---|
| 10. | Another comment:<br>The bad treatment when yelling at us and ordered us with rudeness |

I have read the above and it is the truth

Sign

Date

B-1d

Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

4 de Mayo, 2001
(Date)

(Place of interview)

I, Mr. Miss Mrs. Ms. [redacted] of [redacted]
(Number, street, apt. no.)

(City or town) (State) (Zip code)

[redacted] (Telephone number)

(Driver's license number - Do not request if number is same as Social Security number)

years of age, (was/have been) employed by General Maintenance
(Establishment)

for the approximate period from 1998 to Presente
(Location of establishment) (If still employed state "present")

as Limpieza
(Occupation or description of duties)

Statement: Hago la limpieza en las tiendas de Rainbow. El trabajo es bien dificil - echamos wax y stripper a los pisos.

Al principio siempre trabajaba en la tienda que esta en Arcade St. en St. Paul. El dueño me cambio las tiendas despues de un rato. He trabajado en West St. Paul y 6th Avenue en Minneapolis. He trabajado en varias tiendas. El dueño Mike es la persona que me manda a las tiendas. El dueño habla por telefono a Concepcion y le dise el horario del dia. Concepcion esta encargado del horario y arregla los rides a la tiendas.

En una semana normal entramos a las 11 de la noche y salemos a las 9:30 de la manana. Normalmente no hay tiempo para descansar. El dueno - Mike nos dijo que no podemos agarar

(If additional space is needed continue on reverse)

un break. Le hemos dicho que queremos tiempo para comer y el nos dijo que no seria posible. No nos dijo porque no nos deja agarar el break.

A veces el dueno Mike llega a las tiendas y manda personas a otras tiendas. El viene tambien para chequar el trabajo. Por ejemplo anoche Mike vino conmigo y me mando quan donde tenia que echar wax. Tambien Mike llega para chequar el trabajo cuando estan estripeando los pisos. (Estripear es echar acido al piso con una maquina).

El dueno me paga $9 por hora y ~~[illegible]~~ paga 7-horas cada noche. Pero trabajo más horas. Trabajo 10 1/2 horas normalmente cada noche. ~~[illegible]~~ Descanso los viernes normalmente. A veces el dueno - Mike cambia los dias que descanso. Todos tienen un dia a la semana que descansan. Trabajamos 6 dias a la semana. Las horas varian cada semana pero en una semana normal trabajamos entre 60 y 70 horas.

El dueno siempre pagaba con cheque cada quincena. Ibamos a su casa para cobrar. Ayer fuimos a su casa y nos pago con Money Order. Me pago $350 para 12 dias de trabajo. El nos dijo que tenia poblemas con la compania en Tejas.

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

4 de Mayo, 2001
(Date)

(Place of interview)

I, Mr. Miss Mrs. Ms. [redacted] of [redacted] (Number, street, apt. no.),

(City or town), (State) (Zip code),

[redacted] (Telephone number), (Driver's license number - Do not request if number is same as Social Security number)

___ years of age, (was/have been) employed by General Maintenance (Establishment),

(Location of establishment) for the approximate period from 1998 to Presente (If still employed state "present")

as Limpieza / (Occupation or description of duties)

Statement: Hago la limpieza en las tiendas de Rainbow. El trabajo es bien dificil - echamos wax y Stripper a los pisos.

Al principio siempre trabajaba en la tienda que esta en Arcade St. en St. Paul. El dueño me cambio las tiendas despues de un rato. He trabajado en West St. Paul y 6th Avenue en Minneapolis. He trabajado en varias tiendas. El dueño Mike es la persona que me manda a las tiendas. El dueño habla por telefono a Concepcion y le dice el horario del dia. Concepcion esta encargado del horario y arregla los rides a la tiendas.

En una semana normal entramos a las 11 de la noche y salemos a las 9:30 de la manana. Normalmente no hay tiempo para descansar. El dueno - Mike nos dijo que no podemos agarar

(If additional space is needed continue on reverse)

Nosotros no decimos cuanto vamos a cobrar. El' dueno nos dice cuanto va a pagar.

Pienso que Mike sabe que trabajamos mas de 7 horas en la ~~semana~~ noche. A veces el llega en la mañana para darnos ride. Si es tarde y el sabe que trabajamos mai de 7 horas nos lleva a McDonalds o a un restaurante para comprarnos comida.

Aqui en Minnesota cada uno tiene su casa o apartamento. El no paga la renta.

He leido lo de arriba y es cierto.

X

[redacted]

4 of May, 2001

[redacted]

Address: [redacted]

Telephone Number: [redacted]
Age:
Employed: By General Maintenance
Period: 1998 to Present
Occupation: Cleaning

Statement:

I do the cleaning in Rainbow stores. The work is very hard. We put wax and strip the floors.
At the beginning I always worked in the store that is located in Arcade St in St Paul. The owner changed me the stores after a while. I have worked at West St Paul 6th Avenue in Minneapolis. I have worked in different stores. Mike, the owner, is the person who sends me to the stores.
The owner talks on the phone with Conception and he tells her the schedule of the day. Conception is in charge of the schedule and arranges the rides to the stores.
In a normal week, we enter at 11 PM and leave at 9:30 AM. Normally, there is no time to rest. Mike, the owner, told us that we can not take a break. We have told him that we want time to eat and he told us that it would not be possible. No, he told us, because he did not allow us to take the break.
Sometimes Mike, the owner, goes to the stores and sends people to the other stores. He also comes to check the work. For example last night Mike came with me and he sent me where I had to put wax. Also Mike comes to check our work when they are stripping the floors (stripping is to put acid on the floor with a machine).
The owner pays me $9.00 per hour and he pays 7 hours per night. But I work more hours. I work 10 ½ hours normally every night. Normally I take off Fridays. Sometimes the owner Mike changes the days I do not work. Everybody has one day off each week. We work 6 days per week. The hours varied each week but in a normal week we worked between 60 and 70 hours. The owner always paid us with a check every two weeks. We use to go to his house to get our paychecks. Yesterday we went to his house and he paid us with a money order. He paid me $350 for 12 days of work. He told us that he had problems with the company in Texas is called High Tech. They have the contract with Rainbow. Mike was waiting for money from High Tech to pay us. Before yesterday he always paid us punctually.
He faulted the checks to High Tech.
I have never met Mike's mother. He had always been in charge of the Rainbow's contract. He has about 8 years working for Rainbow.
The machines we use belong to Rainbow or Mike. Mike takes the machines to mop on a trailer.

B-2c

The mops and the buckets that we use to put wax and the machines to buff belong to Mike. When we arrive at the store we carry the stripper, wax and everything. He buys everything. We only put our hands inside. We do not say how much we are going to charge. The owner tells us how much he is going to pay us.
I think that Mike knows that we work more than 7 hours in the evenings. Sometimes he arrives in the morning to give us a ride. If it is late and he knows that we work more than 7 hours, he takes us to Mac Donald or at a Restaurant to buy us food.
Here in Minnesota everybody has its own house or apartment. He does not pay the rent.

I have read the above and it is the truth.

X

B-2d

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

02/23/2001

Telephone

I, Kevin Arango, of 3126 Edenborn Avenue

Metairie LA 70002

504-889-2531

years of age, (was/have been) employed by Michael Bakre

for the approximate period from 11/20 to 12/27/2000

as Janitor

Statement:

I worked for Michael from early November until December 27th. Michael was not down here taking care of business so Hi-Tech took away one of his store. I got a call the night of the 27th from Frank from Hi-Tech who told me not to send any guys to the Power Sav-A-Center store that night since it had been taken away. Then 5 minutes later, I got a call from Michael who was mad when I told him what had happened when Frank called me. Michael said Frank was not supposed to do that and so he (Michael) was not goint to send any of the guys to any of the stores. The next day, Michael called and said everything was finished. So there was no more work.

I got the job through my friend Gustavo - he introduced to Jose, and Jose hired me. Jose never asked for an application or anything. When I went to see him, he just asked me if I could start working that night, and told me where to go. I was never asked to sign anything. A couple of days later, when I asked him what I would be paid, he told me I would get paid $8/hr. KA Jose worked for Michael.

Jose only worked for Michael until he dissappeared. One night, he called John and said he needed a place to stay because Michael was mad at him and he never showed up. The next day, we asked Michael what happened to Jose and he said Jose was sent back to Mexico.

I made the reports of the hours worked only during the time that Bruce Hammond, the supervisor after Jose left, was in New York and could not do it himself. Bruce Hammond does not work for Michael anymore, but I think he still goes to schoo down here.

Michael has no more business down here. I do not know anything about what he is doing in Minnesota or if he has a business up there.

I was paid on 3 ocassions by Michael. Once, I was paid $655. The second and third times, I was paid $300 each time. So I was paid a total of $1255.

Once, he sent me $2,500 to pay everyone because Bruce left before the checks came. I then used that money to pay everyone $300. People were mad because they were supposed to get more.

I think some others also got paid 3 times, but there were some who did not get paid at all because they only worked for one week. Oscar was not paid, and he worked one week. George worked a couple of days with no pay, and I know there was a thrid person, but I can't remember the 3rd person's name. It was the same thing, though.

I usually worked from 11:00 pm - 7:00 am. Then, Michael changed my hours to 9am to 4 pm. I worked 7 days per week except for the last 2 weeks, I worked 6 days per week. I figured if he was not going to pay me, I was going to take a day off. I would take a 1/2 hour break every shift. I worked at the Veteran's store. That was the only place I worked. The last week, I worked 11:00 pm - 4:00 am and then 9:00 am - 4:00 pm every day because I was supervising some guys.

B-39

My duties when I worked included mopping, sweeping, cleaning bathrooms, emptying garbages, and general cleaning. When I was working nights, I would scrub and buff the floors.

I signed in and out every time that I worked for the last 2 weeks. But before that, I did not. Michael told us would only pay us 50 hours per week and that if we worked more, he would not pay us for more.

I was able to get some of the time sheets I sent in, but could not get rest of sheets becaues I did not have access after a certain point in time.

I think the mops and buffers that we used were provided by Hi-Tech. But we were always asking for a dust pan, and Michael told us we had to get it from the store, but the store told us we had to get it from Michael so we never got one. Some of the cleaning solutions we would get from store shelves. Everything else we needed was just always there, but I am not sure who provided it. I did not own any of my own supplies. The big van of Michael's had cleaning supplies in it. I did not use any of those - I didn't need to. I never used the van.

At the beginning, Jose assigned the stores people would work at the Bruce did after Jose left. Michael would tell them what to do.

I would see Frank (from Hi-Tech) at the store because he would visit and check in. He never talked to me when he was in the stores. Then he would want to complain. I think he wanted the store for his own guys to work there. The day after he called and told me not to send people to the Power store, I went there at 3:00 am and I saw 3 guys working there who said they were working for Frank. I never saw any rules or policies from Hi-Tech. I never had any other contact with people from Hi-Tech.

Michael rented an apartment for the workers to live in and then I had to pay him $150 every month to live there. He furnished it. He did not cover any of my expenses.

At the end, he said would not pay what he owed me even if I sued him.

I have had no further communications with Michael since 1/14.

I had no involvement in the contract between Michael and Hi-Tech.

I have read the above and agree it is true:

X [signature] - He wanted to take me hunting "John advised me not to go any-where with him since some of the Prior workers disapeared.

Taken and witnessed by Amee Christensen

KA

B-36

*Employer:*____________________

*Complaint Taker:*_______________

*Investigator:*__________________

*Please sign & date:*

*PERMISSION TO USE NAME STATEMENT*

*I,* Kevin A Arango, *hereby give the Wage Hour Division permission to use my name and any information I have or will provide, to the extent necessary in any negotiations, letters, or discussions with* Michael Bakri *in pursuing my Fair Labor Standards Act (FLSA) complaint.*

*Signature:* [signature]

*Date:* 03-10-01

*Telephone Number:* (504) 889-25-31

B-3c

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage Hour Laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent under existing law.

03/07/01
(Date)

Minneapolis District Office
(Place of interview)

(Mr.) Miss Mrs. I, Ms. Michael Bakri, of 1108 Meadowwood Drive
(Name of Employee) (Number, street, appt. no.)

Brooklyn Park, MN 55444, (763) 566-4419
(City or town) (State) (Telephone number)

Adult years of age, ~~(was/have been) employed~~ by Owner of General Mtnce.

Minneapolis, MN for the approximate period from 8/8/2000 to present
(Location of establishment) (If still employed state "present)

Statement:

I started General Maintenance on 8/8/2000. I have not yet incorporated the business or registered it, but I am in the process. I plan incorporate the business soon. I am planning for the business to be an employee-owned business. I am not quite sure how that will work yet. I have an accountant who is currently looking into that and working on setting up my business. I will own 51% of the business. The employees will not have shares, but will get part of the profits at the end of the year. My accountant told me that I could have either sub-contractors or employee-owners and that neither would be employees nor needed to be treated as employees. I do not want employees.

I do not have a tax ID number for General Maintenance yet. My SSN is 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. I have not yet filed taxes for General Maintenance or the work done in Louisiana. I have until April 15 to do that. I have not issued the 1099's yet, but my accountant is working on that.

My mother, Fatme Hoteit, owned 100% of a company called General Maintenance & Floor Service, Inc. That company is no longer in operation. That company sub-contracted in Minnesota for BEL Services to provide janitors for Rainbow Foods. The contract under BEL Services expired on 1/31/2001. That is also when the company stopped operating.

The contract with BEL Services was for $24,000 every 2 weeks for 20 stores. This totaled about $600,000.00 to $650,000 for the year during which the contract ran. I was not able to get copies of the tax forms for General Maintenance & Floor Service, Inc., as my mother has the records for that business and is not in the country. I concede to the fact that the business did over $500,000 in business per year.

As of 2/1/2001, General Maintenance, my company started sub-contracting with ICM to provide janitor services to Rainbow Foods. I have approximately 25 people working for General Maintenance. They are all sub-contractors. I do not have employees.

I was in charge of operating both General Maintenance & Floor Services, Inc. and General Maintenance. I was in control of both companies and all the work in both Minnesota and Louisiana. I hired, fired (though we did not do

that very often), made decisions how to set the companies up, how to pay workers, set up the contracts, and decided which building each person should go to. I do not work at the stores my self. I just do the office work.

When I took the sub-contract in Louisiana, I brought 8 workers from Minnesota from General Maintenance & Floor Service, Inc. down with me to work. Then I hired about 4 more workers from Louisiana. All the workers in Louisiana were sub-contractors and employee-owners of General Maintenance.

The work done in Louisiana was done under General Maintenance. General Maintenance was a sub-contracting for HiTech. The contract ran from 8/8/2000 to 12/31/2000. I terminated the contract for various reasons. General Maintenance provided janitors for Sav-A-Center grocery stores. I have provided copies of all payments made to General Maintenance by HiTech under this contract. They did not pay me for the final 2 weeks of the services provided under the contract. I am planning on taking action to pursue this amount. The agreement was that I would be paid $.23 per square foot (of store) per week. HiTech said what the employees were supposed to do at the stores. It was very simple. They were supposed to dust mop, scrub and buff.

I did not really negotiate this contract – it was more like a take it or leave it deal. The contract with HiTech was mostly verbal, but I do have a written agreement that was sent to me by HiTech that I will provide to the Department of Labor. I would say I spoke with the contact for HiTech, Frank Dees, about every day. He would tell me what was wrong at the store – performance and problem kind of things. He was not supposed to be involved in my operations, but he interfered without my knowledge by asking my employees to do things on the phone.

I trained all of the people who worked down in Louisiana myself. No one ever worked without first meeting with me. I was the one who decided which stores the workers would work at. I had a supervisor down in Louisiana. His name was Jose. He left and is now in Mexico. He never hired people. After Jose left then Bruce Hammond was the supervisor.

I did not live down in Louisiana, but I kept an apartment down there. The workers lived in the apartment and paid rent to me. I think they paid about $25 per month.

The big cleaning equipment was owned by the store, like the buffing and scrubbing machines. I had 2 vans in Louisiana that had some smaller cleaning things in them like a small hand scrubber, shampoo, fans and window cleaning kits. The workers would use some of these at the store. But we came in clean mostly, with just the labor and the store would provide everything else. When we left, we took nothing with us. Some of the workers may have owned their own floor scrapers or something – but they did not have to. Everything was provided by the store. And there were some smaller things in the vans.

I did not keep record of the hours worked in Louisiana because I did not pay for hours, I paid for nights (or "Cleans" as we called them.) Employees would be paid between $60 - $70 per "clean". The amount they were paid was decided by negotiation. It depended on how much experience they had.

The shifts in Louisiana were never more than 6 hours. It was set up so that if a person worked alone at a store, they were paid to work for 8 hours, but if 2 people were at a store, that would cut down the hours needed to do the job. If someone had to be at the store for more than 8 hours, I would say "What were you dong? The work does not take that long!" Workers would get ½ - 1 hours break depending on how long their shift was. If it was a shorter shift, they would only get ½ hour.

Sometimes, employees would work at more than one store in the same day, but then they would work less hours at each store.

The people who worked in Louisiana were Jose Ortiz, Hugo, Fabella, Amelio, Mariano, fernando, Kevin, Bruce Hammond, Patrick Ante, Lonnie Hammond (Bruce's cousin) and Ken. I am not sure of some of the last names. Many workers only worked for a week or less for me so I do not know what happens to their profits as employee-owners. They are all aware they were employee owners.

I pay the workers in Minnesota in the same way that I paid the workers in Louisiana. I do not pay for hours work or keep track of hours worked. I only pay per "clean". They are all sub-contractors. They do their own work at the stores how they want to. I do not have any employees.

My workers do not have their own businesses. Some of them might have a second job, but most of them just work for me because I pay them enough.

I have paid all of my workers what I owe them.

The workers from General Maintenance & Floor Service, Inc., are now workers for my company (General Maintenance).

I provided records to the Department of Labor for payments made to the workers in Louisiana. The records I provided reflect all the payments made to those workers.

I have read the above and agree it is true:

Witnessed by Amee Christensen AC

From WH-31
B- 4c

Employee Personal Interview Statement

**U.S. Department of Labor**
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

07/31/2001
Telephone

I, Roy Biles, Jr., of BEL Services, 8355 Rolling Acres Trail

Fair Oaks Ranch, TX 78015 phone: 210-859-3544

years of age, (was/have been) employed by General Maintenance

Grand Rapids, MN for the approximate period from to

as

Statement:

I am the president of BEL Services, Inc. BEL Services became the prime contractor on the floor cleaning services contract for Rainbow Foods in May or June of 1998. Prior to BEL Services becoming the prime contractor, we had worked as a sub-contractor under Hi-Tech Commercial Services and cleaned about 12 to 15 of the Rainbow stores in the Minneapolis/St. Paul area. As far as I know, Michael Bakri also worked as a sub-contractor of Hi-Tech prior to May/June of 1998 and cleaned 12 to 15 different Rainbow stores. When BEL Services took over the prime contract in May/June of 1998, we subcontracted the same amount of stores to Bakri. Whether he retained the same stores he subcontracted to clean under Hi-Tech I am not sure. I do believe though that he continued his subcontract work in the same number of stores which would have been 12 to 15 stores.

BEL Services paid Bakri a relatively consistent amount of money every two weeks. We would wire about $24,680 every two weeks to a bank account of General Maintenance. BEL Services did not have a written contract or agreement with General Maintenance. The amount of money decided was not based on hours of work, number of strips, or number of cleaners. BEL did not set any specific schedules or standards for the cleaning to be performed, instead there was a price set for each store and Bakri's work was to perform the floor cleaning services to the satisfaction of Rainbow. If a strip was necessary, there would not be extra fees paid to General Maintenance. The fee established for each store was to cover all of the work that had to be done to keep the client, Rainbow, satisfied. I will send copies of the invoices Bakri submitted to BEL for payment and copies of the corresponding wire transfers to General Maintenance.

BEL Services does not currently have contracts or agreements with General Maintenance. BEL's association with General Maintenance ended in the early part of this year. BEL lost the account with Rainbow and was replaced by a company called ICM.

I am not certain how Bakri ran his business, but in general, there would probably have been 1 guy working in a store doing general floor cleaning in a night. The number of guys that would be required to do stripping and refinishing would depend. A subcontractor may chose to have 6 to 7 guys stripping over a 2 night period or may chose to have 2 to 4 guys stripping over a 3 to 5 day period. Store managers might not want to have a huge area of their store blocked off and so may prefer the stripping to be done over the 3 to 5 day period. Other managers may prefer it be finished in the 2 day period. Stripping would typically be done 2 times per year. However, if the stripping crew is not trained and does a poor job the stripping will have to be done more frequently..

Michael Bakri was General Maintenance's contact person since the beginning of BEL's association with Rainbow in May/June of 1998. Any discussions regarding payments or comments/concerns regarding the performance of the work would have been directed to Michael Bakri. I do not know and have not dealt with anyone by the name of Fatme Hoteit. On occasion, I would have spoken with Bakri's wife (Leeann) regarding things like when payment would be wired or whether we'd received an invoice. However, Michael Bakri was our primary contact person from General Maintenance.

Telephone statement taken 7/31/01.

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

7 de mayo, 01
(Date)

[redacted] of interview)

I, (Mr.) Miss Mrs. Ms. ______ (Name of employee), of ______ (Number, street, apt. no.),

______ (City or town), ______ (State) ______ (Zip code),

______ (Telephone number), ______ (Driver's license number - Do not request if number is same as Social Security number)

______ years of age, (was/have been) employed by ______ (Establishment),

______ (Location of establishment) for the approximate period from ______ to ______ (If still employed state "present")

as ______ (Occupation or description of duties)

Statement: SALI A LAS 10:30. SIEMPRE FUI EN LA CAMIONETA de MICHAEL. TARDO UNA HORA PARA LLEGAR A LA TIENDA.

A VECES VOLVIA EN LA CAMIONETA d. MICHAEL, A VECES HABIA QUE VOLVER EN EL BUS.

NOS QUITABA $50.00 LA QUINCENA. NUNCA NOS DIO DINERO PARA EL BUS.

HE LEIDO LO DE ARRIBA Y ES LA VERDAD.

[redacted] 7/05/01

VISTO POR
[signature] 7/05/01

**(If additional space is needed continue on reverse)**

Form WH-31 (Rev. Jan. 1989)

B-7a

7 of May, 01

Mr

Statement: I left at 10:30. It was always in Michael's light truck. He delayed one hour to get to the store.
Sometimes I came back in Michael's truck. Sometimes we had to go back by bus.
He deducted us $50.00 every two weeks. He never gave us money to take the bus.

I have read the above and it is the truth.

Signed----------------------------------------------7/05/01

D-76

**GENERAL MAINTENANCE & FLOOR SERVICE INC**
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

[redacted]

April 2, 01 DATE

17-7000/2910 10
1851910267

PAY TO THE ORDER OF [redacted] $ 620.00

Six hundred Twenty & 00/100 DOLLARS

HARLAND 2000

TCF NATIONAL BANK 5205 Central Ave. N.E. Fridley, MN 55421

EXPRESS TELLER

FOR 3/9 - 3/22/01 (11)

Michael Bakki

⑆291070001⑆ 1851910267⑈ 6214

B-7c

Fecha: May 7, 2001 [redacted]

**Nombre:** [redacted]

**Direccion:**

**Numero de Telefono:** [redacted]

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: FEBRERO Hasta: ABRIL 2001
2. Tipo de Trabajo: LIMPIEZA
3. Explique brevemente sus deberes:
4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10<br>Sale: 8:00 | Entra:<br>Sale: | Entra:<br>Sale: | Entra:<br>Sale: | Entra:<br>Sale: | Entra: 10<br>Sale: 8:00 | Entra: 10<br>Sale: 8:00 |

5. Como y cuanto le paga/pagaba? Por hora? Por turno?

   Por quinsena

6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?

   Ni una Fecha fija

7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? no se

8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?

   si no

9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? Me debe 3 dias y Mi Quinsena de fondo 23 noches

10. Otro comentario:

    Le iva a ~~cobrar~~ nos resibia de Mala manera nos insoltaba aparte de que no me pago Mi Quinsena de fondo y Mis tres dias

Lei lo de arriba y es la verdad:
Firma:
Fecha:

B-7d

| | |
|---|---|
| Date: | May 7, 2001 |
| Na[redacted] | |
| Address | |
| Phone Number | |

Answer the following questions to the best of your ability

| | | |
|---|---|---|
| 1. | Date of Employment: From February to April 2201 | |
| 2. | Type of Work: Cleaning | |
| 3, | Explain briefly your duties: | |

| | |
|---|---|
| 4. | In a normal week, write down the hours you work/use to work: |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Enter: 10<br>Leave: 8:00 | Enter:<br>Leave: | Enter:<br>Leave: | Enter:<br>Leave: | Enter:<br>Leave: | Enter: 10<br>Leave: 8:00 | Enter:10<br>Leave:8:00 |

| | |
|---|---|
| 5. | In which way and how much did he pay you/use to pay you? Per hour? Per turn?<br>Semimonthly |

| | |
|---|---|
| 6. | How frequently did he pay you? Every semimonthly? Every week? Or any shift fixed date?<br>Not a fixed date |
| 7. | Do you know if the Manager of Rainbow writes down /use to write down the hours? If he wrote them down, are they well written?<br>I do not know |

| | |
|---|---|
| 8. | Do you work/have worked more than 40 hours in one week? If you work/ use to work did he pay you overtime?<br>Yes- No. |

| | |
|---|---|
| 9. | How many hours have you worked that have not been paid? Indicate the dates you have worked these hours?<br>He owes me 3 days and my two weeks 23 evenings |

| | |
|---|---|
| 10. | Another comment:<br>I was going to charge him, he use to receive us in a bad manner he use to insulted us. He did not pay me for my two weeks and my three days. |

I have read the above and it is the truth

Signature:

Date:

B-7e

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

4 de MAYO (Date)

UNION HALL #26 (Place of interview)

I, (Mr.) Miss Mrs. Ms. [redacted] (Name of employee) (Number, street, apt. no.),

(City or town) (State) (Zip code),

(Telephone number) (Driver's license number - Do not request if number is same as Social Security number),

years of age, (was/have been) employed by GENERAL MAINTENANCE SERVICES (Establishment)

LA CASA DEL DUEÑO (Location of establishment) for the approximate period from 15 DE, 00 to 02 MAYO '01 (If still employed state "present")

as PULIDOR (Occupation or description of duties)

Statement: YO, CON ESTE SEÑOR, FUI A LA TIENDA, LUEGO EMPEZAMOS A "STRIPIAR" LOS PISOS, LAVARLOS Y PONER LA CERA.

TRABAJABAMOS 7 DIAS LA SEMANA, TODO EL INVIERNO. EL DUEÑO IBA POR NOSOTROS A LAS 9:30 DE LA NOCHE. ~~A~~ A VECES TUVIMOS QUE TRABAJAR HASTA LAS 7:00 A.M., Y A VECES HASTA LA 9:00 A.M. O 9:30, HASTA QUE SE ABRE LA TIENDA. ASI FUE SIEMPRE.

EL DUEÑO MANEJA UN SUBURBAN (VAN) CON UN TRAILER ATRÁS. HACÍAMOS 9 PERSONAS TRABAJANDO. PASÓ POR NUESTRAS CASAS PARA RECOGERNOS, Y NOS DEJÓ EN NUESTRAS CASAS EN LA MAÑANA.

ÉL ES EL ÚNICO JEFE de NOSOTROS.

(If additional space is needed continue on reverse) Form WH-31 (Rev. Jan. 1989)

8a

NO VI NINGÚN OTRO EQUIPO. NUNCA NOS DIÓ UN DEPARTAMENTO, Ó NINGÚN LUGAR PARA VIVIR.

ÉL NOS PAGABA LA QUINCENA, PERO NO FUE EXACTO. PASABAN 2 Ó 3 DIAS, Y NOS DIÓ UN CHEQUE. NO FUE REGULAR, Y NUNCA CONFIAMOS EN LA FECHA EXACTA DEL PAGO.

EL NOS PAGABA 60.$^{00}$ DOLARES POR NOCHE. EL ME DIJO QUE ME IBA A PAGAR MUCHO MÁS, CUANDO SABÍA BIEN TIRAR EL "WAX".

A NINGUNO NOS PIDIO UNA SOLICITUD, O UNA APLICACIÓN, O NADA DE DOCUMENTOS.

HACE 15 DIAS EMPIEZÓ A DECIR A LOS EMPLEADOS QUE TIENE QUE FIRMAR UN PAPEL QUE TIENEN LOS MANAGERS de RAINBOW, A LA HORA DE ENTRADA Y SALIDA.

EN EL INVIERNO, FUIMOS A UNA SOLA TIENDA. EN MARZO, EMPEZAMOS A TRABAJAR 3 Ó 4 TIENDAS. FUIMOS 9 PERSONAS EN UN EQUIPO, LUEGO QUITABA 3 PERSONAS PARA OTRA TIENDA, Y MIENTRAS ELLOS LAVABAN FUE CON OTROS A OTRA TIENDA.

U.S. GPO: 2000 471-295/39872

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

_______________ (Date)

_______________ (Place of interview)

I, (Mr.) Miss Mrs. Ms. [redacted] (Name of employee), of (CONTINUACIÓN) (Number, street, apt. no.),

_______________ (City or town), _______________ (State) _______________ (Zip code),

_______________ (Telephone number), _______________ (Driver's license number - Do not request if number is same as Social Security number)

_______ years of age, (was/have been) employed by _______________ (Establishment),

_______________ (Location of establishment) for the approximate period from _______ to _______ (If still employed state "present")

as _______________ (Occupation or description of duties)

Statement: TODAS ERAN TIENDAS "RAINBOW": EDEN PRAIRIE, BLOOMINGTON, ST. LOUIS PARK, BLAINE, MAPLEWOOD, "LAMBERTON", NORTHTOWN, UPTOWN, MIDWAY, "ARCADE" (E. SIDE ST. PAUL), WEST ST. PAUL. EL DUEÑO TIENE CONTRATO CON ALGUNOS 26 "RAINBOWS"

ERA RARO QUE NOS DIERA UN "BREAK". NO HUBO ALMUERZO, NI DESAYUNO. ESTUVIMOS ADENTRO LAS TIENDAS, SIEMPRE. EL SIEMPRE ESTABA CON NOSOTROS. NOS REGAÑABA MUCHO, A VECES NOS AGARRABA, Y NOS GRITÓ MUCHO.

EL HABLÓ CON LOS MANAGERS DE RAINBOW. NO HABÍA OTRA AGENCIA ENTRE EL Y LOS MANAGERS. NUNCA NOS DIÓ "OVERTIME" SOBRETIEMPO.

**(If additional space is needed continue on reverse)**

LA ~~SEGUNDA~~ PRIMERA QUINCENA de ABRIL) NOS DIO (A CUATRO de NOSOTROS) $400.00 A LOS OCHO DIAS NOS DIO $320.00 MAS, SUPESTAMENTE PARA CUBRIR 13 DIAS. NOS QUITO $60.00 PARA EL "RIDE", LA GASOLINA Y ESO.

LA SEGUNDA QUINCENA NO PAGO A NADIE. - BUENO A NOSOTROS CUATRO, NO NOS PAGO. NOS DEBE 25 NOCHES DE TRABAJO. EL MIERCOLES FUIMOS A SU CASA, Y NOS LLEVO A NUESTRAS CASAS. NOS DIJO QUE NO NOS IBA A PAGAR, Y LUEGO NOS DIJO "SI NO QUIERE TRABAJAR NO TRABAJE."

SIEMPRE NOS CONTESTO "HAZ COMO QUIERA."

CONCEPCIÓN PARRAL FUE ENCARGADO DE RECOGER LAS HOJAS de LOS MANAGERS, Y LLEVARSELOS A EL.

YO TRABAJE, ULTIMAMENTE, CON ASUNCIÓN, CARLOS, GUILLERMO, ALVARO, EMILIO, ARTEMIO, MARTÍN, RICARDO. FUIMOS TODOS JUNTOS EN LA CAMIONETA CON MICHAEL.

LAS HOJAS DE LAS TIENDAS, APENAS EMPIEZARON. LAS HOJAS INCLUYEN COMO TRABAJA CADA CUAL. LAS HORAS NO SON MUY LEGITIMAS, PORQUE LOS MANAGERS de DE LAS TIENDAS PUSIERON LAS HORAS DE LA SALIDA CUANDO TERMINAMOS, PERO NO CONTO EL TIEMPO

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

______________ (Date)

______________ (Place of interview)

I, (Mr.) Miss Mrs. Ms. [redacted] (Name of employee), of [redacted] (Number, street, apt. no.),

______________ (City or town), ______________ (State) ______________ (Zip code),

______________ (Telephone number), ______________ (Driver's license number - Do not request if number is same as Social Security number)

______ years of age, (was/have been) employed by ______________ (Establishment),

______________ (Location of establishment) for the approximate period from ______ to ______ (If still employed state "present")

as ______________ (Occupation or description of duties)

Statement: QUE TUVIMOS QUE ESPERAR LA CAMIONETA.

HE LEIDO LO DE ARRIBA, Y AFIRMO QUE ES LA VERDAD

[redacted] 5/4/01

TESTIGO, VISTO

[signature] 5/4/01

**(If additional space is needed continue on reverse)**

Form WH-31 (Rev. Jan. 1989)

B- 9C

[redacted]
Address: [redacted]
Telephone Number: [redacted]
Age: --
Employed by: General Maintenance Services
Location: Owners house
Period: Dec 15/00 to May 02/01
Occupation: Polisher

Statement: I with this Gentleman went to the store, then we started to strip the floors, wash them and put wax.
We used to work 7 days per week all winter. The owner went for us at 9:30 PM. Sometimes we had to work until 7:00 AM and sometimes until 9:00 or 9:30 until the store is open. That is always how it was.
The owner drives a Suburban (van) with a trailer behind. We were 9 people working. He went to our houses in the morning to pick us up and he dropped us up to our houses in the morning. He is our only Boss.
I did not see any other team. He never gave us an apartment, or any place to live. He used to pay us per semimonthly, but it was not exact. Two or three days passed by, and he gave us a check. It was not regular and never trusted the exact day of the payment.
He used to pay us $60.00 dollars per night. He told me that he was going to pay me much more, when I better learned to put the wax.
He did not ask any of us for an application, or any documents.
About 15 days, he started to say to the employees that they have to sign a paper that the Managers of Rainbow have at the time of arrival and leave when they come in and go out.
In winter, we went to one store only. In March, we started to work 3 or 4 stores. We were nine people in a team, and then he took away 3 people for another store. Meanwhile they washed he went with others to another store.
All of them were Rainbow stores: Eden Prairie, Bloomington, St Louis Park, Blaine, Maplewood, Lamberton, Northtown, Uptown, Midway, Arcade (East side St Paul), West St. Paul, the owner has a contract with some of the 26 Rainbows.
It was rare that he would give us a break. There was not a lunch, nor breakfast. We went inside the stores, he was always with us. He scolded us and sometimes he grabbed us and yelled out at us a lot.
He spoke with the Managers of Rainbow. There was not any other Agency between him and the Managers. He never gave us overtime.
The first fifteen days of April, he gave us (to four of us) $400.00. Eight days after he gave us$320.00 more, supposedly to cover 13 days. He deducted us $60.00 for the ride, the gasoline and that.
The next fifteen days, he did not pay to anybody. To the four of us he did not pay us. He owes us 25 evenings of work. On Wednesday we went to his house and he took us to our homes. And then he told us that he was not going to pay us. He told us "If you do not want to work, do not work".
He always answered us "do it as you want". Concepcion Parral was in charge of picking up the Manager's time sheets and gave them to him.

B- 8d

Finally, I worked with Asuncion, Carlos, Guillermo, Alvaro, Emilio, Artemio, Martin, Ricardo. We went all together with Michael in his light truck.
The store's time sheets scarcely started. The sheets include how everyone works. The sheets are not authentic because the Managers of the stores put the time out sheets. But he did not count the time that we had to wait for the Van.

I have read the above and affirm that it is the truth.

X

B-8e

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

(Date)

7 de mayo
(Place of interview)

I, (Mr.) Miss Mrs. Ms. [redacted] (Name of employee), of ________ (Number, street, apt. no.),

________ (City or town), ________ (State) ________ (Zip code),

________ (Telephone number), ________ (Driver's license number - Do not request if number is same as Social Security number)

________ years of age, (was/have been) employed by ________ (Establishment),

________ (Location of establishment) for the approximate period from ________ to ________ (If still employed state "present")

as ________ (Occupation or description of duties)

Statement:

SALIAMOS A LAS 9:30 EN LA NOCHE. SIEMPRE FUI EN LA CAMIONETA DE LA EMPRESA.

VOLVI SIEMPRE POR BUS PÚBLICO.

EL VIAJE FUE 30 MIN. A 40 MINUTOS. LA VUELTA DEPENDIO EN LA TIENDA. HABIAN OCASIONES CUANDO NOS DEJARA TIRADO EN EL ~~[illegible]~~ LUGARES SIN SERVICIO DE BUS, Y TUVIMOS QUE PAGAR TAXI. NUNCA NOS COMPENSO PARA LOS VIAJES DE BUS O TAXI.

NOS QUITO $50.00 LA QUINCENA POR LOS TRANSPORTES NADA MÁS A LAS TIENDAS.

HE LEIDO LO DE ARRIBA Y ES LA VERDAD.

[redacted]

(If additional space is needed continue on reverse)

07-05-2001

Form WH-31 (Rev. Jan. 1989)

B-9a

7 of May

Mr. [redacted]

We use to leave at 9:30 at night. I always went in the Company's Van.
I always came by public bus.
The trip was 30 min to 40 minutes. The turn around depended on the store.
There were occasions when he left us stranded in places without bus service and we had to pay taxi. He never compensated us for the bus trips or taxi.
He deducted us $50.00 semi monthly for the transportation nothing more to the stores.

I have read the above and it is the truth.

Fecha: May 7, 2001 [redacted]

**Nombre:** [redacted]

**Direccion:**

**Numero de Telefono:**

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: Principios 2001 de Enero Hasta: 05-Mayo-2001

2. Tipo de Trabajo: Limpieza

3. Explique brevemente sus deberes: Echar Haaz, Estriper Manejar Maquinas - Trapiar - Barrer - lavar - limpiar

4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10:00 PM | Entra: 10:00 PM | Entra: 10:00 PM | Entra: 10:00 | Entra: 10:00 | Entra: 10:00 | Entra: 10:00 |
| Sale: 8:00 AM | Sale: 8:00 AM | Sale: 8:00 AM | Sale: 8:00 | Sale: 8:00 | Sale: 8:00 | Sale: 8:00 |

PM
AM

5. Como y cuanto le paga/pagaba? Por hora? Por turno?
Por turno

6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
Por Quincena

7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? NO SE

8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?
Si - 20 Horas más a la Semana 40 - Quincenales

9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? desde que inicie a trabajar para el

10. Otro comentario: Los cheques que me daba fueron de $380.= y $360.= a la quincena, Me pagaba Medias quincenas y una ~~Semana~~ y Quincena de Fondos

Lei lo de arriba y es la verdad:
Firma: [redacted]
Fecha: 01-05-2001

B-9c

| | |
|---|---|
| Date: | May 7, 2001 |
| N[redacted] | |
| Address | |
| Phone Number | |

Answer the following questions to the best of your ability

| | | |
|---|---|---|
| 1. | Date of Employment: From Beginning January 2001 | 05- May-2001 |
| 2. | Type of Work: Cleaning | |
| 3, | Explain briefly your duties: | Putting wax, stripping, driving machines, moping, sweeping, washing, cleaning. |

4. In a normal week, write down the hours you work/use to work:

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Enter: 10:00<br>Leave: 8:00 | Enter:10:PM<br>Leave:8:AM | Enter:10:PM<br>Leave:8:AM | Enter:10:PM<br>Leave:8:AM | Enter:10PM<br>Leave:8AM | Enter: 10:00<br>Leave: 8:00 | Enter:10:00<br>Leave:8:00 |

| | |
|---|---|
| 5. | In which way and how much did he pay you/use to pay you? Per hour? Per turn?<br>Per turn |

| | |
|---|---|
| 6. | How frequently did he pay you? Every semimonthly? Every week? Or any shift fixed date?<br>Per Semimonthly |
| 7. | Do you know if the Manager of Rainbow writes down /use to write down the hours? If he wrote them down, are they well written?<br>I do no know |

| | |
|---|---|
| 8. | Do you work/have worked more than 40 hours in one week? If you work/ use to work did he pay you overtime?<br>Yes- 20 hours more to the week 40 semimonthlies |

| | |
|---|---|
| 9. | How many hours have you worked that have not been paid? Indicate the dates you have worked these hours?<br>From I when I started working for him |

| | |
|---|---|
| 10. | Another comment: The checks he use to give me were $380-$360 per semimonthly, he use to pay me mid semimonthlies> a semimonthly of funds. |

I have read the above and it is the truth

Signature

Date

B-9d

# Employee Personal Interview Statement

**U.S. Department of Labor**
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

08/16/2001
Telephone

I, [redacted] of [redacted]

phone [redacted]

years of age, (was/have been) employed by General Maintenance
for the approximate period from 03/01/1998 to 07/22/2001
as Limpiador

Statement:

Empecé trabajando con el Michael Bakri en Marzo de 1998. Bakri me prometió $8.50 por hora y 7 horas por noche. Es más o menos $60 por noche. En los primeros 2 1/2 años que trabajé, siempre trabajaba en la tienda que estaba en Robbinsdale.

Trabajaba solo en la tienda normalmente. Entraba a las 11 de la noche y salía a las 7 de la mañana. La verdad es que yo no quería descansar durante el turno porque me daba sueño sentarme y comer. Casi no descansaba. Prefería seguir trabajando para que terminara a las 7 de la manana. Entonces cada noche trabajaba 8 horas. Normalmente trabajaba 7 noches en la semana. A veces agaraba un día de descanso pero muchas veces me hablaban o venían por me porque querrían que yo trabajara. Por lo regular, trabajaba 56 horas a la semana. El Michael nunca me pagaba pago extra para las horas que trabajaba sobre 40 horas en la semana.

Cuando teníamos que estripear la tienda, mandaban mas gente a la tienda. A veces mandaba 4 personas y se acababa en 2 o 3 noches y a veces mandaban 10 personas y se acababa en una noche. Estripeaban los pisos 2 veces al año. Cuando estripeaban los pisos en mi tienda, yo entraba a las 10 de la noche y salía a las 8 de la manana. Trabajaba 10 horas en estas noches. Entonces 2 semanas al año trabajaba mas de 56 horas.

Mi trabajo era limpiar la tienda. Cuando llegaba a las 11 de la noche, sacaba toda la basura de toda la tienda (de los baños, la sala de break, donde tenían las verduras - toda la tienda). Luego, limpeaba los pisos con una maquina. Muchas veces la máquina se descomponia y tenía que limpiar los pisos a mano. A veces pasaba dias o quincenas con mis máquinas descompuestas. Yo tardaba mas cuando la máquina estaba descompuesta. Despues de limpiar los pisos, mopeaba las orrillas y 2 o 3 días a la semana bufeaba los pisos con una bufeadora.

Cuando los contratos para el trabajo en Louisiana eran nuevos yo fui con tres otras personas a Louisiana. Fui en agosto o septiembre de 2000. Me quede un mes y me fui cuando ví los problemas en las tiendas alla. Michael me prometío que me iba a pagar más dinero por hora, como $10 o $11, pero me pagó lo mismo que me estaba pagando en Minnesota. Trabajaba las mismas horas tambien, de 11 de la noche hasta las 7 de la mañana. Michael rentó un apartamento y los trabajadores pago renta para quedarse en el apartamento. No se como pagaban la renta. Yo nunca pague renta porque estuvé en Louisiana solamente un mes. Michael tardó mucho en pagarme para mi trabajo en Minnesota pero me pagó cuando regresé a Minnesota.

Trabajé en otras tiendas de Rainbow durante mi empleo con Michael. No me acuerdo exactamente las fechas pero trabajé un mes en un Rainbow que estaba en White Bear y un mes en un Rainbow que estaba Eden Prairie. La mayoría de mi empleo trabajaba en la tienda que estaba en Robbinsdale. La compañía de Michael tenia empleados que nada mas estripeaban los pisos y no trabajaban en su propia tienda. Michael siempre estaba cambiando estas personas y no se cuantas tenía.

Michael me ha pagado todo el dinero que me debia sino en el último mes de mi empleo. Trabajé dos quincenas, 8 horas cada noche y 7 noches en la semana y Michael me pagó $500 para todo. Pienso que pagó $500 a cada persona para este último mes del contrato. Nos dijo que la compañía que tiene los contratos con Rainbow no le había pagado y por eso no tenía dinero.

Yo declaro y certifico bajo pena de perjurio, que lo anterior es cierto y correcto.

**Date: 08/16/01**
**Nam**[redacted]
**Address:**

**Telephone Number:**
**Age:**
**Employed by: General Maintenance**
**Period: 03/01/1998 to 07/22/2001**
**Duties: Cleaning**

**Statement:**

**I started to work with the Michael Bakri in March of 1998. Bakri promised me $8.50 per hour and 7 hours per night. It is more or less $60 per night. In the first 2 ½ years that I worked, I always used to work in the store that it was located in Robbinsdale.**

**Normally, I used to work in the store alone. I used to enter entered at 11 at night and used to leave at 7 in the morning. The truth is that I did not want to rest during the turn because I felt drowned to sit down and eat. I hardly rested. I preferred to continue working to finish at 7 in the morning. Then every night I used to work 8 hours. I normally used to work 7 nights per week. Sometimes I would grab a day to rest, but many times they would talk to me or would come for me because they wanted me to work. Regularly, I used to work 56 hours per week. The Michael never paid me extra payment for the hours that I used to work over 40 hours in the week.**

**When we had to strip the store, they sent more people to the store. Sometimes he used to send 4 people and it was finished in 2 or 3 nights and sometimes they used to send 10 people and it was finished in one night. They use to strip the floors 2 times per year. When they used to strip the floors in my store, I used to enter to 10 in the night and used to leave at 8 in the morning. I used to work 10 hours in these nights. Therefore 2 weeks per year I worked more than 56 hours.**

**My work was to clean the store. When I used to come at 11 in the night, I used to take out all the garbage from the entire store (bathrooms, living's room**
**Where they had the vegetables-all the store) Then, I used to clean the floors with a machine. Many times the machine use to break so I had to clean the floors by hand. Sometimes days would pass or semimonthlies with my broken machines. I delayed more when the machine was broken. After cleaning the floors, I used to mop the edges and 2 or 3 days per week I used to buff the floors with a Buffer machine.**

B-10b

When the other contracts for the work in Louisiana were new, I went with three people to Louisiana. I went in August or September of the 2000.
I stayed one month and I left when I saw the problems in the stores there. Michael promised me that he was going to pay me more money per hour, like $10 or $11, but he paid me the same that he was paying me in Minnesota.
I used to work the same hours also, from 11 evening until 7 in the morning. Michael rented an apartment and the workers paid rent to stay in the apartment. I do not know how they were paying the rent. I never paid rent because I was in Louisiana only for one month. Michael took a while long in paying me for my work in Minnesota but he paid me when I came back to Minnesota.

I worked in other Rainbow's stores during my employment with Michael. I do not exactly remember the dates, but I worked one month in a Rainbow that it was located in White Bear and one month that it was located in Eden Prairie. The majority of my employment I used to work in the store located in Robbinsdale. Michael's company has employees that nothing more used to strip the floors and did not work in their own store. Michael was always changing this people and I do not know how many more he had.

Michael has paid me all the money that he used to owe me without the last month of my employment. I worked two semimonthlies, 8 hours every night and 7 nights per week and Michael paid me $500.00 for everything. I think that he paid $500.00 to each person for this last month of contract. He told us that the Company that has more contracts with Rainbow did not pay and for that he did not have money.

I declare and certify under penalty of perjury, that the previous is true and correct.

B-10C

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

7 de Mayo, 2001
(Date)

WHD Office
(Place of interview)

I, Mr. / Miss / Mrs / Ms. [redacted] (Name of employee), of [redacted] (Number, street, apt. no.),

(City or town), (State), (Zip code),

[redacted] (Telephone number), (Driver's license number - Do not request if number is same as Social Security number)

>21 years of age, (was/have been) employed by General Maintenance (Establishment),

(Location of establishment) for the approximate period from 1/01 to 3/01 (If still employed state "present")

as Limpieza y Raitero (Occupation or description of duties)

Statement: Antes de empezar mi trabajo el dueño me dijo que me iba a pagar $8.50 por hora y que iba a trabajar desde las 10:30 de la noche hasta las 7:00 de la mañana.

Cuando empecé estaba limpiando en las tiendas. Entraba a las 10:30 de la noche y trabajaba hasta las 7:00 de la mañana. Estas son las horas que mandó el dueño Mike. No nos daba break. Aveces a las 6 de la mañana descansabamos 15 minutos. Yo trabajaba 7 noches en la semana. En los tres meses que trabajé descansé 2 o 3 dias y nada mas. Si uno no podia trabajar Mike se enojaba. Hacia la limpieza dos semanas. Luego daba ride a los trabajadores. Cuando estaba dando ride a la gente empecé a las 9:30 de la noche. Trabajaba hasta las

(If additional space is needed continue on reverse)

Form WH-31 (Rev. Jan. 1989)

B- 11a

[redacted]

05/07/01

10 de la mañana. El Michael me llamaba a las 8:30 de la noche hasta 9 de la noche. Mike me decía que tenia que estar listo, que tenía que ir a recoger a los trabajadores y donde tenia que dejarlos. Yo tenia que manejar hasta White Bear y Woodbury desde Minneapolis. Los trabajadores no tenían que ir a trabajar en el van del dueño. Algunos iban en su propio carro. Pienso que estaba cobrando $30 a la semana a cada persona por el ride.

El dueno nos pagaba lo que queria. En realidad no nos pagaba una cantidad fija. Pienso que Mike me pagaba mas o menos $7.00 a la hora.

En una semana normal trabajaba 12 horas y 7 días en la semana. Trabajaba 84 horas en la semana.

Tambien el me debe 9 dias de trabajo que no me pagó. Cuando una persona empieza con Mike recibes el primer cheque duespues de un mes. Mike me dijo que no me debe nada para estos 9 días.

El van que manejaba era de la esposa de Mike o de Mike. no se exactamente. Mike dice que el no es el dueño — que es el manager. Pienso que la esposa de Mike es la persona que firma los contratos. No conozco a la mama de Mike. Mike es la persona que esta encargado del