Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

Page 2

_____ (Date)

_____ (Place of interview)

I, Mr. / Miss / Mrs. / Ms. _____ (Name of employee), of _____ (Number, street, apt. no.),

_____ (City or town), _____ (State) _____ (Zip code),

_____ (Telephone number), _____ (Driver's license number - Do not request if number is same as Social Security number)

_____ years of age, (was/have been) employed by _____ (Establishment),

_____ (Location of establishment) for the approximate period from _____ to _____ (If still employed state "present")

as _____ (Occupation or description of duties)

Statement: negocio. Es Mike que esta en frente de todos.

Las buffeadoras que usabamos eran de Rainbow. El estripedor -pienso que estaba rentando estas maquinas. El tenia un trailer para llevar las maquinas. Mike pone todo lo que necesitamos para trabajar. Nostos nada mas llegamos y nos ponemos a trabajar. Recuerdo una vez que él rentó una camioneta grande para llevar paletas a las tiendas de Rainbow. Las paletas tenía wax y stripper - cosas para el trabajo.

A veces Mike firmaba los cheques y a veces su esposa escribia y firmaba los cheques. El siempre pagaba con cheques personales.

Desde unos 3 meses el Mike dió unas hojas a Rainbow. Quería que el manager

(If additional space is needed continue on reverse)

de la noche apuntara las horas que entraba y salia cada persona. Mike o su hijo recoge las hojas de la tienda. Piensa que las horas apuntadas en estas hojas estan bien. Yo no trabajaba en una tienda especifica y por eso no apuntaron las horas que trabajé. Pero para la mayoria de los trabajadores, trabajaban en una tienda fija. Una persona trabajaba en una tienda. Yo iba a la tienda que me mandaba Mike despues de dejar todos en su propia tienda. Mike tiene 25 tiendas

Los managers de Rainbow saben las horas que trabajamos. Ellos son los testigos de las horas que trabajamos.

~~Alal~~ Estripeamos las tiendas como una o dos veces al año. Para estripear una tienda trabajabamos 2 noches. Cuando estabamos estripeando Mike andaba con nosotros. Gritaba mucho. A veces iba a dar vueltas a las tiendas para chequar el trabajo - la limpieza general. Mike nos dirigia mucho. El siempre nos estaba diciendo lo que teniamos que hacer

Mike siempre traiá un libro - como agenda. Apuntaba quien trabajo, el dia o/la fecha, y la tienda. Su esposa revisaba este libro para escribir los cheqhes.

He leido lo de arriba y es la verdad.

X[illegible] 05/07/01

7 of May, 201
Place of Interview: WHD office
1403 3 St NE #2
Minneapolis, MN 55413
Nam[redacted]
Telephone Number:
Age:
Employed by: General Maintenance
Period: 1/01 to 3/01
Cleaning and Driver

Before I started my job, the owner told me that he was going to pay me $8.50 per hour, and that I was going to work from 10:30 PM until 7:00 AM. When I started, I was cleaning the stores. I use to come in at 10:30 PM and I worked until 7:00 AM. These are the hours that Mike ordered. The owner Mike did not give us brake. Sometimes at 6:00 AM we rested 15 mins. I use to work 7 nights per week. In the three months that I worked, I took off two or three days and nothing more. If someone could not work, Mike would get angry. I use to do the cleaning two weeks. Later he use to give rides to the workers. When he was giving a ride to the people I started at 9:30 PM. I use to work until 10:00 AM. The Michael use to call me at 8:30 PM until 9:00 at night. Mike use to tell me that I had to get ready. That he had to pick up the workers and where he had to leave them. I use to have to drive from White Bear and Woodbury from Minneapolis. The workers did not have to go to work in the owner's van. Some of them went in their own cars.
I think that he was charging $30.00 per week to each person for the ride. The owner use to pay us what he wanted. In reality he did not pay us a fixed amount.
I think that Mike use to pay me more or less $7.00 per hour. In a normal week I worked seven to 12 hours and seven days in the week. They use to work 84 hours in the weeks. He also owns me nine days of work that he did not pay me. When a person starts with Mike he receives the first check after one month. Mike told me that he does not owns me nothing for these 9 days. The Van that I use to drive, was Mike's wife or Mike. I do not know how exactly Mike says that he is not the owner that he is the Manager.
I think that Mike's wife is the person who signs the contracts. I do not know Mike's mother. Mike is the person who is in charge of the business.
It is Mike the one who is in front of everyone. The buffs that we use to use was Rainbows. The stripper/ I think that he use to rent these machines. He had a trailer to bring the machines. Mike puts everthing that we need to work. We nothing more come and put ourseves t work.

B-11c

I remember one time when he rented the big van to bring the paddles to the stores of Rainbow. The puddles had wax and stripper and things for the job.

Sometimes Mike signed the checks and sometimes his wife wrote and signed the checks. He always pay us with personal checks. From some three months the Mike gave a few sheets to Rainbow. He wanted the night Manager to write down the time sheets that each person came in and came out. Mike or his Son picks up the time sheets. I think that the hours written in these sheets were good. I did not use to work at a specific store. And that is why they did not write down the hours that I worked. But the majority of the workers they worked in a fixed store. One person worked in one store. I use to go to the store that Mike sent me. After he left everyone in his own store. Mike has 25 stores.

The Manager of Rainbow knows the hours that we work. They are witness of the hours that we worked. We stripped the stores like once or twice per year. To strip a store we worked two nights. When we were stripping Mike was with us. He yelled a lot. Sometimes he use to go around the stores to check the work/the general cleaning. Mike directed us a lot. He always use to tell us what we had to do. Mike always bought a book like an agenda. He use to write down who worked the day or date and the store. His wife revised this book to write the checks.

I have read the above and it is the truth

x

B-11d

# Employee Personal Interview Statement

**U.S. Department of Labor**
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

07/05/2001
Telephone

I, [redacted] of

[redacted]

years of age, (was/have been) employed by General Maintenance

Grand Rapids, MN for the approximate period from 11/01/2000 to 12/24/2000

as Cleaner - Night Shift

Statement:

Michael Bakri hired me to work for him in Louisiana. He told me I would make $8.00 per hour. My job was to clean floors in the Save-A-Center during the night shift.

I worked mostly in the Save-A-Center on Power. I would work from 10 p.m. to 7:00 a.m. most nights. I think we might have finished cleaning earlier a few times. During the shift we got a 15 minute break and a 30 minute break. The store had a break room where we could eat lunch. I worked every night of the week during my employment with General Maintenance with the exception of 1 night. I had one night off during the 2 months I worked but I cannot remember when that was. I worked between 55 and 60 hours a week.

I would sometimes work in the other Save-A-Centers where General Maintenance had contracts. I might work 1/2 the night in one store and 1/2 the night in another store. But my hours were still from 10 to 7 even if I worked at two stores or at a store other than Power.

My cousi[redacted] kept track of where all of the workers worked each night. He might have a record of the hours we worked to[redacted]o have records of how much we were paid.

I have been paid only 2 times by Bakri. I was paid one check that was for about $300 and then I was paid later about $300 cash. I think that I got paid in cash because Michael Bakri sent Bruce the money by money order and then Bruce just distributed cash to everyone.

Telephone statement takent by Kristin Tout 07/05/01:

Employee Personal Interview Statement

**U.S. Department of Labor**
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

07/30/2001

Telephone

I, Diana Horner, of
1004 Servier Ave. ,

Knoxville , TN 37920 phone: 865-577-0652

years of age, (was/have been) employed by General Maintenance

Grand Rapids , MN for the approximate period from to

as ICM Operations

Statement:

I work in Operations for ICM and assist my division in overseeing the contracted cleaning work of over 900 stores in the United States.

Michael Bakri has subcontracted the floor cleaning work for about 19 Rainbow stores. I think he used to have more stores with the previous contractor but I do not want to speculate on how many stores he had or why he lost them. I am just not certain.

ICM's subcontract with Michael Bakri started in early 2001. The exact start date should be indicated on the task sheets for each store. There is a separate task sheet for each of Bakri's subcontracted stores and ICM has provided copies to DOL. The task sheets indicate the square feet of each store, the services to be performed, the timing/frequency of the services, and specify the price paid for the service. The service of general floor cleaning for the Rainbow stores was to be performed 7 days a week. If one day was missed in a store, the task sheet would specify how much would be deducted from the weekly service fee. Floor stripping services may also be performed in a store once every 40 weeks. These services are paid at a rate of $0.55 per square foot. It is not guaranteed that the subcontractor who holds the contract to perform general floor cleaning also performs the stripping. ICM wants only experienced sub-contractors for the stripping work. Bakri may have also performed and been paid for floor stripping in addition to the general cleaning.

ICM pays subcontractors every two-weeks. Invoices from subcontractors are paid as long as signed work orders are also received. The work orders would be signed by Rainbow management. ICM maintains copies of the work orders but Bakri and Rainbow should also have their own copies. These work orders do not consistently show a start and stop time for the cleaner. It is really not intended to be a record of hours worked. It is more to certify that the cleaning was performed. The amount paid bi-weekly to Bakri varies depending on the services performed. ICM has sent DOL copies of checks representing the payments to Bakri. We have paid him two more checks since we sent that information. On 7/13/01 we sent him check number 2574 in the amount of $18,628.50 for invoice dated 7/1/01. On 8/1/01 we sent him check number 3068 in the amount of $22,165.06 for invoice dated 7/15/01.

Bakri's subcontracted was terminated by us effective 7/23/01 due to poor service.

Employee Personal Interview Statement

**U.S. Department of Labor**
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

03/14/2001
Telephone

I, ____________ ,of ____________
Metairie LA 70002

adult years of age, (was/have been) employed by General Maintenance (see below) for the approximate period from to
as Janitor

Statement:

I worked for Michael for about 6 months, or as long as he did business in Louisiana. I am not sure of the exact dates. I never wrote them down. Michael came down from Minnesota. I got the job because he saw me working at Sav-A-Center when Crescent had the contract and I was cleaning for Crescent. Then Crescent lost the contract and Michael got it. He had seen me working and liked the work that I did and gave offered me a job. I took the job. When I took the job, Michael told me that I would be paid every 2 weeks, at $7.50 per hour.

I worked 11:00 PM to 7:00 AM. I got about a twenty minute break everytime I worked where I was completely relieved from my duties. Sometimes I got longer, but I am not sure exactly how long. Usually 20 minutes was the longest I was relieved of all my duties. I worked 7 nights per week the entire time I worked for Michael. Except there was one night that I got off because my daughter was sick. I would usually arrive before 11:00 PM and start working at about 10:45 PM, and then I worked the whole time I was there until about 6:30 AM. Then I was pretty ready to go home and usually just hung out from 6:30 AM to 7:00 AM when I left.

My supervisor was first this guy named Jose. Then I think he left and went to Minnesota or something, and then a guy named Bruce started taking charge. They would tell me what to do.

I think HiTech owned all of the equipment I used, but I am not sure. I think Michael may have bought a new scrubbing machine but I don't really know who owned what. I did not own any of my own equipment.

Working for Michael was my only job at the time. I was implicated in a robbery at the store and then I went to jail for a week until everything was straightened out and I was released. HiTech did not want Michael to hire me back so for a while, I was working at Walmart. Then after about 2 months, Michael hired me back and I worked with him until the end of his contract.

I was paid 2 checks from Michael. One was for $350 and one was for $400. I do not recall exactly when they were paid, but I think one was in December and the other in January. I would ask him when he was going to pay me, and he would say he was going back to Minnesota and would mail it from there. Then when I did not get it, I would call him in Minnesota and he would say he was coming back down and would bring the money he owed me, but he did not. When I was paid the 2 checks, I would pick them up at a Texaco where Michael would mail them to. The Texaco had a check cashing service that I would use to cash my checks.

I do not own my own business.

A man from HiTech named Mr. Frank would pass through the stores once and a while. I think he was just observing. He did not tell me what to do.

Michael was not at the st s a lot. I only saw him someti . He would come to Lousiana for a week and then I would see him and then he would go back to Minnesota for 2 weeks and I would not see him for a while. When he was at the store, he would tell me things to do like to get the corners better, or to make sure I mopped good, scrubbed good and that the bathrooms were good.

I did not live in the apartment of Michael's. I did not ever use his vans.

I worked at the Airline location of Sav-A-Center only. Sometimes other guys who worked for Michael would come and work with me for 3 hours and then leave to go to another store. Sometimes some women would come who worked for Michae and clean the bathrooms and then leave. Even if someone else came to work at the store with me, I would still have to work the full shift. There was always work to be done.

I had no ownership in Michael's company.

I have read the above and agree it is true!

X

B-14b

**U.S. Department of Labor**

**Wage and Hour Division**
TriTech Office Center, Suite 920
331 Second Avenue South
Minneapolis, MN 55401-2233
Phone: (612) 370-3377
Fax: (612) 370-3372

March 19, 2001

[redacted]

Please find enclosed the interview statement taken from our telephone conversation on 3/14/2001. Your signature is needed to verify the accuracy of the information contained in this statement. Please take time to review and sign the attached statement, after the words *I have read the above and agree it is true* (at the "X"). If you see any inaccuracies, please make the necessary corrections in ink, and initial those changes. This statement should be returned promptly in the envelope provided (no additional postage necessary).

Per our conversation, I have also enclosed a Permission to Use Name form for you to sign and return with your signed interview statement. Your signing this form gives our agency permission to use your name and the contents of your statement to the extent necessary to pursue any unpaid wages that may be found due to you.

If you have any questions, please feel free to contact me at the number listed above. Thank you for your time and cooperation.

Sincerely,

Amee Christensen
Investigator

Enc: Interview Statement (WH-31)

B-14c

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

5/9/01 (Date)

WO (Place of interview)

Mr. [redacted]
Miss
Mrs.
I, Ms. ______ (Name of employee), of [redacted] (Number, street, apt. no.)

______ (City or town), ______ (State) ______ (Zip code)

______ (Telephone number), ______ (Driver's license number - Do not request if number is same as Social Security number)

______ years of age, (was/have been) employed by GENERAL MAINTENANCE (Establishment),

MPLS (Location of establishment) for the approximate period from 12/2000 to PRESENT (If still employed state "present")

as LIMPIADOR (Occupation or description of duties)

Statement: YO HAGO LIMPIEZA, STRIPPER Y CESO Y LA MAQUINA de APLICACIÓN. LUEGO, BUFEO.

CUANDO EMPIEZE ESTUVE TRABAJANDO 7 DIAS LA SEMANA, AHORITA ESTOY TRABAJANDO SEIS NOCHES LA SEMANA.

NOS RECOGE A LAS 9:30 EN LA NOCHE. A VECES TERMINO A LAS 8:00 A.M., A VECES HASTA LAS 9:30 A.M.

SEGÚN EL, NOS PAGA POR HORA. LUEGO, NOS DIJO QUE NOS PAGA POR LA NOCHE. ME DIJO QUE ME IBA A PAGAR 60.00 LA NOCHE. NO ME HA LLEGADO MAS QUE CINCUENTA.

YO HE TRABAJADO EN TODAS LAS TIENDAS. AHORA TENGO MI PROPIO TIENDA, EN BROOKLYN PARK.

NUNCA FIRMÉ NINGÚN DOCUMENTO CON ÉL. ME FALTABA UNO O DOS DIAS LA QUINCENA. ME HA DADO CHEQUES DE $500.00 Y $600.00 LA QUINCENA. SIEMPRE FALTA ALGUNOS DIAS.

(If additional space is needed continue on reverse)

LAS HOJAS QUE FIRMAN LOS MANAGERS EN RAINBOW ~~NOS~~ NO TIENE NADA QUE VER CON LAS HORAS QUE, ACTUALMENTE, TRABAJAMOS. MICHAEL DIJO QUE NO LE INTERESA LAS HORAS APUNTADAS, TAMPOCO. NADA MÁS, ~~EL NOMBRE DEL EMPLEADOR~~ ~~Y~~ LA FIRMA del MANAGER.

NUNCA NOS HA DADO UN LUGAR PARA VIVIR. HABIÁN 3 OCASIONES EN CUANDO YO TUVE QUE IR EN TAXI Ó BÚS.

EL VIAJE DESDE MI CASA HASTA BROOKLYN PARK ~~SE~~ REQUIRE UNA HORA.

UN COMPAÑERO ME INFORMÓ DE ESTA POSIBILIDAD DE TRABAJO.

NOS PROMETIÓ $8.50 LA HORA, CON UNA SUBIDA ~~DE~~ HASTA $9.50 EN POCO TIEMPO.

ME ESTÁ QUITANDO $60.00 EL CHEQUE POR EL "RIDE". HE LEIDO LO DE ARRIBA, Y ES LA VERDAD, DE LO QUE YO SÉ.

9 de Mayo

WITNESS (VISTO POR) MAY 9, 2001

[signature] 9 de Mayo

05/09/01
Name: [redacted]
Place of Interview: DO
Address: [redacted]
Phone Number:
Age:
Employed by: General Maintenance
Period: 12/2000 to 05/001. Present
Occupation: Cleaning

Statement: I do cleaning, strip, wax, and the application machine. Then, I buff. When I started, I was working 7 days per week, right now, I am writing six nights per week.
He picks us up to 9:30 in the night. Sometimes I finish at 8:00AM. Sometimes until 9:30AM.
According to him, he pays us per hour. Then he told us that he pays us per night. He told me that he was going to pay me $60.00 per night. I have not received any more than fifty, (referring to $50.00).
I have worked in all the stores. Right now, I have my own store, in Brooklyn Park.
I never signed any document with him. One or two days per semimonthly were missing. He has giving me checks of $500.00 and $600.00 per semimonthly. There is always days that are missing.
The hours that the Managers sign in Rainbow does not have anything to do with the hours that, presently, we work.
Michael said that he does not care about the hours that are written either. Nothing more than the Manager's signature.

He has never given us a place to live.
There were 3 occasions in which I had to go by taxi or bus.
The trip from my house to Brooklyn Park requires an hour.
A partner informed me of this work possibility.
He promised us $8.50 per hour, with a rise up to $9.50 in short time.
He is deducting me $60.00 the check for the "Ride".

I have read the above, and it is the truth of what I know.

B-156

TravelersExpress. INTERNATIONAL MONEY ORDER

05/03/01 88-1055/1119

9626960194
MONEY ORDER

9626960 1945

IMPORTANT - SEE BACK BEFORE CASHING

**$250.00

TWO HUNDRED ****
FIFTY DOLLARS **
00 CENTS *******

PAY TO THE ORDER OF: [redacted]

PURCHASER, SIGNER FOR DRAWER: General Maintenance & Service

PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS: 6066 Shingle Creek Parkway #194
Minneapolis, MN 55430

70551000190002
215114112316 8194

*Payable Through*
*COMPASS BANK*
*Dallas, Texas*

*ISSUER/DRAWER:*
*TRAVELERS EXPRESS COMPANY, INC.*

⑆111910555⑆962 6960194 5⑈ 90

6-15c

ICM

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-9089
865-577-0652

# JOB WORK ORDER

022099/001

STORE NAME AND NO 115- 049
RAINBOW FOODS

RAINBOW FOODS
8020 BROOKLYN BLVD.
BROOKLYN PARK, MN 55445

49

ADDRESS
BROOKLYN

CITY STATE
BROOKLYN PARK MN

PHONE

WEEK ENDING 4/15/2001

SUB CONTRACTOR M. BAKRI

PREPARED BY AUT

TASK CODE FS-FLOOR SERVICE JA-JANITORIAL
WW-WASH AND WAX ST-STRIP EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? |
|---|---|---|---|---|---|---|---|---|---|
| MON. | 04092001 | 2 | 12:00 | 6:30 | Yes | Yes | Yes | Yes | Yes |
| TUE. | 04102001 | 2 | 12:00 AM | 6:30 AM | Yes | Yes | Yes | Yes | Yes |
| WED. | 04112001 | 1 | 11:30 | 7:30 | Yes | Yes | Yes | Yes | Yes |
| THU. | 04122001 | 1 | 11:30 | 7:30 | Yes | Yes | Yes | Yes | Yes |
| FRI. | 04132001 | 1 | 11:30 | 7:30 | Yes | Yes | Yes | Yes | Yes |
| SAT | 04142001 | 1 | 11:30 | 7:30 | Yes | Yes | Yes | Yes | Yes |
| SUN | 04152001 | | | | Yes | Yes | Yes | Yes | Yes |

(Each day: Yes / No options; "Yes" circled for all listed days.)

Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT. Signature:

Signatures: MON. Rafael Zuñiga; TUE. [signature]; WED.–SAT. Rafael Zuñiga

CUSTOMER COPY

ACME PRINTING COMPANY, INC. 16518

B-15d

Fecha: May 7, 2001

Nombre: [redacted]

Direccion: [redacted]

Numero de Telefono: [redacted]

CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA

1. Fechas de Empleo: De: 3/7/1991 7 de mar Hasta: 1991 mil uno until 5/2001
2. Tipo de Trabajo: de limpiesa
3. Explique brevemente sus deberes: vufiar mapiar ydesoriahar Cleaning
4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10· PM | Entra: 10 | Entra: 10 | Entra: 10 | Entra: 11 | Entra: 11 | Entra: 11 |
| Sale: 7,00 | Sale: 7,00 | Sale: 7:00 | Sale: 7.00 | Sale: 7.00 | Sale: 7.00 | Sale: 7.00 |

9hrs → 8 hrs 8 hrs 8 hrs

5. Como y cuanto le paga/pagaba? Por hora? Por turno? 8.00 Per hour
money order
8 LaoRa y par jinsena
6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
par jinsena every 15 days
7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? no se the employer begun writing the hours on April 2001
8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?
Yes – He did not get paid overtime
9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? He did not get pay in April and May
He received $600.00
10. Otro comentario:
Worked in Louisiana, no wages paid for 2 months of work

Lei lo de arriba y es la verdad:
Firma:
Fecha:

B-16a

| | |
|---|---|
| Date: | May 7, 2001 |
| Name[redacted] | |
| Address· | |
| Phone Numb[redacted] | |

Answer the following questions to the best of your ability

| | | |
|---|---|---|
| 1. | Date of Employment: From 03/7/1991 | 05/2001. Current |
| 2. | Type of Work: Floor Cleaning | |
| 3. | Explain briefly your duties: | Buff, mop the floor, cleaning |

| | |
|---|---|
| 4. | In a normal week, write down the hours you work/used to work . |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Enter: 10:00<br>Leave:7:00 | Enter:10:<br>Leave:7:00 | Enter:10:<br>Leave:7:00 | Enter:10:00<br>Leave:7:00 | Enter: 11:00<br>Leave:7:00 | Enter:11<br>Leave: 7:00 | Enter:11<br>Leave:7:00 |

It was a variable rest day

| | |
|---|---|
| 5. | In which way and how much did he pay you/use to pay you? Per hour? Per turn?<br>Money order and personal checks. Money order. 8 per hour. Per semimonthly |

| | |
|---|---|
| 6. | How frequently did he pay you? Every semimonthly? Every week? Or any shift fixed date?<br>Semimonthly |
| 7. | Do you know if the Manager of Rainbow writes down /use to write down the hours? If he wrote them down, are they well written?<br>I do not know. The Employer begun writing the hours in April 2001. |

| | |
|---|---|
| 8. | Do you work/have worked more than 40 hours in one week? If you work/ used to work did he pay you overtime? Yes- I did not get paid overtime. |

| | |
|---|---|
| 9. | How many hours have you worked that have not been paid? Indicate the dates you have worked these hours? I was not paid in April and May. I received $600.00 |

| | |
|---|---|
| 10. | Another comment: I worked in Louisiana, no wages paid for 2 months of work. |

I have read the above and it is the truth

Sign

Date

B-16b

Fecha: May 7, 2001

Nombre:

Direccion:

Numero de Telefono:

CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA

1. Fechas de Empleo: De: 2 de MAR (March 2/001) Hasta: Sigo Trabajando (5/001)

2. Tipo de Trabajo: limpieza de piso

3. Explique brevemente sus deberes: labar el piso bufear desorillar barrer

4. En una semana normal, apunta las horas que trabaja/trabajaba: About 8 hrs per hour

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10.20<br>Sale: 7.00 | Entra: 10.20<br>Sale: 7.20 | Entra: 1020<br>Sale: 710 | Entra: 1020<br>Sale: 700 | Entra:<br>Sale: | Entra: 1015<br>Sale: 730 | Entra: 1020<br>Sale: 710 |

money order and personal check 5. Como y cuanto le paga/pagaba? Por hora? Por turno? por semana 4.00

the employer told him that he was going to paid him $400.00 per week.

the employer paid him $560.00 per two weeks.

6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija? quinsena

7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? No se

8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*? NO never

9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? ~~5 dias no pagadas~~ ~~About~~ He received his last payment on 5/03/001 He did not receive a check for the month of April.

10. Otro comentario: no no paga Cuando el dijo nos trata mal. nos grita

He started to work on march 2 - He got paid in April -
He received a check for $366.00 on 3/19/001

Lei lo de arriba y es la verdad:
Firma: ~~[signature]~~
Fecha: 07 de mayo 2001

B-17a

| | | |
|---|---|---|
| Date: | May 7, 2001 | |
| Name: | | |
| Address: | | |
| Phone Number: | | |

| Answer the following questions to the best of your ability |
|---|

| | | |
|---|---|---|
| 1. | Date of Employment: From 03/2/01 | 05/001 Current |
| 2. | Type of Work: Floor Cleaning | |
| 3, | Explain briefly your duties: | Wash the floor, buff, sweeps the (desorillar) ? floor |

| | |
|---|---|
| 4. | In a normal week, write down the hours you work/used to work about 8 hrs. per hour |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Enter: 10:20<br>Leave:7:00 | Enter:10:20<br>Leave:7:00 | Enter:10:20<br>Leave:7:00 | Enter:10:00<br>Leave:7:00 | Enter:<br>Leave: | Enter:10:15<br>Leave: 7:30 | Enter:10:20<br>Leave:7:10 |

It was a variable rest day

| | |
|---|---|
| 5. | In which way and how much did he pay you/use to pay you? Per hour? Per turn?<br>Money order and personal checks. ER told me he was going to pay me $400.00 per week. I was paid $560.00 per semimonthly. I received money orders and personal checks. |

| | |
|---|---|
| 6. | How frequently did he pay you? Every semimonthly? Every week? Or any shift fixed date?<br>Semimonthly |
| 7. | Do you know if the Manager of Rainbow writes down /use to write down the hours? If he wrote them down, are they well written?<br>I do not know. |

| | |
|---|---|
| 8. | Do you work/have worked more than 40 hours in one week? If you work/ used to work did he pay you overtime? No, never |

| | |
|---|---|
| 9. | How many hours have you worked that have not been paid? Indicate the dates you have worked these hours?<br>I received my last payment on 05/03/01. I did not receive a check for the month of April. |

| | |
|---|---|
| 10. | Another comment: No, he does not pay when he said. He treats us bad. He yells at us.<br>I started to work in March 2 and got paid in April. Received a check for $366.00 on 03/19/01 |

I have read the above and it is the truth

Sign

Date

B-176

TravelersExpress MoneyGram MONEY ORDER

9678939753
MONEY ORDER

9678939753

IMPORTANT - SEE BACK BEFORE CASHING

**$366.00**

THREE HUNDRED **
SIXTY-SIX ******
DOLLARS 00 CENTS

73965339710001
24815410780967 53

PAY TO THE ORDER OF:

General Maintenance & Service
5068 Shingle Creek Pa... 194
Minneapolis, MN 55430

PURCHASER, SIGNER FOR DRAWER
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:

Payable Through
WF National Bank
South Central
Faribault, MN

ISSUER/DRAWER:
TRAVELERS EXPRESS COMPANY, INC.

⑆091900533⑆967 89397530⑈ 90

---

TravelersExpress. INTERNATIONAL MONEY ORDER

05/03/01 88-105/1119

9626960193
MONEY ORDER

9626960193 4

IMPORTANT - SEE BACK BEFORE CASHING

**$350.00**

THREE HUNDRED **
FIFTY DOLLARS **
00 CENTS *******

70551000190002
21511411231681 93

PAY TO THE ORDER OF:

General Maintenance & Service
5068 Shingle Creek Parkway #194
Minneapolis, MN 55430

PURCHASER, SIGNER FOR DRAWER
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:

Payable Through
COMPASS BANK
Dallas, Texas

ISSUER/DRAWER:
TRAVELERS EXPRESS COMPANY, INC.

⑆111910555⑆962 69601934⑈ 90

---

**GENERAL MAINTENANCE & FLOOR SERVICE INC**
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

17-7000/2910 10
1851910267

April 2, 01 DATE

PAY TO THE ORDER OF [illegible] $560.00

Five hundred sixty & 00/100 DOLLARS

TCF NATIONAL BANK 5205 Central Ave. N.E. Fridley, MN 55421 EXPRESS TELLER

FOR 3/9 - 3/20/01

Michael Bakki

⑆291070001⑆ 1851910267⑈ 6215

B-17c

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

4 de MAYO, 01 (Date)

UNION HALL (SALON SINDICATO) (Place of interview)

I, Mr./Miss/Mrs./Ms. [redacted] (Name of employee), of [redacted] (Number, street, apt. no.),

[redacted] (City or town), (State), (Zip code),

[redacted] (Telephone number), SEN'L MAINT. SERVCS. (Driver's license number - Do not request if number is same as Social Security number)

_years of age, (was/have been) employed by ______ (Establishment),

MPLS (Location of establishment) for the approximate period from 4 JUL, '00 to 3 MAYO, 01 (If still employed state "present")

as LIMPIEZA GENERAL (Occupation or description of duties)

Statement: MI TRABAJO ES DE BARRER LA TIENDA. LAVO CON LA MAQUINA, Y SE PULE CON EL "BUFFER".

YO SOY ENCARGADO DE UNA TIENDA. ME DEJARON EN LA TIENDA SEIS NOCHES LA SEMANA. ME DEJARON HACER LA TIENDA SOLO. EL "MICHAEL" FIJA COMO TRABAJA TODOS, Y A LOS MÁS RESPONSABLE LE DEJA TRABAJAR SOLO.

NOS PASÓ A RECOGER A LAS 10:00 EN LA NOCHE. ME DEJÓ EN LA TIENDA A LAS 11:00. TERMINÉ LA TIENDA A LAS
AM 7:00 EN LA MAÑANA. MUCHAS VECES HABÍA
MO QUE ESPERAR HASTA LAS 9:00 EN LA MAÑANA PARA LA CAMIONETA.

YO HE TRABAJADO EN "BROOKLYN PARK"

(If additional space is needed continue on reverse)

ROBBINSDALE, SIXTH AVE (BY HWY 55), Y AHORITA EN WOODBURY.

UN COMPAÑERO ME CONTO' DE ESTE TRABAJO. YO HE VISTO UN TOTAL DE 18 PERSONAS TRABAJANDO CON SR. BAKRT. NUNCA VI LA MADRE de ESTE SEÑOR, NI HABLE CON SAUDIA.

EL ES EL ÚNICO ENCARGADO. EL MANDA, Y ES ÉL QUE ESCRIBE LOS CHEQUES.

MUCHAS VECES VINO TEMPRANO PARA RECOGERNOS - A LAS 9:00 EN LA NOCHE, Y TRABAJABAMOS HASTA LAS 8:00 EN LA MAÑANA.

DESDE CUANDO YO ENTRE, ME DIJO QUE IBA A PAGAR $8.00 la HORA. AHORA ME ESTA DANDO $700.00 CADA 14 DIAS. ESTO REPRESENTA 140 HORAS, MÍNIMO. PORQUE TRABAJO 10 LA NOCHE, VECES 14 NOCHES. AHORA, ESTE SEÑOR NOS DICE QUE NO NOS QUIERE PAGAR, Y COMPRA UN CARRO NUEVO.

NOS QUITA 15 DIAS DE~~L~~ FONDO, Y ME DEBE AHORA 8 DIAS, UN TOTAL DE 22 NOCHES DE TRABAJO.

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

______________________ (Date)

______________________ (Place of interview)

(Mr.) Miss Mrs. Ms.

I, [redacted] (Name of employee), of CONTINUED (Number, street, apt. no.),

(City or town), (State) (Zip code),

(Telephone number), (Driver's license number - Do not request if number is same as Social Security number),

______ years of age, (was/have been) employed by ______ (Establishment),

______ (Location of establishment) for the approximate period from ______ to ______ (If still employed state "present")

as ______ (Occupation or description of duties)

Statement: NUNCA NOS DIÓ DESCANSOS, NI ALMUERZOS HABÍA QUE TRABAJAR CONSTANTEMENTE.

NO HE LLENADO NINGÚN DOCUMENTO Ó FORMULARIO, NADA. NO SOMO CONTRATISTAS, NO NOS DA PAPELES DE NINGUNA CLASE.

NOS DEBEN DE PAGAR CADA DOS SEMANAS. LA REALIDAD ES QUE NOS PAGA CUANDO QUIERE. NOS PAGA DIEZ DIAS DESPUES DE LA QUINCENA. ESTA ULTIMA NOS DIÓ LA MITAD DE LO QUE NOS DEBE, Y NOS DIJO: "ESTE FIN DE SEMANA, QUIZÁS."

NUNCA PAGABA SOBRETIEMPO. PARA ÉL, NO IMPORTA LAS HORAS. CUANDO ENTRÉ ME DIÓ CHEQUES $575.^{00} POR 12 DIAS. AHORA, ME ESTA DANDO CHEQUES DE $700.^{00} DIAS

(If additional space is needed continue on reverse)

12 DIAS (NOCHES).

LAS HORAS GRABADAS POR LOS MANAGERS "RAINBOW" SON FALSAS. MUCHAS VECES ENTRO A LAS 10:00, Y EL TIPO PONE 12:00 (MEDIANOCHE) POR QUE NO ME VE.

POR LO REGULAR, PONE A LAS "SIETE" EN LA MAÑANA, PERO MUCHAS VECES HE ESTADO HASTA LAS 9:00. AM.

UNA SEMANA TÍPICA SERÍA SEIS HORAS.

YO HE OIDO QUE EL VERDADERO CONTRATISTA ESTÁ EN TENNESSEE, Y "GENERAL MAINTENANCE SERVICES" ES ENTONCES ~~OT~~ SUB-CONTRATISTA.

AQUÍ ESTÁN ALGUNOS NOMBRES DE GENTE QUE TRABAJA PARA ESTE SEÑOR, EN TIENDAS:

1. BULMARO LEIVA · NORTHTOWN
2. MARTÍN VERA · EDEN PRAIRIE
3. RODOLFO · ROBBINSDALE
4. RICARDO · ROSEVILLE
5. ~~ES~~ ISRAEL · CARPENTEUR
6. EMILIO · WHITE BEAR · (MAPLEWOOD)
7.

YO HE LEIDO LO DE ARRIBA, Y ES LA VERDAD!

[redacted] 4-05-01

WITNESS: 4/05/01

MAY 4, 2001

4 of May,01

[redacted]

Place of Interview: [redacted]
Address: [redacted]

Telephone Number:
General Maintenance Services
Age:
Period: 4 July,00 to May 3,001.
Occupation: General Cleaning

**Statement:**

My job is to sweep the store. I wash with the machine, and it polishes with The buffer.
I am in charge of one store. They left me in the store six nights the week. They let me make the store alone. The "Michael" looks at how everyone works, and the most responsible, he lets him work alone. He came to pick us up at 10:00 at night. He left me in the store at 11:00. I finished the store at 7:00 in the morning. Many times we had to wait until 9:00 in the morning for the van.
I have worked in Brooklyn Park, Robbinsdale, 6th Ave (by highway 55) and right now, in Woodbury. A partner told me about this job. I have seen a total of 18 people working with the gentleman Bakrat. I never saw the mother of this gentleman, nor spoke with Saudia.
He is the only one in charge. He orders and he is the one who writes the checks. Many times he came early to pick us up. At 9:00 in the night, and we worked until 8:00 in the morning. From when I entered, he told me that he was going to pay me $8.00 per hour. Now that he is giving me $700.00 every 14 days. This represents 140 hours, minimum. Because I work 10 the night, sometimes 14 nights. Right now, this gentleman tells us that he does not want to pay us, and he buys a new car.
He deducts us 15 days of funds, and he now owes me 8 days, a total of 22 nights of work. He never gave us brakes, or lunches. We had to work constantly. I have not filled out any document or application; nothing.
We are not (Contractors) he does not give us papers of any type. They have to pay us every two weeks. The reality is that he pays us when he wants. He pays us ten days after the semimonthly. This last he gave us half of what he owes us, and he told us, "This weekend perhaps".
He never paid over time. For him, it does not matter the hours. When I came in, he gave me checks $575 per 12 days. Now, he is giving me checks of $700.00 for 12 days (nights). The recorded nights for the Managers Rainbow are false. Many times, I come in at 10:00, and the guy puts 12:00 (midnight) because he does not see me. For the regular, he puts to seven in the morning. But many times, I have been until 9:00 AM. One typical week will be six hours. I have heard that the real contractor is in Tennessee and General Maintenance Service is then Sub Contract. Here are some names of people that work for this gentleman in stores:

B-18c

1. Bulmaro Leiva. Northtown
2. Martin Vera. Eden Prairie
3. Rodolfo. Robbinsdale
4. Ricardo Roseville
5. Israel Larpenteur
6. Emilio White Bear (Maplewood)

I have read the above and it is the truth.

X

B-18d

GENERAL MAINTENANCE & FLOOR SERVICE INC
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

April 2, 01 DATE

17-7000/2910
1851910267

PAY TO THE ORDER OF [redacted] $ 800.00

Eight hundred & 00/100 DOLLARS

TCF NATIONAL BANK 5205 Central Ave. N.E. Fridley, MN 55421 EXPRESS TELLER

FOR 3/4 - 3/17/01 (13)

Michael Bakke

⑆291070001⑆ 1851910267⑈ 6213

---

03/19/01 88-1055/1119

TravelersExpress. INTERNATIONAL MONEY ORDER

9626960050
MONEY ORDER

9626960050504

IMPORTANT - SEE BACK BEFORE CASHING

**$416.00

FOUR HUNDRED ***
SIXTEEN DOLLARS
00 CENTS *******

PAY TO THE ORDER OF: [redacted]

General Maintenance & Service

PURCHASER, SIGNER FOR DRAWER: 6066 Shingle Creek Parkway #194

PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

Minneapolis, MN 55430

ADDRESS:

70551000190002
21511410781008050

*Payable Through COMPASS BANK Dallas, Texas*

*ISSUER/DRAWER: TRAVELERS EXPRESS COMPANY, INC.*

⑆111910555⑆962 69600504⑈ 90 7-dias

---

03/19/01 88-1055/1119

TravelersExpress. INTERNATIONAL MONEY ORDER

9626960051
MONEY ORDER

9626960051 5

IMPORTANT - SEE BACK BEFORE CASHING

**$416.00

FOUR HUNDRED ***
SIXTEEN DOLLARS
00 CENTS *******

PAY TO THE ORDER OF: [redacted]

General Maintenance & Service

PURCHASER, SIGNER FOR DRAWER: 6066 Shingle Creek Parkway #194

PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

Minneapolis, MN 55430

ADDRESS:

70551000190002
21511410781008051

*Payable Through COMPASS BANK Dallas, Texas*

*ISSUER/DRAWER: TRAVELERS EXPRESS COMPANY, INC.*

⑆111910555⑆962 69600515⑈ 90 7-dias

B-18e

**ICM**

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

# JOB WORK ORDER

59 RAINBOW FOODS
7050 VALLEY CREEK ROAD
WOODBURY, MN 55125

STORE NAME AND NO.

ADDRESS

CITY, STATE

PHONE

WEEK ENDING 4/27/2001

SUB CONTRACTOR M. DAK

PREPARED BY AUT

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) ______ NUMBER ON CREW ____
TIME IN ______
TIME OUT ______
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

TUE. (DATE) ______ NUMBER ON CREW ____
TIME IN ______
TIME OUT ______
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

WED. (DATE) ______ NUMBER ON CREW ____
TIME IN ______
TIME OUT ______
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

THU. (DATE) ______ NUMBER ON CREW ____
TIME IN ______
TIME OUT ______
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

FRI. (DATE) ______ NUMBER ON CREW 1
TIME IN 11:00
TIME OUT 7:00
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: B Anderson

SAT (DATE) ______ NUMBER ON CREW ____
TIME IN ______
TIME OUT ______
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

SUN. (DATE) ______ NUMBER ON CREW ____
TIME IN ______
TIME OUT ______
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

ICM ACCOUNTS PAYABLE COPY

B-189

◀ REMOVE THIS STUB BEFORE CASHING 1 M 70388-H

96269601912

TravelersExpress. INTERNATIONAL MONEY ORDER

05/03/01 88-1055/1119

9626960191
MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

**$350.00 dol cts

THREE HUNDRED **
FIFTY DOLLARS **
00 CENTS *******

70551000190002
215114112316 8191

PAY TO THE ORDER OF:

General Maintenance & Service

PURCHASER, SIGNER FOR DRAWER 6066 Shingle Creek Parkway #194

PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

Minneapolis, MN 55430

ADDRESS:

Payable Through
COMPASS BANK
Dallas, Texas

ISSUER/DRAWER:
TRAVELERS EXPRESS COMPANY, INC.

⑆111910555⑆962 6960191 2⑈ 90

B-18f

Fecha: May 7, 2001

**Nombre:**

**Direccion:** [redacted]

**Numero de Telefono** [redacted]

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: 07-04-00 Hasta: __________

2. Tipo de Trabajo: LIMPIESA

3. Explique brevemente sus deberes: BARRER, LAVAR Y ECHAR BRILIO CON EL RAFEADOR.

4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10 PM<br>Sale: 8 AM | Entra: 11 PM.<br>Sale: 7 AM | Entra: 11 PM<br>Sale: 7 AM | Entra: 10 PM<br>Sale: 8 AM | Entra: 10 PM<br>Sale: 8 AM | Entra: 11 PM<br>Sale: 7 PM | Entra: 10 PM<br>Sale: 8 AM. |

ERA UN DIA DE DESCANSO VARIABLE.

5. Como y cuanto le paga/pagaba? Por hora? Por turno?
   700 DOLARES POR QUINCENA ASTA LA FECHA.

6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
   NO TIENE FECHA.

7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien?
   NO APUNTABA LAS HORAS Y CUANDO LAS CHEcaban NO ERAN EXACTAS

8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?
   TRABAJO MAS DE 40 Horas, NO PAGA OVERTIME.

9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas?
   NO AN SIDO PAGADOS 23 DIAS Y HORAS NO PAGADAS ES APARTIR. DEL 4 DE JULIO DEL 2000

10. Otro comentario:
    Prometio que iba Pagar las horas cuando uno trabajaba de mas Y NUNCA LAS PAGABA.

Lei lo de arriba y es la verdad:
Firma: [redacted]
Fecha: MAYO 7, 2001

B-18h

| | |
|---|---|
| Date: | May 7, 2001 |
| Name [redacted] | |
| Address [redacted] | |
| Phone Number [redacted] | |

Answer the following questions to the best of your ability

| | | |
|---|---|---|
| 1. | Date of Employment: From 07/04/00 | |
| 2. | Type of Work: Cleaning | |
| 3, | Explain briefly your duties: | Sweep, wash and polish with the buffer. |

| | |
|---|---|
| 4. | In a normal week, write down the hours you work/useto work: |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Enter: 10:PM Leave:8:AM | Enter:11:00 Leave:7:00 | Enter:11PM Leave:7:AM | Enter:10:PM Leave:8:AM | Enter:10PM Leave:8AM | Enter:11:PM Leave: 7PM | Enter:10PM Leave:8:AM |

It was a variable rest day

| | |
|---|---|
| 5. | In which way and how much did he pay you/use to pay you? Per hour? Per turn? $700.00 dollars per semimonthly until current date. |
| 6. | How frequently did he pay you? Every semimonthly? Every week? Or any shift fixed date? It does not have date |
| 7. | Do you know if the Manager of Rainbow writes down /use to write down the hours? If he wrote them down, are they well written? He did not write down the hours and when I checked them, they were incorrect. |
| 8. | Do you work/have worked more than 40 hours in one week? If you work/ use to work did he pay you overtime? I work more than 40 hours, It does not pay overtime. |
| 9. | How many hours have you worked that have not been paid? Indicate the dates you have worked these hours? It has not been paid 23 days and hours non worked. Beginning 4 of July of 2000. |
| 10. | Another comment: He promised that he was going to pay the hours when we used to work more and he never paid them. |

I have read the above and it is the truth

Sign

Date

B-18i

Employee Personal Interview Stateme[nt]

U.S. [Dep]artment of Labor
Employment St[anda]rds Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

21 de Agosto (Date)

Oficina (Place of interview)

I, Mr. Miss Mrs. Ms. [redacted] (Name of employee), of ________ (Number, street, apt. no.),

________ (City or town), ________ (State) ________ (Zip code),

________ (Telephone number), ________ (Driver's license number - Do not request if number is same as Social Security number)

________ years of age, (was/have been) employed by General Maintenance (Establishment),

________ (Location of establishment) for the approximate period from 4 Julio '00 to 3 Mayo 01 (If still employed state "present")

as Limpieza General (Occupation or description of duties)

Statement: Trabajaba desde las 11 de la noche hasta las 7 de la mañana. Cuando llegaba a las 11 preparaba lo utiles de haceo - escobas (para barrer la tienda), se lleva el carrito para llevar la basura, llenar la maquina de agua) (para lavar el piso), extraer el tanque de gas {saliamos de la tienda por gas que se usaba para el bufeador), cambiar "pads" (discos) del buteador y de la maquina, y llenar una cubeta de agua. Pasaba casi una hora preparando todo antes de empezar la limpieza. Lavaba por secciones, barreaba y luego lavaba una seccion que no estaba ocupada.

Me acuerdo de un mes que trabaje en Robbinsdale sin maquina. Tuve que mapear sin la maquina porque estaba descompuesta. Llegue como una hora y media antes de las 11 de la noche porque tardaba mas haciendo la limpieza por mano.

(If additional space is needed continue on reverse)

Los managers de Rainbow van a saber mas o menos las horas que trabajaba.

No conozco a Fatme Hotet. Cuando ibamos a la casa para cobrar nunca hablabamos a la mama de Michael. Michael era la persona que nos dirigia y que nos pagaba. El nunca nos pagaba puntual.

~~Es posible que en Noviembre~~ En noviembre me voy a regresar a Mexico.

Michael Baki no me pagó nada del dinero que me debe despues de 4 de Mayo.

Yo he leido lo de arriba y certifico que es cierto. x

08-21-01

Translation[redacted]
Statement [redacted]

I used to work from 11 at night until 7 in the morning. When I would arrive at 11, I would prepare all of the tools & equipment I needed – First I prepare and take out the sweep machine that was like a little car that would clean the floors of all of the garbage. I would fill the water machine (machine used to clean the floors) with water. I would take out and fill the gas tank that was used for the water machine and buffer. I would change the disks/pads of both the buffer and the water machine. I would fill a bucket with water. I would spend about one hour preparing all the tools I needed before I started the actual floor cleaning. I would then clean by sections. I would start in an area that was not busy/occupied by sweeping the floors in that section and then cleaning the floors in that section. I would also have to buff.

I remember one month that I worked in Robbinsdale without a machine (to clean the floors). I had to mop the floors without the machine since it was broken. I arrived about 1 & 1/2 hours before 11 at night because I took much longer to clean the floors by hand.

The managers of Rainbow are going to know the approximate hours that I worked.

I do not know Fatme Hoteit. When we use to go to Bakri's house to seek our payments we never spoke to Michael's mother. Michael was the person that directed our work and who paid us. He never paid us on time.

In November I am going to return to Mexico.

Michael never paid me anything additional after May 4th (the date of his first statement).

I have read the above and certify that it is true.

B-18,

Quincena del 25 Junio al 8 de Julio del 00

| FECHA | DIA | TIENDAS | Labor que se desempeño. |
|---|---|---|---|
| 25 | DOMINGO | | |
| 26 | LUNES | | |
| 27 | MARTES | | |
| 28 | MIERCOLES | | |
| 29 | JUEVES | | |
| 30 | VIERNES | | |
| 1 | SABADO | | |
| 2 | DOMINGO | | |
| 3 | LUNES | | |
| 4 | MARTES | NORTHTOWH | ASER TIENDA. |
| 5 | MIERCOLES | RUBIS DALI | Lavar VIDRIOS |
| 6 | JUEVES | ARKHE'S | ID. |
| 7 | VIERNES | LAGUN | AYUDANTE ASER LA TIENDA |
| 8 | SABADO. | ROSTHOR | ASER TIENDA. |

PAGADO

B-18

QUINCENA DEL 9 DE JULIO AL 22 DE JULIO DEL 00.

| FECHA | DIA | TIENDAS | LAVOR QUE SE DESEMPEÑO |
|---|---|---|---|
| 9 | DOMINGO | DESCANSO * | ID. |
| 10 | LUNES | NORTHTOWH | Ascar VIDRIOS Y Ban |
| 11 | MARTES | SID SEVEND | ID. |
| 12 | MIERCOLES | EDIN PREIDI | ID. |
| 13 | JUVES | EDIN PREIDI Y LAGUN. | ID. |
| 14 | VIERNES | SAN LUIS PARK | ASER TIENDA. |
| 15 | SABADO | ROSFHOR | ID. |
| 16 | DOMINGO | ESNELI | Asear VIDRIOS. |
| 17 | LUNES | EDIN PREIDI | ASER TIENDA. |
| 18 | MARTES | DESCANSO * | ID. |
| 19 | MIERCOLES | COLOMBIA JEIS Y NORTHTHOW | Ayudante bufear tienda |
| 20 | JUEVES | RUBIS DAZI | BUFEAR TIENDA. |
| 21 | VIERNES | SAN LUIS PARK. | ASER TIENDA. |
| 22 | SABADO. | ROSFHOR | ASER TIENDA. |

Pagado

QUINCENA DEL 23 DE JULIO AL 5 DE AGOSTO DEL 00

| FECHA. | DIA. | TIENDAS | LAVOR QUE SE DESEMPEÑO |
|---|---|---|---|
| 23 | DOMINGO | NORTHTOWN Y COLOMBIA JAISD. | Bufear las 2 tiendas |
| 24 | LUNES | LA LAGUN. | MAR DE AYUDANTE. |
| 25 | MARTES | ESNELI | ESTRIPEAR Y ASER TIENDA. |
| 26 | MIERCOLES | ESNELI Y LAGUN | ESTRIPEAR Y ASER Ayudar TIENDA. |
| 27 | JUEVES | ID. | ID. |
| 28 | VIERNES | ARKHEY Y SAN LUIS PARK. | ESTRIPEAR Y ASER TIENDA. |
| 29 | SABADO | ID. | ID. |
| 30 | DOMINGO. | ESNELI | ESTRIPEAR. |
| 31 | LUNES | DESCANSO | DESCANSO. |
| 1 | MARTES | AR ESNELI | ASER BREY. ESTRIPEAR |
| 2 | MIERCOLES | RUBIS DALI | LOS PASILLOS. |
| 3 | JUEVES | ARKEY | ESTRIPEAR. |
| 4 | VIERNES | BLUKIN PARK. | ASER TIENDA. |
| 5 | SABADO | P ID. | ID. |

QUINCENA DEL 6 DE AGOSTO AL 19 DE AGOSTO

| FECHA | DIA | TIENDAS | LAVOR QUE SE DESEMPEÑO |
|---|---|---|---|
| 6 | DOMINGO | BLUKIN PARK. | ASER TIENDA. |
| 7 | LUNES | ID. | ID. |
| 8 | MARTES | ID. | ID. |
| 9 | MIERCOLES | ID. | ID. |
| 10 | JUEVES | DESCANSO | DESCANSO |
| 11 | VIERNES | BLUKIN PARK | ASER TIENDA. |
| 12 | SABADO | DESCANSO | DESCANSO. |
| 13 | DOMINGO | LAGUN. | LAGUN. CHACAN. |
| 14 | LUNES | NORTATHOWN | ASER tienda. |
| 15 | MARTES | RISFIUR. | ECHAR GUAS. |
| 16 | MIERCOLES | ARKEY | ECHAR. GUAS. |
| 17 | JUEVES | DESCASO | DESCANSO. |
| 18 | VIERNES | RUBIS DALI | ASER TIENDA |
| 19 | SABADO. | RISFIUR. NORTATOWN | ECHAR GUAS. |

QUINCENA DEL 20 DE AGOSTO AL 2 DE SEPTIEMBRE.

| FECHA | DIA | TIENDAS | LAVOR QUE SE DESEMPEÑO |
|---|---|---|---|
| 20 | DOMINGO | RISFIUR. | ASER TIENDA. |
| 21 | LUNES | COLOMBIA JAIS | ECHAR GUAS. |
| 22 | MARTES | COLOMBIA JAIS. | ECHAR GUAS. |
| 23 | MIERCOLES | LA LUGUN. | ASER TIENDA. |
| 24 | JUEVES | ESNELI | ECHAR GUAS. |
| 25 | VIERNES | NORTATOUW | ASER TIENDA |
| 26 | Sabado | ESNELI | AGER TIENDA. |
| 27 | Domingo | SAN LUIS PARK. | ASER TIENDA. |
| 28 | Lunes | DESCANSO | ID. |
| 29 | MARTES | DESCANSO | ID. |
| 30 | MIERCOLES | RUBIS DALI | ASER TIENDA. |
| 31 | JUEVES. | RUBIS DALI | ID. |
| 1 | VIERNES | RUBIS DALI | ID. |
| 2 | SABADO. | RUBIS DALI | ID. |

Quincena del 3 de septientbre al 16 de Septiembre.

| | | |
|---|---|---|
| 3 | DOMINGO | RUBIS DAU |
| 4 | Lunes | ID. |
| 5 | Martes | ID. |
| 6 | Miercoles | ID. |
| 7 | Jueves | Descanso |
| 8 | VIERNES | Laborado |
| 9 | Sabado | ID. |
| 10 | Domingo | ID. |
| 11 | Lunes | ID |
| 12 | MARTES | ID. |
| 13 | MIERCOLES | ID |
| 14 | JUEVES | ID. |
| 15 | VIERNES | ID. |
| 16 | SABADO | ID. |

Quincena DEL 17 DE SEPTIEMBRE AL 30 DE SEPTIEMBRE-

| | | RUBIS DALI | |
|---|---|---|---|
| 17 | Domingo | Lavorado | |
| 18 | Lunes | Lavorado | |
| 19 | Martes | Lavorado | |
| 20 | Miercoles | Lavorado | |
| 21 | Jueves | Lavorado | DESCASO |
| 22 | viernes | Lavorado | |
| 23 | Sabado | Lavorado | |
| 24 | Domingo | Lavorado | |
| 25 | Lunes | Lavorado | |
| 26 | Martes | Lavorado | |
| 27 | Miercoles | Lavorado | |
| 28 | Jueves | DESCANSO | DECANSO |
| 29 | VIERNES | Lavorado | |
| 30 | Sabado. | Lavorado | |

CON ESTA QUINCENA
TERMINE DE PAGAR.