Quincena DEL 1 DE OCTUBRE AL 14 DEL MISMO MES

"RUBIS DALI"

| | | | |
|---|---|---|---|
| DOMINGO | 1 | Lavorado | |
| LUNES | 2 | Lavorado | |
| MARTES | 3 | Lavorado | |
| MIERCOLES | 4 | Lavorado | |
| JUEVES | 5 | DESCANSO | |
| VIERNES | 6 | Lavorado | |
| SABADO | 7 | Lavorado | |
| DOMINGO | 8 | Lavorado | |
| LUNES | 9 | Lavorado | ID. |
| MARTES | 10 | Lavorado | NORTHHOUR |
| MIERCOLES | 11 | Lavorado | NORTHHOUR |
| JUEVES | 12 | Lavorado | ID |
| VIERNES | 13 | Lavorado | ID. |
| SABADO | 14. | Lavorado | ID. |

Quincena DEL 15 DE OCUTUBRE AL 28 DE OCTUBRE.

| | | NORTHOUW |
|---|---|---|
| 15 | DOMINGO | Lavorado |
| 16 | LUNES | Lavorado |
| 17 | MARTES | Lavorado |
| 18 | MIERCOLES | Lavorado |
| 19 | JUVES | DESCANSO. |
| 20 | VIERNES | Lavorado |
| 21 | SABADO | Lavorado " " |
| 22 | DOMINGO | Lavorado [illegible] |
| 23 | LUNES | Lavorado |
| 24 | MARTES | Lavorado |
| 25 | MIERCOLES | Lavorado |
| 26 | JUVES | DESCANSO. |
| 27 | VIERNES | Lavorado |
| 28 | SABADO | Lavorado. |

QUINCENA. DEL
29 DE OCTUBRE AL 11 DE NOVIEMBRE

| | | |
|---|---|---|
| DOMINGO | 29 | Lavorado |
| LUNES | 30 | Lavorado |
| MARTES | 31 | Lavorado |
| MIERCOLES | 1 | Lavorado |
| JUEVES | 2 | DESCANSO |
| VIERNES | 3 | Lavorado |
| SABADO | 4 | Lavorado |
| DOMINGO | 5 | Lavorado |
| LUNES | 6 | Lavorado |
| MARTES | 7 | Lavorado |
| MIERCOLES | 8 | Lavorado |
| JUEVES | 9 | Descanso |
| VIERNES | 10 | Lavorado |
| SABADO | 11 | Lavorado. |

QUINCENA DEL 12 NOVIEMBRE AL 25 DEL MISMO MES.

| | | | |
|---|---|---|---|
| 12 | ~~13~~ | DOMINGO | Lavorado |
| 13 | ~~14~~ | LUNES | Lavorado |
| 14 | ~~15~~ | MARTES | Lavorado |
| 15 | ~~16~~ | MIERCOLES | Lavorado |
| 16 | ~~17~~ | JUVES | DESCANSO |
| 17 | ~~18~~ | VIERNES | DESCANSO |
| 18 | ~~19~~ | SABADO | Lavorado |
| 19 | ~~20~~ | DOMINGO | Lavorado |
| 20 | ~~21~~ | LUNES | Lavorado |
| 21 | ~~22~~ | MARTES | Lavorado |
| 22 | ~~23~~ | MIERCOLES | DESCANSO |
| 23 | ~~24~~ | JUEVES | Lavorado |
| 24 | ~~25~~ | VIERNES | Lavorado |
| 25 | ~~26~~ | SABADO. | Lavorado |

QUINCENA DEL

25 DE NOVIEMBRE AL 9 DE DICIEMBRE.

| | | | |
|---|---|---|---|
| 26 | * | DOMINGO | Lavorado |
| 27 | * | LUNES | Lavorado |
| 28 | * | MARTES | Lavorado |
| 29 | * | MIERCOLES | Lavorado |
| 30 | * | JUEVES | Descanso |
| 1 | * | VIERNES | Lavorado |
| 2 | * | SABADO | Lavorado |
| 3 | * | DOMINGO | Lavorado |
| 4 | * | LUNES | Lavorado |
| 5 | * | MARTES | Lavorado |
| 6 | * | MIERCOLES | Lavorado |
| 7 | * | JUEVES | DESCANSO |
| 8 | * | VIERNES | Lavorado |
| 9 | * | SABADO | Lavorado |

QUINCENA DEL 10 DE DICIEMBRE AL 23 DE DICIEMBRE

| | | |
|---|---|---|
| 10 | DOMINGO | BLUKIN PARK Y AND NORTAUNH |
| 11 | LUNES | BLUQUIN PARK |
| 12 | MARTES | NORTAUINN |
| 13 | MIERCOLES | ROSTHOR |
| 14 | JUEVES | SIX SEVEN AVENUE |
| 15 | VIERNES | SIX SEVEN AVENUE |
| 16 | SABADO | 6 AVENUE |
| 17 | DOMINGO | 6 AVENUE |
| 18 | LUNES | 6 AVENUE |
| 19 | MARTES | 6 AVENUE |
| 20 | MIERCOLES | 6 AVENUE |
| 21 | JUEVES | 6 AVENUE |
| 22 | VIERNES | DESCANSO |
| 23 | SABADO | Lavorado |

ALIRO POQUITO
TUMARCHS MUCHO

QUINCENA DEL 24 DE DICIEMBRE AL 6 DE ENERO

| | | | |
|---|---|---|---|
| 24 | DOMINGO | Descanso | 1 |
| 25 | LUNES | Lavorado | |
| 26 | MARTES | Lavorado | |
| 27 | MIERCOLES | Lavorado | |
| 28 | JUEVES | Lavorado | |
| 29 | VIERNES | Descanso | 2 |
| 30 | SABADO | Lavorado | |
| 31 | DOMINGO | Descanso | 3 |
| 1 | LUNES | Lavorado | |
| 2 | MARTES | Lavorado | |
| 3 | MIERCOLES | Lavorado | |
| 4 | JUEVES | Descanso | 4 |
| 5 | VIERNES | Lavorado | |
| 6 | SABADO | Lavorado | |

QUINCENA DEL 7 DE ENERO AL 20 DE ENERO

| | | | |
|---|---|---|---|
| 7 | DOMINGO | Lavorado | 6 AVENUE |
| 8 | LUNES | Lavorado | ID. |
| 9 | MARTES | Lavorado | ID. |
| 10 | MIERCOLES | Lavorado | ID. |
| 11 | JUEVES | Descanso | 6 AVENUE |
| 12 | VIERNES | Lavorado | 6 AVENUE |
| 13 | SABADO | Lavorado | 6 AVENUE |
| 14 | DOMINGO | Lavorado | STORE NEW |
| 15 | LUNES | Lavorado | STORE NEW |
| 16 | MARTES | Lavorado | STORE NEW |
| 17 | MIERCOLES | Lavorado | STORE NEW |
| 18 | JUEVES | Descanso | STORE NEW |
| 19 | VIERNES | Descanso ~~Lavorado~~ | DESCANSO |
| 20 | SABADO | Lavorado | Lavorado |

IDIN PREIDI

# Enero – Febrero

## Quincena del 21 de enero al 3 de Febrero

| | | | |
|---|---|---|---|
| 21 | SUNDAY | WOR | EDIN PREIDI |
| 22 | MONDAY | WOR | ID. |
| 23 | TUESDAY | WOR | DESCANSO |
| 24 | WUDNESDAY | ~~WOR~~ OFF | Lavorado |
| 25 | THURSDAY | Lavorado | 6 AVENUE |
| 26 | FRIDAY | Lavorado | 6 AVENUE |
| 27 | SATURDAY | Lavorado | EDIN PREIDI |
| 28 | SUNDAY | LAVORADO | NORTAUINN. |
| 29 | MONDAY | LAVORADO | ARKES |
| 30 | TUESDAY | LAVORADO | 6 AVENUE |
| 31 | WEDNESDAY | LAVORADO | ROSFHOR. |
| 1 | THURSDAY | LAVORADO | GUD VERRI |
| 2 | FRIDAY | LAVORADO | GUD VERRI |
| 3 | SUTURDAY. | LAVORADO | GUD VERRI |

2x5 sister
You Have sister

Febrero
[redacted]

Quincena del 4 al 17 del Mismo Mes.

| | | | |
|---|---|---|---|
| 4 | DOMINGO | Lavorado | GUD BERRI |
| 5 | LUNES | Lavorado | GUDBERRI |
| 6 | MARTES | Lavorado | GUDBERI |
| 7 | MIERCOLES | Lavorado | GUDBERI |
| 8 | JUEVES | Lavorado | GUDBERI |
| 9 | VIERNES | DESCANSO | |
| 10 | SABADO | Lavorado | GUDBERI |
| 11 | DOMINGO | Lavorado | GUDBERI |
| 12 | LUNES | Lavorado | GUDBERRI |
| 13 | MARTES | Lavorado | GUDBERR |
| 14 | MIERCOLES | Lavorado | GUDBERR |
| 15 | JUEVES | DESCASO | |
| 16 | VIERNES | Lavorado | GUDBERR |
| 17 | SABADO | Lavorado | GUDBERR |

Febrero — Marzo

Quincena del 18 Febrero al 8 MARZO

| | | | |
|---|---|---|---|
| 18 | DOMINGO | Lavorado | GOODBERRL |
| 19 | LUNES | Lavorado | GOODBURI |
| 20 | MARTES | Lavorado | GOODBURI |
| 21 | MIERCOLES | Lavorado | GOODBURI |
| 22 | JUEVES | Lavorado | GOODBURI |
| 23 | VIERNES | Lavorado | GOODBURI |
| 24 | sabado | Lavorado | GOODBURI |
| 25 | DOMINGO | Lavorado | GOODBURI |
| 26 | LUNES | Lavorado | GOODBURI |
| 27 | MARTES | Lavorado | GOODBURI |
| 28 | MIERCOLES | Lavorado | GOODBURI |
| 01 | JUEVES | Lavorado | GOODBURI |
| 02 | VIERNES | Lavorado | GOOBURI |
| 03 | Sabado | Lavorado | GODBURI |

"MARCH"

4 A 17

Quicena del 4 Marzo al 17 De Marzo

| | | | |
|---|---|---|---|
| 4 | SUNDAY | ~~WORK~~ | OFF |
| 5 | MONDAY | WORK | GOODBUR'S |
| 6 | THUESDAY | WORK | GOODBURY |
| 7 | WUEDNESDAY | WORK | GOODBUR'S |
| 8 | THURSDAY | WORK | GOODBURY |
| 9 | FRIDAY | WORK | GOODBURY |
| 10 | SATURDAY | WORK | GOODBUR'S |
| 11 | SUNDAY | WORK | GOODBURY |
| 12 | MONDAY | WORK | GOODBURY |
| 13 | THUESDAY | WORK | GOODBURY |
| 14 | WEDNESDAY | WORK | GOODBURY |
| 15 | THURSDAY | WORK | GOODBUR'Y |
| 16 | FRIDAY | WORK | GOODBURY |
| 17 | SATURDAY | WORK | GOODBURY |

"MARCH"

18 A 31

Quincena del 18 Marzo al 31 Marzo

| | | | | |
|---|---|---|---|---|
| 18 | SUNDAY | WORK | MAPLECO ← GOODBURY | MAPLECO ~~MAPLECO~~ WAAS BIER |
| 19 | MONDAY | OFF | NO WORK. | |
| 20 | ~~T~~TUESDAY | WORK | GOODBURY. | |
| 21 | WEDNESDAY | WORK | GOODBURY | |
| 22 | THURSDAY | WORK | GOODBURY | |
| 23 | FRIDAY | WORK | GOODBURY | |
| 24 | SATURDAY | WORK | GOODBURY | |
| 25 | SUNDAY | WORK | GOODBURY | |
| 26 | MONDAY | WORK | GOODBURY | |
| 27 | TUESDAY | OFF | OFF. | |
| 28 | WEDNESDAY | WORK | GOODBURY. | |
| 29 | THURSDAY | WORK | GOODBURY. | |
| 30 | FRIDAY | WORK | GOODBURY. | |
| 31 | SATURDAY | WORK | GOODBURY. | |

"APRIL"

1 AL 14

(1)

Quincena del 1 ABRIL AL 14 DEL mismo

| | | | | |
|---|---|---|---|---|
| PAGADO | 1 | SUNDAY | WOOR | GOODBURY |
| | 2 | MONDAY | WOOR | GOODBURY |
| | 3 | TUESDAY | WOOR | GOODBURY |
| | 4 | WEDNESDAY | WOOR | GOODBURY |
| | 5 | THURSDAY | WOOR | GOOBURY |
| | 6 | FRIDAY | WOOR | GOODBURY |
| | 7 | SATURDAY | OFF * | OFF * |
| NO PAGADO | 8 | SUNDAY | WOOR | GOODBURY |
| | 9 | MONDAY | WOOR | GOODBURY |
| | 10 | TUSDAY | WOOR | GOODBUR'S |
| | 11 | WEDNESDAY | WOOR | GOODBURY |
| | 12 | THURSDAY | WOOR | GOODBURY. |
| | 13 | FRIDAY | WOOR | GODDBURY |
| | 14 | SATURDAY. | OF * | OF * |

(12) DAIYS

"APRIL" "15 AL 28" (2)

Quincena DEL 15 AL 28 ABRIL

| | | | |
|---|---|---|---|
| 15 | SUNDAY | WOOR | GOODBURY. |
| 16 | MONDAY | WOOR | GOODBURY. |
| 17 | TUESDAY | WOOR | GOODBURY. |
| 18 | WUEDNESDAY | WOOR | GOODBURY. |
| 19 | THURSDAY | WOOR | GOODBURY. |
| 20 | FRIDAY | WOOR | GOODBURS. |
| 21 | SATURDAY | WOOR | GOODBURY. |
| 22 | SUNDAY | WOOR | GOODBURY. |
| 23 | MONDAY | WOOR | GOODBURY. |
| 24 | TUSEDAY | WOOR | GOODBURY. |
| 25 | WUEDNESDAY | WOR | GOODBURY. |
| 26 | THURSDAY | OFF. * | OFF. * |
| 27 | FRIDAY | WOOR | GOODBURY |
| 28 | SATURDAY. | WOOR | GOODBURY. |

13 DAYS.

"ABRIL I MAYO" (3)

29 AL 12

Quincena DEL 29 DE ABRIL AL 12 DE MAYO

| | | | |
|---|---|---|---|
| 29 | SUNDAY | WOR | GOODBURY |
| 30 | MONDAY | WOR | GOODBURY. |
| 1 | TUESDAY | WOR | GOODBURY |
| 2 | WUEDNESDAY | WOR | GOODBURY |
| 3 | THURSDAY | OFF | OOF |
| 4 | FRIDAY | WORK | GOODBURY |
| 5 | SATURDAY | WORK | GOODBURY. |
| 6 | SUNDAY | WORK | GOODBURY. |
| 7 | MONDAY | | |
| 8 | TUESDAY | | |
| 9 | WUEDNESDAY | | |
| 10 | THURSDAY | | |
| 11 | FRIDAY | | |
| 12 | SATURDAY. | | |

Quincena Del 25 Junio al 8 de Julio Del 200

| FECHA | DIA | NOMBRE "D" TIENDAS | LAVOR DESEMPEN |
|---|---|---|---|
| 25 | DOMINGO | | |
| 26 | LUNES | | |
| 27 | MARTES | | |
| 28 | MIERCOLES | | |
| 29 | JUEVES | | |
| 30 | VIERNES | | |
| 1 | SABADO | | |
| 2 | DOMINGO | | |
| 3 | LUNES | | |
| 4 | MARTES | NORTHTOWH | ASER TIEN |
| 5 | MIERCOLES | RUBIS DALI | Lavor VIDR |
| 6 | JUEVES | ARKE'S | Lavor VIDRI |
| 7 | VIERNES | LAGUN | Aser TIEND |
| 8 | SABADO | ROSFHOR. | Aser TIEN |

EMPESE A LAVORAR EL DIA 4 DE JULLO 200

CON EL SEÑOR MICHAEL BAKRI

B-18j

QUINCENA DEL 9 DE JULIO AL 22 JULIO DEL 2000

| FECHA | DIA | TIENDAS | LAVOR DESEMPEÑADA |
|---|---|---|---|
| 9 | DOMINGO | DESCANSO | = = |
| 10 | LUNES | NORTHTOWN | LABAR BIDRIOS Y BAÑOS |
| 11 | MARTES | 6 AVENUE | LAVAR BIDRIOS Y BAÑOS |
| 12 | MIERCOLES | EDIN PREIDI | LAVAR BIDRIOS Y BAÑOS |
| 13 | JUEVES | LAGUN | LAVAR VIDRIOS |
| 14 | VIERNES | SAN LUIS PARK | ASER TIENDA |
| 15 | SABADO | ROSFHOR | ASER TIENDA. |
| 16 | DOMINGO | ESNELI | LAVAR VIDRIOS |
| 17 | LUNES | EDIN PREIDI | ASER TIENDA. |
| 18 | MARTES | DESCANSO | = = |
| 19 | MIERCOLES | COLOMBIA JAIS | AYUDANTE. |
| 20 | JUEVES | RUBIS DALI | AYUDANTE. |
| 21 | VIERNES | SAN LUIS PARK. | ASER TIENDA. |
| 22 | SABADO | ROSFHOR | ASER TIENDA. |

QUINCENA DEL 23 DE JULIO AL 5 DE AGOSTO DEL 2000

| FECHA | DIA | TIENDAS | LABOR DESEMPEÑADA |
|---|---|---|---|
| 23 | DOMINGO | NORTHTOWN Y COLOMBIA JAIS | BUFEAR DOS TIENDAS. |
| 24 | LUNES | LAGUN | DE AYUDANTE |
| 25 | MARTES | ESNELI | ESTRIPEAR TIENDA |
| 26 | MIERCOLES | ESNELI Y LAGUN. | ESTRIPEAR TIENDA. |
| 27 | JUEVES | ESNELI Y LAGUN. | ESTRIPEAR TIENDA. |
| 28 | VIERNES | ARKHEY Y SAN LUIS PARK | ESTRIPEAR TIENDA |
| 29 | SABADO | ARKHEY Y SAN LUIS PARK | ESTRIPEAR TIENDA. |
| 30 | DOMINGO | ESNELI | ESTRIPEAR. |
| 31 | LUNES | DESCANSO | = = |
| 1 | MARTES | ESNELI | ESTRIPEAR. |
| 2 | MIERCOLES | RUBIS DALI | ESTRIPEAR. |
| 3 | JUEVES | ARKEY | ESTRIPEAR |
| 4 | VIERNES | BLU KIN PARK | ASER TIENDA |
| 5 | SABADO | BLUKIN PARK | ASER TIENDA |

QUINCENA DEL 6 DE AGOSTO AL 19 DE AGOSTO

| FECHA | DIA | TIENDAS | LAVOR DESEMPEÑAD |
|---|---|---|---|
| 6 | DOMINGO | BLUKIN PARK | ASER TIENDA |
| 7 | LUNES | BLUKIN PARK | ASER TIENDF |
| 8 | MARTES | BLUKIN PARK | ASER TIENDA |
| 9 | MIERCOLES | BLUKIN PARK | ASER TIENDA |
| 10 | JUEVES | DESCANSO | = = |
| 11 | VIERNES | BLUKIN PARK | ASER TIENDA |
| 12 | SABADO | DESCASO | = = |
| 13 | DOMINGO | LAGUN | AYUDANTE |
| 14 | LUNES | NORTATHOW | ASER TIENDA. |
| 15 | MARTES | RISFIUR | ECHAR GUAS. |
| 16 | MIERCOOLES | ARKEY | ECHAR GUAS |
| 17 | JUEVES | DESCANSO | DESCANSO |
| 18 | VIERNES | RUBIS DALI | ASER TIENDA |
| 19 | SABADO | RISFHIUR - NORTATHC | ECHAR GUAS |

QUINCENA DEL 20 DE AGOSTO AL 2 DE SEPTIEMBRE DEL 2000

| FECHA | DIA | TIENDAS | LAVOR DESEMPEÑADA. |
|---|---|---|---|
| 20 | DOMINGO | RISFHIUR | ASER TIENDA. |
| 21 | LUNES | COLOMBIA JAIS | ECHAR WUAS |
| 22 | MARTES | COLOMBIA JAIS | ECHAR WUAK |
| 23 | MIERCOLES | LAGUN | ASER TIENDA. |
| 24 | JUEVES | ESNELI | ECHAR WUAX |
| 25 | VIERNES | NORTATHOW | ASER TIENDA. |
| 26 | SABADO | ESNELI | ASER TIENDA. |
| 27 | DOMINGO | SAN LUIS PARK | ASER TIENDA. |
| 28 | LUNES | DESCANSO | ≡ ≡ |
| 29 | MARTES | DESCANSO | ≡ ≡ |
| 30 | MIERCOLES | RUBIS DALI | ASER TIENDA. |
| 31 | JUEVES | RUBIS DALI | ASER TIENDA. |
| 1 | VIERNES | RUBIS DALI | ASER TIENDA |
| 2 | SABADO. | RUBIS DALI | ASER TIENDA. |

QUINCENA DEL 3 DE SEPTIEMBRE AL 16 DE SEPTIEBRE DEL 2000

| FECHA | DIA | TIENDAS | | LAVOR DESEMPEÑADE | |
|---|---|---|---|---|---|
| 3 | DOMINGO | RUBIS | DALI | ASER | TIENDA |
| 4 | LUNES | RUBIS | DALI | ASER | TIENDA. |
| 5 | MARTES | RUBIS | DALI | ASER | TIENDA |
| 6 | MIERCOLES | RUBIS | DALI | | |
| 7 | JUEVES | DESCANSO | | = | = |
| 8 | VIERNES | RUBIS | DALI | ASER | TIENDA |
| 9 | SABADO | RUBIS | DALI | ASER | TIENDA |
| 10 | DOMINGO | RUBIS | DALI | ASER | TIENDA |
| 11 | LUNES | RUBIS | DALI | ASER | TIENDA |
| 12 | MARTES | RUBIS | DALI | ASER | TIENDA |
| 13 | MIERCOLES | RUBIS | DALI | ASER | TIENDA |
| 14 | JUEVES | RUBIS | DALI | ASER | TIENDA |
| 15 | VIERNES | RUBIS | DALI | ASER | TIENDA |
| 16 | SABADO | RUBIS | DALI | ASER | TIENDA |

QUINCENA DEL 17 DE SEPTIEMBRE AL 30 DE SEPTIEMB
DEL 2000

| FECHA | DIA | TIENDA | LAVOR DESEMPEÑADA |
|---|---|---|---|
| 17 | DOMINGO | RUBIS DALI | ASER TIENDA |
| 18 | LUNES | RUBIS DALI | ASER TIENDA |
| 19 | MARTES | RUBIS DALI | ASER TIENDA |
| 20 | MIERCOLES | RUBIS DALI | ASER TIENDA |
| 21 | JUEVES | DESCANSO | = = |
| 22 | VIERNES | RUBIS DALI | ASER TIENDA |
| 23 | SABADO | RUBIS DALI | ASER TIENDA |
| 24 | DOMINGO | RUBIS DALI | ASER TIENDA |
| 25 | LUNES | RUBIS DALI | ASER TIENDA |
| 26 | MARTES | RUBIS DALI | ASER TIENDA |
| 27 | MIERCOLES | RUBIS DALI | ASER TIENDA |
| 28 | JUEVES | | |
| 29 | VIERNES | | |
| 30 | SABADO | | |

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

7 de mayo (Date)

OO (Place of interview)

I, (Mr.) Miss Mrs. Ms. [redacted], of ______ (Number, street, apt. no.),

______ (City or town), ______ (State) ______ (Zip code),

______ (Telephone number), ______ (Driver's license number - Do not request if number is same as Social Security number)

X years of age, (was/have been) employed by GENERAL MAINT. SERVC. (Establishment),

MPLS (Location of establishment) for the approximate period from ABRIL '01 to MAY 30, 01 (If still employed state "present")

as LIMPIADOR DE PISO (Occupation or description of duties)

Statement: YO PULÍ, Y HABÍA QUE MOPIAR Y ESTRIPIAR Y CARGAR LAS MAQUINAS AL TRAILER.

NO TUVIMOS HORARIO FIJO. NO NOS DEJÓ HABLAR DE SUELDOS NI HORARIOS. NOS RECOGIÓ SIEMPRE A LAS 9:30 O 10:00 (P.M.) Y SIEMPRE HABÍA QUE TRABAJAR HASTA LAS 8:00 EN LA MAÑANA, Ó A VECES HASTA LAS DIEZ.

NO EXISTE NINGÚN DOCUMENTO RELACIONADO AL TRABAJO. ~~NADA~~ NUNCA HABÍA QUE LLENAR APLICACIÓN U OTRO DOCUMENTO.

A VECES LLEVABA LOS HIJOS COMO SUPERVISORES O MANAGERS. (SON DOS, UNO MAYOR DE EDAD. MICHAEL NOS TIRÓ NUESTROS "COCA COLAS" Y NOS MALTRATÓ.

(If additional space is needed continue on reverse)

EN EL TRABAJO. TUVIMOS QUE TRABAJAR 7 DIAS LA SEMANA. EN UN MES YO TUVE UN SOLO DIA LIBRE. NOS DIJO LA MISMA NOCHE QUE IBAMOS A TRABAJAR - "NO, DESCANSEN HOY."

MICHAEL NO NOS QUIERE DAR PROTECCIÓN PARA LOS OJOS Y NARIZ. HAY UN AGENTE QUIMICO MUY FUERTE QUE USAMOS MIENTRAS ESTRIPIAMOS, Y NOS AFECTA MUCHO LA CARA. INCLUSO QUE ALGUNOS OBREROS SANGRARON POR LA NARIZ.

YO TRABAJE 10 HAS LA NOCHE, VARIABAN DE DIA en DIA, NUNCA ERA MENOS QUE 8 HORAS. 70 HRAS. LA SEMANA ES LO REGULAR NUNCA NOS PAGO LA QUINCENA. AL LLEGAR EL DIA de PAGO, NOS ENVIO LOS HIJOS ó OTRO CHOFER. NO SE PRESENTO. AL PRÓXIMO DIA, NOS DICE "MAÑANA", Y EL PRÓXIMO IGUAL. PASARON 4 DIAS PASANDO LA QUINCENA.

NOS PUSIMOS EN ACUERDO DE NO TRABAJAR SIN EL PAGO, Y MICHAEL LLAMO LA SEGURIDAD DE LA TIENDA. ERAMOS 4, PREGUNTANDO NO MÁS CUANDO NOS IBA A PAGAR Y CUANTO, Y NOS BOTÓ DE LA TIENDA CON LOS DE SECURIDAD. EL HA LLAMADO LA MICRA CONTRA SUS PROPIOS EMPLEADOS.

U.S. GPO: 2000 471-285/39672

19a-2

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

______ (Date)

______ (Place of interview)

I, Mr. / Miss / Mrs. / Ms. [redacted] (Name of employee), of (CONTINUED) (Number, street, apt. no.),

______ (City or town), ______ (State) ______ (Zip code),

______ (Telephone number), ______ (Driver's license number - Do not request if number is same as Social Security number)

______ years of age, (was/have been) employed by ______ (Establishment),

______ (Location of establishment) for the approximate period from ______ to ______ (If still employed state "present")

as ______ (Occupation or description of duties)

Statement: CREO QUE TIENE COMO 25 TIENDAS. DEBE DE TENER 2 EMPLEADOS PARA CADA TIENDA. MUCHAS VECES NO LOS TIENE. NUNCA PAGA EN LA QUINCENA, Y NOS DA LA MITAD DE LO QUE NOS DEBE. ~~LE~~ ESTAN QUITANDO TIENDAS.

UN AMIGO ~~ME~~ ME INFORMÓ QUE NECESITAN GENTE. NUNCA TUVE ENTENDIDO CUANTO ME IBA A PAGAR, O SI FUERA POR HORA O POR NOCHE. AL PREGUNTARLE MICHAEL, SE ENOJÓ. NO SUPE NADA DEL SALARIO. DE 10 de ~~MAYO~~ MAR. HASTA EL 30 de MARZO, UNOS 20 NOCHES de TRABAJO, ME DIO UN MONEY ORDER DE 250.00

TRABAJE EN ST. LOUIS PARK, BROOKLYN PARK, Y ALGUNOS 8 MÁS.

(If additional space is needed continue on reverse)

HAY ALGUNOS MANAGERS "RAINBOW" QUE HABLARON ESPAÑOL Y CONOCIERON A MICHAEL Y COMO ERA; NOS AYUDABAN. MICHAEL NOS QUITO' 50.°° LA QUINCENA PARA EL "RIDE."

HAY UN SEÑOR QUE CONOCEMOS, "MARGARITO XOLALPAN" QUIEN ESTUVO TRABAJANDO CON MICHAEL 4 AÑOS. MICHAEL INTENTO' OBLIGAR A ESTE SEÑOR A TRABAJAR.

HE LEIDO LO DE ARRIBA Y ES LA VERDAD, DE LO QUE YO SE'.

7 - 5 - 01

WITNESS [signature] 7/5/01

7 of May

[redacted]

Place of Interview: Do [redacted]

Address: [redacted]

Telephone: [redacted]

Age: 27

Employed by: General Maintenance Service

Location of Establishment: Minneapolis

Period: March 11,01 to March 30/01

Occupation: Floor Cleaning

Statement:

I polished, and I had to mop, and strip, and carry the trailer's machines. We did not have fixed schedules. He did not let us talk about salaries neither schedules. He always picked us up at 9:30 or 10 (PM), and we always had to work until 8:00 in the morning or sometimes until ten. There does not exist any document related to the work. There has never had been to fill out an application or any other document. Sometimes he used to bring his Sons as Supervisors or Managers. They are two, one older in age. Michael threw our "Coca Colas" and he mistreated us in the work. We had to work 7 days per week.

In one month, I had only one day off. He told us the same night that we were going to work. "Do not rest today". Michael does not want to give us protection for the eyes and nose. There is a chemical agent that it is very strong that we use, while we strip and it affect us the face a lot. Inclusive that some workers bled by the nose. I worked ten hours the night, they varied from day to day, it was never less than eight hours.70 hours.

The week is the regular. He never paid us for the semi monthly. When the day pay arrived, he sends his Sons to other driver. He did not show up. The next day, he tells us "tomorrow" and the next, the same. Four days passed paying the semi-monthly. We came to the agreement of not work without the pay, and Michael called the store's security, we were 4, asking only when he was going to pay us and how much, and he kicked us out of the store.

He has called the migra(referring to the INS) against his own employees.

I believe he owns about 25 stores. He should have two employees for each store. Many times he does not have them. He never pays the semimonthly. And he gives us half of what he owes us. They are taking them out of the stores. A friend informed me that they need people. I never had understanding how much he was going to pay me or if it was for hour or for night. Michael got angry when I asked him.

I did not know nothing about the salary. From the 10 of March until the 30th of March, some of 20 nights of work, he gave me a money order of $250.00 dollars. I worked in Saint Louis Park, Brooklyn Park, and some eight more.

B-19c

There are some Rainbow managers that spoke Spanish, and knew Michael and how he was, they used to help us. Michael deducted $50.00 from us semimonthly for the ride. There is a gentleman that we know, Margarito, Yoyalpan who was working for Michael 4 years. Michael intended to force this gentleman to work.

I have read the above and it is the truth of what I know.

X

Fecha: May 7, 2001

**Nombre:** [redacted]

**Direccion:** [redacted]

**Numero de Telefono:** [redacted]

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: 03-10-01 Hasta: 03-30-01

2. Tipo de Trabajo: LIMPIEZA DE PISO "EN TIENDA REIBOOW!"

3. Explique brevemente sus deberes: LAVAR PISO - PULIR PISO MAPEAR.

4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10 pm. Sale: 08 AM. | Entra: 10 pm Sale: 08 AM | Entra: 10 pm. Sale: 08 am. | Entra: 10 pm Sale: 08 am. | Entra: 10 pm. Sale: 08 AM. | Entra: 10 pm Sale: 08 AM. | Entra: 10 pm Sale: 08 AM. |

5. Como y cuanto le paga/pagaba? Por hora? Por turno?
LE MOLESTABA QUE PREGUNTARA CUANTO IBAMOS A GANAR. O CUANDO NOS IBA A PAGAR. NO SUPE CUATO PAGABA, por dia-noche.

6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
NO HAY FECHA PARA EL DIA DE PAGO Y NO PAGABA COMPLETO.

7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien?
NO APUNTABA LAS HORAS DE TRABAJO, PORQUE IBAMOS A DIFERENTES TIENDAS.

8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?
SI, NUNCA ME PAGO OVERTIME

9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas?
160 Hrs. 03-10-01 HASTA 03-30-01

10. Otro comentario:
NOS TRATA MUY MAL, CON GROSERIAS, NO PAGA LAS HORAS QUE TRABAJAS, NO DA DESCANSO BRAKE
NO DA PROTECCION PARA EL TRABAJO.

Lei lo de arriba y es la verdad:
Firma: [redacted]
Fecha: 05-07-01

6-19c

**Employee Personal Interview Statement**

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

7 de mayo, 01 (Date)

[illegible] (Place of interview)

I, (Mr.) Miss Mrs. Ms. [redacted] (Name of employee), of [redacted] (Number, street, apt. no.),

(City or town), (State) (Zip code)

(Telephone number), (Driver's license number - Do not request if number is same as Social Security number)

26 years of age, (was/have been) employed by GENERAL MAINTENANCE (Establishment), MPLS (Location of establishment) for the approximate period from 12 FEB. 01 to 5 MAY 01 (If still employed state "present")

as ~~MANTEMIEN~~ MANTENEMIENTO (Occupation or description of duties)

Statement: YO LIMPIÉ, HIZE EL STRIPPING, PUSE EL CERO, Y SERVÍ de CHOFER.

YO MANEJABA LA CAMIONETA de ÉL. FUÍ A RECOGER LA GENTE, Y LUEGO EN LA MAÑANA, RECOGÍ A TODOS Y LOS DEJÉ EN SUS CASAS.

TAMBIÉN TRABAJÉ EN LAS TIENDAS. RECORRÍ TODAS LAS TIENDAS, Y HABÍA UNA PERSONA PARA CADA TIENDA. YO VI ENTRE 25 Ó 30 PERSONAS EN LOS ÚLTIMOS 4 MESES.

ME PROMETIÓ 80.00 LA NOCHE. LUEGO ME DIO LA CAMIONETA Y ME PROMETIÓ 900.00 LA QUINCENA.

**(If additional space is needed continue on reverse)**

ME DIO 860. LA QUINCENA.

DE FEBRERO A ABRIL, TRABAJE TODOS LOS DIAS. DE ABRIL A MAYO, DESCANSAMOS 3 DIAS. (EN TOTAL). TRABAJE SIEMPRE 9:30 PM HASTA 9:00 O 10:00 EN LA MAÑANA.

TRABAJE, CUANDO YO ~~ERA ST~~ PUSE ESTABA de "STRIPPER" EN 9 TIENDAS.

HACE 15 DIAS NO MÁS, EMPIEZARON A MANTENER LAS HOJAS LOS MANAGERS "RAINBOW." LOS MANAGERS APUNTAN LAS HORAS; MICHAEL TIENE LOS HOJAS.

NUNCA HUBO NADA DE RENTA~~S~~ O DEPARTAMENTO. NOS COBRO 3.$^{00}$ EL DIA PARA GASOLINA.

TENGO 26 DIAS SIN PAGO NINGUNO.

HE LEIDO LO DE ARRIBA Y ES LA VERDAD DE LO QUE YO SE.

[redacted] 05/07/01

[signature] 7 DE MAYO, 2001

U.S. GPO 2000 471-285/39872

**7 of May, 01**
**Name:** [redacted]
**Address:** [redacted]
**Telephone Number:** [redacted]
**Age:**
**Employed by: General Maintenance, Minneapolis, MN**
**From: 18 February to 5 May, 01**
**Occupation: Maintenance**

**Statement:**

**I cleaned, I did the stripping. I put the wax, and I served as a chofer (driver). I used to drive his van. I went to pick up the people, and later in the morning, I picked everybody up. And, I left them in their homes. I also worked in the stores. I went around all the stores. And there was a person for every store. I saw between 25 or 30 people in the last four months.**
**He promised me $80.00 per night. Later, he gave me the van and he promised me $900.00 per semimonthly. He gave me $860 per semimonthly. From February to April, I worked all days. From April to May we took off three days (in total) I worked 7:30PM until 9:00 or 10:00AM. I worked when I was doing stripper in 9 stores.**

**About 15 days, no more, they started to keep the time sheets, the Rainbow's manager. The Managers write down the time sheets. Michael has the time sheets. There was never anything of rent or of apartment. He charged us $3.00 per day for gasoline. I have 26 days without any payment.**

**I have read the above and it is the truth.**

**X**

B-206

THANKS FOR SHOPPING WITH US

STATION #[illegible]

CUSTOMER RECEIPT [illegible]

DISP. # 4 [illegible] GAL [illegible]
FUEL SALE [illegible]
CASH [illegible]
VERIFICATION # [illegible]

*** DUPLICATE RECEIPT ***

PLEASE COME AGAIN

THANKS FOR SHOPPING WITH US

STATION #[illegible]

CUSTOMER RECEIPT [illegible]

DISP. # [illegible] GAL [illegible]
FUEL SALE [illegible]
CASH [illegible]
VERIFICATION # [illegible]

*** DUPLICATE RECEIPT ***

PLEASE COME AGAIN

THANKS FOR SHOPPING WITH US

STATION #[illegible]

CUSTOMER RECEIPT [illegible]

DISP. # [illegible] GAL [illegible]
FUEL SALE [illegible]
CASH [illegible]
VERIFICATION # [illegible]

PLEASE COME AGAIN

THANKS FOR SHOPPING WITH US

STATION #[illegible]

CUSTOMER RECEIPT [illegible]

DISP. # [illegible] GAL [illegible]
FUEL SALE [illegible]
CASH [illegible]
VERIFICATION # [illegible]

*** DUPLICATE RECEIPT ***

PLEASE COME AGAIN

Receipts for gasoline purchases made by [redacted]

B-20c

Fecha: May 7, 2001

**Nombre:**

**Direccion:** [redacted]

**Numero de Telefono:** [redacted]

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: 02/18/01 Hasta: 5/04/01

2. Tipo de Trabajo: Estrepiar

3. Explique brevemente sus deberes: Mandaba y Daba Ray alos Empleado Por los Noches y Por las Mañanas

4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 9:30<br>Sale: 9:30 | Entra: 9:30<br>Sale: 9:30 | Entra: 9:30<br>Sale: 9:30 | Entra: 9:30<br>Sale: 9:30 | Entra: 9:30<br>Sale: 9:30 | Entra: 9:30<br>Sale: 9:30 | Entra: 9:30<br>Sale: 9:30 |

No habia dia de Descanzo Fijo

5. Como y cuanto le paga/pagaba? Por hora? Por turno?
   Me hiba apajar 80 dolares por Noche

6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
   Prometio Cada 15 dias Pero Nunca hubo Fecha Fija

7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? Si
   el apontaba la hora de entrado y hora de Salida

8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?
   Trabajabo Mas de 40 hora Por la semana y Nuca hubo Pago extra

9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? No Me a Pagado 26 Dias Completos de 9:30 pm ha 9:30 de la Mañana

10. Otro comentario:

Lei lo de arriba y es la verdad:
Firma: [redacted]
Fecha: 5/07/01

B-20d

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

9 de Mayo, 2001
(Date)

Oficinas de DOL
(Place of interview)

I, Mr. / Miss / Mrs. / Ms. ______ (Name of employee) of [redacted] (Number, street, apt. no.),

______ (City or town), ______ (State) ______ (Zip code),

[redacted] (Telephone number), ______ (Driver's license number - Do not request if number is same as Social Security number)

>21 years of age, (was/have been) employed by General Maintenance (Establishment),

______ (Location of establishment) for the approximate period from 6 de Marzo, 2001 to 8 de Mayo (If still employed state "present")

as Limpieza General (Occupation or description of duties)

Statement: Empece trabajando con Mike Bakri al fines de enero en 1999. Trabajé hasta el mez de agosto de 1999. Luego volví a trabajar con Mike Bakri en Marzo de 2001. Anoche estaba estripeando unos pisos de unas oficinas de Rainbow, Mike se enojó y me corrió. El dice groserias y abusa a la gente que no hablan engles.

Siempre he trabajado 6 dias a la semana. Descansaba un dia variable. Yo entraba la tienda a las 10 de la noche y salia de la tienda a las 7 de la mañana. No descancaba durante el turno. Si Mike llegara mientras estabamos trabajando nosotros, se enojaba mucho si encontrara una botella de agua o sodas. No habia tiempo para descansar. A veces Mike llegaba a las 4 o 5 de la mañana para llevarnos a otra tienda. El tenia unas 2 tiendas

(If additional space is needed continue on reverse)

que empezabamos a limpiar en la mañana. Con 4 o 5 personas podiamos acabar en una o dos horas.

Yo trabajaba 9 horas cada noche normalmente y trabajaba 6 noches en la semana. Trabajaba 54 horas en la semana. Pienso que los demas trabajaban las mismas horas que yo trabajaba y que descansaban un dia a la semana.

Yo iba a trabajar en una camioneta de Mike. Mike tenia varias camionetas para llevar gente a trabajar. El tiene un raitero mexicano que se llama Concepcion. Mike, su suegro, y su hijo tambien llevaban gente a trabajar. En una noche hay varias personas - como 3 o 4 personas - que llevan gente al trabajo. Cobra $50 en la quincena por el ride. Cuando una persona entra o empieza a trabajar con Mike, trabajan la primera quincena y el les paga despues de un mes. Siempre hay una quincena que se queda de fondos.

Cuando entre a trabajar en Marzo de 2001, Mike me dijo que me iba a pagar $800 por quincena. Me pago' $800 nada mas una vez - el 16 de April.

Mike me pagó $350 duespues de la primera quincena que trabaje en Marzo. Me pagó $340 despues de la segunda quincena. Ya tengo una quincena que sequedó de fondos.

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

_______________ (Date)

_______________ (Place of interview)

I, Mr. / Miss / Mrs. / Ms. _______________ (Name of employee), of _______________ (Number, street, apt. no.),

_______________ (City or town), _______________ (State) (Zip code),

_______________ (Telephone number), _______________ (Driver's license number - Do not request if number is same as Social Security number)

_______ years of age, (was/have been) employed by _______________ (Establishment),

_______________ (Location of establishment) for the approximate period from _______ to _______ (If still employed state "present")

as _______________ (Occupation or description of duties)

Statement: Mike no me ha pagado nada para 21 dias de trabajo. Son 12 dias de las dos primeras quincenas y 9 dias desde el 28 de april que trabajo sin pago.

Cuando trabajé en 1999 Mike estaba encargado del negocio. En las primeras 3 quincenas que trabaje en 1999 me pagó $200 para cada quincena. Trabajaba las mismas horas en 1999. Despues me pagaba como $700 o $650 por quincena — nunca me pagaba una cantidad fija. Yo pienso que a todos no pagaba una cantidad fija. Mike nunca nos explicó como nos estaba pagando. No queria que le preguntaramos nada sobre nuestro pago. Se enojaba mucho con nosotros cuando preguntamos o cobramos el dinero.

Para la gente que tiene una tienda fija donde trabajan, tienen un papel que

(If additional space is needed continue on reverse)

le dan al manager de Rainbow ~~[illegible]~~ para firmar las horas trabajadas. Como yo no tengo una tienda donde trabajo solo no hay hojas con mis horas trabajadas que ~~[illegible]~~ firmó el manager de Rainbow. La mayoria de los trabajadores trabaja solo en la tienda y las horas estan apuntadas en las hojas. Hay un grupo de 3 o 4 personas que no trabaja en una tienda fija. Son ~~[illegible]~~ Francisco y los demas no me acuerdo — o Agustin es uno que no quire venir a hablar. Los que tienen hojas, las entregan a Mike. No tienen su propia copia. Apenas empezaron con estas hojas. Hace como un mes y medio o 2 meses que aputaban la horas.

He leido lo de arriba y es la verdad
x 9. de may. 2001 [redacted]

Date: 9 of May, 2001
Place of Interview: DOL Office
Mr. [redacted]
Address: [redacted]

Telephone Number: [redacted]
Age:
Employed by: General Maintenance
Period: 6 of March,2001 to 8 of May.
Occupation: General Cleaning

Statement

I started working with Mike Bakri at the end of January in 1999. I worked until the month of August of 1999. Then I returned to work with Mike Bakri in March of year 2001. Last night I was stripping a few floors of some offices of Rainbow. Mike got angry and fired me. He insulted us and he abuses the people who do not speak English. I have always worked 6 days a week. I use to take time off one day variable. I use to enter the store at 10:00 PM and left the store at 7:00 AM. I did not rest during the turn. If Mike would come while we were working, he would get very mad a lot. If he found a water/ soda bottle, there was no time to rest. Sometimes Mike came at 4:00 or 5:00 AM to take us to another store. He use to have two stores that we use to start to clean in the morning with 4 or 5 people. We could finish in 1 or 2 hours. I use to work 9 hours every night. Normally I use to work 6 nights a week. I use to work 54 hours in the week. I think that other people use to work the same hours that I use to work. And that they took time off one day per week. I use to go to work in Mike's van. Mike had various vans to take the people to work. He has a Mexican driver whose name is Concepcion. Mike's father in law and his Son also use to hiring people to work. In one night there are various people like 3 or 4 people who take people to work. He charges $50.00 for 15 days for the ride.

When a person starts to work with Mike, they work the first 15 days and he pays them after 1 month. There is always a 15 days that he keeps the fondos( refering to money). When I started to work in March of 2001 Mike told me that he was going to pay $800.00 for every 15 days. He paid me $800.00 only one time. The 16 of April, Mike paid me $350.00 after the two weeks(semimonthly) that I worked in March. He paid me $340.00 after the two weeks (semimonthly). I already have 15 days that do not have money. Mike has not paid me anything for 21 days of work. They are 12 days of the two primary 15 days in 9 days. From the 28 of April that I work without pay. When I worked in 1999 Mike was in charge of the business. And during the three semimonthlies that I worked in 1999 he paid me $200.00 for every two weeks. I use to work the same

B-21