**hours in 1999. After he use to pay me like $700.00 or $650.00 for every two weeks/he never use to pay me a fixed salary. I think that he did not pay the fixed amount to anybody. Mike never explained to us how he use to pay us. He did not want us to ask him anything about our pay. He use to get mad a lot at us when we asked or when we charged the money. For the people who have a fix store where they work, they have a paper that they give to the Manager of Rainbow to sign the hours worked. Because I do not have a store where I work alone there are no time sheets with my work hours that the Manager of Rainbow signed. The majority of workers work alone in the store. And the hours are written in the time sheets. There is a group of 3 or 4 people that do not work in a fixed store. They are francisco and the other ones, I do not remember or Augustin is one who does not want to come to talk. The ones who have time sheets, they gave them to Mike. They do not have their own copy. They just started with this time sheets. It has been like 1 month and ½ or 2 months that they use to write down the hours.**

**I have read the above and it is the truth.**

**X**

B-21d

INTERNATIONAL MONEY ORDER

03/19/01

TravelersExpress*MoneyGram*

967 939734
MONEY ORDER

9678939734 2

IMPORTANT - SEE BACK BEFORE CASHING

**$350.00

THREE HUNDRED **
FIFTY DOLLARS **
00 CENTS ******

PAY TO THE ORDER OF:

PURCHASER, SIGNER FOR DRAWER:
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS: 1108 Meadowwood Dr
B. Park, Mn. 55444

73965339710001
2481541078095734

Payable Through
WF National Bank
South Central
Faribault, MN

ISSUER/DRAWER:
TRAVELERS EXPRESS COMPANY, INC.

⑆091900533⑆967 8939734 2⑈ .90

6-21c

**GENERAL MAINTENANCE & FLOOR SERVICE INC**
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

17-7000/2910 10
1851910267

April 2, 01 DATE

PAY TO THE ORDER OF [illegible] $ 340.00

Three hundred forty + 00/100 DOLLARS

Security Features Details on Back

TCF NATIONAL BANK 5205 Central Ave. N.E. Fridley, MN 55421 EXPRESS TELLER

FOR 3/6 - 3/19/01

Michael Bakri MP

⑆291070001⑆ 1851910267⑈ 6211

B-21F

TravelersExpress. INTERNATIONAL MONEY ORDER

05/04/01 88-1055/1119

9626960202
MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

**$350.00

THREE HUNDRED **
FIFTY DOLLARS **
00 CENTS *******

70551000190002
215114112412O202

96269602022

PAY TO THE ORDER OF:

PURCHASER, SIGNER FOR DRAWER:
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:

*Payable Through*
*COMPASS BANK*
*Dallas, Texas*

ISSUER/DRAWER:
TRAVELERS EXPRESS COMPANY, INC.

⑆111910555⑆962 6960202 2⑈ 90

B-21g

GENERAL MAINTENANCE & FLOOR SERVICE INC.
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

17-7000/2910
1851910267

May 7, 01 DATE

PAY TO THE ORDER OF [redacted] $356.00

Three hundred fifty-six & 00/100 DOLLARS

HARLAND 2000

TCF NATIONAL BANK 5205 Central Ave. N.E. Fridley, MN 55421

EXPRESS TELLER

FOR 4/15 - 4/28/01 (12)

Michael Baker

⑆291070001⑆ 1851910267⑈ 6377

B-21h

GENERAL MAINTENANCE & FLOOR SERVICE INC
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

17-7000/2910 10
1851910267

April 16, 01 DATE

PAY TO THE ORDER OF

$ 800.00

Eight Hundred — DOLLARS

NSF

TCF NATIONAL BANK
5206 Central Ave. N.E.
Fridley, MN 55421

EXPRESS TELLER

FOR 4/1 - 4/14/01 — (12)

[Michael Bakke]

⑆291070001⑆ 1851910267⑈ 6335 ⑈0000080000⑈

HARLAND 7000

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA [illegible]

B-21:

# Employee Personal Interview Statement

**U.S. Department of Labor**
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

05/07/2001

Telephone

I, [redacted] of

[redacted]

phone:

years of age, (was/have been) employed by General Maintenance

Brooklyn Park, MN for the approximate period from to

as

Statement:

I worked as a cleaner in the Rainbow stores. I only did cleaning.

I worked from 10pm or11pm until 7am or 9am in the morning. I did not take a break - the owner said we could not take a break and once got angry when he saw we were drinking cokes.

I worked 7 days a week during the winter. The floors were much dirtier in the winter.

Once the snow was gone, I would get one day of rest so I worked 6 days a week.

I was paid $60 per night. From April 5th to May 5th I worked but was paid nothing. Also my first week of work was considered a deposit and I have not been paid for this. For the first biweekly pay period I was only paid for one week. In summary, I have not been paid for about 5 weeks of work.

Mike was in charge of our work. His wife signed our checks.

# Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

**This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.**

7 de mayo, 01
(Date)

(Place of interview)

I, (Mr.) Miss Mrs. Ms. ______ (Name of employee), of ______ (Number, street, apt. no.),

______ (City or town), ______ (State) ______ (Zip code),

______ (Telephone number), ______ (Driver's license number - Do not request if number is same as Social Security number)

______ years of age, (was/have been) employed by ______ (Establishment),

______ (Location of establishment) for the approximate period from ______ to ______ (If still employed state "present")

as ______ (Occupation or description of duties)

Statement: ~~Sie~~ Siempre fui en la camioneta de la empresa. A veces, para regresar, nos iba a recoger, a veces tuvimos que volver en bus.

Pasaron a recogerme a las 9:00 o 9:30. Lo normal fue 40 minutos. El máximo fue una hora. La vuelta igual.

He leído lo de arriba y ~~fue~~ es la verdad.

Nos quitó $50.00 la quincena de nuestros cheques para el transporte.

______ MAY-07-01

(If additional space is needed continue on reverse)

7 Of May, 01

[redacted]

**Statement:** I always went in the company's van. Sometimes to come back, he used to pick us up, sometimes we had to go back by bus.
They went to pick me up at 9:00 or 9:30. The normal was 40 minutes. The maximum was an hour. The return was the same.

I have read the above and it is the truth.

He deducted us $50.00 the semimonthly of our checks for the transportation.

X

B-23b

Fecha: May 7, 2001

**Nombre:** [redacted]

**Direccion:** ____________________

**Numero de Telefon** [redacted]

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: 03-10-01 Hasta: 03-30-01
2. Tipo de Trabajo: LIMPIEZA
3. Explique brevemente sus deberes: BARRER - LAVAR y PULIR PISO.
4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado |
|---|---|---|---|---|---|---|
| Entra: 10:00 PM | Entra: 10:00 PM | Entra: 10:00 PM | Entra: 10:00 PM | Entra: 10:00 PM | Entra: 10:00 PM | Entra: 10:00 PM |
| Sale: 8:00 AM | Sale: 8:00 AM | Sale: 8:00 AM | Sale: 8:00 AM | Sale: 8:00 AM | Sale: 8:00 AM | Sale: 8:00 AM |

5. Como y cuanto le paga/pagaba? Por hora? Por turno?
   NO HUBO AREGLO
6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
   NO A PAGADO
7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? NO
8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*?
   SI SE TRABAJABA MAS. NO PAGABA OVERTIME Y PAGO
9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? 200 - hrs.
10. Otro comentario: NO DABA BREAK. SE MOLESTABA E INSULTABA A TODOS CON GROCERIAS Y JALONES Y AMENAZAS DE HABLAR A LA POLICIA

Lei lo de arriba y es la verdad: SI
Firma: [redacted]
Fecha: MAY - 7 - 01

B-23c

| | |
|---|---|
| Date: | May 7, 2001 |
| Na[redacted] | |
| Address:[redacted] | |
| Phone Num[redacted] | |

Answer the following questions to the best of your ability

| | | |
|---|---|---|
| 1. | Date of Employment: From 03/10/01 | 03/30/01. |
| 2. | Type of Work: Cleaning | |
| 3, | Explain briefly your duties: | Sweep, wash and polish the floor. |

| | |
|---|---|
| 4. | In a normal week, write down the hours you work/used to work . |

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| | Enter:10:PM Leave:8:AM | Enter:10:PM Leave:8:AM | Enter:10:PM Leave:8:AM | Enter:10:PM Leave:8:AM | Enter:10:PM Leave:8:AM | Enter:10:PM Leave: 8:AM | Enter:10:PM Leave:8:AM |

It was a variable rest day

| | |
|---|---|
| 5. | In which way and how much did he pay you/use to pay you? Per hour? Per turn? There was not an arrangement |

| | |
|---|---|
| 6. | How frequently did he pay you? Every semimonthly? Every week? Or any shift fixed date? He has not paid. |
| 7. | Do you know if the Manager of Rainbow writes down /use to write down the hours? If he wrote them down, are they well written? No |

| | |
|---|---|
| 8. | Do you work/have worked more than 40 hours in one week? If you work/ used to work did he pay you overtime? If we worked more, he did not pay overtime. |

| | |
|---|---|
| 9. | How many hours have you worked that have not been paid? Indicate the dates you have worked these hours? 200 hours |

| | |
|---|---|
| 10. | Another comment: He was annoyed and insulted everybody with rudeness and pulls and threaten to call the Police. |

I have read the above and it is the truth

Sign

Date

B-23d

Fecha: May 7, 2001

Nombre: [redacted]

Direccion:

Numero de Telefono:

**CONTESTE LAS SIGUIENTES PREGUNTAS LO MEJOR QUE PUEDA**

1. Fechas de Empleo: De: Principio de Enero Hasta: 01-Mayo-2001

2. Tipo de Trabajo: Limpiesa

3. Explique brevemente sus deberes: Echar Haaz - Extriper
Manejar Maquinas - Trapiar - Barrer - Lavar - Limpiar

4. En una semana normal, apunta las horas que trabaja/trabajaba:

| Domingo | Lunes | Martes | Miercoles | Jueves | Viernes | Sabado | |
|---|---|---|---|---|---|---|---|
| Entra: 10:00 | Entra: 10:00 | Entra: 10:00 | Entra: 10:00 | Entra: 10:00 | Entra: 10:00 | Entra: 10:00 | PM |
| Sale: 8:00 | Sale: 8:00 | Sale: 8:00 | Sale: 8:00 | Sale: 8:00 | Sale: 8:00 | Sale: 8:00 | AM |

Personal check

5. Como y cuanto le paga/pagaba? Por hora? Por turno?
Por Turno

6. Con que frequencia le pagaba? Cada quincena? Cada semana? O ni una fecha fija?
Por Quincena

7. Sabe si el gerente de Rainbow apunta/apuntaba las horas? Si las apuntaba, estan apuntadas bien? no se

8. Trabaja/trabajaba mas de 40 horas en una semana? Si las trabaja/trabajaba le pago *overtime*? sí 40 hrs per week → NO
Si 20 Horas a la sema 40 Horas a la Quincena

9. Cuantas horas ha trabajado que no han sido pagadas? Indique las fechas que trabajo estas horas? Desde que inicie a trabajar para el — About 160 hrs but did not pay overtime.

10. Otro comentario: Los cheques que me daba fueron de $360 y $380 a la quincena - me pagaba medias quincenas - una quincena de fondos

Lei lo de arriba y es la verdad:
Firma: [redacted]
Fecha: 07-05-2001

B-24a

GENERAL MAINTENANCE & FLOOR SERVICE INC
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

6226

April 2, 01 DATE 17-7000/2910 10
1851910267

PAY TO THE ORDER OF ___ $380.00

Three hundred eighty ✓ 00/100 DOLLARS

TCF NATIONAL BANK 5205 Central Ave. N.E. Fridley, MN 55421 EXPRESS TELLER

FOR 3/10 - 4/2/01 - 250.00 Advance

Michael Bakkin

⑆291070001⑆ 1851910267⑈ 6226

GENERAL MAINTENANCE & FLOOR SERVICE INC
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

6354

April 27, 01 DATE 17-7000/2910 10
1851910267

PAY TO THE ORDER OF ___ $360.00

Three hundred sixty ✓ 00/100 DOLLARS

TCF NATIONAL BANK 5205 Central Ave. N.E. Fridley, MN 55421 EXPRESS TELLER

FOR Advance

Michael

⑆291070001⑆ 1851910267⑈ 6354

B-246

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

08/07/2001

Telephone

I, [redacted] of

phon[redacted]

years of age, (was/have been) employed by General Maintenance

Brooklyn Park, MN for the approximate period from 11/26/2000 to 12/09/2000

as Limpiador

Statement:

Trabajé 15 dias haciendo la limpieza en los Save-A-Centers. Michael Bakri no me ha pagado nada. Michael me dijo que me iba a pagar $60 por noche. Al principio me dijo que me había mandado mi dinero pero nunca llego. Luego me dijo que la compañía que tenia el contrato con los Save-A-Centers no le había pagado y que no tenía el dinero para pagarme.

Trabajé los 15 dias sin dia de descanso. Trabajaba desde las 11 de la noche hasta las 7 de la mañana. No descansaba durante el turno. No había tiempo para descansar. Muchas veces las máquinas estaban rotas y tardabamos mucho. A veces las maquinas tiraba demasiada agua y teníamos que limpiar el agua.

Mi trabajo era limpiar toda la tienda. Tenía que limpiar los dos banos publicos, la bodega, y las oficinas. Tambien limpiabamos los pisos de la tienda. Siempre trabajaba con mi hermano Ivan Torres. Trabajabamos en diferentes tiendas. Pienso que Michael tenia como 4 tiendas. Muchas veces trabajabamos en la tienda Tchoupitoulas que es una de las 4 tiendas Save-A-Center. Cada noche hablabamos a la persona encargada para saber done ibamos a trabajar aquella noche. La persona ecargada durante mi empleo era Bruce.

Cada tienda tenía una hoja para la semana. Cuando trabajabamos teníamos que firmar la hoja. No se quien mantenía esas hojas.

Mi hermano Ivan Torres trabajó muchas semanas. El Michael le debe a Ivan mas de $1,000. Ivan trabajaba como 50 o 60 horas en la semana. No se exactamente cuantas semanas trabajó Ivan.

En este momento no me acuerdo la dirección de nuestra casa.

Yo declaro y certifico bajo pena de perjurio, que lo anterior es cierto y correcto.
Firma: Fecha:

form WH-31 B

B-25

08/07/2001
Name [redacted]
Phone Numbe[redacted]
Employed by: General Maintenance
Brooklyn Park
Period: 11/26/2000 to 12/09/2000
As : Cleaning

Statement:

I worked 15 days doing the cleaning in the Save-A-Centers. Michael Bakri has not paid me anything. Michael told me that he was going to pay me $60 per night. At the beginning he told me that he sent me my money but it never came. Then he told me that the Company that had the Contract with the Save-A- Centers did not pay him and that he did not have the money to pay me.

I worked the 15 days without any day of rest. I used to work from 11 in the night until 7 in the morning. I would not rest during the turn There was not any time to rest. Many times the machines were broken and we delayed a lot. Sometimes the machines threw to much water and we had to clean the water.

My work was to clean the entire store. I used to have to clean the two public bathrooms, the warehouse, and the offices. Also we used to clean the store's floors. I always worked with my brother Ivan Torres. We used to work in different stores. I think that Michael had 4 stores. Many times we worked in the stores Tchoupitoulas that is one of the 4 stores Save-A-Center. Each night we used to talk to the person in charge to know where we were going to work that night. The person in charge during my employment was Bruce. Every store had a time sheet for the week. When we used to work we had to sign the sheet. I do not know who kept those sheets.

My brother Ivan Torres worked many works. The Michael owes Ivan more than $1,000. Ivan used to work like 50 or 60 hours per week. I do not know exactly know how many weeks Ivan worked.

In this moment, I do not remember the address of our house.

I declare and certify under penalty of perjury, that the previous is true and correct

Signature: Date:

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

02/16/2001

Telephone

I, Noe Villarreal ,of 3126 Edenborn Avenue

Metairie LA 70002

504-889-2531

Adult years of age, (was/have been) employed by Michael Backri

for the approximate period from 11/01/2000 to 12/31/2000

as Maintenance Worker

Statement:

I have not worked for Michael Backri since he lost the contract at the end of the year.

My duties invovled general maintenance such as scrubbing and mopping and cleaning the floors.

I worked at 4 different Sav-A-Center stores: 2900 Veteran's Boulevard, Metairie; Powers Boulevard, Metairie; Airline Avenue, Metairie; and Tcoupituolas Street, New Orleans.

I worked the night ("graveyard") shift. I would start working each night at 11:00 PM, and would end my shift at 7:00 AM. On only one occasion, I had to work past 7:00 AM, until 8:00 AM to finish my duties. If I wanted a shift off, I would take a shift during the day so I was still working the same number of hours. I only worked the day shift 2 times. I did not get any breaks during my night shifts.

For the first 4 weeks I worked for Michael, I worked 7 nights per week. Then, after that, I worked only 6 nights per week.

I would say that others usually worked even more hours than myself. I only had one shift, but some of the them had double shifts. We all had the same types of duties. The day crew would mostly clean the break room, restrooms, and do mopping and sweeping all day long. The second shift would do some additional trash duties and that kind of thing, and the graveyard crew would do floor buffing, etc.Each shift had special duties to perform.

Each shift, I would work at 2 stores which varied from night to night. I would spend the first 3 hours at the first store and then the rest of the night at the second store. I would drive my own vehicle between the stores. I would drive directly from one store to the next. I never gave anyone else a ride.

The stores that we worked at were open 24 hours per day

After I had worked for Michael for about one month, a letter was sent from the contracting compay and we had to sign in and out on sign-in/out sheets. Prior to that, I did not record any of my hours of work. I would sign in immediately when I arrive at a location and start working right after signing in. Then I would sign out when I was done working, right before I left. My sign-in and outs should reflect my hours of work at each store. The number of hours I worked each shift were the same prior to the sign-in/out logs as they were after I started filling them out.

We were told where and when we should work by Bruce Hammond who was a supervisor for Michael. He lived in an apartment that Michael rented out for some of the employees.

I rented my own apartment and did not live in the apartment Michael rented. I paid for all of my own living expenses.

N.V.

I got the job through a [illegible]nd. He told my about the work [illegible] that Michael was in town. I went to see Michael and he asked me when I could start. I never had to sign anything or fill anything out for Michael. He told me that I would be paid ~~$7.00~~/hour. $8.00/HOUR N.O.V

I was only paid 2 times. I was paid $300.00 after the first 3 weeks of work, and then $300.00 on 1/5. Both payments were personal checks from Michael Backri. I was able to cash both of them without a problem.

I got the job through a friend. He put me in touch with Michael. He was here so I went and talked to him personally - I aksed if hed needed me, and he said yes and asked if I could start the next night. He told me I would be paid ~~$7.00~~ per hour. $8.00 - NOV I did not sign anything at any time for him.

Other persons who I know have worked for Michael are Yvonne, Maria, Roberto, Juan, Pedro, Gustavo, Lino, Carlos, Kendo, Ronald, Lonni, Oscar, Marco, Marcio. I am not sure of their last names.

I have never had any contact with anyone from Hi-Tech. The only thing I got from them are the rules of what I have to do. The rules I saw it at the store. It just said things to do like to sweep, scrub and mop the floor, and to make sure everything got done before I left my shift.

The store co-manager would be the one who checked to see if our work was done correctly. They were the ones ~~who~~ would initial the sign-outs - and that meant I could leave. If something was not done properly, the store manager would tell me to finish up before I left. Only once, I had to stay until 8:00 am to finish something.

The employer had two vans that had all of the cleaning equipment I them. I never drove one of the vans. I had my own car that I would use to get from place to place. Ii just used the equipment that was at the store. I am not sure who owned the equipment. I did not own any of my own equipment.

I have not talked to Michael since he hired me. I do not know the real name of his company. I am not sure how often he came down here. I do not know of him ever stopping in at the stores that I worked, but I worked graveyard shift.

I think everyone who worked for Michael was over 18 years of age.

I am not aware of any other business activities of Michael's around here.

I have read the above and agree it is true:

X NOE VILLARREAL

Taken and witnessed by Amee Christensen, Investigator

*Employer:* Michael Bachri

*Complaint Taker:*______________

*Investigator:* A. Christensen

*Please sign & date:*

## *PERMISSION TO USE NAME STATEMENT*

*I, ___________________________________, hereby give the Wage Hour Division permission to use my name and any information I have or will provide, to the extent necessary in any negotiations, letters, or discussions with________________________________________ in pursuing my Fair Labor Standards Act (FLSA) complaint.*

*Signature:* Noe Villa[illegible]

*Date:* 3/09/01

*Telephone Number:* (504) 889-2531

B-26c

**U.S. Department of Labor**

**Wage and Hour Division**
TriTech Office Center, Suite 920
331 Second Avenue South
Minneapolis, MN 55401-2233
Phone: (612) 370-3377
Fax: (612) 370-3372

February 21, 2001

Noe Villarreal
3126 Edenborn Avenue
Metairie, Louisiana 70002

Dear Mr. Villarreal:

Please find enclosed the interview statement taken from our telephone conversation on 2/16/2001. Your signature is needed to verify the accuracy of the information contained in this statement. Please take time to review and sign the attached statement, after the words *I have read the above and agree it is true* (at the "X"). If you see any inaccuracies, please make the necessary corrections in ink, and initial those changes. This statement should be returned promptly in the envelope provided (no additional postage necessary).

Per our conversation, I have also enclosed a Permission to Use Name form for you to sign and return with your signed interview statement.

If you have any questions, please feel free to contact me at the number listed above. Thank you for your time and cooperation.

Sincerely,

Amee Christensen

Amee Christensen
Investigator

Enc: Interview Statement (WH-31)

B-26 d

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage Hour Laws. While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent under existing law.

2/16/2001
(Date)

Telephone
(Place of interview)

(Mr.) Miss Mrs. Ms.

I, [redacted] (Name of Employee), of [redacted] (Number, street, appt. no.)

[redacted] (City or town), ____ (State), ____ (Telephone number)

____ years of age, (was/have been) employed by Third Party Interview

N/A (Location of establishment) for the approximate period from N/A to ____ (If still employed state "present")

I ~~was~~ am employed at the Sav-A-Center, #60 – 2900 Veteran's Memorial Blvd in Metairie. I got to know the people who worked for Michael because I was the only Spanish-speaker at the store, and people would use me as an interpreter.

I observed Michael's crews working at various times of the day because I worked all kinds of hours. I know that may of them worked double shifts because as they would be leaving my store from one shift, then would be going to another store to work the next shift.

For example, I believe that Moises worked 16 hours per day, 7 days per week. Most of them worked 14-16 hours per day, 6-7 ~~hours~~ DAYS per week.

Michael had a "supervisor" down here that kept track of things. His name was Jose. I am not sure of his last name. I think Michael had people working for him that he did not even meet because Jose would hire people.

Jose once called at 3:00 am and sounded scared and wanted someplace to stay. He asked if he could come here because Michael was coming to throw him out. Then I never heard from him again. He disappeared. I saw Michael later while he was in town and I asked him where he was and he said Jose was crazy and that he sent him back to Mexico.

Before this all happened with Jose, Moises also came to me panicking because he had worked for 30 days without pay and he wanted leave Michael and live with me. He did not know what to do because if he quit working for Michael, he would have no where to live. I told him he could stay with me. He told me he told Jose he was not going to work without getting pay, that Jose told Michael that, and that Michael kicked him out. He was going to come over on Saturday morning to live with me for a while, and I never saw him again. Jose came to me about a week, thinking Moises had been in my house this whole time. He said he wanted to find Moises to tell him Michael was in town and wanted to pay him.

On 1/14 following these events, Kevin Arango who was living with me, still had not been paid. But Michael had promised to pay him on the 15th. I told Kevin to call Michael to make sure his check was coming. I listened in on the entire conversation from another extension. Michael talked to Kevin like he was a dog and told him that because Hi-Tech did not pay him (Michael), he would not pay them (workers). He said Michael would have to sue

him to get paid. I have an AT&T bill showing the call. When we called Michael, he was at a store in Minnesota working and took the call on his cell phone. I heard that Michael has a contract to clean about 35 stores up in Minnesota – but that's a separate business.

Michael sent Kevin keys to vans to be able to move them. I told him to move them to my lot so when Michael comes, he will have to see Kevin so Kevin can demand his pay. When Michael found out the vans were where he wanted them, he threatened to call police and report vans stolen.

Michael rented an apartment for most of the workers to live in and furnished it very nicely with a big TV, new furniture, etc. He also purchased first one and then a second van for the guys to use to get from site to site. The vans were stocked with cleaning supplies and equipment.

Since the last call on 1/14/01, there had been no contact between Michael and the workers that I am aware of. We have reported the situation to the police, but they advised us this was a civil matter and that we needed an attorney. I have visited several attorneys regarding this, but none want to take on the case as there is no significant money involved. As soon as we hung up, we called the police and reported problems. We know this is a civil matter.

After Jose left, on one of the two occasions Michael did make some payment to the workers, he sent a check for $2,500 to Kevin and Kevin had to divide it up among the workers. There are records of these transactions. Kevin would know more about it. I think Kevin only got one payment since he started after the first payment had been made.

I have read the above and agree it is true:

X [redacted] ______________________________

Taken and witnessed by Amee Christensen ________