# Exhibit 5 Subcontractor Data Sheet

01/30/2001 03:55 560752? MICHAEL BAKR PAGE 03

225

# SUBCONTRACTOR DATA SHEET

| | | | |
|---|---|---|---|
| NAME: Last: BAKRI | First: MICHAEL | MI: I. | |
| HOME ADDRESS: Street: 1108 MEADOWWOOD DRIVE | City: BROOKLYN PARK | State: MINNESOTA | Zip 55444 |
| HOME PHONE #: 763-566-4419 | PAGER/VOICE MAIL/FAX #: FAX # (763) 560-0077 CELL PHONE: (612) 998-1319 area 5 Tax 6.5 | | |
| COMPANY NAME: GENERAL MAINTENANCE & FLOOR SERVICE, INC | | | |
| COMPANY ADDRESS: Street: 1108 MEADOWWOOD DRIVE | City: BROOKLYN PARK | State: MINNESOTA | Zip: 55444 |
| COMPANY PHONE #: 763 560-7539 | | | |
| FEDERAL ID #: | OR SOCIAL SECURITY #: 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 | | |
| IS YOUR COMPANY: | Incorporated? | Partnership? | Sole Proprietorship? X |
| HOW MANY EMPLOYEES DO YOU HAVE? 40 | | | |
| INSURANCE AGENT: PROGRESSIVE/ABDEL AZIZ | | | |
| INSURANCE ADDRESS: Street: 500 N. Robert St. # 222 | City: ST. PAUL | State: MINNESOTA | Zip: 55101 |
| INSURANCE PHONE #: (651) 602-0065 | | | |
| DATE: 12/5/00 | SIGNATURE: Michael Bakri | | |

612,

C-6b