# Exhibit 6 Subcontractor Agreement

Cleaning Management LLC

# SUBCONTRACTOR AGREEMENT

Parties. This agreement between Contractor, Industrial Cleaning Management, LLC, hereinafter "ICM" and DBA hereinafter "Subcontractor", is effective on the date signed by ICM.

Services: Subcontractor agrees to furnish and maintain at its own expense, all required supervision, labor, vehicles, equipment, materials and documented paperwork to provide maintenance, floor cleaning service or any other services outlined by ICM (hereinafter "Services") as well as paperwork and safety requirements, as specified in the Subcontractor Task Sheet signed by Subcontractor for each Customer account being serviced. Subcontractor agrees to hire personnel, maintain equipment, and perform floor care services in accordance with all federal, state and local laws, regulations and ordinances, decrees and rules, and in accordance with safety standards established by ICM. Subcontractor also warrants that all personnel will be supervised and neat in appearance, as well as ensure that personnel work safely by using wet floor signs, etc. Required wet work can be performed during any time that the store is not open to the public. However, for stores that are open 24 hours, required wet work for safety reasons can only be performed between the hours of 10PM and 7AM.

Independent Subcontractor: Subcontractor shall be fully responsible for and shall perform all such Services as an independent Subcontractor only, operating under a fictitious business name, and not as an agent, employee or co-venturer with ICM and nothing herein shall be construed to be inconsistent with this relationship or status. Subcontractor agrees not to assign or use other subcontractors to fulfill the Services.

3. Payment: Upon satisfactory completion of all required Services performed by Subcontractor during each specified time period, and submission of a signed work order to ICM on or before the Friday immediately following the week ending date, ICM shall pay Subcontractor the contract fee due. The contract fee will be paid to Subcontractor every other Friday provided work orders and invoice(s) are received by the Friday prior to when the contract fee is due. Subcontractors servicing customers on a monthly basis will be paid monthly on the next Friday provided the work orders and invoice(s) are received in the ICM office the Friday prior to when the contract fee is due. Payment of fees will be held up two weeks for each week a signed work order is submitted late. Subcontractor understands that ICM will not pay for any work order received in the ICM office 30 days or more after work completion date. ICM may collect on these work orders and will retain any monies collected.

4. Deductions from Payments: Subcontractor agrees that any loan payments or advances by ICM on Subcontractor=s behalf, may be deducted by ICM from any fees due Subcontractor under this contract. If Subcontractor or his employees or agents, damage, steal or write uncollectible checks to an ICM Customer, ICM will have the right to compensate such Customer by withholding from fees due Subcontractor. If Services performed by Subcontractor are found to be below acceptable standards of ICM or its Customers or not in accordance with the Store Service Agreement(s), or if because of poor performance Subcontractor is unable to or not permitted to bring the Customer account up to acceptable standards, the Subcontractor will bear the cost of having the Customer account brought up to acceptable standards by means of, but not limited to, a deduction from fees due Subcontractor. If Customer account(s) requires a premature, scrub or strip from the timing as set forth in the Store Service Agreement(s) then Subcontractor will bear all costs even though work orders have been signed by Customer, and the cost will be deducted from fees due Subcontractor.

Insurance: Subcontractor shall obtain, pay for, and keep in force throughout the effective term of this Agreement the following minimum insurance coverages and shall obtain same prior to commencing Services. Subcontractor will not be permitted to commence any Services until proof of required insurance is given to ICM.

a) General Liability - Commercial General Liability or Comprehensive General Liability insurance, on "occurrence" form, having a combined single limit coverage of not less than $500,000 and endorsed to include contractual liability, personal injury, completed operations, and broad form property damage liability, insuring Subcontractor against liability arising out of the business operations of Subcontractor and the Services to be performed under this Agreement. The coverages, provisions and limits of this policy shall not limit the liability of Subcontractor under any other provisions of this Agreement. If, in the reasonable opinion of ICM, the amount of liability coverage required is not adequate, Subcontractor shall increase said insurance limits as required by ICM.

b) Automobile Liability - Combined single limits of not less than $500,000, which shall include owned autos, nonowned autos and hired autos, and shall insure against death or personal injury, and property damage caused by Subcontractor in the course and scope of providing Services.

c) Worker's Compensation – Worker's Compensation insurance as required by the law of the state and/or Employer=s Liability insurance in an amount not less than $100,000 for each state in which Subcontractor=s employees will be engaged in any work under this Agreement. Subcontractor agrees to provide a sworn statement stating he has met, as applicable, the statutory worker's compensation requirements for the

C-18c

state(s) in which workers employed.

d) [illegible] - Against liability for theft in the amount of $2,500 for any one theft.

All policies of insurance required under this paragraph shall provide that they may not be cancelled nor the coverage materially changed without thirty (30) days written notice to ICM. The policy of insurance for General Liability shall name ICM as additional insured. All policies shall be primary, and ICM shall incur no liability to the insurer for payment of premiums. ICM shall have and reserves the right to pay for any required insurance for Subcontractor and to deduct the costs of the premiums from fees due Subcontractor. If the premium paid by ICM on behalf of Subcontractor exceeds the fees due Subcontractor, then Subcontractor agrees to reimburse ICM. Certificates of insurance, endorsed as specified herein shall be given to ICM for all policies required to be obtained prior to Subcontractor undertaking performance of any Services for the Customer account. In the unlikely event that Subcontractor commences work before obtaining insurance coverage, a penalty charge of five percent (5%) of the fees due Subcontractor for Services will apply for all work performed that is not under insurance coverage. **A penalty charge is not insurance and is not refundable.**

6 <u>Injuries</u>: Subcontractor shall notify ICM promptly of all personal injuries and property damage in any way arising out of or in the course and scope of performance of Services under this Agreement. ICM reserves the right to settle any personal injury claims.

7. <u>Consents of Subcontractor, Etc.</u>: (1) Subcontractor consents to an investigation by ICM of his/her public records including police records, if applicable, and (2) Subcontractor, employee or agent consents in advance to a reasonable search of his person and property when leaving ICM contracted premises at the end of any work period.

8 <u>Restitution Clause</u>: Subcontractor agrees in cases of stolen merchandise or monies, involving Subcontractor, his employee or agent to make full restitution to ICM and or its Customer. ICM may withhold such full restitution from fees due Subcontractor.

9 <u>Hold Harmless and Indemnification</u>: Subcontractor agrees to indemnify ICM and its Customers against and hold them and each of them harmless from all claims, suits, proceedings, damages, judgements, and settlements of any nature for property damage or loss, bodily injuries and death caused by any act or omission of the Subcontractor its agents or employees, and to defend ICM and its customers and indemnify same for any expenses associated with such claims, suits and proceedings, including payment of court costs, attorneys= fees, and all other expenses arising out of the performance of this Agreement. Indemnification of monies may be deducted from fees due Subcontractor, if not paid by Subcontractor's insurer.

<u>Termination or Cancellation</u>:

a. This Contract may be terminated by either party for any reason upon five (5) days prior written notice to the office personally delivered or sent by prepaid first class certified mail.

b. This Contract may be terminated by ICM upon one (1) day's notice if:

- I) Subcontractor fails to perform Services to the satisfaction of ICM or Customer
- II) Subcontractor shall violate any provision of this Agreement
- III) Subcontractor fails to obtain required insurance or if Subcontractor=s insurance is materially amended to reduce coverage or policy limits, or is cancelled
- IV) Upon the death or disability of Subcontractor
- V) Subcontractor assigns this Agreement.

<u>Non-Competition</u>: Subcontractor agrees and covenants, because of his access to and knowledge, acquired solely as a result of this Agreement from ICM and/or its Customers accounts and other confidential business information related thereto, that Subcontractor shall not, during the effective term of this Agreement and for a period of twenty-four (24) months after its termination or the termination of every <u>Store Service Agreement</u> which Subcontractor shall have executed with ICM, whichever termination date shall last occur, either directly or indirectly in any individual representative or participatory capacity whether as owner, stockholder, partner, joint venture, employer, employee, director, agent or any other capacity, solicit or interfere in any way with any Customer account then being serviced by ICM or which was a Customer account at any time during the term of Subcontractor's Agreement with ICM, within a hundred (100) mile radius of any and all services performed by Subcontractor according to <u>Store Service Agreement</u>. Further Subcontractor agrees that if any such ICM Customer accounts are or were part of a chain, the covenants and undertakings made and given by Subcontractor under this paragraph shall apply to all stores within chain(s) in each and every district, area or zone then serviced by ICM or as which it provided service to any location of such chain and said district, area or zone during the term of each and every <u>Store Service Agreement</u> and Subcontractor Agreement between Subcontractor and ICM. AFor purpose of definition, the following terms shall have the following meanings: "Chain" means any Customer Account having five (5) or more locations. ADistrict, Area, Zone≡ means the smallest group of stores in a chain under the management of a single individual having that level of authority immediately superior to a store manager.

C-18d

14. **Binding Agreement:** This Subcontractor Agreement supersedes all previous Subcontractor Contract(s) or Agreement(s) entered into by and between ICM and Subcontractor; also applies to all stores for which Subcontractor performs Services.

**CONTRACTOR**

Rug Doctor L.P. DBA ICM
Business Name

1004 Sevier Ave. Knoxville, TN 37920-1865
Address

Signature Date

Print or Type Name Title

**SUBCONTRACTOR**

GENERAL MAINTENANCE & FLOOR SERVE
Business Name

1108 MEADOWWOOD DR. BROOKLYN PARK MN 55444
Address

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
Tax Id # or S.S. #

Michael Bakri
Signature Date

MICHAEL BAKRI OWNER
Print or Type Name Title

*The terms, conditions, warranties and promises of Subcontractor contained in this Agreement, as well as Subcontractor's prompt and satisfactory performance of its obligations and responsibilities created by Agreement, are personally guaranteed by MICHAEL BAKRI, hereinafter referred to as "Guarantor." If Subcontractor defaults in the performance of its obligations under this Agreement according to its terms and conditions, Guarantor shall pay to ICM all damages, costs, and expenses, including reasonable attorney fees, that ICM is entitled to recover from Subcontractor by reason of such default. This guarantee shall continue in force until all obligations of Subcontractor under this Agreement have been satisfied. The place of origin of this contract is Knoxville, TN.

MICHAEL BAKRI
Print or Type Name of Guarantor

41197

Michael Bakri
Signature of Guarantor

C-18b