**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil No. 01-CV2374 (JRT/JSM)** |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) |
| **Defendants.** | ) |

**EXHIBIT SUBMITTED WITH SECRETARY'S REPLY TO "DEFENDANTS RESPOND (sic) FOR SUMMARY JUDGMENT"**

The following document is submitted with the Secretary's Reply:

Exhibit 1 Document B-18e, which contains redacted photocopies of three checks. This exhibit was also filed as page 26 of Exhibit 4 submitted with the Secretary's post hearing memorandum. The Court's attention is drawn to the top check on the page bearing number 6213 below Micehal Bakri's signature.

Dated: December 21, 2004

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor,
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Rm. 844
Chicago, Illinois 60604
Telephone: (312) 353-5709