GENERAL MAINTENANCE & FLOOR SERVICE INC
1108 MEADOWWOOD DR
BROOKLYN PARK, MN 55444

April 2, 01 DATE 17-7000/2910 1851910267

PAY TO THE ORDER OF [redacted] $ 800.00

Eight hundred & 00/100 DOLLARS

TCF NATIONAL BANK 5306 Central Ave. N.E. Fridley, MN 55421 EXPRESS TELLER

FOR 3/4 - 3/17/01 (13) Michael Bakki

⑆291070001⑆ 1851910267⑈ 6213

---

TravelersExpress. INTERNATIONAL MONEY ORDER

03/19/01 88-1055/1119

9626960050
MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

**$416.00

FOUR HUNDRED ***
SIXTEEN DOLLARS
00 CENTS *******

70551000190002
215114107810805O

962696000504

PAY TO THE ORDER OF: [redacted]

General Maintenance & Service
4006 Shingle Creek Parkway #194
Minneapolis, MN 55430

PURCHASER, SIGNER FOR DRAWER

ADDRESS:

Payable Through COMPASS BANK Dallas, Texas

ISSUER/DRAWER: TRAVELERS EXPRESS COMPANY, INC.

⑆111910555⑆962 69600504⑈ 90 7-dias

---

TravelersExpress. INTERNATIONAL MONEY ORDER

03/19/01 88-1055/1119

9626960051
MONEY ORDER

IMPORTANT - SEE BACK BEFORE CASHING

**$416.00

FOUR HUNDRED ***
SIXTEEN DOLLARS
00 CENTS *******

70551000190002
2151141078108051

962696000515

PAY TO THE ORDER OF: [redacted]

General Maintenance & Service
4006 Shingle Creek Parkway #194
Minneapolis, MN 55430

PURCHASER, SIGNER FOR DRAWER

ADDRESS:

Payable Through COMPASS BANK Dallas, Texas

ISSUER/DRAWER: TRAVELERS EXPRESS COMPANY, INC.

⑆111910555⑆962 69600515⑈ 90 7-dias

B-18e