# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of labor, United States Department of Labor, Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 01-zV2374(JRT/JSM)** |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICAHEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) | |
| **Defendants.** | ) | |

## *Defendants Respond For Summary Judgment*

The defendant Michael Bakri d/b/a (General Maintenance) or the corporate (General Maintenance & Floor service INC., a corporation).

Denies any violation of the Fair Labor Standards; ("FLSA" 'or "Act") section 6,7,11 and 15.

Michael Bakri also denies that he woe's any wages, back wage's or over time pay to any employees.

Checking and examining Exhibit 2 of the Labor Department's motion for summery judgment 1 to 15 (ICM work order) there is no violation of the FLS as the plaintiff claims.

Employees worked 6 days per week, 7hr's per day, 42hr's per week, employee's got paid from $350.00 to $400.00 per week that's exceeds the minimum wage and any over time pay .

Based on this the plaintiffs argument (I to VIII) memorandum of law in support of the secretary's motion for summary judgment are in relevant and disputed.

Furthermore, I believe this document 1-15 (I'm work ordor) are altered and manipulated.

There is a genuine dispute of material fact. The defendant Michael bakri respectfully request's from the court that summery judgment be denied.

P.S: Respectfully I request from the court that my oral testimony on Nov. 9'Th 2004 to be considered part of this document.

date 12/12/2004

*Respectfully*
*Michael Bakri*
Beirut- Lebanon

Recvd by Chambers
12/13/04 jm

SCANNED
JUL 28 2005
DH
U.S. DISTRICT COURT ST. PAUL