RECEIVED
05 AUG 16 PM 12: 0
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

GENERAL MAINTENANCE &
FLOOR SERIVICE, INC and
MICHAEL BAKRI, individually
And d/b/a General Maintenance,

Defendants.

CIVIL NO. 01-2374 (JRT/JSM)

I, Michael Bakri, defendant on case # 0-01-CV-2374 would like to request an extension on the deadline to object to the Report and Recommendation, which is due by August 16th, 2005.

I respectfully request the court to extend the deadline from Tuesday August 16th, 2005 to Monday August 22nd, 2005.

I'm requesting this extension to get the documents in order, which I received from Fatmeh Hoteit, the previous president of General Maintenance and Floor Service, Inc. Mrs. Hoteit now resides in Beirut, Lebanon. I had to go there to get the documents from her.

These documents will have a significant impact on the case.

Sincerely,
Michael Bakri

Michael Bakri
1108 Meadowwood Drive
Brooklyn, Park MN. 55444
(763) 503-7166

Date: August 16, 2005

SCANNED
AUG 1 6 2005
U.S. DISTRICT COURT MPLS