**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

GENERAL MAINTENANCE & FLOOR SERVICE, INC., and MICHAEL BAKRI, individually and d/b/a GENERAL MAINTENANCE,

Defendants.

Civil No. 01-2374 (JRT/JSM)

**ORDER**

Leonard A. Grossman and Linda J. Ringstad, UNITED STATES DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR GENERAL, 230 South Dearborn Street, Suite 844, Chicago, Illinois 60604, for plaintiff.

Michael Bakri, 1108 Meadow Wood Drive, Brooklyn Park, Minnesota 55444, *pro se* defendant.

This matter is before the Court on defendant's motion for an extension of time to file objections to United States Magistrate Judge Janie S. Mayeron's Report and Recommendation dated July 28, 2005. The Court finds that defendant has shown good cause for the requested extension. Absent extraordinary circumstances, no further extensions will be granted.

Based upon defendant's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion for an extension of time to file his objections to the Report and Recommendation [Docket No. 84] is **GRANTED**. Defendant's objections are due August 22, 2005.

Dated: August 17, 2005
at Minneapolis, Minnesota

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge