01-CV-2374 JRT/JSM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED
05 AUG 22 PM 4:5
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

Request for Objection of the Court

v.

General Maintenance & Floor Service, Inc.,
a corporation, MICHAEL BAKRI, individually,
and d/b/a General MAINTENANCE,

Defendants.

State of Minnesota
County of Hennepin

MICHAEL BAKRI being duly sworn upon oath states as follows:

I am the defendant in this case and all these records are true and correct and I am familiar with the case.

SCANNED
AUG 2 2 2005
U.S. DISTRICT COURT MPLS

I, Michael Bakri did not perform the book keeping duties. All the paperwork I am submitting came from Fatmeh Hoteit in Beirut, Lebanon.

LeAnne Bakri was hired to do all the record keeping, hours, paychecks, etc.

There are too many records to go thru in such a short time. The evidence I am submitting is only a part of the picture.

It is unfair that the Plaintiff can take a one week ICM invoice and apply it to twenty-three employees. Putting everyone in the same category, when each individual had different days, hours and wages paid.

I am submitting Artemio Moreno's paperwork as an example of the paperwork I brought back from Beirut, Lebanon. Each employee must be done to show their individual days, hours, wages paid. See exhibit 17.

In regards to plaintiff's exhibits 1-15. ICM work orders and the payroll period for General Maintenance are not the same. The days overlap, so the week is broken up each time. As the days do not coincide, the court was not able to determine our payroll practices.

You must see time-in/time-out/call-in records to get the employees actual hours worked per pay-roll. Payroll was never based on the ICM work orders.

The work orders for ICM were used for ICM's billing practices when invoicing Rainbow Foods and paying General Maintenance.

Very few ICM work orders had any hours on employees listed on them. All they were required to have was a manager's signature nightly and a store stamp weekly.

I am enclosing the original documents to show an example. See exhibits 1-10. I am enclosing three of the subcontractor agreements as exhibit 13, 14 & 15. This verifies that they were not hired to work more than the required 7 hours.

Michael Bakri requests from the court to reconsider the Report and Recommendations because records have now been obtained from Lebanon to better defend the case. Before this time we were not able to show paper work proofs. From these records we conclude that there is genuine dispute of the Summary judgement

Further your affiant sayeth not.

Michael Bakri

Michael Bakri
1108 Meadowwood Dr
Brooklyn Park, MN, 55444
763 503-7166

Subscribed and Sworn to me before this 22nd day of August, 2005.