CV.#01-CV-2374
JRT/JSM

In regards to all of the employees working in Louisiana. They have all been paid in full. Wages are being requested for days that were not even there. We were done working in Louisiana on December 23, 2000.

Regarding wages requested for Kevin Johnson. I'm not able to supply wage verification for 9/17/00 - 11/15/00 as Kevin was in jail at that time and was not working.

I am providing copies of the employees hours, checks, etc. along with a descriptive page outlining the entire thing.

I cannot provide wage information or hours for December 30th, 2000 as we were no longer in Louisiana after December 23, 2000.

I am providing you receipts when employees were paid cash as they were unable to cash an chek out-of-state at that time. See exhibits 11 and 12.

Note: Louisiana Employees Names
Maria Torres, Noe Villarreal, Ivan Torres, Kendall Johnson, Kevin Arango,

SCANNED
AUG 22 2005
U.S. DISTRICT COURT MPLS

11/24/00 - 12/1/00 5 days/worked 30 hours

12/3/00 - 12/9/00 5 days/worked 23 hours

Pd Dec. 8, 00

Ch # 5905 Amount $300.00 In Full

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER________ WEEK ENDING 12-9-02

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-3 SUNDAY | NAME (PRINT) | | | | | |
| | TIME IN | | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-4 MONDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-5 TUESDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 11:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-6 WEDNESDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-7 THURSDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-8 FRIDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| SATURDAY | NAME (PRINT) | | | | | |
| | TIME IN | | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER________ WEEK ENDING 12-02-02

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| SUNDAY | NAME (PRINT) | | | | | |
| | TIME IN | | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 27 MONDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 28 TUESDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 29 WEDNESDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 30 THURSDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-1 FRIDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | 12:00 am | | | | |
| | TIME OUT | 4:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-2 SATURDAY | NAME (PRINT) | maria Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

Kevin Arango

Pd thru 11/25/00 worked 10 days
Ch# 5900 Amt. $660.00 Dec. 8th, 00

11/26 - 12/2 - 6 days
12/3 - 12/9 - 6 days

Pd. VIA WESTERN UNION cash $600.00
December 24, 00
cash receipt

12/10 - 12/16 - 6 days Jan. 3, 01
Amt. $300.00 Ch # 6026

12/17 - 12/21 - 6 days Jan. 17th, 01
Amt. $300.00 Check # 6098

No. ________ Date 12-24-00

RECEIVED OF General Maintenance

Six hundred dollars DOLLARS $ 600.00

| | |
|---|---|
| Amt. of Account | |
| Amt. Paid | |
| | |
| Balance Due | |

BY [signature]

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER Vet WEEK ENDING 12-2-00

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 11/26 SUNDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 11/27 MONDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 11/28 TUESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 11/29 WEDNESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 11/30 THURSDAY | NAME (PRINT) | | | | | |
| | TIME IN | OFF | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12/1 FRIDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 12/2 SATURDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER__________ WEEK ENDING 12-9-00

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-3 SUNDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-4 MONDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-5 TUESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-6 WEDNESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-7 THURSDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-8 FRIDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | OFF | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-9 SATURDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER__________ WEEK ENDING 12-16-00

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-10 SUNDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11 MONDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 12 TUESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 13 WEDNESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 14 THURSDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 15 FRIDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 16 SATURDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER________ WEEK ENDING 12-23-00

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 17 SUNDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 18 MONDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 19 TUESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 20 WEDNESDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 21 THURSDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | 9:00 am | | | | |
| | TIME OUT | 3:00 pm | | | | |
| | *PIC SIGNATURE | | | | | |
| 22 FRIDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 23 SATURDAY | NAME (PRINT) | Kevin Arango | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

Kendall Johnson

8/21 - 8/26/00 5 days = 20 hrs. = $150.00
8/27 - 9/2/00 5 days = 20 hrs. = $150.00
8/31/00 Pd. ch# 5336 Amount $$348.00

9/3 - 9/9/00 5 days = Pd. $400.00 ch# 5436
9/10 - 9/14/00 5 days 9/19/00
(9/17 - 11/15 Not working/Jail Time)
11/14 - 11/29/00 10 days Pd $480.00 ch# [illegible]
12/8/00

12/9 - 12/21 12 days Pd $500.00 total
Amt $300.00 ch # 6024 Jan. 3rd, 01
Amt $200.00 ch# 6097 Jan. 17th, 01

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 12-9-00

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-3 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-4 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-5 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-6 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-7 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-8 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-9 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 AM | | | | |
| | TIME OUT | 7 Am | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 12-23-00

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-17 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-18 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-19 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-20 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-21 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-22 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-23 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 12-16-00

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-10 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 PM | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-11 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-12 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-13 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 pm | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-14 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-15 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-16 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER__________ WEEK ENDING 8-26-00

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| SUNDAY 8-20 | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 AM | | | | |
| | TIME OUT | 4 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| MONDAY 8-21 | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 AM | | | | |
| | TIME OUT | 4 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| TUESDAY 8-22 | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 AM | | | | |
| | TIME OUT | 4 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| WEDNESDAY 8-23 | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 AM | | | | |
| | TIME OUT | 4 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| THURSDAY 8-24 | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 AM | | | | |
| | TIME OUT | 4 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| FRIDAY 8-25 | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| SATURDAY 8-26 | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 9-2-00

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 8-27 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 8-28 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 8-29 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 8-30 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 8-31 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-1 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-2 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 11-18-00

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 11-12 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-13 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-14 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-15 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-16 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-17 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-18 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER________ WEEK ENDING 9-9-00

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 9-3 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-4 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-5 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-6 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-7 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-8 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-9 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 9-16-00

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 9-10 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-11 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-12 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-13 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-14 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 4 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-15 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 9-16 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER________ WEEK ENDING 12-1/00

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 11-26 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 PM | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-27 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 PM | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-28 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 PM | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-29 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 11 PM | | | | |
| | TIME OUT | 6 AM | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-30 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-31 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-1 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER__________ WEEK ENDING 11-25-00

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 11-19 SUNDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-20 MONDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-21 TUESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-22 WEDNESDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | 12 Am | | | | |
| | TIME OUT | 6 Am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-23 THURSDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-24 FRIDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-25 SATURDAY | NAME (PRINT) | Kendall Johnson | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | **PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 12-24

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-18 SUNDAY | NAME (PRINT) | Iron Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-19 MONDAY | NAME (PRINT) | Iron Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-20 TUESDAY | NAME (PRINT) | Iron Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-21 WEDNESDAY | NAME (PRINT) | Iron Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-22 THURSDAY | NAME (PRINT) | Iron Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-23 FRIDAY | NAME (PRINT) | Iron Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-24 SATURDAY | NAME (PRINT) | Iron Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 12-16

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-10 SUNDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 5:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-11 MONDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 PM | | | | |
| | TIME OUT | 5:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-12 TUESDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-13 WEDNESDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-14 THURSDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-15 FRIDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-16 SATURDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER__________ WEEK ENDING 12-9

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-3 SUNDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-4 MONDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-5 TUESDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-6 WEDNESDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 11:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-7 THURSDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 11:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-8 FRIDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-9 SATURDAY | NAME (PRINT) | Ivon Torres | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

Noe Villarreal

Starting Dates

11/19 - 11/25/00 worked 2 days

11/26 - 12/2/00 worked 6 days Total = 78 hrs.

12/3 - 12/9/00 worked 5 days

Pd. December 24, 00 via western/pd cash.
See cash received receipt.

12/10 - 12/17/00 worked 6 days

Ch # 6022 Pd Jan. 3, 01 $300.00 Pd In Full

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 12-9

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-03 SUNDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-4 MONDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-5 TUESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-6 WEDNESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-7 THURSDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-8 FRIDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-9 SATURDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER________ WEEK ENDING 12-2

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 11-26 SUNDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-27 MONDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-28 TUESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-29 WEDNESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 11-30 THURSDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-1 FRIDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-2 SATURDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER________ WEEK ENDING 12-25

| Day | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| SUNDAY | NAME (PRINT) | | | | | |
| | TIME IN | | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| MONDAY | NAME (PRINT) | | | | | |
| | TIME IN | | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-21 TUESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-22 WEDNESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-23 THURSDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-24 FRIDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-25 SATURDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 12:00 pm | | | | |
| | TIME OUT | 6:00 am | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

# FLOOR CARE SERVICE SIGN IN/OUT LOG

STORE NUMBER ________ WEEK ENDING 12-16

| | | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | FLOOR PERSON | COMMENTS OR CONCERNS |
|---|---|---|---|---|---|---|
| 12-10 SUNDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 11:00 | | | | |
| | TIME OUT | 5:00 | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-11 MONDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 11:00 | | | | |
| | TIME OUT | 5:00 | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-12 TUESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 11:00 | | | | |
| | TIME OUT | 5:00 | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-13 WEDNESDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 11:00 | | | | |
| | TIME OUT | 5:00 | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-14 THURSDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 11:00 | | | | |
| | TIME OUT | 5:00 | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-15 FRIDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | 11:00 | | | | |
| | TIME OUT | 5:00 | | | | |
| | *PIC SIGNATURE | | | | | |
| 12-16 SATURDAY | NAME (PRINT) | Noe Villarreal | | | | |
| | TIME IN | Off | | | | |
| | TIME OUT | | | | | |
| | *PIC SIGNATURE | | | | | |

**PIC - PERSON IN CHARGE (STORE EMPLOYEE)

PLEASE MAKE SURE STORE NUMBER AND WEEK ENDING ARE ON LOG BEFORE SENDING TO PRODUCTIVITY EACH WEEK

Ex 10

# IGM P34 JOB WORK ORDER

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-9089
865-577-0652

RAINBOW FOODS
4300 Central Ave. NE
Columbia Heights, MN 55421 029423/001

STORE NAME AND NO 115- 034 J.B.

WEEK ENDING 5/20/2001

ADDRESS RAINBOW FOODS #034

SUB CONTRACTOR

CITY, STATE 4300 CENTRAL AVENUE NE

PREPARED BY M. BAKRI

PHONE COLUMBIA HGTS MN AUT

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, SS-STRIP, EB-EXTRA BUFF 763-560-7539

01- 1

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 05142001 NUMBER ON CREW 1/4
TIME IN 11 10
TIME OUT 6 Alvaro Lucero
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Dusti

TUE. (DATE) 05152001 NUMBER ON CREW 1
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Dusti

WED. (DATE) 05162001 NUMBER ON CREW 1
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Dusti

THU. (DATE) 05172001 NUMBER ON CREW 1
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Dusti

FRI. (DATE) 05182001 NUMBER ON CREW 1
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Dustin

SAT. (DATE) 05192001 NUMBER ON CREW 1
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Dusti

SUN. (DATE) 05202001 NUMBER ON CREW 1
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Dustin

**CUSTOMER COPY**

E5609

# ICM JOB WORK ORDER

P.O BOX 9089 KNOXVILLE, TN 37940-0
865-577-0652

115-061

RAINBOW FOODS
2501 WHITE BEAR AVE.
MAPLEWOOD, MN 55109

STORE NAME AND NO. RAINBOW FOODS #061

WEEK ENDING 6/10/2001

ADDRESS 2501 White Bear Avenue

SUB CONTRACTOR M. Bakri

CITY, STATE Maplewood, MN.

PREPARED BY L. Bakri

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 06042001 | 2 | | | Yes | Yes | Yes | Yes | Yes | |
| TUE. | 06052001 | 2 | | | Yes | Yes | Yes | Yes | Yes | |
| WED. | 06062001 | 2 | | | Yes | Yes | Yes | Yes | Yes | |
| THU. | 06072001 | 2 | | | Yes | Yes | Yes | Yes | Yes | |
| FRI. | 06082001 | 2 | | | Yes | Yes | Yes | Yes | Yes | |
| SAT. | 06092001 | 2 | | | Yes | Yes | Yes | Yes | Yes | |
| SUN. | 06102001 | 2 | | | Yes | Yes | Yes | Yes | Yes | |

(Each day: "AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:" — Yes / No options; "Yes" circled for all.)

**CUSTOMER COPY**

# ICM®

JOB WORK ORDER

Ex 8

036319/001

P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

STORE NAME AND NO. 115- 217

RAINBOW FOODS #217

WEEK ENDING 5/20/2001

ADDRESS 3505 West Broadway

CITY, STATE Robbinsdale MN

PHONE

SUB CONTRACTOR M. BAKRI

PREPARED BY

217 RAINBOW FOODS
3505 W. BROADWAY
ROBBINSDALE, MN 55422

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 05142001 | 1 | | | Yes | Yes | Yes | Yes | Yes | EB |
| TUE. | 05152001 | 1 | | | Yes | Yes | Yes | Yes | Yes | EB |
| WED. | 05162001 | 1 | | | Yes | Yes | Yes | Yes | Yes | EB |
| THU. | 05172001 | 1 | | | Yes | Yes | Yes | Yes | Yes | EB |
| FRI. | 05182001 | 1 | | | Yes | Yes | Yes | Yes | Yes | EB |
| SAT. | 05192001 | 1 | | | Yes | Yes | Yes | Yes | Yes | EB |
| SUN. | 05202001 | 1 | | | Yes | Yes | Yes | Yes | Yes | EB |

(Each day: AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: — Yes / No options; "Yes" circled throughout.)

**CUSTOMER COPY**

ICM®

# JOB WORK ORDER

EX 7

P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

049443/001

STORE NAME AND NO. 115- 029

WEEK ENDING 7/15/2001

ADDRESS RAINBOW FOODS #029

SUB CONTRACTOR

CITY, STATE 8950 HIGHWAY 7

PREPARED BY M. BAKRI

PHONE ST. LOUIS PARK MN

AUT

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

01- 1

MON. (DATE) 07092001 NUMBER ON CREW 2
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

TUE. (DATE) 07102001 NUMBER ON CREW 2
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

WED. (DATE) 07112001 NUMBER ON CREW 2
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

THU. (DATE) 07122001 NUMBER ON CREW 2
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

FRI. (DATE) 07132001 NUMBER ON CREW 2
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: [signature]

SAT. (DATE) 07142001 NUMBER ON CREW 3
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: KP

RAINBOW FOODS #29
8950 HIGHWAY 7
ST. LOUIS PARK, MN 55426

SUN. (DATE) 07152001 NUMBER ON CREW
TIME IN
TIME OUT
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature: Danny

**CUSTOMER COPY**

**ICM**

A Division of Rug Doctor

P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

EY 6

# JOB WORK ORDER

022103/001

STORE NAME AND NO. 115 050
RAINBOW FOODS #050

WEEK ENDING 4/08/2001

ADDRESS
897 ARCADE

SUB CONTRACTOR
M. BAKR

CITY, STATE
ST. PAUL MN

PREPARED BY
AUT

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 04022001 NUMBER ON CREW ____
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

TUE. (DATE) 04032001 NUMBER ON CREW ____
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

WED. (DATE) 04042001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

THU. (DATE) 04052001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

FRI. (DATE) 04062001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

SAT. (DATE) 04072001 NUMBER ON CREW ____
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

SUN. (DATE) 04082001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

**SUBCONTRACTOR COPY**

# ICM JOB WORK ORDER

A Division of Rug Doctor.
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

Ex 5

022102?001

STORE NAME AND NO. 115- 050
RAINBOW FOODS 4050

WEEK ENDING 4/01/2001

ADDRESS
891 ARCADE

SUB CONTRACTOR
M. BAKR

CITY, STATE
ST. PAUL MN

PREPARED BY
AUT

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 03262001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

TUE. (DATE) 03272001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

WED. (DATE) 03282001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

THU. (DATE) 03292001 NUMBER ON CREW ____
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

FRI. (DATE) 03302001 NUMBER ON CREW ____
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

SAT. (DATE) 03312001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

SUN. (DATE) 04012001 NUMBER ON CREW ____
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

On Time Yes No
Sweep/mop? Yes No
Burnish? Yes No
Final Sweep? Yes No
Satisfactory? Yes No
Signature:

**SUBCONTRACTOR COPY**

ICM **JOB WORK ORDER**

Ex 4

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

022128/001

STORE NAME AND NO. 135 058
RAINBOW FOODS #058

WEEK ENDING 4/08/2001

ADDRESS
4190 VINEWOOD LANE

SUB CONTRACTOR
M. BAKR

CITY, STATE
PLYMOUTH MN

PREPARED BY
AUT

PHONE

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, ST-STRIP, EX-EXTRA BUFF

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 04022001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

TUE. (DATE) 04032001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

WED. (DATE) 04042001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

THU. (DATE) 04052001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

FRI. (DATE) 04062001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

SAT. (DATE) 04072001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

SUN. (DATE) 04082001 NUMBER ON CREW 1
TIME IN ________
TIME OUT ________
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:

| | | |
|---|---|---|
| On Time | Yes | No |
| Sweep/mop? | Yes | No |
| Burnish? | Yes | No |
| Final Sweep? | Yes | No |
| Satisfactory? | Yes | No |
| Signature: | | |

**SUBCONTRACTOR COPY**

Ex 3

# ICM — JOB WORK ORDER

A Division of Rug Doctor™
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

029416/001

RAINBOW FOODS
8950 HWY #7
ST LOUIS PARK MN 5542

29

STORE NAME AND NO. 115- 029

WEEK ENDING 5/27/2001

ADDRESS RAINBOW FOODS #029

SUB CONTRACTOR

CITY, STATE 8950 HIGHWAY 7

PREPARED BY M. BAKRI

PHONE ST. LOUIS PARK MN

AUT

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, SS-STRIP, ES-EXTRA BUFF

01- 1

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Date | Number on Crew | Time In | Time Out | On Time | Sweep/mop? | Burnish? | Final Sweep? | Satisfactory? | Signature |
|---|---|---|---|---|---|---|---|---|---|---|
| MON. | 05212001 | 2 | | | Yes | Yes | Yes | Yes | Yes | [signature] |
| TUE. | 05222001 | 2 | | | Yes | Yes | Yes | Yes | Yes | [signature] |
| WED. | 05232001 | 2 | | | Yes | Yes | Yes | Yes | Yes | [signature] |
| THU. | 05242001 | 2 | | | Yes | Yes | Yes | Yes | Yes | [signature] |
| FRI. | 05252001 | 2 | | | Yes | Yes | Yes | Yes | Yes | [signature] |
| SAT. | 05262001 | 2 | | | Yes | Yes | Yes | Yes | Yes | [signature] |
| SUN. | 05272001 | 2 | | | Yes | Yes | Yes | Yes | Yes | [signature] |

AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: (printed under each day)

CUSTOMER COPY

# ICM — JOB WORK ORDER

EX 2

[redacted]

A Division of Rug Doctor
P.O BOX 9089 KNOXVILLE, TN 37940-0089
865-577-0652

STORE NAME AND NO. 115- [redacted] 026

WEEK ENDING 05/20/2001

ADDRESS RAINBOW FOODS [redacted] #026
1201 LARPENTEUR

26 RAINBOW FOODS
1201 Larpenteur
St Paul, MN 55113

CITY, STATE [redacted]

PREPARED BY M. BAKRI

PHONE [redacted] St. Paul, MN

AUT

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND STRIP, EB-EXTRA BUFF 763-560-7539

01- 1

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

MON. (DATE) 05142001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature: [signature]

TUE. (DATE) 05152001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

WED. (DATE) 05162001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

THU. (DATE) 05172001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

FRI. (DATE) 05182001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SAT. (DATE) 05192001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

SUN. (DATE) 05202001 NUMBER ON CREW 1
TIME IN ____
TIME OUT ____
AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT:
On Time (Yes) No
Sweep/mop? (Yes) No
Burnish? (Yes) No
Final Sweep? (Yes) No
Satisfactory? (Yes) No
Signature:

**CUSTOMER COPY**

ICM

A Division of Rug Doctor

P.O BOX 9089 KNOXVILLE, TN 37940-0089

865-577-0652

# JOB WORK ORDER

Ex. 1

029485/001

STORE NAME AND NO 115- 217

ROBBINSDALE, MN 55422

3505 W. BROADWAY

RAINBOW FOODS

WEEK ENDING 5/06/2001

ADDRESS RAINBOW FOODS #217

SUBCONTRACTOR 217

CITY, STATE 3505 WEST BROADWAY

PREPARED BY G. BAKRI

PHONE ROBBINSDALE MN AUT

TASK CODE: FS-FLOOR SERVICE, JA-JANITORIAL, WW-WASH AND WAX, SS-STRIP, EB-EXTRA BUFF

763-560-7339

01- 1

THIS SECTION TO BE COMPLETED AND SIGNED WITH STORE SIGNATURE

| Day | Store check | Answer |
|---|---|---|
| MON. (DATE) 04302001 NUMBER ON CREW 1 | On Time | Yes (circled) / No |
| TIME IN ___ | Sweep/mop? | Yes (circled) / No |
| TIME OUT ___ | Burnish? | Yes (circled) / No |
| | Final Sweep? | Yes (circled) / No |
| AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: | Satisfactory? | Yes (circled) / No |
| | Signature: | RB |
| TUE. (DATE) 05012001 NUMBER ON CREW 1 | On Time | Yes (circled) / No |
| TIME IN ___ | Sweep/mop? | Yes (circled) / No |
| TIME OUT ___ | Burnish? | Yes (circled) / No |
| | Final Sweep? | Yes (circled) / No |
| AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: | Satisfactory? | Yes (circled) / No |
| | Signature: | RB |
| WED. (DATE) 05022001 NUMBER ON CREW 1 | On Time | Yes (circled) / No |
| TIME IN ___ | Sweep/mop? | Yes (circled) / No |
| TIME OUT ___ | Burnish? | Yes (circled) / No |
| | Final Sweep? | Yes (circled) / No |
| AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: | Satisfactory? | Yes (circled) / No |
| | Signature: | RB |
| THU. (DATE) 05032001 NUMBER ON CREW 1 | On Time | Yes (circled) / No |
| TIME IN ___ | Sweep/mop? | Yes (circled) / No |
| TIME OUT ___ | Burnish? | Yes (circled) / No |
| | Final Sweep? | Yes (circled) / No |
| AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: | Satisfactory? | Yes (circled) / No |
| | Signature: | RB |
| FRI. (DATE) 05042001 NUMBER ON CREW 1 | On Time | Yes (circled) / No |
| TIME IN ___ | Sweep/mop? | Yes (circled) / No |
| TIME OUT ___ | Burnish? | Yes (circled) / No |
| | Final Sweep? | Yes (circled) / No |
| AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: | Satisfactory? | Yes (circled) / No |
| | Signature: | RB |
| SAT. (DATE) 05052001 NUMBER ON CREW 1 | On Time | Yes (circled) / No |
| TIME IN ___ | Sweep/mop? | Yes (circled) / No |
| TIME OUT ___ | Burnish? | Yes (circled) / No |
| | Final Sweep? | Yes (circled) / No |
| AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: | Satisfactory? | Yes (circled) / No |
| | Signature: | AO. |
| SUN. (DATE) 05062001 NUMBER ON CREW 1 | On Time | Yes (circled) / No |
| TIME IN ___ | Sweep/mop? | Yes (circled) / No |
| TIME OUT ___ | Burnish? | Yes (circled) / No |
| | Final Sweep? | Yes (circled) / No |
| AFTER INSPECTING THE STORE, I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE DESCRIBED WORK AND THAT WATER AS A DIRECT RESULT OF THE WORK WAS NOT PRESENT: | Satisfactory? | Yes (circled) / No |
| | Signature: | AO. |

**CUSTOMER COPY**

-EX. 11-

WESTERN UNION MONEY TRANSFER

**Customer Receipt / Recibo del Cliente**

SNYDER DRUG STORES INC #68
8545 EDINBURGH CENTER DRIVE
BROOKLYN PARK MN 55443

Oper ID: 123
12/24/00
1228P EST

Money Transfer Send
Envio de Dinero
MTCN: 906-925-6803

Sender/Remitente: AARON BAKRI
Receiver/Destinatario: KEVIN ARANGO

Available In/Disponible en:METAIRIE,LA

| | |
|---|---|
| Amount/Cantidad: | $ 2500.00 |
| Charge(s)/Cargos: | |
| Service/Servicio: | 130.00 |
| Total/Total: | $ 2630.00 |

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

Date Questioned 7/4/00 [illegible]

Artemio Moreno ($4,825.[illegible])

7/4/00

payroll weeks

6/25 - 7/8/00 - worked 9 days $542.[illegible] [illegible]
ch# 5177

7/9 - 7/22/00 - worked 12 days $632.[illegible] [illegible]
ch# 5217

7/23 - 8/5/00 worked 13 days $688.[illegible] [illegible]
ch# 5280

8/6 - 8/19/00 - worked 11 days $574.[illegible] [illegible]
ch# 5[illegible]

8/20 - 9/2/00 - worked 12 days $664.[illegible] [illegible]
ch# 5398 ✓ ch# [illegible]

9/3 - 9/16/00 - worked 12 days $664.[illegible] [illegible]
$556.[illegible] [illegible]
ch# 5477 ✓ ch# 5477

9/17 - 9/30/00 worked 13 days $714.[illegible] [illegible]
ch# [illegible]

10/1 - 10/14/00 - worked 12 days $664.[illegible] [illegible]
ch# 5649

10/15 - 10/28/00 - 12 days $664.[illegible] [illegible]
ch# 5706

10/29 – 11/11/00 – worked 12 days $706.[illegible] Rcd [illegible]
ch # [illegible]

No check found
Off 11/12 – 11/25/00 – worked 11 days $643.[illegible] [illegible]

11/26 – 12/9/00 – worked 12 days $706.[illegible] Rcd [illegible]
ch # 5966

12/10 – 12/23/00 – worked 13 days $769.[illegible] Rcd 1/5/01
ch # [illegible]

12/24 – 1/6/01 – worked 11 days $580.[illegible] Rcd [illegible]
ch # [illegible]

1/7 – 1/20/01 – worked 12 days $737.[illegible] Rcd [illegible]
ch # 6167

1/21 – 2/3/01 – worked 12 days $706.[illegible] Rcd [illegible]
ch # [illegible]

2/4 – 2/17/01 worked 12 days $800.00 Rcd [illegible]
ch # [illegible]
ch # [illegible]

[illegible] 2/18 – 3/3/01 [illegible] 12 days 3/19/01

3/4 – 3/17/01 worked 12 day $800.[illegible] Rcd [illegible]
ch # [illegible]

3/18 – 3/31/01 – worked 12 days $731.[illegible] [illegible]
ch # 6925

# ACKNOWLEDGEMENT OF INDEPENDENT CONTRACTOR

The undersigned acknowledges that it has been retained by General Maintenance Service, (Company), for purposes of: (Describe) Cleaning Rainbow Foods Floors for SEVEN HOURS PER SHIFT

In consideration of the foregoing, the Company agrees to pay the undersigned payment as follows: (Describe amount and method of payment) EVERY TWO WEEKS. PAYMENT AMOUNT BASED ON CALL-IN AND CALL OUT TIMES. I WILL PAY $25.00 PER WEEK FOR TRANSPORTATION PROVIDED BY GMS

It is further acknowledged that:

1. The undersigned shall be deemed an independent contractor and is not an employee, partner, agent, or engaged in a joint venture with Company.

2. Consistent with the foregoing, the Company shall not deduct withholding taxes, FICA or any other taxes required to be deducted by an employer as I acknowledge my responsibility to pay same as an independent contractor.

3. I further acknowledge that I shall not be entitled to any fringe benefits, pension, retirement, profit sharing or any other benefits accruing to employees.

Signed under seal this 25th day of June 2000,

Exh 13

x Artemio Moreno Fernandez

# ACKNOWLEDGEMENT OF INDEPENDENT CONTRACTOR

The undersigned acknowledges that it has been retained by GENERAL MAINTENANCE & SERVICE, (Company), for purposes of: (Describe) CLEANING RAINBOW FOODS FLOORS SEVEN HOURS PER SHIFT

In consideration of the foregoing, the Company agrees to pay the undersigned payment as follows: (Describe amount and method of payment) EVERY TWO WEEKS. PAYMENT BASED ON CALL-IN AND CALL-OUT TIMES I WILL PAY $25.00 PER WEEK FOR TRANSPORTATION

It is further acknowledged that:

1. The undersigned shall be deemed an independent contractor and is not an employee, partner, agent, or engaged in a joint venture with Company.

2. Consistent with the foregoing, the Company shall not deduct withholding taxes, FICA or any other taxes required to be deducted by an employer as I acknowledge my responsibility to pay same as an independent contractor.

3. I further acknowledge that I shall not be entitled to any fringe benefits, pension, retirement, profit sharing or any other benefits accruing to employees.

Signed under seal this 6th day of JUNE, 2000,

x Alvaro Lucero Moreno

Exh 14

# ACKNOWLEDGEMENT OF INDEPENDENT CONTRACTOR

The undersigned acknowledges that it has been retained by GENERAL MAINTENANCE & SERVICE, (Company), for purposes of: (Describe) RAINBOW FOODS FLOOR CARE FOR SEVEN HOURS PER SHIFT.

In consideration of the foregoing, the Company agrees to pay the undersigned payment as follows: (Describe amount and method of payment) EVERY TWO WEEKS. PAYMENT AMOUNT BASED ON CALL-IN AND CALL-OUT TIMES. I AGREE TO PAY $25.00 PER WEEK FOR TRANSPORTATION PROVIDED BY GMS.

It is further acknowledged that:

1. The undersigned shall be deemed an independent contractor and is not an employee, partner, agent, or engaged in a joint venture with Company.

2. Consistent with the foregoing, the Company shall not deduct withholding taxes, FICA or any other taxes required to be deducted by an employer as I acknowledge my responsibility to pay same as an independent contractor.

3. I further acknowledge that I shall not be entitled to any fringe benefits, pension, retirement, profit sharing or any other benefits accruing to employees.

Signed under seal this 6th day of JUNE 2000.

x Eudoxio Dominguez

Exh 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

AFFD. of RAY HOPKINS

v.

General Maintenance & FLOOR SERVICE, INC.,
a corporation, MICHAEL BAKRI, individually,
and d/b/a General MAINTENANCE,

Defendants.

State of Minnesota
County of Hennepin

Raymond Hopkins being duly sworn
upon oath states as follows:

SCANNED
AUG 22 2005
U.S. DISTRICT COURT MPLS

Exh 16

I, Raymond Hopkins worked as a driver for General Maintenance and Service. My job was to pick up the cleaners from their homes each night, drop them at a Rainbow Store location, then pick them up in the morning and bring them home.

The times listed on the ICM work order sheets were the time of night and morning that they were picked up at their homes and dropped off at their homes. It was not the actual hours that were cleaning.

I was the person who wrote in most of the hours on the ICM Work Orders, not the cleaner.

Further your affiant sayeth not.

Raymond Hopkins

Raymond Hopkins
6901 76th Ave. N.
Apt. #104
Brooklyn Park, MN.
55428

Subscribed and Sworn to me before this 22nd day of August, 2005.

Carrie A Scully 8-22-05

CARRIE A. SCULLY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Exh 16