**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Civil No. 01-CV2374 (JRT/JSM)** |
| **GENERAL MAINTENANCE & FLOOR SERVICE, INC., a corporation, MICHAEL BAKRI, individually, and d/b/a GENERAL MAINTENANCE,** | ) |
| **Defendants.** | ) |

**INDEX OF EXHIBITS IN SUPPORT OF THE SECRETARY'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S OBJECTIONS TO THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE**

The following documents have been submitted electronically as exhibits in support of the Secretary's Memorandum in Opposition to Defendant's Objections to the Report and Recommendations of the Magistrate Judge.

| | |
|---|---|
| Exhibit A | Excerpts from Bakri Deposition |
| Exhibit B | Statement of Noe Villarreal |
| Exhibit C | Affidavit of Ray Hopkins (August 17, 2004) |
| Exhibit D | Wage Computation for Kendall Johnson |
| Exhibit E | Statement of Kevin Arango |

Dated: September 2, 2005

**HOWARD M. RADZELY**
Solicitor of Labor
**JOAN E. GESTRIN**
Regional Solicitor

s/ Leonard A. Grossman
**LEONARD A. GROSSMAN**
Attorney
Attorneys for **Elaine L. Chao,**
Secretary of Labor,
United States Department of Labor
Plaintiff

Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Rm. 844
Chicago, IL, 60604