# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

---------------------------------------------------

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

Plaintiff,

vs. File No. 01-CV2374

GENERAL MAINTENANCE & FLOOR
SERVICE, INC., a corporation,
MICHAEL BAKRI, individually, and
d/b/a GENERAL MAINTENANCE,

Defendants.

---------------------------------------------------

DEPOSITION OF

MICHAEL BAKRI

Taken April 28, 2003
Commencing at 1:02 PM

ORIGINAL

REPORTED BY: ELIZABETH J. GANGL, RPR

PARADIGM REPORTING & CAPTIONING INC.
1400 RAND TOWER, 527 MARQUETTE AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402-1331
612/339-0545 * 1/800/545-9668 * Fax: 612/339-5575

can give you Michael Bakri d/b/a General Maintenance.

Q. Who has the documents for General Maintenance, Inc.?

A. I think Hoteit.

Q. Would you spell that name for the court reporter, please?

A. H-O-T-E-I-T.

Q. And who is that?

A. She's the owner of the General Maintenance.

Q. Is she related to you?

A. She's my mother, yes.

Q. Where is she?

A. Overseas.

Q. Where overseas?

A. Lebanon.

Q. When did she leave for Lebanon?

A. 2000, I believe June 2000 or September 2000, something like that. I'm not sure.

Q. Did she take packages of documents with her when she went to Lebanon?

A. I don't know. I don't know.

Q. But you say you don't have any agreements with HiTech?

A. No, no. HiTech, I believe I have like nothing written, signed agreement. Just highlight

Q. And that's Michael Bakri?
A. Correct.
Q. Before that date was what?
A. Mrs. Hoteit before that. August 1st Mrs. Hoteit was the --
Q. Wait a minute. Let's take it one at a time. Let's talk about Louisiana. Did Mrs. Hoteit have contracts in Louisiana?
A. No, only Michael Bakri.
Q. Only Michael Bakri?
A. Correct.
Q. Now when did Michael Bakri start working in Minnesota?
A. I working for General Maintenance & Service?
Q. No, in your own name.
A. Nothing, I had none.
Q. You never had any contracts in Minnesota?
A. No.
Q. So as long as they were working in Minnesota, they were under --
A. Mrs. Hoteit.
Q. -- Mrs. Hoteit?
A. Correct.
Q. Now do you have any -- I'm not asking whether you want to give them to me or not right now.

Q. How long did stripping take?
A. About six hours.
Q. Wasn't that more time-consuming than cleaning the floors?
A. No, no, because the store is divided. The store would be divided and take about four nights but each section.
Q. So different crew does each section?
A. No, same crew they go four nights.
Q. Are these chemicals dangerous at all or hard to use?
A. No.
Q. They hurt your hands?
A. No.
Q. But you never did pay overtime to any of these employees?
A. No, there is no overtime.
Q. No matter how many hours they worked in a week?
A. Correct.
Q. Did you keep records of their actual hours?
A. No.
Q. Did you have records of the days they worked?
A. What are you asking me now? What year?
Q. Well, let's start from '99.

A. No, no records. There used to be records but we weren't able to find them.
Q. Do you have them for 2001?
A. Correct, I do.
Q. And have you provided those to us?
A. I don't believe. But I do have them for 2001.
Q. Hmm?
A. I have them 2001, yes.
Q. What about 2000?
A. No. Louisiana I guess.
Q. Louisiana?
A. Louisiana I guess, I believe I provided to you. I don't believe I have, no, I don't have Louisiana. They took them, the employee took the record.
Q. The employee took the records?
A. Um-hum.
Q. What employee?
A. I have these people working for me in the apartment where my office is, and they stole everything.
Q. They stole everything?
A. Everything.
Q. Who was that?