# EXHIBIT B

Employee Personal Interview Statement

U.S. Department of Labor
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

02/16/2001

Telephone

I, Noe Villarreal ,of 3126 Edenborn Avenue
Metairie LA 70002
504-889-2531

Adult years of age, (was/have been) employed by Michael Backri
for the approximate period from 11/01/2000 to 12/31/2000
as Maintenance Worker

Statement:

I have not worked for Michael Backri since he lost the contract at the end of the year.

My duties invovled general maintenance such as scrubbing and mopping and cleaning the floors.

I worked at 4 different Sav-A-Center stores: 2900 Veteran's Boulevard, Metairie; Powers Boulevard, Metairie; Airline Avenue, Metairie; and Tcoupituolas Street, New Orleans.

I worked the night ("graveyard") shift. I would start working each night at 11:00 PM, and would end my shift at 7:00 AM. On only one occasion, I had to work past 7:00 AM, until 8:00 AM to finish my duties. If I wanted a shift off, I would take a shift during the day so I was still working the same number of hours. I only worked the day shift 2 times. I did not get any breaks during my night shifts.

For the first 4 weeks I worked for Michael, I worked 7 nights per week. Then, after that, I worked only 6 nights per week.

I would say that others usually worked even more hours than myself. I only had one shift, but some of the them had double shifts. We all had the same types of duties. The day crew would mostly clean the break room, restrooms, and do mopping and sweeping all day long. The second shift would do some additional trash duties and that kind of thing, and the graveyard crew would do floor buffing, etc.Each shift had special duties to perform.

Each shift, I would work at 2 stores which varied from night to night. I would spend the first 3 hours at the first store and then the rest of the night at the second store. I would drive my own vehicle between the stores. I would drive directly from one store to the next. I never gave anyone else a ride.

The stores that we worked at were open 24 hours per day

After I had worked for Michael for about one month, a letter was sent from the contracting compay and we had to sign in and out on sign-in/out sheets. Prior to that, I did not record any of my hours of work. I would sign in immediately when I arrive at a location and start working right after signing in. Then I would sign out when I was done working, right before I left. My sign-in and outs should reflect my hours of work at each store. The number of hours I worked each shift were the same prior to the sign-in/out logs as they were after I started filling them out.

We were told where and when we should work by Bruce Hammond who was a supervisor for Michael. He lived in an apartment that Michael rented out for some of the employees.

I rented my own apartment and did not live in the apartment Michael rented. I paid for all of my own living expenses.

N.V.

I got the job through a friend. He told my about the work and that Michael was in town. I went to see Michael and he asked me when I could start. I never had to sign anything or fill anything out for Michael. He told me that I would be paid ~~$7.00~~/hour. $8.00/HOUR N.O.V

I was only paid 2 times. I was paid $300.00 after the first 3 weeks of work, and then $300.00 on 1/5. Both payments were personal checks from Michael Backri. I was able to cash both of them without a problem.

I got the job through a friend. He put me in touch with Michael. He was here so I went and talked to him personally - I aksed if hed needed me, and he said yes and asked if I could start the next night. He told me I would be paid ~~$7.00~~ per hour. $8.00 - NOV I did not sign anything at any time for him.

Other persons who I know have worked for Michael are Yvonne, Maria, Roberto, Juan, Pedro, Gustavo, Lino, Carlos, Kendo, Ronald, Lonni, Oscar, Marco, Marcio. I am not sure of their last names.

I have never had any contact with anyone from Hi-Tech. The only thing I got from them are the rules of what I have to do. The rules I saw it at the store. It just said things to do like to sweep, scrub and mop the floor, and to make sure everything got done before I left my shift.

The store co-manager would be the one who checked to see if our work was done correctly. They were the ones ~~who~~ would initial the sign-outs - and that meant I could leave. If something was not done properly, the store manager would tell me to finish up before I left. Only once, I had to stay until 8:00 am to finish something.

The employer had two vans that had all of the cleaning equipment I them. I never drove one of the vans. I had my own car that I would use to get from place to place. Ii just used the equipment that was at the store. I am not sure who owned the equipment. I did not own any of my own equipment.

I have not talked to Michael since he hired me. I do not know the real name of his company. I am not sure how often he came down here. I do not know of him ever stopping in at the stores that I worked, but I worked graveyard shift.

I think everyone who worked for Michael was over 18 years of age.

I am not aware of any other business activities of Michael's around here.

I have read the above and agree it is true:

X NOE VILLARREAL

Taken and witnessed by Amee Christensen, Investigator

B-266