# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

**ELAINE L. CHAO, Secretary of Labor,**
**United States Department of Labor,**

**Plaintiff,**

**v.** **AFFIDAVIT OF RAY HOPKINS**

**GENERAL MAINTENANCE & FLOOR**
**SERVICE, INC., a corporation,**
**MICHAEL BAKRI, individually, and**
**d/b/a GENERAL MAINTENANCE,**

**Defendant,**

**STATE OF MINNESOTA )**
**) ss.**
**COUNTY OF HENNEPIN )**

Ray Hopkins being first duly sworn upon oath states and alleges as follows:

On May 15, 2004 at the United States Post Office in Brooklyn Park, I personally deposited an envelope addressed to the United States Department of Labor
230 South Dearborn Street Rm. 844
Chicago, Illinois 60604

The envelope contained the following items:
Exhibit 1
Exhibit 2
Exhibit 3
Exhibit 4

**FURTHER YOUR AFFIANT SAYETH NOT.**

Ray Hopkins
Ray Hopkins

Subscribed and sworn to before me this
17th day of August, 2004.

Linda M Mozis

LINDA M. MOZIS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005