# EXHIBIT D

Wage Transcription an U. S. Departmen ıor
Employment Standar ıistration
Wage and Hour Divi

Establishment
General Maintenance - Louisiana

Employee
Kendall Johnson

Address

Occupation
Cleaner

| Year and Workweek Ending | Total | MW or Reg. Rate | OT Hours | OT Premium Due | Total Due |
|---|---|---|---|---|---|
| 12/23/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 12/16/2000 | 52.5 | $7.62 | 12.5 | $47.62 | $ 47.62 |
| 12/9/2000 | 52.5 | $6.67 | 12.5 | $41.67 | $ 41.67 |
| 12/2/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 9/30/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 9/23/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 9/16/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 9/9/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 9/2/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 8/26/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 8/19/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| 8/12/2000 | 52.5 | $5.15 | 12.5 | $32.19 | $ 32.19 |
| | | | | OT Due | $ 411.16 |
| | | | | MW Due | $ 2,703.75 |
| | | | | Total | $ 3,114.91 |

Form WH-55

A-