# EXHIBIT E

Employee Personal Interview Statement

**U.S. Department of Labor**
Employment Standards Administaration
Wage and Hour Division

This report is authorized by Section 11 of the Fair Labor Standards Act and other Wage-Hour laws. While you are not required to respond, you cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s). Your identity will be kept confidential to the maximum extent possible under existing law.

02/23/2001
Telephone

I, Kevin Arango, of 3126 Edenborn Avenue
Metairie LA 70002
504-889-2531
years of age, (was/have been) employed by Michael Bakri
for the approximate period from 11/20 to 12/27/2000
as Janitor

Statement:

I worked for Michael from early November until December 27th. Michael was not down here taking care of business so Hi-Tech took away one of his store. I got a call the night of the 27th from Frank from Hi-Tech who told me not to send any guys to the Power Sav-A-Center store that night since it had been taken away. Then 5 minutes later, I got a call from Michael who was mad when I told him what had happened when Frank called me. Michael said Frank was not supposed to do that and so he (Michael) was not goint to send any of the guys to any of the stores. The next day, Michael called and said everything was finished. So there was no more work.

I got the job through my friend Gustavo - he introduced to Jose, and Jose hired me. Jose never asked for an application or anything. When I went to see him, he just asked me if I could start working that night, and told me where to go. I was never asked to sign anything. A couple of days later, when I asked him what I would be paid, he told me I would get paid $8/hr. Jose worked for Michael.
KA

Jose only worked for Michael until he dissappeared. One night, he called John and said he needed a place to stay because Michael was mad at him and he never showed up. The next day, we asked Michael what happened to Jose and he said Jose was sent back to Mexico.

I made the reports of the hours worked only during the time that Bruce Hammond, the supervisor after Jose left, was in New York and could not do it himself. Bruce Hammond does not work for Michael anymore, but I think he still goes to schoo down here.

Michael has no more business down here. I do not know anything about what he is doing in Minnesota or if he has a business up there.

I was paid on 3 ocassions by Michael. Once, I was paid $655. The second and third times, I was paid $300 each time. So I was paid a total of $1255.

Once, he sent me $2,500 to pay everyone because Bruce left before the checks came. I then used that money to pay everyone $300. People were mad because they were supposed to get more.

I think some others also got paid 3 times, but there were some who did not get paid at all because they only worked for one week. Oscar was not paid, and he worked one week. George worked a couple of days with no pay, and I know there was a thrid person, but I can't remember the 3rd person's name. It was the same thing, though.

I usually worked from 11:00 pm - 7:00 am. Then, Michael changed my hours to 9am to 4 pm. I worked 7 days per week except for the last 2 weeks, I worked 6 days per week. I figured if he was not going to pay me, I was going to take a day off. I would take a 1/2 hour break every shift. I worked at the Veteran's store. That was the only place I worked. The last week, I worked 11:00 pm - 4:00 am and then 9:00 am - 4:00 pm every day because I was supervising some guys.

B-3a

My duties when I worked included mopping, sweeping, cleaning bathrooms, emptying garbages, and general cleaning. When I was working nights, I would scrub and buff the floors.

I signed in and out every time that I worked for the last 2 weeks. But before that, I did not. Michael told us would only pay us 50 hours per week and that if we worked more, he would not pay us for more.

I was able to get some of the time sheets I sent in, but could not get rest of sheets becaues I did not have access after a certain point in time.

I think the mops and buffers that we used were provided by Hi-Tech. But we were always asking for a dust pan, and Michael told us we had to get it from the store, but the store told us we had to get it from Michael so we never got one. Some of the cleaning solutions we would get from store shelves. Everything else we needed was just always there, but I am not sure who provided it. I did not own any of my own supplies. The big van of Michael's had cleaning supplies in it. I did not use any of those - I didn't need to. I never used the van.

At the beginning, Jose assigned the stores people would work at the Bruce did after Jose left. Michael would tell them what to do.

I would see Frank (from Hi-Tech) at the store because he would visit and check in. He never talked to me when he was in the stores. Then he would want to complain. I think he wanted the store for his own guys to work there. The day after he called and told me not to send people to the Power store, I went there at 3:00 am and I saw 3 guys working there who said they were working for Frank. I never saw any rules or policies from Hi-Tech. I never had any other contact with people from Hi-Tech.

Michael rented an apartment for the workers to live in and then I had to pay him $150 every month to live there. He furnished it. He did not cover any of my expenses.

At the end, he said would not pay what he owed me even if I sued him.

I have had no further communications with Michael since 1/14.

I had no involvement in the contract between Michael and Hi-Tech.

I have read the above and agree it is true:

X [signature] - He wanted to take me hunting "John advised me not to go any-where with him since some of the Prior workers disapeared.

Taken and witnessed by Amee Christensen

KA

B-36