**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civil No. 01-CV2374 (JRT/JSM)**

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | **)** |
| **United States Department of Labor,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **v.** | **)** |
| | **)** |
| **GENERAL MAINTENANCE & FLOOR** | **)** |
| **SERVICE, INC., a corporation,** | **)** |
| **MICHAEL BAKRI, individually, and** | **)** |
| **d/b/a GENERAL MAINTENANCE,** | **)** |
| | **)** |
| **Defendants.** | **)** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2005, I caused the following documents:

**Secretary's Memorandum in Opposition to Defendant's Objections to the Recommendation and Report of the Magistrate Judge;**
**Index of Exhibits in Support of the Secretary's Memorandum, together with exhibits referenced therein; and**
**This Certificate of Service.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

(NONE)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Michael Bakri
1108 Meadowood Drive
Brooklyn Park, MN 55444

Courtesy copies of all documents referred to herein have been mailed by first class mail, postage paid, to:

U.S. District Court Judge John R. Tunheim c/o
Lou Jean Gleason
United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: September 2, 2005

**s/ Leonard A. Grossman**
Leonard A. Grossman
One of the attorneys for Plaintiff.