✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Elaine L. Chao

V.

General Maintenance and Floor Service, Inc. and
Michael Bakri

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2374 JRT/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant shall pay plaintiff $67,386.37 in unpaid wage and overtime compensation due workers for the period between March 1, 1999, and August 29, 2001;
2. Defendant shall pay liquidated damages in the amount of $67,386.37; and
3. Defendant is enjoined from violating 29 U.S.C. §§ 206, 207, 211, and 215.

September 30, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Amy Linner
(By) Amy Linner, Deputy Clerk