**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

**ELAINE L. CHAO**, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

**GENERAL MAINTENANCE AND FLOOR SERVICE, INC.**, and **MICHAEL BAKRI**, individually and d/b/a General Maintenance,

Defendants,

Civil No. 01-2374 (JRT/JSM)

Notice of Appeal

RECEIVED
05 OCT 28 AM 11:
CLERK, U.S. DIST. COURT
MINNEAPOLIS

---

The Defendant Michael Bakri respectfully requests from the court to file this notice of appeal in the above listed case.

10-28-05

Michael Bakri
1108 Meadowwood Dr.
Brooklyn Park, MN. 55444
(763) 503-7166
MohamedBakri@mail.com

SCANNED
OCT 28 2005
U.S. DISTRICT COURT MPLS