# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500


RECEIVED

## TRANSMITTAL OF APPEAL

**Date:** November 4, 2005
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Amy Linner, Deputy Clerk

**In Re:** District Court Case No.: 01-2374 JRT/JSM
Eighth Circuit Case No.:
Case Title: Chao v. General Maintenance, et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgment appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☐ The statutory filing fee has been paid, receipt # .
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☒ Original File(s), consisting of 3 file(s) and 2 expandables.
- ☒ Two certified copies, and one uncertified copy of updated docket sheet.
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

RECEIVED
NOV 0 4 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________

Date Returned to USDC: ____________

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☐ Yes, receipt # ☒ No, motion for IFP pending? ☒ Yes ☐ No

☒ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☐ No

Are there any other pending post-judgment motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☒ Yes ☐ No

If yes, please identify the court reporter:

Name: Colleen M. Sichko; Shaddix and Associates; Julie A. Rixe; Lisa M. Thorsgaard
Address: 300 South 4th Street
Minneapolis, MN 55415
Phone: 612-664-5000

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☐ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

s/Amy Linner

Amy Linner, Deputy Clerk