UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

November 28, 2005

Mr. Michael Bakri
1108 Meadowwood Drive
Brooklyn Park, MN 55444

Re: 05-4144 Elaine L. Chao vs. Michael Bakri

Dear Mr. Bakri:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

Enclosed is a copy of an order entered today regarding the record on appeal and briefing schedule.

(5053-010199)

Michael E. Gans
Clerk of Court

jmb

Enclosure(s)

cc: Leonard A. Grossman
Linda J. Ringstad
Colleen Sichko, Court Reporter
Julie A. Rixe, Court Reporter
Lisa Thorsgaard, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-2374 JRT/JSM

SCANNED
SCANNED
NOV 28 2005
U.S. DISTRICT COURT