01cv2374

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

JRT/JSM

No. 05-4144

| | | |
|---|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor, | * | |
| Appellee, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| Michael Bakri, | * | |
| Appellant. | * | |

**JUDGMENT**

Appellant has not responded to the court's show cause order entered January 26, 2006. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C. Mandate shall issue forthwith.

March 23, 2006

Order Entered under Rule 27B(a)

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
MAR 27 2006
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 23, 2006

Mr. Michael Bakri
1108 Meadowwood Drive
Brooklyn Park, MN 55444

Re: 05-4144 Elaine L. Chao vs. Michael Bakri

Dear Sir:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Leonard A. Grossman
Linda J. Ringstad
Paul L. Frieden
Carol Arnold
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-2374 JRT/JSM

SCANNED
MAR 27 2006
U.S. DISTRICT COURT MPLS