**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

RECEIVED
APR 18 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**DATE:** April 13, 2006

RE: 05-4144 Elaine L. Chao vs. Michael Ba[illegible]

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 3 vols. ✓ Transcript: 3 vols ✓

Deposition: Sealed:

Exhibits:

Other: 1 folder of sealed record ✓

[x] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-2374 JRT/JSM

jjf

SCANNED
APR 19 2006
U.S. DISTRICT COURT MPLS